# EXHIBIT A

Conley, Griggs and Partin Law Offices
1380 West Paces Ferry Road, N.W.
Suite 2100
Atlanta, Georgia 30327

Dear Mr. Conley,

You have asked me to review materials from *Glenneisha Jones et. al. v. GMAX, LLC et. al.*, Civil Action File No. 1:15-cv-00083-WBH, including various case records and documents concerning Corey Broaden, date of birth 10/7/1966, and to prepare this report pursuant to the Federal Rules of Civil Procedure in connection with my opinion as a testifying expert witness in that case.

## 1. Background and Qualifications

My educational and employment history is set forth in my 2016 curriculum vitae (C.V.), a true copy of which is attached hereto as Exhibit 1.

My background and qualifications related to my analysis, findings and opinions regarding the safety performance of the GMAX helmet initially worn by Mr. Corey Broaden in this matter are based on my many years of research and technical experience regarding experimental and analytical evaluation of helmet impact safety performance, and failure analysis of various helmet designs. My background and experience related specifically to the evaluation of helmet safety performance began in early 1970 when I and one of my graduate students, B. G. Master, developed a human responding type of head form for impact testing and head injury analysis assessment of helmet protection levels. A peer reviewed technical paper on this early research was published in 1972 and presented at the American Society of Mechanical Engineers (ASME) Winter Annual Meeting in the Division of Biomechanical & Human Factors [1][1]. This ASME paper, numbered 72-WA/BHF-7, was entitled "Anthropomorphic Headform Development and Simplified Technique for Impact Evaluation of Protective Headgear".

In 1972 I left teaching at the Clarkson College of Technology and accepted a position with the U.S. Office of Naval Research (ONR) where I served as a "Scientific Officer" involved with initiating, monitoring, and conducting research on crashworthiness, biomechanics and failure analysis of structural systems. Concurrent with my ONR position I was also nominated in 1974 by U.S. Senator Warren G. Magnuson, of the State of Washington, to serve as a member of the U.S. Department of Transportation (DOT) National Motor Vehicle Safety Advisory Council (NMVSAC) which advised the U.S. Secretary of Transportation on various safety related matters that included, among other topics, motorcycle safety. The U.S. Senator Gaylord Nelson of Wisconsin endorsed my nomination, and in 1975 the U.S. Secretary of Transportation, the Honorable William T. Coleman, appointed me to the Council.

While serving as a member of the NMVSAC from 1975 to 1978, I was elected by the Council members, to serve as the Chairman of the Motor Cycle Safety Sub-committee and Co-Chair of the Crashworthiness Committee. It should be noted that the NMVSAC members who were selected, and appointed, to serve the Council, came from a broad spectrum of backgrounds that included experience from Industry, Education, and Government agencies interested in improving transportation safety for the public. In the course of its work the Council held numerous meetings, including meetings open to the public. In essence, the Council safety recommendations and reports that were given to the Secretary of Transportation were based on a consensus of information that included the consideration of Industry, Education, Government and the Public viewpoints.

---

[1] Number in brackets refers to references cited in the bibliography of this report.

During this 1970 time period I organized and co-chaired technical meetings that included input from leading researchers from the U.S., Europe and Canada who were involved with head and neck injury and helmet safety issues. For instance, in 1977 I organized an NMVSAC seminar that dealt specifically with head and neck injury research "needed" for better understanding and improvement of helmet safety performance. The results from this meeting were summarized and presented in a report from the NMVSAC to the Secretary of Transportation entitled "Head and Neck Injury Seminar", dated April 1977. A formal report on the findings from that seminar was then published by the Department of Transportation as DOT HS-803-240 [2]. In addition, in 1976 I researched, published and presented a co-authored paper to the Society of Automotive Engineers (SAE) at the 20th Stapp Car Crash Conference entitled "A Critical Assessment of the Use of Non-Human Responding Surrogates for Safety System Evaluation" [3], which focused on motorcycle helmet safety performance, as well as safety performance of other types of helmets.

In 1978 I published another peer reviewed technical paper in the Aviation Space and Environmental Medicine Journal entitled "Nonlinear Numerical Prediction of Human Head/Helmet Crash Impact Response" [4]. This paper demonstrated a computer simulation method for analyzing and predicting helmeted head impact brain pressure response that correlated with human cadaver brain impact pressure measures, and it demonstrated the value of using Finite Element Analysis for improving helmet design.

In addition, I have continued to publish and present technical articles dealing with motorcycle helmet crash-impact safety testing and analysis that also focused on helmet performance flaws such as helmet shell failures and the head injury effects of head rotational motion, as well as direct contact impact dangers received from poorly designed helmets. For instance, in 2015, I published and presented a paper at the American Academy of Forensic Scientists (AAFS) 67th Annual Meeting entitled, "Motorcycle Helmet Translational and Rotational Head Injury Risk Measures Using H-III Head Impact Tests" [5]. At the 2016 AAFS meeting, I published and presented a paper entitled, "Non-destructive Test Methods for Forensic Evaluation of Motorcycle Helmet Shell Failure Mechanisms and Resulting Safety Deficiencies Causing Fatal Head Injury" [6].

The above cited publications and my many years of research spent in the analysis and study of head injury and related failure of helmet protection performance, as well as my other related biomechanical and crashworthiness studies cited in my C.V., demonstrate that I am well qualified to offer opinions related to the safety and defect aspects of the GMAX helmet initially worn by Mr. Broaden in the course of the accident related to this matter.

## 2. Rule 26(a)(2)(B) Disclosures: Prior Testimony, Compensation, and Publications

The following information is provided in accordance with Federal Rules of Civil Procedure Rule 26(a)(2)(B). Below is a listing of those cases in which I have testified as an expert at trial or by deposition within the preceding four years.

1. Verduzco v. Ford, et al., Superior Court of California for the County of Stanislaus, Case No. 615207.

2. Fitzgerald v. Chrysler, et al., Prince Georges's County, Circuit Court, Case CAL 11- 08775

3. Beauchamp v. St. Lucie County School District, IC Bus, et al., Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, Florida, Case No. 2013 CA000569.

The Exhibit 1, already attached hereto, contains a listing of all publications authored by me in the previous 50 years.

I am being compensated for my time in preparing this analysis at my usual and customary rate as of the date that I was retained, $495.00 per hour.

2

### 3.  Materials Reviewed

My analysis for the *Jones* case has included a review of copies of all materials furnished to me by counsel, as well as additional materials that I personally obtained and/or developed and reviewed for my analysis in this case, and these materials include the following:

1.      The Georgia Uniform Motor Vehicle Accident Report Number 13-038867 and photos;
2.      Accident Witness statement of Angia Levels;
3.      Deposition and Exhibits of Ja Que J. King taken on 6/29/2016;
4.      Deposition and Exhibits of Angia L. Levels taken on 6/29/2016;
5.      Depositions and Exhibits of Robert Marshall of GMAX, & Marshal Distributing, on 6/24/2015;
6.      Photographs of the GMAX 68S Motorcycle Helmet worn by Mr. Corry Broaden;
7.      Photographs of the Honda CBR 900 motorcycle driven by Mr. Broaden;
8.      Scene Photographs at Rock Chapel Rd. & Rock Mountain Rd. DeKalb County Georgia;
9.      Summary of Medical Records for Mr. Corey Broaden;
10.     Examination of the GMAX 68S accident helmet worn by Mr. Broaden at collision;
11.     Examination and Dis-Assembly of an Exemplar New GMAX 68S helmet;
12.     Examination of the National Highway Traffic Safety Administration (NHTSA) Federal Motor Vehicle Safety Standard (FMVSS) 218 test reports regarding independent FMVSS-218 testing of GMAX helmets manufactured from 2008 to 2015;
13.     Examination of motorcycle helmet shell materials properties and costs; and,
14.     Dynamic Impact Crash Test Data and results from numerous similar helmet designs tested by this author using uniaxial drop impact devices and multi-axial test devices evaluating helmet safety performance over a wide range of impact energy levels.

My analysis, opinions, and conclusions are based on my education, training, and experience, and my review of the materials furnished to me in this case, as well as the additional engineering materials, analysis and other relevant information developed by myself in the course of my study of the GMAX helmet safety performance levels as they relate to the biomechanical aspects of the injuries sustained by Mr. Broaden in the accident of this matter.  All of the specialized knowledge and opinions herein are made to a reasonable degree of engineering and scientific certainty.  This report is based on information currently available to me.  I reserve the right to amend, revise, or supplement this report if additional information becomes available.

The exhibits to be used at trial in connection with my testimony have not yet been determined, but anticipated trial exhibits at this time include the materials listed above that I have reviewed, as well as the scientific findings of my study into this matter regarding the GMAX helmet safety issues.

### 4.  Complete Statement of Opinions and Basis and Reasons for Them

At the request of attorney Cale Conley, of the "Conley, Griggs & Partin" Law Firm in Atlanta, Georgia, the author of this report (Dr. Kenneth J. Saczalski) under took an investigation into the circumstances and safety performance of a "GMAX 68S" motorcycle helmet (purchased on April 4, 2013 and manufactured April, 2009) that was being worn by Mr. Corey D. Broaden during an accident that took place when a Sport Utility Vehicle (i.e. 2002 Ford Explorer), traveling in the same direction as Mr. Broaden, began to pass on the left side of Mr. Broaden and then immediately initiated an "angled" right turn into the path of his motorcycle (i.e. 2000 Honda CBR 900). The accident took place on April 11, 2013 while Mr. Broaden was traveling North on the Rock Chapel Road (i.e. GA Route 124) in the "right hand NB lane" and approaching the "right turn lane" for the east-bound Lithonia Industrial Boulevard direction of Rock Mountain Road in DeKalb County, Georgia. As a result of the "angled" impact, the forward momentum of the cycle was slowed but a lateral sideward mode of linear momentum was imparted to the cycle from the angled impact of the SUV, thus redirecting the cycle and rider toward the curb of the "right

turn lane". Due to this sudden sideward movement, and the "unrestrained" upper body forward momentum of the rider, Mr. Broaden came off his motorcycle in a motion where he struck the pavement with a vertical impact of about 12 to 15 miles per hour and slid "head-leading", on his chest and with some roll of his body, toward the curb on the eastern side of his direction of travel where his head glanced over the curb. Simultaneously, the cycle of Mr. Broaden also slid and tumbled toward the roadside curb. During his slide and deceleration to his "point-of-rest" (POR), the body of Mr. Broaden rolled onto his back and the cycle was ultimately found on his chest at the POR.

Examination of the damage on his GMAX 68S helmet shell, as well as the energy absorbing (EA) expanded bead polystyrene (EBS) liner and right side "Jaw pad" covering", indicates that Mr. Broaden was wearing the helmet at his initial impact with the road, and that the impact location on the helmet was to the right side of the helmet near the "visor pivot metal screw" location. The abrasions in the metal screw were consistent with grooving from an asphalt surface drag force. The initial direction of contact-impact drag force was aligned from the top right of the helmet to the lower edge of the shell in such a manner that his head and chin were angled toward his left shoulder while he initially impacted and slid "head first" toward the curb where the helmet also contacted the curb edge. The grooving induced by the drag force on the helmet plastic shell indicates that the shell material was of a soft plastic consistency rather than a hard plastic consistency which is needed for preservation of helmet structural integrity and head injury protection throughout the course of the accident. Unfortunately, the helmet shell fractured during initial impact with the asphalt, causing the helmet to become unrestrained so that it came off the head of Mr. Broaden before he slid and rolled to rest (POR) near the curb, thus denying him of full and optimum head protection. Witness statements confirm Mr. Broaden was wearing his helmet at the time of impact but that it was off his head near POR, indicating his helmet came off his head before his body decelerated to rest at the curb.

The author analysis of the GMAX 68S helmet design and safety performance in this accident found that the GMAX helmet had several design defects which contributed to failure of helmet protection and protection from subsequent repeat severe head impacts while sliding and decelerating to POR. For instance, the helmet "visor-pivot" location impact condition, noted above, resulted in a large "bottom-to-top" open cracking of the helmet shell in a location behind the "visor pivot" and the "chin strap attachment area". This extensive cracking "greatly widened" the lower right side shell perimeter edge and essentially "destroyed" the "tight" retention capability of the helmet by, in essence, "lengthening" the safer small circumferential distance of a non-fractured shell and a "snug" chin strap. This retention defect is equivalent to providing a dangerous chin strap to the rider. As a result of the consequences of this defect the helmet prematurely ejected off the head of Mr. Broaden during the tumbling and sliding of his head and body to the curb POR.

