# EXHIBIT B

# MCCRACKEN ENGINEERING

PO BOX 17149

CHAPEL HILL, NC 27516

January 11.2017

Mr. Cale Conley

Conly Griggs Partin

1380 West Paces Road, N.W.

Suite 2100

Atlanta, Georgia 30327

RE: Broaden v. GMAX

Case # 1130

Dear Mr. Conley

The following summary is to acquaint you with the results of my analysis and conclusions to date and to act as my report pursuant to the rules of Civil Procedure with regard to the above-referenced matter. My hourly rate is $275/hr. and I have not authored any publications within the last ten years. Items reviewed for this report include the police accident file, photographs of the Broaden motorcycle, Police photographs of the accident scene, photographs of the failed GMAX helmet, and the depositions of Angia Levels and JA QUE J. KING. As an additional basis for my opinions and conclusions, I will utilize field notes, photographs, and measurements taken

1

during my field investigation of the vehicle and accident scene. As an addendum to this report, I will include a copy of my CV and a listing of trial and deposition testimony as required by the federal rules. My primary opinions and conclusions in this case will relate to the areas of accident reconstruction, and motorcycle helmets.

# Accident Reconstruction

Physical evidence in the form of vehicular tire marks, gouge marks, and final rest positions, when combined with vehicle dynamics, accident scene geometry, fact witness testimony, and appropriate drag factors, yields the following conclusions relevant to this accident sequence.

1/ On 4/11/2013, a 2000 Honda CBR900 motorcycle was being ridden by Corey Broaden in the #3 travel lane on southbound Rock Chapel Road approaching the intersection with Lithonia Industrial Blvd. A 2002 Ford Explorer being driven by Briana Blackmon was also southbound approaching the same intersection in the #1 travel lane. The Blackmon Explorer then made a hard, unsafe, lane change maneuver across the #2 and #3 travel lanes in an attempt to exit onto westbound Lithonia Industrial Blvd. The Broaden Honda attempted to avoid a collision by braking, but was unsuccessful due to a lack of sufficient time, and an impact occurred between the front of the Honda motorcycle and the passenger side B pillar area of the Explorer. Slope on Rock Chapel Road in the direction both vehicles were initially traveling is approximately 5% up.

Basis: Police accident file, witness testimony, photos of vehicles and accident scene, slope measurement

Pre Impact Phase:

2/ The speed of the Broaden motorcycle at the initiation of this accident sequence is less than the speed limit of 45 MPH.

Basis: Reconstruction of accident, witness testimony, accident scene photos, Physical Evidence.

3/ Braking prior to impact was initiated by the Broaden Honda.

Basis: Accident scene photos showing a single tire brake mark leading to the area of impact.

4/ The impact speed of the Broaden Honda motorcycle is 36 MPH or less.

Basis: Accident Reconstruction calculations relating to pre impact braking

Impact Phase:

5/ The Longitudinal speed change ( Delta V ) to the Broaden Honda during the collision with the Explorer is 10 MPH or less.

Basis: Police accident photos showing damage to the Explorer, lack of significant longitudinal crush or wheelbase reduction to the Broaden Honda motorcycle.

3

6/ The collision between these two vehicles causes the Broaden Honda to roll onto its right side and contact the pavement

Basis: Physical evidence on the vehicle and on the pavement.

Post Impact Phase:

7/ The separation speed of the Broaden Honda is approximately 26 MPH or less, with a velocity vector direction of approximately 40 degrees to the right of the initial travel direction.

Basis: Physical evidence on the pavement, vehicle final rest position, accident reconstruction calculations.

8/ Post impact, both the motorcycle and rider slide approximately 50 feet to a final rest position near the curb area/crosswalk southwest of the initial area of impact.

Basis: Accident scene photos, physical evidence on motorcycle and pavement, witness testimony.

9/ At impact with the Broaden Honda, the Blackmon Explorer is traveling at approximately 15 MPH.

Basis: Accident reconstruction calculations

10/ The crossing speed of the Blackmon Explorer into Mr. Broaden's travel lane during the hard, unsafe, lane change maneuver will not allow Mr. Broaden sufficient time to perceive, react, and avoid this collision.

Basis: Accident reconstruction calculations

# The Helmet

11/ The final rest position of Mr. Broaden's helmet appears to be adjacent to the final rest position of the motorcycle, on the sidewalk.