Further evidence that the helmet was on the head of Mr. Broaden at the time the visor pivot screw impact and shell fracture took place is shown by the compression thickness "wrinkling" of the EBS foam liner at the crack location, as well as the imprint of the shell crack on the outer surface of the EBS. Also, as the shell crack opened, the right side jaw pad covering was exposed to the asphalt and it shows abrasions consistent sliding with the crack open on the shell and dragging of the jaw pad down from the helmet edge.

In addition to the helmet being worn at the time of the right front impact, there were cracks and marks on the left side of the helmet shell, in combination with large cracking and displacement damage throughout the EBS liner, which indicate that the helmet experienced another crush impact but that it was crushing when the helmet was empty (i.e. without the helmet being worn) and was most likely from contact impact side-to-side crushing of the empty helmet in between the pavement and the tumbling motorcycle.

Thus, the <u>failure of the GMAX helmet shell and retention capability caused 3 dangerous defective conditions that resulted in the severe head injury to Mr. Broaden</u>.

**First of all**, the helmet shell MUST remain securely intact around the energy absorbing "expanded-bead-polystyrene" (EBS) liner so as to allow the full circumferential surface area of the head to compress

into as much of the EBS liner volume as possible so as to minimize localized **"focal"** __Direct-Contact-Head-Impact loading__ of the head [3, 4]. In this accident, the "medical records" indicate that Mr. Broaden experienced "focal" injuries to the right side of his head, such as the depressed zygomatic arch fracture, which is consistent with the region of damage indicated by the "pivot screw" grooving and the right side helmet shell crack location. However, the medical records of Mr. Broaden also indicate that he suffered an "abrasion" to his forehead which would likely occur when his head struck the asphalt without the helmet.

In order to demonstrate the **__"focal"__** __Direct-Contact-Head-Impact loading__ caused by the helmet shell cracking, an exemplar GMAX-68S helmet (manufactured November 2012) was disassembled and the shell and liner was computer scanned to enable a Finite Element Analysis (FEA) of the helmet shell and liner stress and displacement fields that would result in "focalized" (i.e. enhanced) loading to the head, at the "pivot" location, if shell fracture occurred. The FEA results showed a high stress and displacement pattern on the right side of the helmet shell consistent with the location and pattern of the large shell "crack-fracture" that occurred on the right side of the accident helmet. The FEA indicated that high stresses were located in areas where the shell was very thin and where "unreinforced" holes were designed into the helmet shell. In addition, a review of publically available National Highway Traffic Safety Administration (NHTSA) Federal Motor Vehicle safety Standard (FMVSS) motorcycle helmet compliance test reports (i.e. FMVSS 218), conducted from 2007 to 2015[2], indicated that the GMAX plastic helmet shell materials were changed from a "tougher" polycarbonate material in the initial years of productions to a "softer and less expensive" Acrylonitrile-Butyl-styrene (ABS) before the time of manufacture of the Broaden helmet. More importantly, the NHTSA 218 test data showed that a GMAX helmet with the soft ABS plastic shell failed the "Penetration" criteria of the 218 [7] and eventually over 2,900 helmets were recalled by NHTSA [8]. The helmets of this recall were medium size GMAX-78S Full-Face helmets manufactured from 3/1/2012 to 8/31/2014, which was the same size and general construction of the Broaden GMAX helmet.

As verification that the Broaden helmet also used the softer and less safe ABS plastic, the author of this report had a thermo-chemical analysis performed, by using "Differential Scanning Calorimetry" (DSC) and "Fourier Transform Infrared" spectroscopy (FTIR) on the shell material from the exemplar and accident helmet shells [9, 10], and these independently run tests confirmed that the GMAX helmet shells manufactured just prior to the production of the Broaden helmet used the less expensive and less tough ABS material, like that used in the recalled GMAX [8], rather than the mechanically tougher polycarbonate.



Fig. 1a: DSC Curve for GMAX-68S Exemplar Helmet Shell tested by EXOVA [9].

---

[2] FMVSS-218 GMAX Reports were obtained from the NHTSA Compliance data base.

The DSC curve of figure 1a not only confirmed that the exemplar GMAX-68S helmet shell was the softer and more flexible ABS plastic, but it also showed an "exothermic" reaction at 207.18 C, which is indicative of likely impurities in the shell plastic that can contribute to stress concentration failure sites in the shell.



Fig. 1b: FTIR Curve for GMAX-68S Exemplar Helmet Shell tested by EXOVA [9].



Fig. 1c: FTIR Curve for GMAX-68S Broaden Accident Helmet Shell tested by EXOVA [10].

**Second,** the helmet shell, together with the retention chin strap, must hold the helmet securely on the head of the wearer so that REPEAT **"Direct-Contact Head Impacts"**, which occur during rider deceleration to rest, are optimally attenuated by the energy absorbing (EA) EBS liner from the POI to the POR. However, the large crack and shell fracture on the Broaden helmet right side, near the "pivot" impact location, was not typical of well-designed helmet shell structures. This observation is based on numerous author conducted motorcycle helmet tests, using helmet impact levels ranging from the low level impact of the NHTSA FMVSS-218 tests (i.e. 6 foot drop yielding 13.4 mph speed at impact) on up to the much higher impact levels used by the SNELL Memorial Standard, and use of the author "pendulum" impact test method, where impact velocities ranged from about 15 to 17 mph. More importantly, the author higher impact pendulum method testing examined both composite and plastic shell helmets and the results correlated with injuries to a rider in an actual accident, thus establishing the validity of the author "pendulum" test method for full-face motorcycle helmet safety evaluation [5]. It should be noted that the Broaden GMAX-68S helmet indicated that it was only certified to the lower 13.4 mph FMVSS-218 level.

**Third,** the "Direct-Contact- Head Impact" force to the head, which is flexibly attached to the body through the neck structure, induces **"Rebound-Rotational-Forces"** that can cause additional head injury damage beyond that of the contact impact forces. Helmet testing by the FMVSS-218 method does not consider "rotational" aspects of helmet performance, nor does the testing provide any injury related assessments of the helmet performance for direct contact impact as well as the rotational loading to the head. By contrast, the author helmet safety performance "pendulum impact" test method [5] uses a human responding Hybrid-III head and neck system to evaluate 3-dimensional contact force and rotational angular acceleration and velocity induced head injury.

In the case of the rotationally induced forces, the helmet system (i.e. Shell, Liner, Comfort Padding, etc.) must remain tightly on the head of the wearer so that, based on Conservation of Angular Momentum, the rotational inertia of the helmet on the head of the rider will provide <u>Optimum Rotational Retarding Inertia protection to the head and brain</u>, and minimize the angular velocity and angular acceleration levels that cause damaging rotational head injury levels to the brain. In contrast, a loose helmet will allow ease of higher head-brain rotational forces within the helmet system than if the helmet was securely held in place on the head. For instance, if a secured helmet becomes loose due to defective design and comes off the head of the rider during the deceleration to POR phase of the accident, the head will also experience increased rotational effects and injuries such as "Diffuse Axonal Injuries" (DAI), which the medical records for Mr. Broaden indicate that, in addition to his contact injuries, he also experienced rotationally induced DAI.

**The analysis conducted in this study shows that the cause of the "defective helmet shell design"**, which led to the initial shell cracking and dangerous failure of the helmet retention on the head of Mr. Broaden, **is due to an excessive number of unreinforced holes** around the lower edge of the plastic helmet shell, as well as **very thin helmet shell thickness sections** near the areas of add-on feature attachment points, such as the "visor-pivot" attachment location, and **numerous air recirculation vent orifices in the helmet crown and chin guard locations**. Disassembly of the exemplar GMAX helmet showed that, in contrast to many other helmet designs, the lower rim holes served the purpose of ease of assembly, and lower cost, by snapping the rubberized lower edge trimming to the helmet rather than using a "glue" attachment such as that used by many other helmet manufacturers. Helmet shell lower rim holes may be permissible if the holes are properly engineered to be structurally reinforced so as to remove the obvious stress concentration sites that are known to occur at such locations. However, the deficiency of reinforcement to the holes designed into the shell, coupled with discussions between GMAX and An Yng about adding more holes and covers for ventilation, indicates that both An Yng and GMAX were involved in the defective design and selection of the dangerous unreinforced holes in the critical shell structure.

7

As noted above, several phases of analysis and scientific assessment were used in the analysis of the Broaden GMAX-68S helmet defects. These phases included but were not limited to: Review of the circumstances of the accident (discussed above); Detailed Examination of the damage of the accident GMAX helmet; Disassembly and Examination of an exemplar GMAX-68S helmet; Digitization of the exemplar helmet shell and liner for Computer FINITE-ELEMENT Stress and Displacement Analysis of shell loadings consistent with load evidence found on the accident helmet shell; Examination of FMVSS-218 test data for GMAX helmets made from 2007 to 2015; Measurement of the Broaden GMAX shell material types and mechanical properties and comparison of the exemplar and accident helmet shell materials; Comparison of available GMAX helmet test data with test data from several other motorcycle helmets tested by direct-contact and rotational test methods; Comparison of GMAX design with designs of other helmets tested by the author; and, Review of materials related to the GMAX helmet design process.

The photographs and figures shown in the report sections below describe author key findings and the basis for opinions given in this report. The first series of photos show damage to the accident helmet.

## 4 A. BROADEN GMAX-68S ACCIDENT HELMET DAMAGE OBSERVATIONS & FINDINGS:

This Helmet Damage Observation section of this report is sub-divided into 5 Parts: 1. Right Side of Helmet Shell Fractures and Shell Surface Abrasion Marks, Plus Jaw Padding Damage; 2. Left Side of Helmet Shell Fractures and Surface Marking; 3. Top of Helmet Fractures and Surface Abrasions; 4. Front Chin-Bar Shell Fractures; and, 5. Expanded Bead Polystyrene Inner Liner Fracture and Damage Patterns. In addition, the helmet damage is also compared to the medical record location of head injuries sustained by Mr. Broaden, and also the accident Eye-Witness Observations of Mr. King and Ms. Levels.

### RIGHT-SIDE HELMET SHELL FRACTURES & VISOR PIVOT SURFACE ABRASIONS:



Fig. 2a: Broaden Helmet Shell Primary Vertical Fracture and Impact Abrasions on Visor Pivot Screw.



8

Fig. 2b: Right Rear Helmet Shell & Jaw Pad Asphalt Slide Abrasions Secondary to Primary Fracture and Small Hole designed into Bottom Edge of Shell That Serves as a Focal Point For Crack Initiation.





Fig. 3: Broaden Helmet Shell Top Right Gel Coat Crazing, Asphalt Abrasions, and Forward Extension of the Primary Vertical Crack Along Edge of Helmet Top Right Ventilation Cover.





Fig. 4: Junction of Vertical and Secondary Horizontal Cracks and Evidence of Shell Thin Section.



Fig. 5: Expanded Bead Polystyrene Liner Compression "Wrinkles" and Imprints of 2 Crack Edges.

## LEFT SIDE OF HELMET SHELL FRACTURES & SURFACE MARKING:



Fig. 6: Left Side Fractures from Side-to-Side Compression Start from Unreinforced Edge Holes.



Fig. 7: Scuff Mark Just Above Left Side Visor Pivot Correspond to Lower Edge & Frontal Fractures.



Fig. 8: Left Side Scuff Mark Width is Consistent with sliding Impact from Cycle Handle Bar Rubber.



Fig. 9: Enlarged View of Left Side Cracks Initiated from Defective Unreinforced Shell Edge Holes.



Fig. 10: Close-up View of Shell Thin Thickness at Unreinforced Lower Edges of Shell Left Side.



Fig. 11: More Detailed View of Left Side Shell Thickness & Fracture Around Thicker Inner Post.



Fig. 12: Lower Edge Front & Left Side Shell Fractures Caused by Compression at "Scuff Mark".