Basis: Accident scene photos

12/ Examination of the helmet revealed no tire transfer marks consistent with this helmet being run over in some fashion by the Explorer. Further, there is no evidence on the pavement or on the Explorer that would support any interaction between this vehicle and the helmet.

13/ I worked in the retail motorcycle business for approximately 20 years. During that timeframe I personally sold well over 1000 motorcycle helmets. I also personally examined over 100 helmets that had been involved in accidents, many of which were far more severe than this accident in terms of Delta V and accident speed. I have examined this GMAX helmet worn by Mr. Broaden, and I have never before seen the extensive cracking and compromise that this helmet exhibits. I do not see any unusual mechanism during this accident sequence which would account for this catastrophic damage.

5

As discovery is ongoing in this matter I reserve the right to amend or modify this report should future information so dictate.

Please contact me if you require further documentation or clarification regarding this matter.

Respectfully submitted,

McCracken Engineering

L. Wayne McCracken, Jr. P.E.

RESUME of
L. WAYNE McCRACKEN, JR., P.E.
McCracken Engineering

## PROFESSIONAL SKILLS: TECHNICAL

Thirty years experience with internal combustion technology.
Specialty: Motorcycles, heavy trucks and automobiles. Working knowledge in the following areas:

- Motor vehicle accident reconstruction/computer simulation and animation.
- Vehicle dynamics and suspension systems.
- Failure analysis.

## PROFESSIONAL SKILLS: ADMINISTRATIVE

Engineer: McCracken Engineering (2012- Present)
Engineer (1988-2011); Vice President (2000 - 2011), Research Engineers, Inc., Raleigh, North Carolina.
Fifteen years management experience in retail business.
Primary responsibilities:

- Service department operations and training.
- Sales of new and used vehicles.
- Technical liaison to manufacturers and distributors.

## PATENTS

Holder, U.S. Patents 4,708,098 and 4,789.004.

## EDUCATION

- BSEE Duke University, 1972.
- Durham Technical Institute: Two semesters – Machine Shop Operations Training.
- Motorcycle Technical Training, 1973 to date: Twenty to twenty-five courses encompassing all phases of motorcycle operations.
- Accident Reconstruction: University of North Florida, Jacksonville, Florida.
- Heavy Truck Dynamics: University of Michigan, Ann Arbor, Michigan.
- SAE Automotive Testing for Electromagnetic Compatibility TOPTEC.
- SAE Grounding & Shielding Electronic Systems Workshop.
- SAE Commercial Vehicle Braking Systems.
- BMW Car Control Clinic.
- SAE Occupant and Vehicle Kinematics in Rollovers.
- SAE Accelerated Test Methods for Ground and Aerospace Vehicles
- SAE Fundamentals of Heavy Truck Dynamics
- SAE Hydraulic Brake Systems for Passenger Cars & Light Trucks
- SAE Accident Reconstruction
- SAE Applying Automotive EDR Data to Traffic Crash Reconstruction

## PROFESSIONAL SOCIETIES

Society of Automotive Engineers.

## REGISTRATION

National Council of Examiners for Engineering and Surveying.
Professional Engineer: State of North Carolina, Registration No. 16364: Mechanical Engineering.
Professional Engineer: State of Alabama, State of Kentucky, State of Mississippi, State of South Carolina,

Deposition List of L. Wayne McCracken, Jr.
2007 to Present, 2011

| Date | Case | Court |
|---|---|---|
| January 9, 2007 | Lake v. The Memphis Landsmen, L.L.C., et al. | Circuit Court Thirtieth Judicial District at Memphis Tennessee |
| March 29, 2007 | Gonzales v. Wal-Mart Stores, Inc., et al. | District Court 73rd Judicial District Bexar County Texas |
| April 25, 2007 | Gray v. DaimlerChrysler Corporation | Circuit Court Mobile County Alabama |
| May 23, 2007 | Parrish v. Ford Motor Company | U.S. District Court Northern District Atlanta Division Georgia |
| June 5, 2007 | Vaughter v. Ford Motor Company | Circuit Court Limestone County Alabama |
| June 22, 2007 | Campbell v. Yokohama Rubber Company, Ltd., et al. | U.S. District Court Charleston Division South Carolina |
| June 27, 2007 | Campbell v. Ford Motor Company | Superior Court Strafford, SS. New Hampshire |
| August 13, 2007 | Whitten, et al. v. Isuzu Motors America, Inc., et al. | U.S. District Court Western District Western Division Tennessee |
| August 31, 2007 | Haeger, et al. v. Goodyear Tire and Rubber Company, et al. | U.S. District Court Arizona District Arizona |
| September 6, 2007 | Torres v. Ford Motor Company, et al. | State Court Fulton County Georgia |
| September 25, 2007 | Salvagni v. Ecolab, Inc., et al. | Circuit Court Thirteenth Judicial Circuit Civil Division Hillsborough County Florida |
| September 26, 2007 (2nd) | Fernandez v. Ford Motor Company | Circuit Court 11th Judicial Circuit Court Miami-Dade County Florida |