**TOP OF HELMET SHELL FRACTURES & SURFACE ABRASIONS:**



Fig. 13: Right Side & Top of Shell Abrasions Indicate Repeat Impacts with Road Surfaces.



Fig. 14: Top Surface Abrasions located on Primarily on Right Side Front Location of Shell.



Fig. 15: Line of Width from Right-Rear to Center-Top-Front of Abrasion Indicates Start of Abrasion Sliding & Drag of Shell toward Right Side Visor Pivot.



Fig. 16: Top View of Shell from Rear Showing Line of Width from Right-Rear to Center-Top-Front with Abrasions Dragging Around Shell Surface (i.e. Helmet is Rotating While Dragging) toward Visor Right Side Pivot Location.



Fig. 17: Top View from Left Side Shows Abrasions Are Primarily Right Side Located But Shell Cracking Also Occurs at Top Left Unreinforced Vent Holes.

## FRONT CHIN-BAR SHELL FRACTURES:



Fig. 18: Chin-Bar Fracture on Right Side Irregular Ventilation Orifice.



Fig. 19: Chin-Bar Fracture on Left Side Irregular Ventilation Orifice.

## EXPANDED BEAD POLYSTYRENE (EBS) EXTERIOR & INNER LINER DAMAGE:



Fig. 20: Center Photo Shows Wrinkles on Bottom Edge of EBS Liner From Head Compression Into The Shell at Impact and the Bottom Photo Shows 2 EBS Outer Surface Crack Imprints From the Right-Side Fractures of the Helmet Shell, While Top Photo Shows Very Thin Shell Thickness Area.



Fig. 21: Photo Top Edge Shows "Large Chunk" of Helmet "Left-Side" EBS Liner "Laterally Displaced Inward" Toward Where the Head in a helmet would Resist Such Displacement (Unless the Head Was Not in the Helmet), Thus Indicating That After the Initial Right Side Impact (with the Head in the Helmet) the Helmet Was Additionally Impacted After the Helmet Had Ejected Off The Head of the Rider.





Liner Right Side Inside:
Crush Surface Smooth
(Head is Against Surface)

Front of Helmet Top of Photo,
Helmet Rear is Photo Bottom

Liner Left Side Inside:
Crush Displaced Inward
(No Head - Helmet is Empty)

Fig. 22: In Contrast to the Left-Side Empty Helmet Liner Laterally Displaced Crush (Shown in Above Right Photo), the Right-Side EBS Crush (Shown in Left Phot Above) is Continuously Aligned and Does Not Show Large Lateral Inward Displacement, Which is Consistent with The Helmet Being on the Head of Mr. Broaden when the primary Right-Side Impact took Place.

20

## 4 B. BROADEN CASE – EXEMPLAR HELMET DE-TRIM & FINITE ELEMENT ANALYSIS:

Exemplar Helmet Finite Element Stress Analysis (FEA) and graphic comparisons with the Broaden helmet damage are Sub-divided into 3 parts: Exemplar Helmet Disassembly; Exemplar Helmet Shell, and Liner, Scan & Digitization; and Helmet Shell Finite Element Stress and displacement Analysis (with Comparisons to Accident Helmet). Five FEA Cases were conducted: – 1. Helmet on Head Load Analysis for Impact on Visor Right Side Hinge Pivot Prior to Major Crack on Shell; – 2. Helmet on head Load Analysis for Impact on Right rear Occipital-Temporal area after Major Shell Crack; – 3. Helmet on Head Load Analysis of Forehead impact before & after Shell Crack; - 4. Empty Helmet "Pivot-Side-to-Pivot-Side" Stress Field Compression of Shell & Liner with and without large right-side crack; and, - 5. Comparison of shell and liner stress level differences between a cracked and non-cracked shell. The FEA preparation consisted of several steps that are described in more detail in the following sub-sections and figures.

### EXEMPLAR HELMET DISASSEMBLY:




Fig. 23: Exterior of New GMAX Model 68S, Medium Size, out of the Box (Manufacture date of 2012).




Fig. 24: Interior View of New GMAX Model 68S Comfort Padding and Expanded Bead Polystyrene.

.




Fig. 25: Removal of Side "Jaw" Pads, Trim & Full Face Chin Area Trim Segments.




Fig. 26: Expanded Bead Polystyrene EA Liner (Author Density Measure was 2.75 lb/cubic feet).



Fig. 27: Inside of Shell Lower Edge at Chin Bar Showing Holes & Inward Protruding Bosses.



Fig. 28: Inside View of Expanded Bead Polystyrene (EBS) Showing Ridges & Air Holes.



Fig. 29: Exterior Top View of EBS Liner Showing Air Vent Holes & Depressed Vent Ridges.



Fig. 30: Unreinforced Rectangular and Thin Walled Circular Holes in Lower Edge of Shell Used for Ease of "Snap-On" Lower Trim.



Fig. 31: Inside View of shell Showing Inward Protruding Bosses for Trim Cover "Stand-Off" Distance.



Fig. 32: Shell Side Inward Protruding Bosses for Chin Bar Trim Cover "Stand-Off" Distances.



Hole from Interior "Push-out" Load
Caused by Interior Protruding Boss

Fig. 33: Accident Helmet Exterior Side Showing Boss Puncture Hole above Right Front Rim Edge Holes.



Fig. 34: Accident Helmet Shell Inside-View Showing Broken Boss That Caused Fig. 33 Hole.

## EXEMPLAR HELMET SHELL & LINER DIGITIZATION:

The preliminary finite element analysis in this study consisted of several steps. First, an accurate computer model of the geometry and size of the exemplar helmet shell, and the associated expanded bead polystyrene (EBS) liner, were developed from measures made on an exemplar GMAX-68S medium sized helmet by the CREAFORM Company of Costa Mesa, California. In this phase a 3-dimensional (3D) Handyscan 700 laser scanner [11] was used to measure and develop an orthogonal axis orientation of a number of surface points on the desired structure surfaces and these points were then converted into a set of interconnected data described as a "Point cloud surface". Scanning software used was the CREAFORM 3-D data acquisition VXelements program [12]. In this study the positive "X" axis is oriented laterally toward the left of the helmet, the positive "Y" axis is oriented upward from inside the helmet, and the positive "Z" axis is oriented toward the front edge of the helmet.

The next step consisted of conversion of the "Point cloud surface" data to a 3D Computer Aided Design (CAD) model usable in a finite element structural analysis code. This was achieved by "importing" the "Point cloud surface" data as IGES (International Graphics Exchange Specifications) files into a computer code entitled "SolidWorks" [13]. The point clouds were used as a guide for manual finite element (FE) geometry node "meshing" and "surface contour" modeling of "shell structure" surface elements of the measured helmet liner and shell parts. The "surface models" were then converted to solid element models, and then "load bearing surface" features and boundary conditions (BC) were added to the model. Several figures with color descriptors are used herein to help identify the BC and load application areas.

The completed SolidWorks CAD model then utilized a "finite element analysis" (FEA) computer code, based on CosmosWorks [14], which enables the application of various types of dynamic and static structural analysis load scenarios that provide insight into "stress distributions" and "displacement" patterns

under the various load conditions. The model can also be used to perform "parametric" studies on the effects of different materials and modifications to the original structural design. The tools used in this study are typical of those used in "computerized numerical control" (CNC) and "Computer Aided Manufacturing" (CAM) processes that are helpful in design, fabrication, and manufacturing of molded plastic structures.



Fig. 35: Creaform Laser Scan of Exemplar Helmet for Computer Aided Design (CAD) Image Model.



Fig. 36: Laser Scan of Exemplar Helmet converted to Computer Aided Design (CAD) Image Model.

27



Fig. 37: Another View of Creaform Laser Scan of Helmet for CAD Geometry Data.



Fig. 38: Creaform CAD Model View of the GMAX "EBS" Energy Liner - Bottom View.



Fig. 39: Oblique View of CAD Model GMAX Shell & EBS Liner Inside.



Fig. 40: Side View of CAD Model of GMAX Shell with Holes in Lower Rim.



Fig. 41: Top View of CAD Model of GMAX Shell with Air Vent Holes.



Fig. 42a: Creaform Computer Aided Design Model Interior View of GMAX Shell & EBS Liner Inside.



Fig. 42b: Comparison of Actual Exemplar Inner Liner with CAD Model of Figure 42a above.

## HELMET SHELL FINITE ELEMENT STRESS & DISTORTION ANALYSIS:

Views of "Solid Works" Computer Aided Design (CAD) Model Grid Distribution:



Fig. 43: Front, Side and Oblique Views of Exemplar GMAX-68S CAD Digitized Helmet Shell.

**In each analysis case examined, the Finite Element Analysis (FEA)** Internal Pressure load Distribution was spread over an area on the inside of the shell that approximated the head loading transfer to the inside of the shell surface from head loading against the inside of the 1.0 to 1.3 inch thick Expanded Bead Polystyrene (EBS) liner, and the comfort padding and trim covering of about 0.25 inch thick. The

exterior surface contact boundary condition (BC) was selected to approximate observed surface damage and scuffing on the helmet shell exterior. As noted earlier in this report, the material used for the shell FEA was Acrylonitrile Butadiene Styrene (ABS). The material selection was based on the FTIR (Fourier transform infrared spectroscopy) and DSC (Differential Scanning Calorimetry) analysis of a new GMAX 68S helmet shell conducted by Exova of Anaheim, California [9, 10]. Also as noted earlier in this report, the DSC analysis showed that the exemplar ABS material contained contaminates, such as paint and adhesives, possibly from use of blending with older reground used materials. Also, as noted, NHTSA FMVSS-218 reports on earlier GMAX helmets identified the helmet shell material as being the tougher Polycarbonate material and not the softer ABS which failed the NHTSA FMVSS-218 shell penetration test [8, 9].

In the FEA analysis, the shell was loaded at uniform pressure load levels normal to the shell surface, so as to examine von-Mises principal stress distribution while the shell loading was in the linear elastic range, so as to allow for evaluation of: 1. Comparison of stress distribution in the shell before fracture and large deformation took place; and, 2. Comparison of the linear elastic stress and displacement fields with actual damage to the Broaden GMAX accident helmet.

The following analysis sections of the report show side-by-side comparisons of the Broaden helmet shell and EBS liner stress distributions for 5 "Load Case" situations while on the helmet was loaded on and off the head of the wearer for situations of the shell being non-cracked and cracked: **Case-1**, Right side Visor Hinge Pivot impact shell stress before crack initiation; **Case-2**, Rear Temporal-occipital area after right side crack initiation; **Case-3**, Frontal Forehead area impact; **Case-4**, Comparison of "Pivot-Side" to "Pivot-Side" crushing of an "empty" helmet (i.e. crush by the cycle after the helmet came off the rider) for a cracked and non-cracked shell condition; and, **Case-5**, Comparison of Shell and EBS liner stress fields for Right side Visor Hinge Pivot compressive loading of the head into helmet shell-liner assembly for situations with and without the large crack like that in the accident helmet shell.

<u>**CASE-1**</u>: **Helmet Contact Impact on Right-Side Visor Pivot Metal Hinge (Green area).**




Fig. 44: CAD Model Used For Impact on Right Side Visor Pivot location with 0.9psi Load applied to inner surface of shell (red) from the expanded bead polystyrene liner transfer of head impact momentum to the shell inner surface (without shell fracture on right side).



Fig. 45: Cut-away View Showing Visor Pivot Contact (Green) & Interior Application of EBS Liner Pressure Load From Head Inertia (Red).



Fig. 46: Cut-Away Right "Inside" View of Load Pressure Distribution from Liner Side Loading of Head.



Fig. 47: Visor Hinge Point 0.9 psi Load and von-Mises Stress Distribution - Right Side View.



Fig. 48: Displacement Field from Right Side Visor Hinge Point Interior 0.9 psi Load.



Fig. 49: Major Shell Fracture on Right Side of Broaden Accident Helmet Compared with Figure 48 FEA.