Deposition List of L. Wayne McCracken, Jr.
2007 to Present, 2011

| Date | Case | Court |
|---|---|---|
| October 9, 2007 | Torres v. Ford Motor Company, et al. | State Court<br>Fulton County<br>Georgia |
| November 1, 2007 | Anton v. The Goodyear Tire & Rubber Company, et al. | U.S. District Court<br>Southern District<br>Houston Division<br>Texas |
| November 13, 2007 | Bowers v. Taylor v. All Coast Intermodal Services, Inc. | Court of Common Pleas<br>Colleton County<br>South Carolina |
| November 20, 2007 | Meadows & Stallman v. Diverse Power, Inc. | State Court<br>Troup County<br>Georgia |
| December 4, 2007 | Shelton v. Day's Trucking Company, Inc., et al. | U.S. District Court<br>Eastern District<br>Northern Division<br>Tennessee |
| December 11, 2007 | Shirley Woods, et al. v. Goodyear Tire & Rubber Company, et al. | Circuit Court<br>Hale County<br>Alabama |
| March 11, 2008 | McCool v. Ford Motor Company, et al. | State Court<br>Cobb County<br>Georgia |
| March 26, 2008 | Dunn v. Stock Building Supply, Inc., et al. | State Court<br>Cobb County<br>Georgia |
| April 15, 2008 | Krepps and Mason v. West Coast Choppers, et al. | U.S. District Court<br>Southern District<br>Charleston<br>West Virginia |
| June 24, 2008 | Michelle Monica Lewis v. DaimlerChrysler Motor Company, LLC, et al. | U.S. District Court<br>Santa Fe County<br>New Mexico |
| July 22, 2008 | William Bush, et al. v. Bridgestone Firestone North American Tire, L.L.C., et al. | Circuit Court<br>Mobile County<br>Alabama |
| July 24, 2008 | Samantha Rutter et al. v. Isuzu Motors America, Inc., et al. | U.S. District Court<br>Eastern District<br>Louisiana |
| August 12, 2008 | Carreau and Fitzpatrick v. Buell Motorcycle Company, et al. | U.S. District Court<br>Massachusetts District<br>Massachusetts |

Deposition List of L. Wayne McCracken, Jr.
2007 to Present, 2011

| August 28, 2008 | Halpern v. American Honda Motor Company, et al. | State Court<br>Clayton County<br>Georgia |
|---|---|---|
| September 9, 2008 | Ellison v. Ford Motor Company | U.S. District Court<br>Northern District<br>Rome Division<br>Georgia |
| September 12, 2008 | Schalmo v. The Goodyear Tire & Rubber Company, et al. | Circuit Court<br>Sixth Judicial Circuit<br>Pasco County<br>Civil Division<br>Florida |
| September 23, 2008 | Bogert/Frederick v. The Goodyear Tire & Rubber Company, et al. | Superior Court<br>Maricopa County<br>Arizona |
| November 25, 2008 | Rye & Rye v. Kia Motors America, Inc., et al. | Circuit Court<br>Wayne County<br>Michigan |
| December 9, 2008 | Hodges v. Institutional Jobbers Company, et al. | U.S. District Court<br>Middle District<br>Northern Division<br>Alabama |
| February 11, 2009 | Martinez v. Cooper Tire & Rubber Company, et al. | Judicial Court<br>171st District Court<br>El Paso County<br>Texas |
| February 24, 2009 | Albritton v. Ford Motor Company, et al. | Fourth Judicial District Court<br>Parish of Ouachita<br>Louisiana |
| April 23, 2009 | Ray v. Ford Motor Company, et al. | U.S. District Court<br>Middle District<br>Eastern Division<br>Alabama |
| April 29, 2009 | Alan v. Ford Motor Company, et al. | Court of Common Pleas<br>Lexington County<br>South Carolina |
| May 5, 2009 | Steadman v. Volvo Trucks North America, Inc., et al. | Circuit Court<br>Monroe County<br>Alabama |
| October 5, 2009 | Coble v. American Honda Motor Co., Inc., et al. | Court of Common Pleas<br>Berkeley County<br>South Carolina |