Model name:ERST - Helmet_with_Holes_BoundaryConditionTest3
Study name:Withholes_VisorHingePoint(-Default-)
Plot type: Static nodal stress Stress1
Deformation scale: 11.3705

von Mises (psi)

4.000e+001
3.667e+001
3.334e+001
3.001e+001
2.668e+001
2.335e+001
2.002e+001
1.669e+001
1.336e+001
1.003e+001
6.701e+000
3.372e+000
4.164e-002

Fig. 50: Case-1 Oblique View Showing von-Mises Stress Distribution from Left Side View.



Fig. 51: Chin Bar Front Fractures at lower edge to & front air vent, plus Left Side "Boss-to-Rim" Hole on right side of the Broaden Helmet.



Fig. 52: Case 1 Oblique View Showing von-Mises Stress Concentrations near Shell Rim Holes.



Fig. 53: Fractures on Left Side Shell Rim Holes and Trapped Boss Segment Along 1st Hole Fracture.



Fig. 54: Case 1 Front View Showing von-Mises Stress Concentrations & Visor Edge Distribution.



Fig. 55: Broaden Helmet Front View Showing Fractures Compared to Figure 54 FEA.



Fig. 56: Cut-Away View of CAD Shell Showing Large Thickness Variations near Side Crack Location.

**CASE-2: Fractured Helmet Impact on Right Rear Temporal Area After Crack Opens.**





Fig. 57: Case 2 Cracked Helmet Model FEA Mesh Right Side View.



Fig. 58: Case 2 Crack Opens & Shell Abrasion Shown at Back of Crack but Less at Front Side.



Fig. 59: Case 2 Pressure Load on Shell Interior Surface for Crack Analysis Stress.



Fig. 60: Case 2 von Mises Stress Field for Right Rear Occipital-Temporal Load.



Fig. 61: Broaden Helmet Actual Scratch Discontinuities at Crack & EBS Liner Crack Mark.

**CASE-3A: FEA Helmet Impact on Forehead Area <u>without Crack</u>.**

 

Fig. 62: Case 3 FEA Mesh for Forehead Contact Impact without Shell Right side fracture.

 

Fig. 63: Case 3 Forehead Impact von-Mises Stress Pattern if Loaded <u>Before</u> Crack takes Place.

 

Fig. 64: Case 3 Forehead Impact von-Mises Stress Pattern if Loaded <u>Before</u> Crack takes Place.

41

**CASE-3B**: **FEA Fractured Helmet Impact on Forehead Area <u>After</u> Crack Opens.**



Fig. 65: Case 3 Forehead von-Mises Impact Stress Pattern if Loaded <u>After</u> Crack takes Place.



Fig. 66: Case 3 Forehead Impact von-Mises Stress Pattern if Loaded <u>after</u> Crack takes Place.

**CASE-4a**: **Non-cracked** ABS Shell & EBS Liner Stress Analysis for Crush of Empty Helmet.



Fig. 67: Finite Element Model for Empty GMAX-68S Helmet ABS Shell & EBS Liner Combination.



Fig. 68: Front View "von Mises" Stress Field for Side-to-Side FEA Loading of Empty Non-cracked Shell with a10 lb. Pinch Load from Visor Pivot-to Pivot Locations, plotted with von Mises color scale of 200 psi.



Fig. 69: Shell Left Side "von Mises" Stress Field for 10 lb. Side-to-Side FEA Pinch Loading on Empty Helmet Shell and Liner plotted with a von Mises Color Scale of 200 psi.



Fig. 70: "von Mises" Stress Field for Side-to-Side FEA Loading of Liner Inside of Empty Helmet Shell without Crack and plotted with a von Mises Color Scale of 0.05 psi.



Fig. 71: Inside View of "von Mises" Stress Field for Side-to-Side FEA Loading of Liner in Empty Helmet with a von Mises Color Scale of 0.05 psi.



Fig. 72: Oblique View of EBS Liner Side-to-Side FEA Loading von-Mises Stress in Empty Helmet Shell with a von Mises Color Scale of 0.05 psi.



Fig. 73: Comparison of Accident Helmet Side-to-Side Crush with FEA Stress of Empty Helmet Liner.

**CASE-4b:** <span style="color:red">**Cracked**</span> **ABS Shell & EBS Liner Stress Analysis for Crush of Empty Helmet.**



Fig. 74a: Oblique View of Empty Helmet (i.e. No Head in Helmet) Liner & Shell Side-to-Side Crush when Right Side Crack is in Shell during a 10lb Pinch load and plotted with a von Mises color scale of 200 psi.



Fig. 74b: Left Side Empty Helmet (i.e. No Head in Helmet) Liner & Shell Side-to-Side Crush with Crack in Shell during 10lb Pinch load and plotted with a von Mises color scale of 200 psi.



Fig. 75a: "von Mises" Stress Field for Side-to-Side FEA Loading of Liner (left side view) in Empty Helmet with <u>Cracked Shell</u> and plotted with a von Mises Stress Color Scale of 0.40 psi.



Fig. 75b: Same loading Condition as Described in Figure 75a Except the von Mises Stress Field is Noe Plotted with a Color Scale of Only 0.05 psi – **to compare with the Same Color Scale used for the Liner Stress Field of the Non-cracked Helmet Shell Case Shown in Figure 70**.

Comparison of the similar color densities for the liner of the Non-cracked Shell, shown plotted in Figure 70 for a von Mises stress field upper level of 0.05 psi, with the liner of the Cracked shell, shown plotted in Figure 75a for a von Mises stress field level of 0.40 psi, indicates that the stresses in the liner of the Cracked shell are about 8 times higher than the EBS liner stresses in a Non-cracked shell.

: EBS Liner Stress Comparisons for Head Load on cracked & Non-cracked ABS Shell.
(Simulates ABS Shell Right Side (Visor Pivot) Compression with EBS Liner Fixed to Head Surface)



Fig. 76: Boundary Conditions for Head Surface Contact with EBS Liner Right Side Inner Surface.



Fig. 77a: Liner **Stress Distribution Adjacent to the Right Side of Head** When **Shell is Cracked**
(von Mises Color Scale is 1.75 psi)



Fig. 77b: Liner **Stress Distribution Adjacent to the Right Side of Head** When **Shell is Not Cracked** (von Mises Color Scale is 1.75 psi)



Fig. 77c: Comparison of **Liner Stress Distribution Adjacent to the Right Side of Head** When **Shell is Cracked** (Figure 77a & left Side of Figure 77c) vs **Not Cracked** (Figure 77b & right Side of Figure 77c)

Figure 77c shows that when the helmet shell is cracked (left side of figure 77c) the high stress area (red) against the head is more "focused" and centered in a smaller area from the "direct-contact" loading than would be the case if the shell remained in tact (as it should be) so that more head and liner surface area is engaged with less high stress as shown by the right side of igure 77c. This analysis demonstrates one of the dangers and significance of the thin shell and unreinforced hole defective design. Also, as noted earlier, the failure of the shell to maintain stuctural integrety in a foreseeable accident results in the failure of the retension system and robs the user of that defective device from additional head impact protection from likely subsequent repeat impacts. Finally, the fractured and loose helmet allows for higher rotational motions of the head with the consequence of inducing rotational injury (i.e. DAI), in addition to the contact-impact "focal" injuries such skull fracture and subarachnoidal and subdural brain injuries.

**FINITE ELEMENT ANALYSIS SUMMARY:** The FEA analysis demonstrates that the <u>"thin" 0.070 inch shell thickness</u> design located adjacent to the much <u>"thicker" shell material used to attach the visor pivot mechanism</u>, in conjunction with the thin shell thickness at the <u>lower rim unreinforced holes</u> that are used for ease of application of the exterior elastomeric edge trim on the GMAX helmet shell, were primary causes of large surface stress variations located at the regions of the primary and secondary shell crack failure.

These discontinuities in the shell thickness, and the stress concentration sites at the unreinforced holes, plus the softness and high flexibility of the Broaden helmet ABS shell material that An Yng and GMAX used in place of the better, but more expensive, polycarbonate shell material used in earlier helmet designs by GMAX and An Yng (prior to production of the Broaden helmet), resulted in large variations of shell distortion and stress that exceeded the ABS material strength and toughness capabilities. As noted above, these deficiencies led to the helmet retention failure, and the defect of dangerous higher "focal" contact-impact head loading (i.e. rather than the lower head load transfer from a larger region of contact by the head with the EBS liner), plus higher angular acceleration injury levels being subjected to the head of Mr. Broaden. These design defects could have been avoided by thickening and reinforcing the shell material more uniformly, as well as removal of many of the orifices and holes in the shell, especially the lower edge "trim attachment holes" that were used in favor of gluing on the exterior trim strip.

Also, the FTIR and DSC analysis findings of impurities in the ABS material of the exemplar shell [9, 10] is another factor that contributes to random location "stress concentration" sites, which can more easily initiate crack failures in plastic helmet shell structures. Ultimately, the crack failure of the helmet shell results in the loss of the structural integrity needed to hold the energy absorbing EBS liner tightly around the head of the user so that the head receives maximum impact attenuation for Initial and REPEATED LOADINGS, which occurred in the Broaden accident.

The figure 78 below shows a comparison of the OEM exemplar shell thickness near the primary right side shell fracture (figure 78 right side diagram) in comparison to a model of the thicker shell. The advantage of the FEA method is that many alternative types of designs, such as the idea of a thicker shell, can be inexpensively analyzed by FEA so as correct and remove high stress concentration dangerous regions before finalizing a design for production. This would provide the user with a more uniform and safer load distributing shell structure for optimum head impact attenuation under foreseeable cases. There is no valid scientific reason to not employ design tools like the FEA so as to develop an optimum safer helmet and eliminate the defects of the GMAX before the helmet was sold.



Fig. 78: FEA Model of Thicker Shell with Rim Holes Filled to Remove Edge Stress Crack Sites.

**SUMMARY OF SACZALSKI OPINIONS REGARDING BROADEN GMAX-68S HELMET**

This summary is a statement of my GMAX helmet design defect opinions concerning my analysis of the dangerous safety performance of the GMAX-68S Motorcycle Helmet worn by Mr. Corey D. Broaden at the time of the accident in this matter. These opinions, as well as others expressed in my analysis regarding relationship of the accident helmet damage to the circumstances of the accident, are based upon my personal knowledge, education, training, experience, and facts to which I am now aware of. My opinions are all offered within a reasonable degree of scientific and engineering certainty.

Based on my education, training, and experience, I am familiar with the Design, Testing and Biomechanical Safety Analysis and Safety Performance Assessment of Helmet Systems that include Motorcycle Helmets such as the GMAX 68S "Full Face" worn by Mr. Broaden at the time of his accident in the Jones matter.

1. The GMAX-68S helmet worn by Mr. Broaden was defectively designed by An Yng and GMAX, and the defective design caused the helmet to break apart at impact and come off the head of Mr. Broaden during his deceleration to his point of rest.

2. The impact conditions of this accident were foreseeable and did not involve any unnecessarily high helmet-head impact levels that would have exceeded the safe head injury protection levels had it not been for the failure of the GMAX helmet to remain intact and securely on the head of Mr. Broaden from time of impact to the time of rest.

3. Several defects allowed the helmet and shell design to fail during impact and these defects include, but are not limited to, the following: use of many unreinforced holes in the helmet shell structure for ease of fabrication and ventilation interests; use of non-uniform shell thicknesses and thin-walled sections in the helmet shell, including thin-walled sections at edges of holes, which cause undesirable locations for stress concentration and sites for premature failure of the helmet shell and retention capabilities; and, use of a soft and inexpensive flexible ABS plastic helmet shell material, which diminishes the stiffness and toughness needed for structural integrity of the helmet system, as was provided by the more expensive polycarbonate shell material that was used in earlier versions of the GMAX-68S designs.

4. The defects noted above were the cause of loss of helmet structural integrity, and dangerous loss of helmet retention capability, and were the basis for allowing the helmet chin-strap and shell retention capability to become loose and fail to securely, and safely, hold the helmet on to the head of Mr. Broaden for optimum protection.

5. The failure of the helmet retention system caused increased high focal and rotational forces to be imparted to the head of Mr. Broaden because: optimum lower head impact forces are only achieved from full engagement of the head into the full volume of as much as possible of the energy absorbing materials (i.e. not limited to smaller surfaces of "focal" load interactions); and, optimum full rotational inertial safer deceleration effects cannot be achieved unless the shell and chin-strap integrity is maintained by tightly holding the helmet system on the head of the wearer throughout impact to rest.