Deposition List of T. Wayne McCracken, Jr.
2007 to Present, 2011

| Date | Case | Court |
|---|---|---|
| October 14, 2009 | Harrell v. Yamaha Motors Co., Ltd., et al. | Circuit Court<br>Mobile County<br>Alabama |
| February 9, 2010 | Balher v. Subaru of America, Inc., et al. | U.S. District Court<br>Northern District<br>Amarillo Division<br>Texas |
| February 15, 2010 | Graziano v. Bolles | Circuit Court<br>Pinellas County<br>Florida |
| February 17, 2010 | Martin v. Cooper Tire & Rubber Company | U.S. District Court<br>Middle District<br>Albany Division<br>Georgia |
| July 21, 2010 | Tolasch v. Wohlfeil Hardware and Tools, Inc., et al. | Circuit Court<br>Saginaw County<br>Michigan |
| August 3, 2010 | Drake & Drake v. Coinstar, Inc., et al. | Circuit Court<br>Jefferson County<br>Alabama |
| August 31, 2010 | Leytham, etc. v. Kia Motors America, Inc., et al. | Circuit Court<br>Mobile County<br>Alabama |
| September 2, 2010 | Gibbons v. Lawrence Transportation Systems, Inc., et al. | Circuit Court<br>7th Judicial Circuit<br>Volusia County<br>Florida |
| September 8, 2010 | Favata v. USAA Casualty Insurance Company | Circuit Court<br>13th Judicial Circuit<br>Hillsborough County<br>Florida |
| September 21, 2010 | Tumbadou, et al. v. Greyhound Lines, Inc., et al. | U.S. District Court<br>Southern District<br>New York |
| November 4, 2010 | Chuk, et al. v. General Motors Corporation, et al. | Circuit Court<br>Clarke County<br>Alabama |
| November 30, 2010 | Long, et al. v. TRW Vehicle Safety Systems, Inc. | U.S. District Court<br>District of Arizona<br>Arizona |
| January 19, 2011 | Riley v. Ford Motor Company, et al. | U.S. District Court<br>Southern District<br>Hattiesburg Division<br>Mississippi |

Deposition List of L. Wayne McCracken, Jr.
2007 to Present, 2011

| January 27, 2011 | April Renee Bond Fowler v. Ford Motor Company, et al. | Circuit Court<br>Colbert County<br>Alabama |
|---|---|---|
| April 20, 2011 | Maddox v. Nissan Motor Company, LTD, et al. | 28th Judicial Circuit<br>Lincoln Circuit Court<br>Division No. 1<br>Kentucky |
| August 31, 2011 | Sun, et al. v. DW Tours & Charter, et al. | Superior Court<br>Los Angeles County<br>California |
| September 21, 2011 | Cruz v. Kumho Tire Company, et al. | U.S. District Court<br>Northern District<br>New York |
| October 19, 2011 | Cerda v. Trideport Distributing, Inc., et al. | District Court<br>148th Judicial District<br>Nueces County<br>Texas |

1

| Date | Case | Court |
|---|---|---|
| March 19, 2013 | Freeman v. Marshall Durbin | Circuit Court of Wayne County Mississippi |
| July 17, 2013 | Stevens v. Kawasaki | Circuit Court 13th Circuit, Alabama |
| August 7, 2013 | Hall v. General Motors | U.S. District Court District of Kansas |
| November 14, 2013 | Boyd v. Lowman Auto | Superior Court Bridgeport, CT. |
| March 11, 2014 | Townsend v. NCDOT | N.C. Industrial Commission A.G. File TC-11-00428 |
| May 15, 2014 | Cruz v. Mack Trucks | U.S. District Court Northern District, NY |
| May 19, 2014 | Gaskill v. Gillette | Circuit Court Southampton County, Virginia |
| June 3, 2014 | Sizemore v. Harley Davidson | Genesee County Michigan |
| June 17, 2014 | Brooks v. Mazda | 12th Judicial District Parish of Avoyelles Louisiana |
| September 16, 2014 | Bond v. Franklin | 24th Judicial District Parrish of Jefferson, LA |