6. There is no evidence that An Yng and GMAX ever attempted to properly design the GMAX-68S helmet for optimum safe performance by using available standard

engineering design concepts and tools, such as Finite-Element-Analysis and multivariable (i.e. "high-low" impact energy input) test impact methods with biofidelic head-neck surrogates, that provide a means for scientific evaluation of injury assessment levels caused by: contact-impact forces; rebound induced rotational forces; and, repeated impacts at levels beyond the limited low level 13.4 mph uniaxial tests of the FMVSS-218.

## 5. Conclusion

In conclusion, it is my opinion that the GMAX helmet worn by Mr. Broaden was defectively designed, and the cause of his serious head injuries, as described by the summary of my engineering and scientific findings made by my analysis into this matter.


Respectfully submitted,

*Kenneth J. Saczalski, Ph.D.*

Kenneth J. Saczalski, Ph.D.

Dated: January 12, 2017


## 6. Bibliography

1.  B. G. Masters & K. J. Saczalski, 1972, "Anthropomorphic Headform Development and Simplified Technique for Impact Evaluation of Protective Headgear". ASME Paper72-WA/BHF-7

2.  K. J. Saczalski, et al., Editor, 1977, National Motor Vehicle Safety Advisory Council Report, "Head and Neck Injury Seminar Report to U.S. Secretary of Transportation the Honorable Brock Adams.

3.  K. J. Saczalski, et al., 1976, SAE paper 760805, "A Critical Assessment of the Use of Non-Human Responding Surrogates for Safety System Evaluation".

4.  K. J. Saczalski & E. Q. Richardson, 1978, Aviation Space & Environmental Medicine (49 (1): pp 114-119), "Nonlinear Numerical Prediction of Human Head/Helmet Crash Impact Response".

5.  K. J. Saczalski, et al., 2015, AAFS 66th Meeting, "Motorcycle Helmet Translational and Rotational Head Injury Risk Measures Using H-III Head Impact Tests", Paper D3 and Presentation Slides.

6.  K. J. Saczalski, et al., 2016, AAFS 67th Meeting, "Non-destructive Test Methods for Forensic Evaluation of Motorcycle Helmet Shell Failure Mechanisms and Resulting Safety Deficiencies Causing Fatal Head Injury".

7.  NHTSA 218 "GMAX" Shell Penetration Compliance Failure Report TRTR-643892-2015-01.

8. NHTSA Part 573 Recall 16E-003 of 2,915 Medium size GMAX-78S Helmets with ABS Shells.

9. EXOVA OCM, 2015, Final Report 351401 Regarding DSC & FTIR on Exemplar GMAX 68S Helmet.

10. EXOVA OCM 2016, Final Report "ASTM D3418-15 & E1252-98 (2013)", Regarding DSC & FTIR on Broaden Case GMAX 68S Helmet Specimen.

11. Handyscan 3D by Creaform, a Division of Ultra Precision Technologies, Quebec, Canada.

12. Creaform VXelements 3D Data Acquisition Program, 2016.

13. Daasault Systems SolidWorks Premium, 2016, x64 edition, Service Pack 3.0.

14. CosmosWorks Software 2016 Version.

15. Exova OCM Company Laboratory Rpt. 351401, for Saczalski, dated October 15, 2015.

# EXHIBIT 1

# CURRICULUM VITA

**NAME:**    Kenneth J. Saczalski, Ph.D.
Environmental Research and Safety Technologists
1440 West Bay Avenue
Newport Beach, California 92661
(949) 673-8426

## EDUCATION:

| | | | |
|---|---|---|---|
| Ph.D. | 1970 | University of Wisconsin | Engineering Mechanics |
| M.S. | 1967 | University of Rochester | Aerospace Sciences |
| B.S.M.E. | 1963 | University of Miami | Mechanical Engineering |

## EXPERIENCE:

Research and Teaching

8/77 to 7/89 — Northern Arizona University, Professor of Mechanical Engineering with tenure (Research and teaching in engineering mechanics, numerical methods, control theory, metallic and non-metallic composite materials, experimental methods, thermodynamics and heat transfer, engineering design, transportation safety and biomechanics).

6/72 to 8/78 — Office of Naval Research, Materials Division (Program Monitor in charge of thermo/mechanical analysis, structural mechanics and crashworthiness, bio-dynamic system simulation and related computer software technology).

9/72 to 9/77 — (part-time) George Washington University, Lecturer in Department of Civil, Mechanical and Environmental Engineer (taught courses in linear and non-linear controls theory).

9/70 to 5/73 — Clarkson College of Technology, Assistant Professor of Mechanical Engineering (Research and teaching in transportation systems, structural crashworthiness, biomechanics, engineering mechanics, control theory, systems engineering and design). Promoted to Associate Professor (1/73).

9/67 to 9/70 — University of Wisconsin, National Science Foundation Trainee and Teaching Assistant (Engineering Mechanics).

5/66 to 9/67 — Rochester Institute of Technology, Mechanical Counselor and Instructor (in charge of 36 part-time mechanics faculty in B.S.M.E. evening degree program and Applied Technology program).

12/74 to 6/75 — (part-time) University of Maryland, Lecturer in Mechanical and Aerospace Engineering Department (taught advanced non-linear finite-element analysis and numerical methods).

Industrial/Research

8/74 to Present — Environmental Research and Safety Technologists, President (Failure Analysis of Advanced Composite Materials/Forensic Engineering, Biomechanics, Crashworthy Design and Analysis and Accident Reconstruction).

12/85 to 1992 — (part-time) Mission Research Corporation (Survivable Structures Division), Staff Scientist (Experimental Mechanics). Developed the Composite materials tests and Fabrication laboratory for this division of MRC.

1/63 to 5/66 — Eastman Kodak Company, Scientific Analyst and Development Engineer (developed Finite-Element 3-D Structural Analysis Code and performed stress and vibration analysis on Kodak Lunar Orbit Camera System).

6/57 to 8/59 — Eastman Kodak Company, Draftsman and Product Designer (performed still picture product design, listed as co-inventor on two patent applications during this time).

## COMPOSITES RELATED EXPERIENCE

1972 to 1978 — Scientific Officer: Office of Naval Research, Arlington, Virginia, Materials Division; in charge of directing research and funding programs in the areas of laser thermal effects and vulnerability of aircraft and missile structures and materials.

1977 to 1980 — Consultant: Aerospace Corporation, El Segundo, California, Ivan Getting Materials Laboratory; laser thermal/mechanical analysis and vulnerability of spacecraft and missile structures.

1979 to 1980 — Consultant: R & D Associates, Marina Del Rey, California; Structural analysis of thermo/mechanically loaded missile structures.

1979 to 1981 — Principle Investigator: NAVSEA contract #N00024-79-C05375 "Assessment of Launch Vehicle Vulnerability and Methods of Hardening; $97,531.00.

1980 to 1981 — Principle Investigator: RDA contract (PO 21451) subcontracted under U.S. Army BMDATC contract DASG60-80-C-0051, "Fabrication, Analysis & Thermo/Mechanical Testing of Missile Structure Composite Materials"; $61,987.00.

1981 to 1983 — Principal Investigator: NRL contract #N00014-81-C-2012, "Assessment of Launch Vehicle Vulnerability and Methods of Hardening; Hybrid Composites and Pulse Effect"; $99,894.00.

1981 to 1983 — Principle Investigator: TRW contract (M18355DPIS) subcontracted under U.S. Army BMDATC contract DASG60-81-C-0103, "Characterization and Analysis of Ballistic Missile Structure Composite Materials and Systems; $114,856.00.

1982 to 1984 — Consultant: McDonnell Douglas Corporation, Huntington Beach, California; Evaluation of Laser Effects on Ballistic Missile Composite Structures.

1983 to 1984 — Principal Investigator: TRW contract (R72937D14S) subcontracted under U.S. Army BMDATC contract DASG60-81-C-0103, "Solid Propellant Booster Vulnerability to Rep-Pulse Laser Loads; $106,075.00.

1983 to 1985 — Principal Investigator: NRL contract #N00014-84-K-2001, "Advanced Hybrid Composites for Laser Hardening of Composite Material Ballistic Missile Structures"; $92,074.52.

1983 to 1985 — Principal Investigator: MDAC-HB subcontract No. SB80C6850M, (Funded by) AFWL thru Lockheed, Palo Alto, California, "Fabrication, Testing, and Analysis of Solid Booster Fiber Resin Composites"; $70,950.00.

1983 to 1984 — Consultant: Chemical Systems Division of United Technology: Failure Analysis Prediction Techniques for Laser Thermal and Mechanically Loaded Composite, Solid Propellant, Motor Case Structures.

1983 to Present — Composite Materials Fabrication and Laser Test Assistance for Air Force Weapons Laboratory and the Naval Research Laboratory Laser Test Programs on Advanced Composite Materials. (Various Purchase Orders to ERST.)

1986 to Present — Principal Investigator: TRW Contract (U43266D365), subcontract under U.S. Air Force prime contract (F29601-86-C-0224) to TRW, "Rep-Pulse Laser Target Composite Materials Fabrication and Property Characterization"; $51,000.

## ALTERNATE ENERGY TRANSPORTATION SYSTEMS RESEARCH

1979 to 1980 — Principal Investigator: U.S. DOE Contract #EM-78-G-01-2771 "Commercial Feasibility Testing of a Hybrid/Electric Vehicle"; $18,000.00.

1980 to 1982 — Consultant: Electra Motors Corporation, Las Vegas, Nevada; Vehicle Structure and Handling.

1983 to 1986 — Principal Investigator: Arizona Department of Transportation (ADOT) Contract # HPR1-23 (197) "Technical Feasibility and Socio-Economic Impact of Alternate Energy Vehicles as Related to the State of Arizona; $88,000.00.

## RESEARCH EQUIPMENT GRANTS AND DONATIONS

1981 to 1989 — Principal Investigator: Various DOD and Industry Composite Materials Equipment Grants and Donations (i.e., 1984 U.S. DOD Equipment Grant of $105,000 for Biaxial Computer Controlled Materials Test Machine); $180,000.00.

1983 to 1985 — Principal Contractor: Various Industry and Private Donor Gifts for Alternate Energy and Electric/Hybrid Vehicle Studies (i.e., Electra Motors Station Wagon - $14,000); $20,000.00.

1986 to 1987 — Co-Investigator: NSF Bio-Mechanics Equipment Grant (Real-Time 3-D Spatial Motion and Analysis/Recording Equipment for Biomechanics Research); $37,000.00.

## MANUSCRIPTS AND BOOKS

K.J. Saczalski, L.B. Smith, "STRAP II — Structural Analysis Program," Eastman Kodak Co., 1965.

Editor (with W. Pilkey, H. Schaeffer), "Proceedings of the International Symposium on Structural Mechanics Software," University of Virginia Press, 1974.

Co-editor *"Aircraft Crashworthiness: Design Analysis & Test,"* Proceedings of Symposium held in Cinn. Ohio, 1975, Pub. by Univ. of Virginia Press, 1975.

Co-editor *"Constitutive Relations in Visco-Plasticity: Computational & Engineering Aspects,"* published by ASME Applied Mechanics Div., 1976 ASME, WAM.

Co-editor *"Measurement and Prediction of Structural & Bio-Mechanical Crash-Impact Response,"* published by ASME Aerospace Engr. Div. 1976 ASME, WAM.

Co-author *"Crash Analysis Methods for Vehicle Structures,"* published by the International Center for Transportation Studies, Rome, Italy, Monograph Editors - G. Lanzara, P. Fada, May 1982.

Co-editor, *Structural Vibration and Acoustics,"* published by ASME Design Engineering Division, Volume 34, September 1991 ASME Design Technical Conference.

## RESEARCH PUBLICATIONS

K.J. Saczalski, "Energy Techniques and Matrix Methods for Computer Programming of Dynamic Structural Response," 1967 ASME Vibrations Conference, paper No. 67 Vibr-56.

K.J. Saczalski, T.C. Huang, "Elastodynamics of Complex Structural Systems," *Proceedings of 12th Midwest Mechanics Conference,* August 1971, pp. 675-788.