| Date | Case | Court |
|---|---|---|
| April 1, 2015 | Holt v. Goodyear | Superior Court Maricopa County, AZ |
| April 15, 2015 | O'Connor v. GM | U.S. District Court Connecticut |
| July 8, 2015 | Bourgeois v. Goodyear | U.S. District Court Arizona |
| July 30, 2015 | Olivera v. Mazda | Fulton County, Ga. |
| August 12, 2015 | O'Connor v. GM | U.S. District Court Connecticut |
| September 9, 2015 | Hartsock v Goodyear | U.S. District Court Charleston S.C. |
| September 30, 2015 | Dobson v. FCA | Morehouse Parish Louisiana |
| August 10, 2016 | Roarty v. Harley Davidson | Circuit Court Collier County, Fla. |
| October 18, 2016 | Dunbar v. Nissan | Parrish of Iberville Louisiana |

Trial Testimony of L. Wayne McCracken, Jr.
2007 to Present, 2011

| Date | Case | Court |
|---|---|---|
| January 3, 2007 | Klosterman v. Beaufort County, REA Construction Co., et al. | Court of Common Pleas<br>Beaufort County<br>South Carolina |
| March 6, 2007 | Bearnil v. Johnson Controls, Inc., et al. | U.S. District Court<br>Middle District<br>Tampa Division<br>Florida |
| August 22, 2007 | Vaughter, et al. v. Ford Motor Company, et al. | Circuit Court<br>Limestone County<br>Alabama |
| September 17, 2007 | Baca v. Hyundai Motor Company, et al. | Fourth Judicial District Court<br>San Miguel County<br>New Mexico |
| November 29, 2007<br>November 30, 2007 | Bowers v. Taylor, et al. | Court of Common Pleas<br>Colleton County<br>South Carolina |
| January 8, 2008 | Shelton v. Day's Trucking Company, Inc. | U.S. District Court<br>Eastern District<br>Northern Division<br>Tennessee |
| July 15, 2008<br>July 16, 2008 | Pacheco v. General Motors Corporation, et al. | Supreme Court<br>Richmond County<br>New York |
| August 13, 2008 | Lake v. The Memphis Landsmen, L.L.C., et al. | Circuit Court<br>Thirtieth Judicial District/Memphis<br>Tennessee |
| October 2, 2008<br>October 3, 2008 | Fernandez v. Ford Motor Company | Circuit Court<br>Eleventh Judicial Circuit<br>Miami-Dade County<br>Florida |
| March 5, 2009 | Halpern v. American Honda Motor Company, Inc., et al. | State Court<br>Clayton County<br>Georgia |

Trial Testimony of L. Wayne McCracken, Jr.
2007 to Present, 2011

| February 9, 2010 | Rye and Rye v. Kia Motors America, Inc., et al. | Circuit Court<br>Wayne County<br>Michigan |
|---|---|---|
| June 15, 2010 | Schalmo v. The Goodyear Tire & Rubber Company, et al. | Circuit Court<br>Sixth Judicial Circuit<br>Pasco County<br>Civil Division<br>Florida |
| October 14, 2010 | Favala v. USAA Casualty Insurance Company | Circuit Court<br>Thirteenth Judicial Circuit<br>Hillsborough County<br>Civil Division<br>Florida |
| June 17, 2011 | Leytham v. Kia Motors of America, Inc., et al | Circuit Court<br>Mobile County<br>Alabama |
| December 5, 2011 | Maddox v. Nissan Motor Company, LTD., et al. | Lincoln Circuit Court<br>28th Judicial Circuit<br>Division No. 1<br>Commonwealth of Kentucky |

Trial Testimony

| | | |
|---|---|---|
| January 31, 2012 | Cerda v. Tideport Distributing | District Court |
| | | Nueces County, TX |
| January 8, 2015 | Townsend v. NCDOT | N.C. Industrial Commission |
| | | File TC-11-00428 |