K.J. Saczalski, T.C. Huang, "Coupled Response of Spatial Vibratory Structures Mounted to Isotropic Plate Elements, *"ASME Journal of Engineering for Industry,* Vol. 94; 1971, pp. 23-30.

K.J. Saczalski, K.C. Park, "Statistical Loads Analysis Techniques for Shock and High-Frequency Excited Structures," published in 42nd Shock and Vibration Bulletin, 1971.

K.J. Saczalski, T.C. Huang, "Harmonic Analysis of Nonlinearly Supported Complex Structural Systems," *Proceedings of the VI International Conference on Nonlinear Oscillations,* held Aug. 30-Sept. 4 in Poznan, Poland, 1972, pp. 317-328.

B.G. Master, K.J. Saczalski, "Design of an Anthropomorphic Headform for the Evaluation of Head Injury Severity in Simulated Crash Impact Environments," 1972 ASME Winter Annual Meeting, Biomechanics and Human Factors Division, Paper No. 72 WA/BHF-7.

K.J. Saczalski, "Structural Problems Associated with the Prediction of Vehicle Crashworthiness," *Survey of Research in Transportation Technology,* ed. E. Diamant, et al., AMD-Vol. 5, ASME Nov. 1973.

K.J. Saczalski, K.C. Park, "Transient Response of Inelastically Constrained Rigid Body Systems," *ASME Journal of Engineering for Industry,* August 1974, pp. 1041-1047.

K.J. Saczalski, K.C. Park, "A Simplified Technique for Prediction of Collapse Modes in Crash-Impacted Structural Systems," published in ASME *Journal of Engineering for Industry,* presented at 1975 ASME Design Technical Vibrations Conference.

K.J. Saczalski, K.C. Park, "An Interactive Hybrid Technique for Crashworthy Design of Complex Vehicular Structural Systems," *Proceeding of the SAE International Conference on Vehicle Structural Mechanics,* March 1974, pp. 108-123.

K.J. Saczalski, "Modeling and Analysis Techniques for Prediction of Structural and Biodynamic Crash-Impact Response," in *Finite Element Analysis of Transient Nonlinear Structural Behavior,* T. Belytschko, et al., ed., ASME Applied Mechanics Symposia AMD-Vol. 14, Dec. 1975, pp. 99-117.

K.J. Saczalski, W. Pilkey, "Assessment of Computer Programs for the Analysis of Crash-Impacted Structural Systems," published in "AIRCRAFT CRASHWORTHINESS," Univ. Va. Press, 1975.

K.J. Saczalski, "Dial-Up Computer Terminal Devices," ASCE Symposium Preprint 2501 *Proceedings on Modern Computer Technology and You,* ASCE Nat'l Structural Engineering Convention, New Orleans, LA, April 1975.

K.J. Saczalski, J.D. States, I.J. Wagar, E.Q. Richardson, "A Critical Assessment of the Use of Non-Human Responding Surrogates for Safety System Evaluation," *Proceedings of the 20th SAE Stapp Car Crash Conference,* Oct. 20, 1976.

K.J. Saczalski, C. William Angus, "Necessary Considerations in the Design, Analysis, and Performance Assessment of Crashworthy Structures and Protective Systems," in *Measurement and Prediction of Structural and Biodynamic Crash-Impact Response,* K.J. Saczalski, et al., ASME Aerospace Div. Symposia, Dec. 1976, pp. 1-15.

K. Wetmore, T. Dalton, E. Criscione, M.H. Schneider, K.J. Saczalski, "The Structural Vulnerability of Tactical Missiles Subjected to Laser Heating," *Proceedings of the Third DOD Conference on Laser Effects, Vulnerability and Countermeasures,* held July 19-22, 1977, San Diego, California.

K.J. Saczalski, E.G. Richardson, "Modeling of Skull/Brain Impact Pressure Response," *Aviation Space and Environment Medicine,* Vol. 49, No. 1, Jan. 1978.

Proceedings of the National Motor Vehicle Safety Advisory Council Workshop in Head and Neck Injury, DOT-HS803-240, Edited by Saczalski, Winkler, Fenner, King, States, and Wagar, March 1978.

K.J. Saczalski, "Empirical/Analytical Method for Prediction of Laser-Heated Payload Distortion," Aerospace Rpt. No. TOR-0078(3721 07)-1, May 2, 1978.

K.J. Saczalski, Discussion on the Likelihood of Increased Injury and Fatalities in Small Car Accidents, Presented at the First International Conference on Transportation Safety, Erice, Italy, November 1978.

K.J. Saczalski, H.K. Ablin, A. Chan, "Commercial Feasibility Testing of a Hybrid/Electric Vehicle," Electric Vehicle Council paper No. EVC-8062, presented at EV EXPO 80, May 1980.

D.J. Chang, R.M. Cooper, T.A. Park, F.D. Ross, K.J. Saczalski, "Response of Metal Matrix Composite Structural Elements to Simulated Laser Irradiation," Aerospace Corp. Report SD-TR-ip-53, August 1980.

K.J. Saczalski, B.S. Holmes, "Safety Research for Transportation Systems: An Overview and Identification of Areas of Future Research," *Proceedings of International Center for Transportation Studies,* Vol. 1, 1981.

K.J. Saczalski, L.J. Mullens, "Assessment of Launch Vehicle Vulnerability and Methods of Hardening," (U), NAU classified report generated under Contract No. N00024-79-C-5375, August 1981.

K.J. Saczalski, L.J. Mullens, "Fabrication, Thermo/Mechanical Testing and Analysis of Missile Structure Composite Materials," (U), NAU classified report generated under Contract No. DASG60-80-C-0051, November 1981.

K.J. Saczalski, J.A. Rayner, C. Chandler, "Crash Analysis Methods for Composite Structures," Presented at the Vehicle Design and Safety Conference (published in Proceedings of the International Center for Transportation Studies Meeting on Vehicle Safety), Amalfi, Italy, May 1982.

K.J. Saczalski, L.J. Mullens, R.L. Cook, C. Griffis, "Experimental/Analytical Investigations of Hybrid Composite for Laser Hardened Ballistic Missile Motor Cases," proceedings of the 5th DOD Conference on Laser Vulnerability, Effects and Hardening, held in Monterey, California, October 1982.

D.A. Simmons, T.A. Pucik, D.C. Gakenheimer, K.J. Saczalski, "Laser Induced Tensile Failure of Thick Composites with Applications to Booster Vulnerability," proceedings of the 5th DOD Conference on Laser Vulnerability, Effects and Hardening, held in Monterey, California, October 1982.

I. Rubin, J.W. Neinberg, K.J. Saczalski, "Solid Propellent Booster Effects," Proceedings of the 5th DOD Conference on Laser Vulnerability, Effects and Hardening, held in Monterey, California, October 1982.

K.J. Saczalski, "Predictions of Collapse Modes in Crash Impacted Structures using a Finite-Element Modal Energy Approach," Proceedings of the 1st International Modal Analysis Conference, Orlando, Florida, November 1982.

K.J. Saczalski, "Hybrid Composites for Laser Hardened, Solid Propellent, Missile Motor Cases," (U) NAU classified report generated under Contract No. N00014-80-C-2012, May 1983.

K.J. Saczalski, "Hybrid Concepts for Laser Hardened Booster Structures," Proceedings of meeting on "Laser Counter Measures and Advanced Materials," sponsored by Defense Advanced Research and Projects Agency, July 1983.

K.J. Saczalski, "Hybrid Composites for Laser Hardening of Ballistic Missile Motor Cases," Proceedings of Second DOD Conference on Hardening of Flight Vehicle Structures Against Lasers, October 4-6, 1983, WPAFB, Ohio.

K.J. Saczalski, "Design Fabrication and Performance Testing of a Hydrogen Powered Urban Vehicle," Proceedings of 6th Miami International Conference on Alternative Energy Sources, December 12-14, 1983, Miami, Florida.

K.J. Saczalski, L.J. Mullens, "Fabrication Experimental Characterization and Color Graphic Stress Analysis of Fiber/Resin Composites for Pulse Laser Testing: Phase II (u)," NAU Report generated under TRW Contract (R7297D14S) with U.S. Army Support (DASG-60-81-C-0103), March 1985.

I. Rubin, J. Niemberg, K.J. Saczalski, D. Gakenheimer, D. Simons, G. Harpole, "Solid Propellant Booster Effects and Vulnerability to Repetitively Pulsed Laser Radiation," TRW Report No. 37976-6014-SX-00 under Contract No. DASG 60-81-C-0103, May 1985.

K.J. Saczalski, "An Integrated Materials and Thermo/Mechanics Approach for Prediction of Failure in Irradiated Composite Structures, Keynote Address, AIAA Laser Effects and Target Response Meeting, Menlo Park, California, November 1985.

K.J. Saczalski, L.J. Mullens, "Advanced Hybrid Composites for Laser Hardening of Composite Material Ballistic Missile Structures (u)," NAU Classified Report generated under Contract No. N00014-84-K-2001, December 1985.

K.J. Saczalski, et al., "Alternate Energy Transportation Systems and Fuel Policy Modeling," paper presented at the 1985 Spring Conference on Energy Innovation, May 15-16, 1985, Phoenix, Arizona.

J.K. Schnorr, K.J. Saczalski, P. Seibert, "Socio-Behavioral Changes in Transportation Patterns," presented at the Rocky Mountain Psychology Association Annual Meeting, Tucson, Arizona, 1985.

K.J. Saczalski, S. Stone, D. Newlander, "Hybrid Composite Thermal Control Technique for Multi-threat Hardening of Pressurized Composite Cylinders," to be published in the Proceedings of the Third DOD Conference on Laser Hardening of Flight Vehicle Structures, held at WPAFB, August 1986.

K.J. Saczalski, W. King, T. Saczalski, E. Peterson, "Evaluation of Multi-Parameter Influence on GI And GII Fracture Toughness of Filament Wound Graphite/Epoxy," Proceedings of the JANNIF Propulsion Meeting, San Diego, 1987.

K.J. Saczalski, L.H. Mullens, "Alternate Energy Vehicle Technology and Methodology for Forecasting Penetration," Proceedings of the 8th Miami International Conference on Alternate Energy Sources, Miami, Florida, December 1987.

K.J. Saczalski, P.R. Hannon, "Multi-Variable Effects of Side-Impact Passive Occupant Protection Materials," (SAE 880397) published in SAE Conference Proceedings SP-736, SAE International Congress, Detroit, Michigan, February 29-March 4, 1988.

K.J. Saczalski, et al., "Technical Feasibility and Socio-Economic Impact of Alternate Energy Vehicles," final report to Arizona Department of Transportation, Contract No. HPR1-23(197) August 1989.

K.J. Saczalski, E.B. Loverich, "Vibration Analysis Methods Applied to Forensic Engineering Problems," published in ASME Design Engineering-Vol. 34, Structural Vibration and Acoustics, 1991.

K.J. Saczalski, S.R. Syson, R.A. Hille, M.C. Pozzi, "Field Accident Evaluations and Experimental Study of Seat Back Performance Relative to Rear-Impact Occupant Protection," (SAE 930346) published in SAE Conference Proceedings SP-963, SAE International Congress, Detroit, Michigan, 1993.

K.J. Saczalski, T.K. Saczalski, "Analysis Methods for Prediction of Occupant Impact Response and Interaction with Seats, Restraints, and Vehicle Interior Structure," presented to the Second International Krash Users Seminar, Cranfield University Impact Center, England, June 26-28, 1995.

T. Saczalski, B. Lucht, K. Saczalski, "Damage Tolerance and Fracture Analysis Methods Applied to Recreational Composite Structures," presented at the ASTM Sixth Symposium on Composites: Fatigue and Fracture, May 1995, published in Composite Materials: Fatigue & Fracture (E.A. Armanios, Editor) ASTM No STP 1285, 1997.

T. Saczalski, B. Lucht, K. Saczalski, "Experimental Design Methods for Assessment of Composite Damage in Recreational Structures", ASTM Publication STP 1285, June 1997, pp 45-69.

K.J. Saczalski, J. Saul, "Biomechanical Simulation and Animation of Vehicle Occupant Kinematics for Restrained and Unrestrained Conditions in Rollover Accidents," SAE International Meeting on DIGITAL HUMAN MODELING, at Hague, The Netherlands, (paper #1999-01-1885), May 18-20, 1999.

K. J. Saczalski, J.L. Burton, P.R. Lewis, T.K. Saczalski, P. Baray, "Belt Integrated Vehicle Seat Rear Impact Studies," Seoul 2000 FISITA World Automotive Congress, Seoul, Korea (paper #F2000G279), June 12-15, 2000.

K. Saczalski, J. Burton, P. Lewis, T. Saczalski, P. Baray, "Evaluation of Rear Impact Seat System Performance Using a Combined Load Neck Injury Criteria and Hybrid III Surrogates," Paper Number IMECE2991/AMD-25444, 2001 ASME International Mechanical Engineering Congress and Exposition, Nov. 11-16, 2001.

K. Saczalski, J. Burton, P. Lewis, K. Friedman, T. Saczalski, "Study of Seat System Performance Related to Injury of Rear Seated Children & Infants in Rear Impacts," Paper Number IMECE2002-AMD-33517, 2002 ASME International Mechanical Engineering Congress and Exposition, Nov. 17-22, 2002.

K. J. Saczalski, A. Sances, Jr., S. Kumaresan, J.L. Burton, P.R. Lewis, Jr., "Experimental Injury Study of Children Seated Behind Collapsing Front Seats in Rear Impacts," Paper No. 2003-046-0067-8856, Published in the ISA Proceedings on Biomedical Sciences Instrumentation, Vol. #39, pp 259-265, 2003.

K.J. Saczalski, J. Saul, J.L. Burton, P.R. Lewis, Jr., "Experimental Verification of Biomechanical Occupant Response Predictions for Front & Rear Seated Passengers Subjected to Rear Impacts", SAE Proceedings of International Meeting on DIGITAL HUMAN MODELING at Montreal, Canada, (SAE 2003-01-2205), 16-19 June, 2003.

K.J. Saczalski, A. Sances, Jr., S. Kumaresan, Steve Meyer, J.L. Burton, P.R. Lewis, Jr., "Biomechanical Study of Rear Child Chest Injury Measures Related to Collapsing Front Seats in Rear Impacts", Paper Number IMECE2003-43061, 2003 ASME International Engineering Congress and Exposition, Nov. 15-21, 2003.

K.J. Saczalski, A. Sances, Jr., S. Kumaresan, M. Pozzi, T.K. Saczalski, J.L. Burton, P.R. Lewis, Jr., "Multivariate Head Injury Threshold Measures for Various Size Children Seated Behind Vehicle Seats in Rear Impacts", Published in the ISA Proceedings on Biomedical Sciences Instrumentation, Vol.499, pp 381-386, 2004.

K.J. Saczalski, J. Saul, A. Sances, Jr., S. Kumaresan, J. L. Burton, P. R. Lewis, Jr., "Computer Simulation of Rear Impact Biomechanical Occupant Response Predictions for Front & Rear Seated Passengers", Published in Barcelona FISITA World Automotive Congress Proceedings, Barcelona, Spain, (paper #F2004U065), May 23-25, 2004.

K.J. Saczalski, S. Kumaresan, A. Sances, Jr., J.L. Burton, P.R. Lewis, Jr., "An Experimental Method for Multivariable Analysis of Vehicle Safety Systems and Application to Front Seats & Rear Occupant Interaction in Rear Impacts", Paper Number IMECE2004-60785, 2004 ASME International Engineering Congress and Exposition, Nov. 13-19, 2004.

K.J. Saczalski, M. Pozzi, T.K. Saczalski, "Multi-variable Measurement & Comparison of Rear-impact Head/Neck Injury Risk for Motor Vehicle Seats", American Academy of Forensic Sciences 57th Annual Meeting, New Orleans, LA, February 21-26, 2005.

K.J. Saczalski, M. Pozzi, "Low Velocity Rear-impact Evaluation of Seat Strength & Headrest Performance Related to Neck Injury Risk", American Academy of Forensic Sciences 59th Annual Meeting, San Antonio, TX, February 19-24, 2007.

M.A. Ivory, C.C. Ward, K.J. Saczalski, F. Richardson, M. Dunlap "An Experimental Investigation Into the Proper Installation of Child Belt Positioning Booster Seats", American Academy of Forensic Sciences 60th Annual Meeting, Washington, D.C., February 18-23, 2008.

K.J. Saczalski, M. Pozzi, "Strong vs. Weak Seats: Analysis of Matched Rear Impact Tests for Head & Neck Injury Risk Evaluation", American Academy of Forensic Sciences 60th Annual Meeting, Washington, D.C., February 18-23, 2008.

M. Pozzi, C.C. Ward, C. Dickerson, K.J. Saczalski, M. Bidez, "Rear Seat Safety Hazards: Collapsing Seats, Cargo Shift, Restraint Failure & Loss of Occupant Survival Space", American Academy of Forensic Sciences 60th Annual Meeting, Washington, D.C., February 18-23, 2008.

K. J. Saczalski, M. Pozzi, J.L. Burton, "Comparison of High & Low Speed Rear-Impact Head & Neck Injury Risk Measures Related to Occupant Size & Vehicle Seat & Vehicle Seat Strength Characteristics", Paper No. IMECE2008-68492, ASME 2008 International Engineering Congress and Exposition, October 31 – November 6, 2008, Boston, MA

K. J. Saczalski, M. Pozzi, J.L. Burton, "Rear Seated Child Injury Risk Experimental Measures Related to Vehicle Front Seat Performance in Rear Impacts", Paper No. IMECE2009-10390, ASME 2009 International Engineering Congress & Exposition, Nov. 13-19, 2009, Orlando, FL

K. J. Saczalski, M. Pozzi, J.L. Burton, T. K. Saczalski, " Multi-Variable Experimental Matched-Pair Comparisons of Rear-Impact Occupant Protection Performance of Strong Belt-Integrated Vehicle Seats vs Weaker Non-Belt-Integrated Types", Paper No. F2010-C-112, FISITA World Automotive Congress Proceedings, 30 May – June 4th, 2010 Budapest, Hungary

K. J. Saczalski, L. Mullens, M. Pozzi, T. K. Saczalski, "The Technical & Socio-Economic Feasibility of Alternate Energy Vehicle Systems: Examination of Past, Present & Future Considerations", Paper No. F2010-A-057, FISITA World Automotive Congress Proceedings, 30 May – June 4th, 2010 Budapest, Hungary

ADDITIONAL RELATED REPORTS       (Additional Publications in 2011, 2012 on Last Sheet)

K.J. Saczalski, M. Pozzi, T.K. Saczalski., "Side-by-side Comparison of Head & Neck Injury Performance During Low & High Velocity Rear Impacts of Collapsing Escort Seats (91'-96') vs Belt-Integrated Designs" Phase I Executive Summary of Test Results Prepared for the Law Firms of Strong, Pfaff, Rhodes, and Butler, Wooten, Fryhofer, Daughtery, Crawford & Brown,7-29-2004.

K.J. Saczalski, M. Pozzi, "Low Velocity Headrest Study Using Side-by-side Comparison of Single Recliner Escort Seats (97') vs A 96' Belt-Integrated Design for Various Size Surrogates: Phase II of the 2004 Escort Series" Executive Summary of Test Results Prepared for the Law Firms of Strong, Pfaff, Rhodes, and Butler, Wooten, Fryhofer, and Daughtery, Crawford & Brown,8-10-2005.

K.J. Saczalski, D. McGeddy, "Calculation of Natural Frequencies of Continuous Beam Systems", Eastman Kodak Report January, 1966.

K.J. Saczalski, "3-D Structural Analysis Program (STRAP)", Eastman Kodak Report June, 1966.

K.J. Saczalski, "Stresses in Frame Elements Skewed in Space", Eastman Kodak Report June, 1966.

N. Perrone, K.J. Saczalski, "A Survey of Current Government Supported Research and Development Programs in Vehicle Crashworhiness and Related Biomechanics Areas", Office of Naval Research Report, Code 439, Arlington, VA, 1973.

J. Stricklin, W. Haisler, Von Riesemann, L. Rick, Hunsacker and K. Saczalski, "Large Deflection Elastic-Plastic Dynamic Response of Stiffened Shells of Revolution", Texas A & M University Report TEES-RPT-72-25, 1972.

K. Saczalski, J. Stricklin, "Office of Naval Research Workshop on Plasticity & Work Hardening Laws", Texas A&M Report 75-51, 1975.

K.J. Saczalski, N. Perrone, "The Role of Structures Technology in Developing Laser Hardened Systems", Office of Naval Research Report (Classified Secret), Code 439, Arlington, VA, 1973.

H.G. Schaeffer, W. Pilkey, K.J. Saczalski, "Addendum to the Proceedings of the International Symposium on Structural Mechanics Software." Univ. of Maryland Tech. Rpt. AE 75-3, April 1975.

K.J. Saczalski, "A Note on the Use of a Factor of Two for Relating Barrier Impact to Real World Crashes," A Report to the National Motor Vehicle Safety Advisors Council, September 1976.

"National Highway Traffic Safety Administration Research Activities." A Report to the U.S. Secretary of Transportation by the National Vehicle Safety Advisory Council, DOT-HS-802-516. Edited by Campbell, Hildebrand, Nield, Saczalski, Scot, and Waller, July 1977.

K.J. Saczalski, "Recommendations for Needed Performance Regulations on External Vehicular Crashworthiness," Report to the NHTSA Administrator, Northern Arizona University, September 10, 1977.

K.J. Saczalski, "Discussions on the Likelihood of Increased Injury and Fatalities in Small Car Accidents," Report to the NHTSA Administrator, Northern Arizona University, August 1977.

I. Rubin, J. Niemberg, K.J. Saczalski, D. Gakenheimer, D. Simons, "Solid Propellant Booster Effects and Vulnerability Programs" TRW Report under Contract No. DASG60-81-C-0103, April 1984.

R.D. Eisler, K.J. Saczalski, et al., "Important Considerations for Composite Modelling and Failure Analysis Programs," Mission Research Corporation Report (Survivable Structures Division), November 1985.

K.J. Saczalski, "Overview of Biomechanical Analysis Methods for Accident Reconstruction," prepared for State Bar of Arizona Seminar on Handling Motor Vehicle Accident Cases, Phoenix, Arizona, December 7, 1990.

K.J. Saczalski, N. Perrone, "Analysis of Missile System Vulnerability in Heat to Failure Environment", Office of Naval Research Report (Classified Secret), Code 439, Arlington, VA, 1975.

G. Singley, K. Saczalski, Co-authored Feature Article, "A Look at an Emerging New Technology – Aircraft Crashworthiness", American Institute of Aeronautics & Astronautics, July/August 1975,. Pp 66-70.


## RELATED SEMINAR AND MEETING NOTES

K. J. Saczalski, "Evaluation of Seat Strength and Energy Absorbing Characteristics Related to Occupant and Vehicle Impact Characteristics, " SAE Toptec on Seat Design For Automotive Safety, Marina Del Rey, CA , 1995.

K.J. Saczalski, "Evaluation of Seat Strength & Energy Absorbing Capacity Related to Occupant & Vehicle Impact Characteristics," presented at the Southern Trial Lawyers Association Meeting, New Orleans, LA, February 24, 2001.

K.J. Saczalski, "Rear Impact Occupant Restraints: Seat Back Design, Testing, Computer Modeling, and Crash Test Performance," presented at the Western Trial Lawyers Association Meeting, Phoenix, Arizona, October 7, 1995.

K.J. Saczalski, "Demonstrative Testing, Rear Impact Performance of Automotive Seat Systems," presented at the Attorneys Information Exchange Group "Auto Focus '91 Seminar," Phoenix, Arizona, October 11-12, 1991.

K.J. Saczalski, "Overview of Biomechanical Analysis Methods for Accident Reconstruction," presented to the State Bar of Arizona Seminar, Phoenix, Arizona, December 7, 1990.

K.J. Saczalski, "Motorcycle Helmets: A Review of Injury Reducing Effectiveness and Limitations," presented to the Arizona Insurance Adjusters Meeting, Phoenix, Arizona, 1989.

K.J. Saczalski, "Working with the Expert—Creating the Team (From the Expert's Perspective)," presented to the Arizona Trial Lawyers Association, Product Liability Seminar, Phoenix, Arizona, December 9, 1988.

K.J. Saczalski, "Criteria for the Evaluation of Public Mass Transit Vehicle Crashworthiness," presented at the seminar on Active and Passive Safety Problems in the Field of Mass Transportation Vehicles," sponsored by the International Center for Transportation Studies and FORMEZ held in Sorrento, Italy, February 1987.

K.J. Saczalski, R.D. Eisler, C.D. Newlander, S. Stone, R.J. Morgan, "Development of Damage Tolerant, Thermo/Mechanically Tough, Inorganic Matrix Materials for Advanced Composite Structures," MRC presentation to DARPA and NRL, February 1986.

R.D. Eisler, K.J. Saczalski, S.F. Stone, "Vulnerability and Hardening Assessment — Past (PI)/Present (SICBM)/Future (SDI)," MRC presentation to Hercules Bachus, Inc., May 1986.

K.J. Saczalski, :Technical Issues Related to the Accurate Prediction of Damage and Failure in Composite Structures," presented at the SDI Lethality Program Meeting on Composite Modelling Capabilities, held at Kirtland Air Force Base, May 1985.

K.J. Saczalski, "Mechanics of Head and Neck Injury," presented to the Armed Forces Institute of Pathology Meeting on Head and Neck Injury, April 1980.

T.C. Huang, K.J. Saczalski, "Computer Applications for Vibration Problems in Engineering," August 11-15, 1969, for University Extension, University of Wisconsin.

T.C. Huang, K.J. Saczalski, "Computer Programming for Engineering Vibrations," presented June 17-21, 1968, for University Extension, University of Wisconsin.

K.J. Saczalski, "Matrix Methods for Engineering Analysis," presented September 1966, for Rochester Engineering Society, Rochester, New York.

## CONSULTING

4/83 to Present — Metallic Materials Failure Analysis Consultant to Gore Manufacturing Company, Flagstaff, Arizona.

6/83 to 3/84 — Composite Material Failure Analysis Consultant to Chemical Systems Division to United Technology, Sunnyvale, California.

10/82 to 12/84 — Composite Materials and Structural Analysis Consultant to McDonnell Douglas Astronautics of Huntington Beach, California.

7/79 to 7/80 — Advanced Composite Materials analysis and test consultant to RDA Corporation, Marina Del Rey, California.

7/77 to 7/80 — Structural materials (thermo/mechanical loads) analysis consultant to Aerospace Corporation, Los Angeles, California.

8/74 — Listed as "Suggested Consultant" in Ford Motor Company Research and Method Development Proposal for "Analytical Crash Simulation, 30 mph Rear-End Collision and Fuel Tank Behavior Prediction" Report.

1/73 to 7/75 — Crashworthiness and Vehicle Handling Consultant to Analytical Advisory Group, Inc., McLean, Virginia.

4/72 to 6/72 — Structural Dynamics Software Consultant to Paul Weidlinger Associates, New York.

11/70 to 2/71 — Fatigue Consultant to New York Air Brake Co., Watertown, New York.

5/66 to 9/67 — Vibration and Stress Consultant to Eastman Kodak Co., Rochester, NY.

## HONORS AND AWARDS

Received most nominations from Participant Evaluations for Best Presentation of the Day at SAE TOPTEC "Automotive Seat Design for Safety," held August 3-4, Marina Del Rey, California, 1995.

Keynote Speaker, AIAA Meeting on Laser Effects and Target Response (session on Material Thermal Response), November 1985.

President's Award, Northern Arizona University, 1984, for outstanding faculty contributions.

Nominated to National Motor Vehicle Safety Advisory Council by U.S. Senator Warren G. Magnuson and Appointed to the Council in 1975 by U.S. Secretary of Transportation William T. Coleman, Jr.

Listed in "Outstanding Young Men of America," 1975 edition.

Awarded 1972 Ralph R. Teetor Award, by the Society of Automotive Engineers, for Outstanding Engineering Education and Automotive Research Endeavors.

Received Tau Beta Pi Faculty Award, 1972, for outstanding contributions to the Clarkson College engineering student body and high attainment in chosen profession.

Received dedication of Clarkson College of Technology student yearbook, "Clarksonian," for 1972.

Pi Tau Sigma initiation banquet (1972) guest speaker.

Awarded NSF Traineeship 9/67-9/70, University of Wisconsin Department of Engineering Mechanics.

## PROFESSIONAL SOCIETIES

Society for the Advancement of Material and Process Engineering
American Society of Mechanical Engineers
Society of Automotive Engineers
Sigma Xi
ASM

## PATENTS

United States Patent No.: 6,626,462 B2  for VEHICLE OCCUPANT SAFETY NET (Co-inventor with T. Saczalski) Granted September 30, 2003.

## PROFESSIONAL SOCIETY ACTIVITIES

Current member of SAMPE, ASME and SAE. (Also past member of ASEE 1970-1973).

Faculty Advisor to numerous student projects, including: Mr. Mark Spangler, 1st place AIAA National Competition, 1983 and Mr. David Zavaleta, 1st Place ASME Western Region, 1984.

Organized and Chaired 1976 ASME Symposiums on: "Measurement and Prediction of Structural and Biodynamic Crash Impact Response"; and "Constitutive Equations in Visco-Plasticity: Computational and Engineering Aspects."

Organized and Chaired Session on Vehicle Safety and Crashworthiness for the 1975 AIAA 11th Annual Meeting (Washington, DC).

Papers review chairman for Vibration and Sound Committee of the ASME Design Engineering Division (6/71 to 1/76).

Organized and chaired session on "Human Factors in Vibration Engineering" for 1973 ASME Vibrations Conference.

Co-organized Regional ASEE Meeting held at Clarkson College of Technology in 1972.

Session Chairman for 1972 and 1974 ASME Winter Annual Meeting.

Faculty Advisor for Clarkson Student Chapter of ASME 1970-1972 (during first year as advisor, the chapter won the regional Bendix Award for best chapter — during second year the chapter hosted the Regional Student Conference and won second place in the Bendix competition).

Member of Syracuse, NY ASME Executive Committee (6/70-6/72).

Session Chairman for 1971 ASME Vibrations and International Design Conference, Toronto, Canada (9/71).

Member of ASME Policy Board Research ad-hoc committee on Computer Software (9/72-9/77).

Member of various ASME Applied Mechanics Division Committees.

## OTHER RELEVANT ACTIVITIES

Advisor — Clarkson College Urban Vehicle Design Team which designed and built (from the "ground up") an Urban Vehicle which competed in Detroit, Michigan, August 12, 1972, successfully completed all phases of UVDC tests, and received an award for outstanding achievement.

Graduate Advisor to Mr. B.G. Master (M.S. 6/72). Thesis Topic: "Anthropomorphic Headform Development and Simplified Technique for Impact Evaluation of Protective Headgear."

Graduate Advisor to Mr. K.C. Park (Ph.D. 6/74). Thesis Topic: "Crashworthiness of Complex Structural Systems."

Co-developed and taught courses on "Automotive Transportation Systems," and "Undergraduate Design."

Undergraduate advisor on Leg Prosthesis, Biomechanics, and Urban Mass Transportation Design Projects.

Member of the Department of Defense Joint Technical Coordinating Committee on Aircrew and Personnel Protection.

Reviewer of Biomechanics and Structural Crashworthiness Proposals for the Department of Transportation (FAA and NHTSA).

Co-organized "First International Conference on Structural Mechanics Software" held 6/74 University of Maryland — 500 attendees from throughout the world.

Co-organized "First Department of Defense Conference on Aircraft Crashworthiness" held 10/75 Cincinnati, Ohio — 300 attendees.

Organized Youth Football coaching seminar on "Sports Related Injury Mechanics," Manassas, Virginia, 1976.

Organized National Motor Vehicle Safety Advisory Council Seminar on "Restraint System Effectiveness," July 1976.

Served as Vice-Chairman (5/75-8/77) of Crashworthiness Committee of the National Motor Vehicle Safety Advisory Council.

Served as Chairman (5/75-8/77) of the Motorcycle Safety Committee of the National Motor Vehicle Safety Advisory Council.

Served as technical paper reviewer (1991-1993) for the Institute for Injury Reduction.

Interviewed on CBS "60 Minutes" program (1992) as well as NBC Inside Edition (1995), ABC Dateline (1996), CBS "60 Minutes II" (2001), and the Canadian program "Market Place," regarding Seat Back Design and Automotive Safety during Rear Impacts.

Founding Board Member of the International Center for Transportation Studies group, Amalfi, Italy, 1978-present.

Session Chairman (1980) NASA/G.W.U. Meeting on "Computational Methods in Nonlinear Structural and Solid Mechanics."

Session Chairman (1982) NASA/G.W.U. Meeting on "Advances and Trends in Structural and Solid Mechanics."

Invited to participate in various joint Army, Navy, Air Force meetings dealing with composite material property measurement and methodology, 1973 to present.

Presented numerous seminars on Biomechanics of Head/Neck Injury to various NAU classes and departments (i.e., Comparative Anatomy, Human Anatomy, Physics, etc., 1982 to present.

Guest Speaker and Invited Lecturer to numerous regional and area technical society and civic community meetings (1980 to present).

## STATES IN WHICH REGISTERED

Florida (1963) — EIT

## COURSES TAUGHT

Graduate:

      Non-Linear Finite Element Analysis and Numerical Methods
      Advanced Numerical Methods for Structural Analysis (U. of M. 1975)
      Non-Linear Control Systems (with Lab) (G.W.U. 1973-1975)
      Advanced Dynamics (Clarkson College 1970-1972)
      Advanced Experimental Methods (Clarkson College 1970-1972)

Undergraduate:

      Applied Mechanics: Dynamics — (NAU, Clarkson College)
      Linear Control Systems (Lecture and Lab) — (NAU, Clarkson College)
      Theory of Vibration (Lecture and Lab) Avenue (NAU, Clarkson College)
      Dynamic Analysis and Computer Simulation — (NAU)
      Transportation Systems and Vehicle Dynamics (Clarkson College)
      Experimental Methods (Lecture and Lab) — (NAU, Clarkson College)
      Material Science — (NAU)
      Metallurgy (Lecture and Lab) — (NAU)
      Non-metallic Materials — (NAU)
      Machine Design (Lecture and Lab) — (NAU)
      Heat Transfer (NAU)
      Thermodynamics (NAU)

Additional Publications of 2008 through 2012:

K. J. Saczalski, Mark Pozzi, Joseph Lawson Burton, "Strong vs Weak Seats: Analysis of "Matched" Rear Impact Tests for Head & Neck Injury Risk Evaluations with Normal Out-of-Position Adults", American Academy of Forensic Sciences 60th Annual Meeting, Washington, D.C., February 18-23, 2008.

Matthew A. Ivory, Carley C. Ward, Kenneth Saczalski, Frank Richardson, Michael Dunlap, "An Experimental Investigation into the Proper Installation of Child Belt Positioning Booster Seats", American Academy of Forensic Sciences 60th Annual Meeting, Washington, D.C., February 18-23, 2008.

Mark Pozzi, Matthew A. Ivory, Kenneth Saczalski, "Analysis of Seat Belt Performance in Rear Impact Crash Testing with Seat Failure", American Academy of Forensic Sciences 61st Annual Meeting, Denver, Colorado, February, 2009.

K. J. Saczalski, Mark N. West, Duane B. Priddy. "Damage Analysis Technique for Evaluation Of Plastic Seats in Handicapped Mobility Devices." *SAMPE Technical Conference Proceedings: Developing Scalable Materials & Processes for Our Future.* Fort Worth, Texas, October 17-20, 2011. Society for the Advancement of Material and Process Engineering. CD-ROM

K. J. Saczalski, T. K. Saczalski, Mark Pozzi, "Method for Predicting Rear Impact Force Levels Associated with Bumper Override & Sheet Metal Crush", American Academy of Forensic Sciences 64th Annual Meeting, Atlanta, GA, February 24, 2012.