# EXHIBIT C



**BROADEN**

**CASE NO: 15-583**

**Prepared for: Cale Conley**

**Report date: January 17, 2017**

_____
Paul Lewis, Jr.

## __Table of Contents__

I.      Introduction, page 3
II.     Statement of the issues to be addressed, page 3
III.    Database, page 4
IV.     Police diagram, page 4
V.      Information re: Mr. Broaden's injuries, pages 5-10
VI.     Helmet inspection, pages 11-17
VII.    Motorcycle inspection, pages 17-18
VIII.   Information from Wayne McCracken, pages 18-19
IX.     Information from Ken Saczalski, pages 20-23
X.      Opinions and support, pages 23-28
XI.     Qualifications and methodology, pages 28-29

### I.      Introduction

I am a Biomedical Engineer who provides expertise in the areas of biomechanics, occupant kinematics, crash dynamics, and injury causation. Biomechanics is the study and effect of motion and forces on the human body. Kinematics is the study of motion- as applied to occupant kinematics it is the study of the body's motion. Dynamics is the study of forces on the human body that result in that motion and failure of the body due to the forces. These areas are related to medicine, but are separate disciplines. The role of a medical doctor is to diagnose an injury and treat it. The role of biomedical/biomechanical engineer is to identify the injury and consider the forces and motions necessary to cause the injury due to his/her specialized knowledge in injury mechanisms and tolerance values. My qualifications are set forth in detail in my Curriculum Vitae provided with this report.

This case involves an accident that occurred on April 11, 2013. The police report shows the time of the accident to be 18:36 (6:36 p.m.) and the officer arrived at 18:45 (6:45 p.m.), 9 minutes later. Corey Broaden ("Mr. Broaden"), a 31-year-old male, was operating a 2000 Honda CBR-900 motorcycle ("motorcycle") headed southbound on Rock Chapel Road toward Lithonia Industrial Boulevard.  At the same time a 2002 Ford Explorer ("Explorer") was also traveling southbound on Rock Chapel Road. As the Explorer was traveling towards the intersection the operator suddenly swerved into the lane where Mr. Broaden's motorcycle was. This resulted in the motorcycle contacting the passenger side of the Explorer causing Mr. Broaden to fall from the motorcycle. Mr. Broaden's body's traversed the pavement coming to rest against a curb.

Mr. Broaden was wearing a full face "GMAX GM68S" helmet ("GMAX helmet") at the time of the accident. Information contained in the complaint filed for this case is that Mr. Broaden ordered and received brand new a few days before the accident. At some point during the accident Mr. Broaden's helmet essentially broke and separated from his head.

The primary injuries Mr. Broaden received in the accident were life threatening and permanently debilitating diffuse and focal brain injuries ("brain injuries").

### II.      Statement of the issues to be addressed:

Engineer Ken Saczalski has evaluated this case in order to address issues related to the design and performance of the helmet including the failure mode(s) and safer alternative designs.

I have utilized Mr. Saczalski's testing and analysis in conjunction with the case specific accident reconstruction and the case specific materials to evaluate how the performance of the helmet resulted in his focal brain injuries and diffuse axonal brain injuries. Further, in consideration of the brain injuries Mr. Broaden received, I have evaluated how a more properly designed helmet would have attenuated the forces acting on his head and the effect it would have on his injuries.

## III.     Database:

I have reviewed the following case specific material:

1. INCIDENT REPORT
2. FIRST AMENDED COMPLAINT
3. MEDICAL RECORDS FROM GRADY HOSPITAL
4. DR. ELMER'S OFFICE NOTES
5. NEUROPSYCH REPORT FROM SHEPHERDS
6. SHEPHERD CENTER RECORDS FROM APRIL 13, 2013 TO CURRENT
7. ADDITIONAL SHEPHERD RECORDS
8. COLOR COPIES OF SUBJECT HELMET
9. COLOR COPIES OF SCENE
10. SCENE PHOTOGRAPHS
11. DEPOSITION OF JA QUE J. KING TAKEN 6/29/16 W/ EXHIBITS
12. DEPOSITION OF ANGIA LEVELS TAKEN 6/29/16
13. DEPOSITION OF GLENNEISHA JONES TAKEN 8/31/16
14. TESTING BY KEN SACZALSKI
15. REPORT BY KEN SACZALSKI
16. REPORT BY WAYNE MCCRACKEN

I also personally inspected the subject helmet and motorcycle on March 4, 2016 at Legal Storage and services in Villa Rica, Georgia.

## III.     Police diagram:



## IV.     Information re: Mr. Broaden's injuries:

Information from the attorney is that there is no EMS report available.

1. Medical records from Grady Hospital:

The page numbers reference the page of the PDF file.

Page 4 – Trauma surgery discharge summary

Date of admission is April 11, 2013, date of discharge is May 28, 2013.

Admission diagnoses:  MCC versus auto with SAH, IPH, right ZMC fracture and bilateral pulmonary contusions.

He is a 31-year-old male who had a GCS of 4 on arrival.  Surgery evaluation revealed SAH, IPH, right zygomatic fracture, bilateral pulmonary contusions, small bowel contusion.  He was unable to be weaned off the ventilator and had to undergo a tracheostomy.

Page 7 – Trauma history and physical includes that he has PERRL abrasions to right forehead and left upper lip.  His neuro is listed as alert, oriented, normal speech and no focal findings or movement disorder noted.

Page 10 – CT of the head and C spine:

1.     Scattered subarachnoid hemorrhage, primarily within the frontal lobe sulci.  Hemorrhagic parenchymal contusion in the right temporal lobe measuring up to 1.2 centimeters.  Small other punctate foci of hyper density throughout the bilateral cerebral hemispheres may represent small hemorrhagic shear injury versus additional small parenchymal hemorrhages.  Midline is maintained.  The ventricles are within normal limits and shape and size.
2.     No acute cervical spine fracture or mal-alignment.
3.     Soft tissue swelling over the right zygoma extending into the right premolar soft tissues and right supraorbital soft tissues.  The globes are intact.  No retrobulbar hematoma.
4.     Segmental fracture of the right zygoma.

Page 11 – CT of the chest, abdomen and pelvis:

1.     Pulmonary contusion throughout both lungs, most prominent in the upper lobes.
2.     No pneumothorax.
3.     Endotracheal tube terminates at the thoracic inlet.
4.     No solid organ injury within the abdomen.
5.     Bowel wall thickening within the small bowel in the mid central abdomen likely represents bowel contusion.  Mild stranding in the mesentery may represent a mesenteric injury.  However, there is no extravasation of contrast.  No free fluid in the abdomen or pelvis to suggest a perforation.

Injury complex:  SAH, IPH, right zygomatic fracture, bilateral pulmonary contusions, small bowel contusion.

Page 18 – <u>Consult note dated April 11, 2013:</u> History includes that he was wearing a helmet and had a GCS of four.  CT scan demonstrated subarachnoid hemorrhage, segmental fracture of the right zygoma.

Page 19 – His head had an abrasion to the right face with step off at the right zygoma.

<u>CT of the face – preliminary read:</u>

1.      Scattered subarachnoid hemorrhage, primarily within the frontal lobe sulci.  Hemorrhagic parenchymal contusion in the right temporal lobe measuring up to 1.2 centimeters.  Small other punctate foci of hyperdensity throughout the bilateral cerebral hemispheres may represent small hemorrhagic shear injury versus additional small parenchymal hemorrhages.  Midline is maintained.  The ventricles are within normal limits and shape and size.  The basilar cisterns are patent.  This is the same CT as dictated above.

Page 25 – <u>Consult note dated April 13 shows a head CT:</u>

1.      Interval increase in the right temporal lobe hematoma.
2.      Blooming of previously described hemorrhagic foci within bilateral frontal lobes and corpus callosum suggestive of diffuse exonal injury.

Page 26 – Diagnosis: Subdural hemorrhage following injury with loss of consciousness.  Pulmonary contusion.

Page 28 – There is a note that he has a small bowel contusion.

Page 32 – There is a pharmacy note that documents he weighs 68 kg (149 pounds and 14.6 ounces).

Page 371 – <u>CT of the head without contrast taken May 22, 2013:</u>

Findings:  Interval removal of right transfrontal ventriculostomy catheter.  Interval evolution of previously same areas of hemorrhage with persistent ill-defined areas of hypodensity in the posterior right temporal (Image 19) and right frontal (Image 15) lobes.  Encephalomalacia within the inferior left frontal lobe (Image 13) unchanged from prior examination.  There is no evidence of acute territorial infarction, intracranial hemorrhage, mass effect, or abnormal extra-axial fluid collection.  The density in the larger dural venous sinuses is grossly normal.  The skull base and calvarium demonstrate no abnormality.

Page 380 – <u>Head CT without contrast:</u>

Findings:  Continued interval evolution of intraparyenchemal blood products without evidence of interval rebleed.  The previously hyperdense bifrontal and right temporal lobe hematomas are now hypoattenuating indicating expected evolution.  No definite new foci of subdural or subarachnoid blood products.

Stable position of right transfrontal external ventriculostomy drainage catheter.
Unchanged diffuse opacification throughout the paranasal sinuses and mastoid air cells with dense opacification of the right sphenoid sinus likely post traumatic/congestive in nature.  Stable appearance of segmental comminuted right zygoma fracture.

Page 403 – <u>X-ray of the right radius and ulna:</u>

Impression:  Diffuse soft tissue swelling of the forearm without underlying osseous abnormality.

X-ray of the right wrist taken the same day showed diffuse soft tissue swelling of the hand without osseous abnormality.

Page 404- <u>CT of the head without contrast taken April 14, 2013</u> – findings:  there has been expected evolution of previously described right temporal hematoma surrounding edema.  There is stable positioning of right transfrontal ventriculostomy catheter.  Scattered areas of subarachnoid hemorrhage blood products are again noted.  Again demonstrated are multiple hemorrhagic foci involving the bilateral frontal lobes and corpus callosum.  Scattered areas of hypodensity involving bilateral frontal lobes around hemorrhagic foci likely represent edema.  There is no new acute intracranial hemorrhage or large territorial infarction.  No new large extra axial fluid collection.

Impression:
1.    Expected evolution of right temporal lobe hematoma.  Stable shear injuries as described previously.
2.    Stable ventricle size.

Page 405 – <u>Head CT without IV contrast:</u>

Findings:  Re-demonstration of multi-compartment hemorrhage with bilateral frontal lobe contusions, right temporal lobe contusion, and scattered subdural and subarachnoid blood products seen at the vertex.  Re-demonstration of multiple previously described skull base fractures.

Page 407- <u>CT of the abdomen and pelvis with contrast taken April 14, 2013:</u>

Impression:
1.    New right lower lobe consolidation and bilateral patchy ground glass opacifications and tree-in-bud opacity suggesting infectious pneumonia.  Aspiration may be an etiology given the distribution.

2.	Small amount of simple attenuation.  Perihepatic and pelvic scites of uncertain etiology.

Page 412- <u>CT of the head without contrast taken April 14, 2013:</u>

Preliminary read:

1.	Stable right transfrontal ventriculostomy terminating in the third ventricle.
2.	Multiple small evolving intraparenchymal hemorrhagic foci.  Mild interval decrease in size of right temporal hematoma.  Re-demonstrated hemorrhagic foci in the bilateral frontal lobes appear stable.  Small hemorrhagic foci in the left frontal lobe peripherally are again noted with some surrounding edema.  Hemorrhagic foci again noted in the region of the corpus callosum.

Page 413-  <u>CT of the chest, abdomen and pelvis with contrast taken April 11, 2013:</u>

Impression:

1.	Bilateral upper lobe ground glass opacity suggestive of pulmonary contusions possibly with superimposed edema.
2.	No acute intraabdominal or pelvic abnormality is defined.

Page 414- <u>CT of the chest, abdomen and pelvis taken this same date –</u>

Preliminary read:
1.	Pulmonary contusion throughout both lungs, most prominent in the upper lobes.
2.	No pneumothorax.

There was no solid organ injury within the abdomen.  Bowel wall thickening within the small bowel and themed central abdomen likely represents bowel contusion.  Mild stranding in the mesentery may represent a mesenteric injury.  However there is no extravasation of contrast.

Page 415- <u>CT of the brain without contrast taken April 11, 2013</u>

Findings:

Brain parenchyma:  Multiple punctate parenchymal hemorrhages are noted scattered throughout the bilateral frontal lobes involving the cortex and grey-white junctions.  Additional scattered parenchymal hemorrhages are seen in the left parietal and right temporal lobes.  The largest parenchymal hemorrhage in the right temporal lobe measures 1.3 by 0.9 centimeters on Axial Image 21.  Scattered subarachnoid hemorrhage, primarily within the frontal lobe sulci.  There is mild generalized cerebral edema.  Basilar cisterns are patent without evidence of herniation.  The density of the larger dural venous sinuses is grossly normal.

The skull base and calvarium demonstrate no acute abnormality.

Facial bones:  There is a segmented fracture of the right zygomatic arch which is depressed by approximately 3 millimeters.  There is associated overlying soft tissue hematoma.  Additional soft tissue swelling is noted in the right frontal and supraorbital regions.  There is an age-indeterminate focal fracture of the left medial orbital wall on Axial Image 1A8 of 274.  No additional maxillofacial fractures are identified.

Lung apices:  Patchy ground glass opacities of the left apex suggestive of pulmonary contusion or edema.

Impression:

1.  Scattered areas of parenchymal and subarachnoid hemorrhage as described above.  Mild cerebral edema is noted without evidence of herniation.
2.  Segmented mildly depressed fracture of the right zygomatic arch with overlying tissue hematoma.
3.  Age-indeterminate left medial orbital wall fracture, possibly chronic.
4.  No acute cervical fracture identified.
5.  Patchy left upper lobe ground glass opacity suggestive of pulmonary contusion.

Page 416- <u>CT of the brain without contrast:</u>

Scattered subarachnoid hemorrhage primarily within the frontal lobe sulci.  Hemorrhagic parenchymal contusion in the right temporal lobe measuring up to 1.2 centimeters.  Small other punctate foci of hyperdensity throughout the bilateral cerebral hemispheres may represent small hemorrhagic shear injury versus additional small parenchymal hemorrhages.  Midline is maintained.  There is soft tissue swelling over the right zygoma extending into the right premalar soft tissues and right supraorbital soft tissues.  He has a segmental fracture of the right zygoma.

Page 417 – <u>CT of the head without contrast taken April 12, 2013:</u>

Findings:  Interval increase in size of right temporal lobe intraparenchymal hematoma with surrounding edema, measuring approximately 1.9 centimeters, previously measured 1.2 centimeters.  Previously described hemorrhagic foci involving the grey-white interface within the bilateral frontal lobes appears increase in conspicuity and is compatible with diffuse axonal injury.  Additional foci of hyperintensity compatible with diffuse external injury are noted including the corpus callosum.  Stable areas of subarachnoid hemorrhage blood products.  Edema is noted on the track of the right transfrontal EBD.  Air is noted within the ventricle system.  The ventricles are grossly stable in size.  Diffuse sulcal effacement compatible with cerebra edema.  Stable segmental fracture of the right zygoma.

Impression:
1.  Interval increase in right temporal lobe hematoma.
2.  Blooming of previous described hemorrhagic foci within bilateral frontal lobes and corpus callosum suggestive of diffuse external injury.

<u>CT of the brain and face without contrast taken April 11, 2013.</u>

Brain parenchyma:  Multiple punctate parenchymal hemorrhages are noted scattered throughout the bilateral frontal lobes involving the cortex and great white junctions.  Additional scattered parenchymal hemorrhages are seen in the left parietal and right temporal lobes.  Largest parenchymal hemorrhage in the right temporal lobe measures 1.3 by 0.9 centimeters on Axial Image 21.  There is mild generalized cerebral edema.  Basilar cisterns are patent without evidence of herniation.

Page 434 – Emergency room notes – his physical exam showed that he had abrasions to his right cheek and forehead.  His GCS was seven.

2.  <u>Pictures of Mr. Broaden in the hospital:</u>



Photo labeled "Broaden 8"



Photo labeled "Broaden 10"

## V.        Helmet inspection:

I documented the following regarding at my inspection of the helmet (listed as dictated at time of exam):

The helmet does have a DOT sticker on the back. The helmet was manufactured on April 2009.

Starting at the front, the chin bar exhibits a large fracture from the bottom edge of the helmet up to the upper boundary of the eye opening.

This is fractured around the left side of the vent that's mounted in the center of the chin bar.

There is also a fracture at the top portion of the chin bar on the right side above the vent.

The plexi glass shield has a black sun visor type covering for the upper half of the entire glazing that can be rotated separately from the underlying solid clear plastic shield.

The shields are still attached at both pivots.

The sun glasses shelf exhibits heavy nearly 45-degree angled abrasions from the midline of the shield extending all the way around to the right side.

More toward the side there are some more vertically oriented abrasions also noted.

There is heaped plexi glass that appears to have been going from bottom to top.

There is a fracture at the top midline of the sun shelf.

The underlying clear visor has some vertical abrasions toward the right lower rear.

They are also somewhat horizontally looking abrasions on the left rear lower portion with some similar scratches on the same area of the sun shade.

The lip/tab that is used to push the clear shade up is heavily abraded.

There is a somewhat circular in shape area of abrasions at the top and slightly to the right of center of the helmet.

This area is approximately 4 by 3 millimeters in size.

There are three vents in the top of the helmet that the right and center are heavily abraded, and in fact there is a fracture in the top of the helmet that extends longitudinally toward the front of the helmet.

There is a lateral fracture line that extends through the left side vent area.

There are heavy abrasions that are essentially laterally oriented that extend from front to back across the center and right vent areas.

This results in a fracture at the posterior right outboard portion of the vent tube.

There is a plastic clip that has been broken out on both the center and right vent tubes.

On the left side of the helmet at the upper boundary by the sun shade area there is approximately a 3 plus mm by 3 mm depressed fracture of the helmet.

Just behind this is an area of abrasion that's above the hinge pivot for the face shield.

There is a vertical fracture to the left midline of the chin bar that extends from the bottom edge almost all the way to the top.

There are multiple miscellaneous abrasions on the left lower portion of the helmet.

There is a somewhat curvilinear fracture that begins at the bottom of the helmet and extends up for approximately 2 ½ inches that is slightly rear of the midline of the left side of the helmet.

There is some abrasion of the hinge for the face shield.

On the back portion of the helmet there are no obvious heavy contacts although there is again some fracturing of the right vent area.

Moving on to the right side there is a massive large fractured opening that begins at the bottom edge and extends up toward the vertex of the helmet that also has a somewhat serpentine extension toward the front of the helmet.

There is heavy ground abrasion of a primarily lateral or horizontal orientation noted that is posterior to the fracture line and includes the lower margin of the fracture line.

Forward of the fracture line there is again heavy abrasion along the lower edge of the helmet extending all the way to nearly the front of the chin bar.

This is on both the lower margin and the upper margin.

There additionally are some angled abrasions in this area as well.

The vertical fracture has a length of approximately 7 ¼ inches and then has a front-to-back extension of approximately 6 inches.

The ear piece that would be along the right side of the helmet that would be located in or around the large open fractured area is heavily abraded and actually torn on what would be the rear

portion of this padding and in fact the portion of this padding that would snap on to the helmet has heavy abrasions on it and one of the pins is heavily abraded that's the attachment tab.

It also has heavy abrasion on what would be the face of this pad if the helmet was rotated up or onto its top.

The other ear piece is not damaged or abraded.

The polystyrene inner liner is multi-fractured both along the frontal area, the midline and the posterior portion as well as both sides.

What would be the left side in and around where the depressed fracture to the shell is exhibits displacement inwardly of the polystyrene lining with fractures at the front and rear of it.

This has also displaced the plastic inner liner that is mounted up at the forehead area of the helmet.

There were both longitudinal and lateral oriented fractures throughout the entire inner liner.

The majority of the damage appears to extend essentially across the midline of the helmet effectively at the areas of curvature of the opening from the plastic shade.

The inner liner appears to be a medium size given the stamp but the top front of it as well as the 68S model.

It appears the large abrasions that are on the right side of the helmet around the fracture moving from front to back given the way the plastic is heaped.

There may be another set, however that are in the opposite direction.

There is a small Ziploc bag that has a small piece of the gray polystyrene in it as well as what looks like a single hair that is somewhat gray and dark pigmented.



6654 and 6657



6661 and 6662



6663 and 6670



6671 and 6673



6675 and 6681



6682 and 6684



6686 and 6688



6694 and 6696



6701 and 6702



6710

## VI. <u>Motorcycle inspection:</u>

Below are select photographs I took of the motorcycle at my inspection:

 

6800 and 6806

 

6815 and 6843

 

6852 and 6839

 

6844 and 6834

## VI.    Reconstruction Information from Wayne McCracken:

His report includes the following:

On 4/11/2013, a 2000 Honda CBR900 motorcycle was being ridden by Corey Broaden in the #3 travel lane on southbound Rock Chapel Road approaching the intersection with Lithonia Industrial Blvd. A 2002 Ford Explorer being driven by Briana Blackmon was also southbound approaching the same intersection in the #1 travel lane. The Blackmon Explorer then made a hard, unsafe, lane change maneuver across the #2 and #3 travel lanes in an attempt to exit onto westbound Lithonia Industrial Blvd. The Broaden Honda attempted to avoid a collision by braking, but was unsuccessful due to a lack of sufficient time, and an impact occurred between the front of the Honda motorcycle and the passenger side B pillar area of the Explorer. Slope on Rock Chapel Road in the direction both vehicles were initially traveling is approximately 5% up.

Pre Impact Phase:

The speed of the Broaden motorcycle at the initiation of this accident sequence is less than the speed limit of 45 MPH.

Braking prior to impact was initiated by the Broaden Honda.

Basis: Accident scene photos showing a single tire brake mark leading to the area of impact.

The impact speed of the Broaden Honda motorcycle is 36 MPH or less.

Impact Phase:

The Longitudinal speed change (Delta V) to the Broaden Honda during the collision with the Explorer is 10 MPH or less.

The collision between these two vehicles causes the Broaden Honda to roll onto its right side and contact the pavement

Post Impact Phase:

The separation speed of the Broaden Honda is approximately 26 MPH or less, with a velocity vector direction of approximately 40 degrees to the right of the initial travel direction.

Post impact, both the motorcycle and rider slide approximately 50 feet to a final rest position near the curb area/crosswalk southwest of the initial area of impact.

At impact with the Broaden Honda, the Blackmon Explorer is traveling at approximately 15 MPH.

The crossing speed of the Blackmon Explorer into Mr. Broaden's travel lane during the hard, unsafe, lane change maneuver will not allow Mr. Broaden sufficient time to perceive, react, and avoid this collision.

The final rest position of Mr. Broaden's helmet appears to be adjacent to the final rest position of the motorcycle, on the sidewalk.

I also personally examined over 100 helmets that had been involved in accidents, many of which were far more severe than this accident in terms of Delta V and accident speed. I have examined this GMAX helmet worn by Mr. Broaden, and I have never before seen the extensive cracking and compromise that this helmet exhibits. I do not see any unusual mechanism during this accident sequence which would account for this catastrophic damage.

## VII.    Helmet information from Ken Saczalski:

His report includes the following information:



Fig. 21: The Photo Top Edge Shows "Large Chunk" of "Left-Side" of the EBS Liner "Laterally Displaced Inward" Toward Where the Head Would Normally be to Resist Such Displacement Unless the Head Was Not in the Helmet, Thus Indicating That After the Initial Right Side Impact (with the Head in the Helmet) the Helmet Was Additionally Impacted After the Helmet Had Ejected Off The Head of Mr. Broaden.



Fig. 22: In Contrast to the Left-Side Empty Helmet Liner Laterally Displaced Crush Shown Above, the Right-Side EBS Crush Does Not Show Large Lateral Inward Displacement Which is Consistent with The Helmet Being on the Head of Mr. Broaden when the Right-Side Impact took Place.




Fig. 26: Expanded Bead Polystyrene EA Liner (Density Measure was 2.75 lb/cubic feet).

  

Liner Right Side Inside:
Crush Surface Smooth
(Head is Against Surface)

Front of Helmet Top of Photo,
Helmet Rear is Photo Bottom

Liner Left Side Inside:
Crush Displaced Inward
(No Head - Helmet is Empty)

Fig. 74: Accident Helmet Liner Crush Comparison When on Head Vs. When Ejected Off Head.

As a result of the "angled" impact, the forward momentum of the cycle was slowed in a lateral sideward mode of linear momentum was imparted to the cycle from the angled impact of the SUV, thus redirecting the cycle and ride towards the curb of the "right turn lane". Due to this sudden sideward movement, the "unrestrained" upper body forward momentum of the rider, Mr. Broaden came off his motorcycle in a trajectory where he struck the pavement with a vertical impact of about 12 to 15 mph and slid "head leading" on his chest with some roll of his body, toward the curb on the eastern side of his direction of travel where his head glanced over the curb. Simultaneously, the cycle of Mr. Broaden also slid and tumbled towards the roadside curb. During his slide and deceleration to his "point-of-rest" (POR) the body of Mr. Broaden rolled onto his back and the cycle was ultimately found on his chest at the POR.

Examination of the damage on the helmet shell and EBS liner and right side "jaw pad" covering indicate that Mr. Broaden was wearing the helmet at the initial impact with the road, and that the impact location on the helmet was to the right side of the helmet near the "visor pivot metal screw" location. The abrasions in the metal screw were consistent with grooving from an asphalt surface drag force. Initial direction of contact-impact drag force was aligned from the top right of the helmet to the lower edge of the shell in such a manner that his head and chin were angled toward his left shoulder while he initially impacted and slid head first toward the curb where the helmet also contacted the curb edge. The grooving induced by the drag force on the helmet plastic shell indicates that the shell material was of a soft plastic consistency rather than a hard plastic consistency which is needed for preservation of helmet structural integrity and head injury protection throughout the course of the accident. Unfortunately, the helmet shell fractured during initial impact with the asphalt, causing the helmet to become unrestrained so that it came off of his head before he slid and rolled to rest near the curb, thus denying him of full and optimum head protection. Witness statements confirm Mr. Broaden was wearing his helmet at

the time of the impact but that it was off his head near POR, indicating his helmet came off his head before his body decelerated to rest at the curb.

His FEA analysis demonstrates that the "thin" 0.070 inch shell thickness design located adjacent to the much "thicker" shell material used to attach the visor pivot mechanism, in conjunction with the shell thickness at the lower rim unreinforced holes that are used for ease of application of the exterior elastomeric edge trim on the GMAX helmet shell, were primary causes of large surface stress variations located at the regions of the primary and secondary shell crack failure.

These discontinuities in the shell thickness, and the stress concentration sites at the unreinforced holes, plus the softness and the high flexibility of the Broaden helmet ABS shell material that was used in place of the better, but more expensive, polycarbonate shell material used in earlier helmet designs by GMAX and An Yng prior to the production of the Broaden helmet, resulted in large variations of shell distortion and stress that exceeded the ABS material strength and toughness capabilities. These deficiencies led to the helmet retention failure, and the defect of dangerous higher "focal" contact-impact head loading (i.e. rather than the lower head transfer from the larger region of contact by the head with the EBS liner) plus higher angular acceleration injury levels being subjected to the head of Mr. Broaden. These design defects could have been avoided by thickening and reinforcing the shell material more uniformly, as well as removal of many of the orifices and holes in the shell, especially the lower edge "trim attachment holes" that were used in favor of gluing on the exterior trim strap.

The defects he has identified were the cause of the loss of helmet structural integrity, and dangerous loss of helmet retention capability, and were the basis for allowing the helmet chin-strap and shell retention capability to become loose and fail to securely and safely hold the helmet to the head of Mr. Broaden.

The failure of the helmet retention system caused increased high focal and rotational forces to be imparted to the head of Mr. Broaden because: optimum lower head forces are only achieved from full engagement of the head into the full volume of as much as possible of the energy absorbing materials (i.e. not limited to smaller surfaces of "focal" load interactions); and, optimum full rotational inertial safer deceleration effects cannot be achieved unless the shell and chin strap integrity is maintained by tightly holding the helmet system on the head of the wearer throughout impact to rest.

## VIII.  Opinions and support:

**Had the GMAX helmet been more properly designed as set forth in Mr. Saczalski's testing and analysis and attenuated the forces of the accident on Mr. Broaden's head/brain, Mr. Broaden's brain injuries would have been prevented and he would have received no life threatening or permanently debilitating injuries as a result of this accident.**

1.      A study by Hurt, et al for NHTSA in 1981 stated in regards to motorcycle crashes, "The only significant protective equipment is the qualified safety helmet, and it is capable of a spectacular reduction of head injury severity and frequency." ("Motorcycle Accident

Cause Factors and Identification of Countermeasures, Volume 1, Technical Report",
Hurt, Ouellet, Thom, DOT HS-5-01160, 1981).

2.       There is countless testing, studies, and literature that supports that motorcycle helmets
         provide a "spectacular" reduction of head injury severity and frequency. For example,
         just in this same study there is a review of 900 on-scene, in-depth accident cases that
         suffered fatal injuries. There were 59 fatalities: helmeted riders were 50% of the
         population-at-risk, 40% of the accident population, but only 20% of the fatal cases.(Id.).

3.       Another study by NHTSA cites that helmets are 65% effective in preventing brain
         injuries. ("Further Analysis of Motorcycle Helmet Effectiveness Using CODES Linked
         Data", NHTSA, 1998). This is consistent with a study by Liu and Ivers, et al that found
         review of six studies shows that helmets reduce the risk of head injury by 69%.
         ("Helmets for preventing injury in motorcycle riders (Review)", Lius, Ivers, Norton,
         Boufous, Blows, and Lo, The Cochrane Collaboration, 2009).

4.       A helmet usually consists of two primary elements. They are the outer shell and an
         energy absorbing liner. From a functional point of view, the object of the shell is to
         provide a hard, strong, outer surface that serves to distribute the impact load over a large
         area. It also provides a penetration shield against high speed objects, and, in addition,
         serves to protect both the wearer and the underlying liner of the helmet from abrasion
         with the impacting surface. (Accidental Injury Biomechanics and Prevention, Nahum and
         Melvin, Biomechanics of Head Trauma, Head Protection, page 299, 1993).

5.       A study that looked at the contact forces and pressures of the helmeted head showed that
         the helmet absorbs 80% of the kinetic energy of the system with the foam absorbing
         almost 67% and the shell 33% of this absorbed energy. The coup pressures in the head
         with helmet are substantially reduced. ("Finite element modeling of helmeted head
         impact under frontal loading", Praveen Kumar Pinnoji and Puneet Mahajan, *Saahana*,
         Volume 32, Part 4, August 2007, page 457).

6.       FMVSS 218 provides that each helmet shall have a protective surface of continuous
         contour at all points on or above the test line described in section "S6.2.3" which contains
         the following diagram depicting this line. Per Mr. Saczalski's analysis the area of Mr.
         Broaden's initial head contact was in the area that is tested and is supposed to have a
         protective surface of continuous contour.



Figure 2

7.      Mr. Broaden's injury profile speaks to the relative low severity of this accident event. Though his right arm/hand had some swelling, he sustained no fractured extremities. He did not sustain any rib fractures. Other than the zygoma fracture, which is a fractured facial bone that takes relatively low force to fracture, he did not sustain any skull fractures. He also sustained no spinal trauma.

8.      Mr. Broaden sustained lung contusions and a bowel contusion which were the result of his body's interaction with the pavement and/or motorcycle. However, neither of these injuries are life threatening or result in permanent debility and they are not associated with high levels of sudden deceleration to the body like injuries to the heart or liver.

9.      The motorcycle continued to move after its interaction with the Explorer verses an abrupt stop. Mr. Broaden's injury profile is consistent with his body essentially moving with the bike post impact by the Explorer and not being thrown a significant distance. The position of the motorcycle and his body at rest is also consistent with this.

10.     The longitudinal speed change of the motorcycle calculated by Mr. McCracken of a Delta V 10 mph or less is a velocity change that, for occupants of motor vehicles in accidents, is below the threshold where airbags deploy and even unrestrained occupants are not expected to receive any serious injuries. The relative low velocity change of this accident is supported by the lack of any significant bodily injuries to Mr. Broaden on areas that were not protected by any additional safety equipment.

11.     There is minimal damage to the motorcycle itself, which is also supportive of the crash forces not being overly severe.

12.     Helmets must meet DOT testing criteria which includes a 13 mph impact that occurs as the result of a 6 foot drop test. This 6 foot drop height stems from the 90th percentile (i.e. 90% likely) accident type identified by the Hurt Report in 1981 which has been verified numerous times since.

13.    Mr. Saczalski has identified that Mr. Broaden's head hit the pavement at a speed of 12 to 15 mph. Information from the attorney is that Mr. Broaden was 5'10" tall and weighed 168 lbs. Generally, based on his height, weight, and age he would have a seated height of approximately 34-36 inches. I measured from the ground to the motorcycle seat was approximately 31". This would generally place Mr. Broaden's head at a lower drop height than 6 feet. It is probably even less since this is a sport motorcycle which typically requires a more leaned forward mode of operation verses road bikes that allow a more upright operating posture. The speed and fall height place Mr. Broaden's accident into a similar spectrum of severity as the DOT testing where helmets are expected to protect the head.



6806

14.    A head impact speed of 12-15 mph is lower than what the COST 327 study lists as the speed where low severity soft tissue injury and moderate concussion occur which is 27-31 mph (45-50 km/h). Fractures and other more severe head injuries were found to occur at head impact speeds of 37 mph (60 km/h). (COST 327, page 28).

15.    Mr. Broaden does not have any injuries that are consistent with being caused by interaction of his body with the Explorer. He does not have any injuries such as crushing injuries consistent with being "run over" by the Explorer.

16.    Mr. Saczalski describes that Mr. Broaden's head struck the pavement and slid "head leading" on his chest with some roll of his body, toward the curb on the eastern side of his direction of travel where his head glanced over the curb. His movement was unimpeded in its trajectory to the curb and he does not have any injuries associated with interacting with any structures other than the ground.

17.    The medical records describe that he had abrasions to his right forehead and left upper lip. These abrasions to the right forehead are visible in the photographs of Mr. Broaden in the hospital. He had soft tissue swelling over the right zygoma extending into the right premolar soft tissues and right supraorbital soft tissues and a segmental fracture of the right zygoma. All of these injuries are evidence that the helmet came off of his head and his head was allowed to impact the pavement in order to receive this external trauma and facial fracture because they are all areas that are covered when the helmet is on the head.

These injuries would not have occurred had the helmet remained on his head and not fractured.

18.    The primary injuries resulting in permanent debility to Mr. Broaden were brain injuries. CT of his brain without contrast taken the date of the accident described multiple punctate parenchymal hemorrhages noted scattered throughout the bilateral frontal lobes involving the cortex and grey-white junctions. Additional scattered parenchymal hemorrhages were seen in the left parietal and right temporal lobes. The largest parenchymal hemorrhage in the right temporal lobe measured 1.3 by 0.9 centimeters on Axial Image 21. There was scattered subarachnoid hemorrhage, primarily within the frontal lobe sulci. There was mild generalized cerebral edema.

19.    Head CT taken a day following the accident showed interval increase in the right temporal lobe hematoma and blooming of previously described hemorrhagic foci within bilateral frontal lobes and corpus callosum compatible with diffuse axonal injury.

20.    Diffuse axonal injury has been described as the most important factor contributing to a patient's clinical state and governing the outcome in anyone who sustains a non-missile head injury and it is also the most common cause of the vegetative state and severe disability after injury. ("Diffuse axonal injury in head injury: definition, diagnosis, and grading", Adams, Doyle, Ford, Gennarelli, Graham, and McClellan, Histopathology, 198, 15, 49-59).

21.    This same paper infers that the authors had yet to encounter a case of diffuse axonal injury in anyone who has simply fallen from his or her own height, the inference being that the change in velocity of the skull in a fall of this type is insufficient to produce axonal disruption.(Id.). Generally, diffuse axonal injury requires a component of rotational acceleration acting on the brain in addition to the load causing strain to the axons of the brain.

22.    Mr. Broaden's head injuries were caused by his helmeted head hitting the pavement with the right temporal area of his helmeted head in the area of the helmet identified by Mr. Saczalski. Instead of compressing and dispersing energy to lessen the force of this impact, the helmet shell cracked which caused the helmet to become loose on his head and eventually separated from his head. The failure in the shell caused it to not absorb any energy and thus the impact energy was transferred to Mr. Broaden's head/brain.

23.    The looseness as demonstrated by Mr. Saczalski's testing will induce increased rotational effects as well as the loss of retention of the helmet on the head allowing additional impacts of the unprotected head to the roadway and curb. The helmet fracturing resulted in the looseness and loss of retention.

24.    Had the helmet stayed on his head and all of the helmet components served to help absorb the impact and disperse the forces acting on Mr. Broaden's head in this relatively low severity accident, Mr. Broaden would not be expected to sustain the catastrophic brain injuries he received.

25.    This is supported by the forces described by the accident reconstruction, Mr. Broaden's injury profile which contains no other injuries of significance other than his brain injuries, the fact that Mr. Broaden's body was not projected a significant distance, the damage profile to the motorcycle, the proven injury mitigation provided by helmets in motorcycle accidents, and the fact that this accident is nearly identical or below a DOT test that sets the threshold of what a helmet is designed to provide injury protection.

My opinions have all been given to a reasonable degree of forensic, scientific, and biomedical engineering probability and certainty. They are based on the currently available material. Should further information become available to alter them I reserve the right to do so at that time.

## IX.    <u>Qualifications and Methodology:</u>

I am a Biomedical Engineer who provides expertise in biomedical/biomechanical engineering related to injury causation and prevention and occupant kinematics.

My educational background consists of a Master of Science in Biomedical Engineering from the University of Alabama Birmingham received in 1995 and a Bachelor of Science in Industrial Engineering from the University of Alabama received in 1991.

From September 1996 through September 1998 I was an intern at the Office of the Medical Examiner in Metropolitan, Atlanta, Georgia. In September 1998 I began working for Burton & Associates, a consulting firm, which is now located in Alpharetta, Georgia. In 2011 I formed my own company, Bioforensic Consulting, Inc. providing consulting in the areas of biomedical and biomechanical engineering, occupant kinematics, and injury causation in a wide range of accident scenarios including transportation crashes.

As a Forensic Investigator and Primary Biomechanical Engineering Consultant I have assisted with on scene and follow up investigation of traffic fatalities, homicides, suicides and natural deaths. I have also assisted in postmortem examinations, autopsies and exhumations of victims to determine cause and manner of injuries and death.

As of 2016 I have been involved in the investigation of approximately 3,700 plus vehicle accidents with fatality or significant injury. Further, I have been involved in numerous forms of testing simulating automobile accidents with and without dummies, and I have co-authored several papers pertaining to such. A list of these, as well as further details of my background and training, is contained in my attached Curriculum Vitae.

In my evaluation of the cases I review and of this specific case, I utilized the Scientific Method of Analysis in order to answer the questions that you have posed.

The Scientific Method requires the following: 1) A statement of the problem, 2) An orderly review and course of study involving the collection of facts, data and information concerning the problem to be addressed, 3) The formation of an opinion or hypothesis based on the evaluation of the above, 4) Testing the validity of the hypothesis. Such testing may take numerous and

varied approaches and does not necessarily require some physical or mechanical test procedure, and 5) Consideration for the potential for error in the conclusions and opinions stated. These principles are applied to my case investigation leading to the arrival of my conclusions in the following report specific to this case.

My deposition and trial fees are $400/hour.



# Paul R Lewis, Jr., M.S. BME

Email:  plewisjr0128@gmail.com -  Telephone: 770-884-8029
55 Park Square, Suite 207, Roswell, Georgia 30075

## CURRICULUM VITAE

**EDUCATION**:

MASTER OF SCIENCE          1995          Biomedical Engineering
University of Alabama
Birmingham
Birmingham, Alabama

BACHELOR OF SCIENCE       1991          Industrial Engineering
University of Alabama
Tuscaloosa, Alabama

POST GRADUATE EDUCATION   9/96-9/98     Internship Forensic
Pathology and Medicine
Office of the Medical
Examiner
Metropolitan Atlanta,
Georgia

**PROFESSIONAL EXPERIENCE**:

**2011 to present**
**Bioforensic Consulting, Inc.**
**Primary Biomechanical Engineering Consultant**
**Roswell, GA  30076**

➢ Provide expertise in biomedical/mechanical engineering related to injury causation, prevention and control, and occupant kinematics.

**1998 to 2010**
**Burton & Associates**
**Forensic Investigator and Primary**
**Biomechanical Engineering Consultant**
**Alpharetta, GA  30004**

➢ Provide expertise in biomedical/mechanical engineering related to injury causation, prevention and control, and occupant kinematics.
➢ Conducted on scene and follow up investigation of traffic fatalities, homicides, suicides and natural death.
➢ Conducted post mortem examinations, autopsies and exhumations of victims to determine cause and manner of injuries and/or death.
➢ Review radiology studies and films.
➢ Involved in the investigation of approximately 3000 vehicle accidents with fatality or significant injuries since 1995.

**1991 - 1998**
**Paul R Lewis & Associates**
**Senior Associate and**
**Biomechanical Engineering Consultant**
**Birmingham, AL 35209**

➢ Researched and prepared technical support issues regarding injury causation, prevention and control, occupant kinematics and accident reconstruction.
➢ Conducted post traffic crash vehicle inspections.
➢ Facilitated exemplar vehicle and surrogate testing.

**PUBLICATIONS/PRESENTATIONS**:

**ABSTRACTS**

"A NASS-Based Investigation of Pelvic Injury Within The Motor Vehicle Crash Environment", Lewis, Jr., PR; Molz, FJ; Schmidtke, SZ; Bidez, MW. Surgery of The Pelvis and Acetabulum: The Third International Consensus.  October 1996, Pittsburgh, PA, Albany College, The University of Alabama Birmingham School of Medicine, Duquesne University.

"Ejection of Restrained Vehicle Occupants Due to Seat and Belt Failure in Rear Impacts", Mark Pozzi MS, Edgewood NM; Paul Lewis MS, Roswell GA; Kenneth Saczalski PhD, Newport Beach CA; Todd Saczalski BS, Sedona AZ; Charles Dickerson BS, Phoenix AZ., Annual Meeting of the American Academy of Forensic Sciences, February 19, 2015, Miami, Florida.

 "Enhanced Head and Spinal Injury Caused by Predictable Seat and Belt Failure Combined with Unsafe Vehicle Interior Structures", Mark Pozzi MS, Edgewood NM; Kenneth Saczalski PhD, Newport Beach CA; Paul Lewis MS, Roswell GA; Todd

Saczalski BS, Sedona AZ; Charles Dickerson BS, Phoenix AZ. Annual Meeting of the American Academy of Forensic Sciences, February 19, 2015, Miami, Florida.

## PAPERS

"A NASS-Based Investigation of Pelvic Injury Within The Motor Vehicle Crash Environment". Lewis, Jr., PR; Molz, FJ; Schmidtke, SZ; Bidez, MW.; The 40th Stapp Car Crash Conference, November 4-6, 1996, Albuquerque, NM.

"Head & Spine Injuries in Roof Crush and Rollover Accidents". Burton, Joseph L. and Lewis, Jr., Paul R.; AIEG Spring Seminar, May 9, 1997, Atlanta, GA.

"Belt Integrated Vehicular Seat Rear Impact Studies". Kenneth J. Saczalski, Ph.D., Joseph L. Burton, M.D., Paul R. Lewis, Jr., Todd K. Saczalski, Peter E. Baray. Seoul 2000 FISITA World Automotive Congress, Paper #F2000G279, June 12-15, 2000, Seoul, Korea.

"Air Bag Injuries to Infants, Children and Small Adults". Joseph L. Burton, M.D., Paul R. Lewis, Jr.; Proceedings of the American Academy of Forensic Sciences 53rd Annual Meeting, Paper G-96, February 23, 2001, Seattle, Washington.

"Evaluation of Rear Impact Seat System Performance Using a Combined Load Neck Injury Criteria and Hybrid III Surrogates". Kenneth J. Saczalski, Ph.D., Joseph L. Burton, M.D., Paul R. Lewis, Jr., Todd K. Saczalski, and Peter E. Baray; ASME International Congress and Exposition, November 11-16, 2001, New York, NY.

"Post Collision Vehicular Fires – Determination of Probability of Occupant Survival Post Impact". Burton, Joseph L. and Lewis, Jr., Paul R.; 54th Annual Meeting of the American Academy of Forensic Sciences, Abstract No. 531, February 11-16, 2002.

"Study of Seat System Performance Related to Injury of Rear Seated Children & Infants in Rear Impacts". Kenneth J. Saczalski, Ph.D., Joseph L. Burton, M.D., Paul R. Lewis, Jr., Todd K. Saczalski, and Peter E. Baray. Proceedings of IMECE2002 ASME International Mechanical Engineering Congress & Exposition, Paper No. IMECE2002-33517, November 17-22, 2002, New Orleans, LA.

"Experimental Injury Study of Children Seated Behind Collapsing Front Seats in Rear Impacts". Kenneth J. Saczalski, Anthony Sances, Joseph L. Burton and Paul R. Lewis, Jr.; 40th International ISA Biomedical Sciences Instrumentation Symposium, Biloxi, Mississippi, April 11-13, 2003.

"Experimental Verification of Biomechanical Occupant Response Predictions for Front & Rear Seated Passengers Subjected to Rear Impacts". Kenneth J. Saczalski, Jay Saul, Joseph Lawson Burton M.D. & Paul R. Lewis, Jr.; 2003 Digital Human Modeling For Design and Engineering Conference & Exhibition, June 16-19, 2003, Montreal, Canada; Society of Automotive Engineers, SAE Paper No. 2003-03-2205.

"Occupant Kinematics with Child Safety Seats Tested Under Real World Conditions". Gary R. Whitman, John Yannacone, Joseph Burton, Paul Lewis, Jr. and Dennis F. Shanahan; 47th Annual Proceedings of the Association For The Advancement of Automotive Medicine, September 22-24, 2003.

"Biomechanical Study of Rear Child Chest Injury Measures Related to Collapsing Front Seats in Rear Impacts". Kenneth J. Saczalski, Anthony Sances, Srirangam Kumaresan, Steve Meyer, Joseph L. Burton and Paul R. Lewis, Jr.; Proceedings of IMECE'03, 2003 ASME International Mechanical Engineering Congress, November 15-21, 2003, Washington, D.C., Paper No. IMECE2003-43061.

"Experimental Analysis of Head and Neck Loads for the Out-of-Position Occupant with Single and Dual-Stage Depowered Airbags". Craig A. Good, Marshal H. Paulo and Paul R. Lewis, Jr.; SAE 2004 World Congress & Exposition, March 8-11, 2004, Society of Automotive Engineers, SAE Paper No. 2004-01-0311.

"An Experimental Method for Multi-Variable Analysis of Vehicle Safety Systems and Application to Front Seats & Rear Occupant Interaction in Rear Impacts". Kenneth J. Saczalski, Srirangam Kumaresan, Anthony Sances, Joseph L. Burton and Paul R. Lewis, Jr.; Proceedings of IMECE04, 2004 ASME International Mechanical Engineering Congress and Exposition, November 13-20, 2004, Anaheim, California, Paper No. IMECE2004-60785.

"Computer Simulation of Rear Impact Biomechanical Occupant Response Predictions for Front & Rear Seated Passengers". Kenneth J. Saczalski, Ph.D., Jay Saul, Anthony Sances, Srirangam Kumaresan, Ph.D., Joseph L. Burton, M.D., Paul R. Lewis, Jr. Paper No. F2004U065, 2004 FISITA World Automotive Congress in Barcelona, Spain.

"Multivariate Head Injury Threshold Measures for Various Sized Children Seated behind Vehicle Seats in Rear Impacts". Kenneth J. Saczalski, Ph.D., Anthony Sances, Srirangam Kumaresan, Ph.D., M. Pozzi, MS, Todd K. Saczalski, Joseph L. Burton, M.D., Paul R. Lewis, Jr. ISA 2004, Volume 449, pages 381-386.

"Biomechanical Analysis and Injury Prevention in Off-Highway Vehicular Crashes " Joe Burton, Sri Kumar, Paul Lewis, Jr., Lou D'Aulerio, Michael Kleinberger, Daniel Strickland. Rocky Mountain Bioengineering Symposium & International ISA Biomedical Sciences Instrumentation Symposium. April 9-11, 2010 Laramie, Wyoming.

## PRESENTATIONS

Lewis, Jr., PR; Molz, FJ; Schmidtke, SZ; Bidez, MW. "A NASS-Based Investigation of Pelvic Injury Within The Motor Vehicle Crash Environment". The 40th Stapp Car Crash Conference, November 5, 1996, Albuquerque, NM.

"Biomechanics, Reconstructing Injuries, Vehicle Inspections and Witness Marks". Motor Vehicle Products Liability Seminar. May 15, 1998, Little Rock, Arkansas.

"Airbags: History, Function and Injuries". AIEG Auto Focus 1998 Seminar. September 25, 1998, San Francisco, California.

"Airbag Injuries to Infants, Children and Small Adults". 53rd Annual Meeting of the American Academy of Forensic Sciences. February 23, 2001, Seattle, Washington.

"Biomechanics-Kinematics Conscious Pain and Suffering". AIEG Auto Focus 2010 October 21, 2010, Sante Fe, New Mexico.


**POSTER PRESENTATIONS**

"A NASS-Based Investigation of Pelvic Injury Within The Motor Vehicle Crash Environment", Jorge Alonso, M.D.; Paul R. Lewis, Jr.; Fred Molz; Salena Schmidtke and Martha W. Bidez; 65th Annual Meeting of the American Academy of Orthopedic Surgeons, New Orleans, LA; March 22, 1998.


**PROFESSIONAL DEVELOPMENT**:

| | |
|---|---|
| September 9-11, 1992 | 1992 International Conference on the Biomechanics of Impacts; International Research Council on Biokinetics of Impacts, Verona, Italy |
| September 23, 1992 | Vehicle Rollover TOPTEC, Society of Automotive Engineers, Phoenix, AZ |
| November 3, 1996 | 24th Annual International Workshop on Human Subjects for Biomechanical Research, NHTSA, Albuquerque, NM |
| November 4-6, 1996 | 40th STAPP Car Crash Conference, Society of Automotive Engineers, Albuquerque, NM |
| November 12, 1997 | Second Child Occupant Protection Symposium, Society of Automotive Engineers and AAAM, Orlando, FL |
| November 13-14, 1997 | 41st STAPP Car Crash Conference, Society of Automotive Engineers, Orlando, FL |
| November 15, 1997 | 25th Annual International Workshop on Human Subjects for Biomechanical Research, NHTSA, Orlando, FL |

| | |
|---|---|
| April 2-3, 1998 | ABA Seminar, Emerging Issues in Motor Vehicle Product Liability Litigation, Phoenix, AZ |
| May 15, 1998 | Motor Vehicle Products Liability Seminar. Little Rock, AR |
| August 13-14, 1998 | The Biomechanics of Impact – Understanding the Limits of Human Tolerance, Association for the Advancement of Automotive Medicine, Captiva Island, FL |
| December 7-11, 1998 | Police and Medicolegal Investigation of Death, Miami-Dade County Medical Examiners Dept., Miami, FL |
| February 19-23, 2001 | American Academy of Forensic Sciences 53rd Annual Meeting, Seattle, WA |
| February 11-16, 2002 | American Academy of Forensic Sciences 54th Annual Meeting, Atlanta, GA |
| October 15-18, 2006 | 50th Association for the Advancement of Automotive Medicine Annual Scientific Conference, Chicago, IL |
| July 18-20, 2007 | Emergency World Summit on Roof Crush Hyatt Regency, Washington on Capitol Hill, Washington, D.C. |
| September 27-29, 2010 | National Crash Analysis(NCAC)Conference U.S. Department of Transportation/Federal Highway Administration and the National Highway Safety Administration. George Washington University Ashburn VA |
| August 22-23, 2013 | CDR Training Tech I & II Swansea, MA |

**PROFESSIONAL ORGANIZATIONS:**

American Association of Safety Engineers (AASE)
American Society of Mechanical Engineers (ASME)
Biomedical Engineering Society (BMES)
Institute for Industrial Engineering (IIE)
Society of Automotive Engineers (SAE)
Association for the Advancement of Automotive Medicine (AAAM)
American Academy of Forensic Sciences (AAFS)

INITIAL MATERIALS PROVIDED FOR REVIEW VIA EMAIL 6/29/15:

1. INCIDENT REPORT

2. FIRST AMENDED COMPLAINT

3. MEDICAL RECORDS FROM GRADY HOSPITAL

4. DR. ELMER'S OFFICE NOTES

5. NEUROPSYCH REPORT FROM SHEPHERDS

6. SHEPHERD CENTER RECORDS FROM APRIL 13, 2013 TO CURRENT

7. SHEPHERD RECORDS (SELECT RECORDS)

8. COLOR COPIES OF  SUBJECT HELMET

9. COLOR COPIES OF SCENE

ADDITIONAL ITEMS PROVIDED FOR REVIEW VIA EMAIL 3/16/16:

10. SCENE PHOTOGRAPHS (ON FILE)

ADDITIONAL ITEMS PROVIDED FOR REVIEW VIA EMAIL 12/6/16:

11. DEPOSITION OF JA QUE J. KING TAKEN 6/29/16 W/ EXHIBITS

12. DEPOSITION OF ANGIA LEVELS TAKEN 6/29/16

13. DEPOSITION OF GLENNEISHA JONES TAKEN 8/31/16

14. TESTING BY KEN SACZALSKI



DEPOSITION AND TRIAL TESTIMONY


PAUL R. LEWIS, JR.


2010-2016

# DEPOSITION TESTIMONY

| 03-18-11 | David Sawyer | Dawn Russell, Individually and as surviving spouse of and administrator of the Estate of Paul Russell, deceased, v. Michael T. Smith, as Administrator for the Estate of Vinson W. Levy, deceased, James W. Howland, and Central Fire Protection, Inc., In the State Court of Gwinnett County, State of Georgia. No. 10C-00889-4. |
|---|---|---|
| 03-28-11 | Donald Kudler | Colin Glenny vs. Covis Lynn Meadows, Yamaha Motor Corporation, U.S.A., a California Corporation, DOES I-XXX, and Roe Corporations I-XXX, inclusive. In the District Court Clark County, Nevada. No. A574360. |
| 04-14-11 | William G. Neumann, Jr. | Ashley Cartwright v. American Honda Motor Co., Inc. In the U.S. District Court for the Eastern District of Texas, Lufkin Division. No. 9:09-cv-205. |
| 04-22-11 | Richard Hay | Amanda and Dwayne Maddox v. Nissan Motor Company, Ltd. Et al In the Commonwealth of Kentucky, 28th Judicial Circuit Lincoln Circuit Court, Division No. 1 No 2010-CI-00082. |
| 05-04-11 | Wyman O. Gilmore | Gregory Betts, as surviving dependent and Administrator of the Estate of Otha Virginia Hurry, deceased; and Marcus Hurry, as surviving dependent of Otha Virginia Hurry, deceased, vs. Daimler Trucks North America, LLC, a Delaware corporation; et al. In the Circuit Court of Monroe County, Alabama. No. CV-2009-000093. |
| 06-13-11 | Bruce Petway | Adrienne McNealey; and Dorothy McNealey, v. Greene County, Alabama; Greene County Commission; Griffin Motors, Inc.; Yamaha Motor Corporation USA; et al. In the Circuit Court of Greene County, Alabama. No. CV09-900025. |
| 06-28-11 | Cynthia Walters | Larry D. Clanton, an Individual vs. Nissan North America, Inc., Nissan Motor Co. LTD., et al In the Superior Court of New Jersey Law Division-Essex County. No. ESX-L-10082-07. |
| 07-11-11 | Nathan Van Der Veer | Virginia Person; Lakisha Person, individually and as Next Friend of Myeisha Moss, Corey Moss, and Takayla Person, Minor Children; and Martha McKinney-Jacobs, Individually and on behalf of the wrongful death beneficiaries of Joshua Smith, deceased, vs. Ford Motor Company; Continental Tire North America, Inc., f/k/a General Tire, and John Does I-X. In the U.S. District Court Northern District of Mississippi Western Division. No. 3:09CV133-M-A |

| | | |
|---|---|---|
| 07-28-11 | Ralph Chapman | Marcus Edward Richardson, a Minor, by and through his Father, William Richardson vs. Yamaha Motor Corporation, U.S.A., et al.<br>In the Circuit Court of the First Judicial District of Hinds County, Mississippi.<br>No. 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CW. |
| 08-11-11 | Aizar Karam | Javier Mendoza, Martha Mendoza, Desiree Mendoza, and Justin Mendoza, each individually vs Martin Neito, Individually and d/b/a MNT, Kathy Neito, a Minor, Heckethorn Products, Inc., d/b/a rough Country Suspension Systems; and Xtreme Offroad Suspensions by Precision Automotive.<br>In the District Court 197th Judicial District Willacy County, Texas.<br>No. 2010-CV-0172-A. |
| 08-24-11 | Ronny Crosby | Laura Riley, as Personal Representative of the Estate of Benjamin Riley v. Ford Motor Company and Andrew Marshall Carter, II.<br>In the Court of Common Pleas, County of Bamberg, State of South Carolina.<br>No. 2008-CP-05-235. |
| 10-24-11 | Mike Matteuzzi | Tammy Kelly, v. Kimberly Glover, Focus Healthcare Solutions, Payne & Associates, Inc., Michael Payne, and Tabatha Payne.<br>In the Circuit Court of Clay County Missouri.<br>No. 10CY-CV06736. |
| 11-21-11 | Patrick Ardis | Patricia Harman, Individually, and Noah Harman, a Minor, by and through his Mother and Next Friend, Patricia Harman vs. Chrysler, LLC; DaimlerChrysler Corporation, et al.<br>In the State of Alabama Mobile County Circuit Court<br>No. CV-09-901193. |
| 12-05-11 | Barbara Merritt/<br>Mark Cox | Kelli Rice, as Personal Representative of the Estate of Rondel W. Rice, Deceased v. ford Motor Company, a Delaware Corporation.<br>In U.S. District Court for Western District of Oklahoma<br>No. CIV-11-711-F. |
| 12-22-11 | Hank Didier | Michael Joseph Scott Corbett, vs.ARCTIC CAT, a foreign corporation, et al.<br>MORGAN TANNING, INC., vs. ARCTIC CAT INC.<br>In the Circuit Court of the Eighth Judicial Circuit, In and For Alachua County, Florida.<br>No. 01-2009-CA-000501 Division No.: K |
| 01-19-12 | Mike Clawson/<br>Keith Vance | Randle Cameron vs. American Guarantee Liability Insurance Company, a New York Company.<br>In the District Court of El Paso County, Colorado.<br>No. 10CV1706. |
| 03-27-12 | Dan DeFeo | Lena Griffin, Surviving Spouse of Benjamin W. Griffin, et al., vs. SUNL GROUP, INC.<br>In the Circuit Court of Ripley County, Missouri.<br>No: 09RI-CV0087, 09RI-CV0088. |
| 03-28-12 | Richard Guaniari | Dolores Newland, Administratrix of the Estate of Brian Houck, Deceased v. Mazda Motor of America, Inc., |

| | | d/b/a Mazda North American Operations, and Autoalliance International, Inc.<br>United State District Court, Eastern District of Kentucky, Central Division at Lexington.<br>No. 5:11-cv-00125-KSF. |
|---|---|---|
| 04-16-12 | Matthew Belcher | Adolfeo Sanchez vs. Northbrook Park District<br>Illinois Workers Compensation Commission.<br>No 08 WC 249091, 08 WC 24092. |
| 05-22-12 | Kirk R. Presley | Aaron L. Powell v. Yamaha Motor Corporation, U.S.A., Yamaha Motor Company, LTD., McBride's Yamaha, Rocker Mountain ATV, and Campbell Oil Company.<br>In the Circuit Court of Platte County, Missouri.<br>No. 11AE-CV02091. Div. 2 |
| 06-21-12 | Cindy Walters | Bryan J. Donnelly, Individually, and as Administrator ad Prosequendum of the Estate of Maureen Donnelly, and Josephine Quale, Individually vs Chrysler LLC etal<br>In the Superior Court of New Jersey Law Division-Middlesex County.<br>Docket No. MID-L-3234-08. |
| 08-15-12 | David DeGreeff | Eric Brown, Diana Webster, v. USA Truck, Inc., and Jimmy Watkins.<br>In the US District Court for the Western District of Oklahoma.<br>No. 5:11-cv-00856-D. |
| 08-20-12 | James Hada | Adrian Rodriguez, Individually and on Behalf of the Estate of Gloria Rodriguez, Deceased, et al. v. 1859 Historic Hotels, Ltd., et al.<br>In the 225th Judicial District Court of Bexar County, Texas.<br>No. 2012-CI-00421. |
| 08-21-12 | David Bright | Exius Noel, as the Personal Representative of The Estate of Paulette Noel, Deceased, Beatrice Noel and Patrick Chery, vs. Ford Motor Company.<br>In the U.S. District court Middle District of Florida, Orlando Division.<br>No. 6:11-CV-370-ORL-28DAB. |
| 09-04-12 | Richard Hay | Penny Pennington, Administratrix of the Estate of Lakyn Pennington, Deceased v. General Motors LLC and TK Holdings, Inc.<br>In the U.S. District Court for the Eastern District of Kentucky Pikeville Division.<br>No. 7:11-CV-00170-ART. |
| 12-11-12 | Greg Hopper | Darin Ruark vs. BMW of North America, LLC et al vs. James Ross Bradford, et al<br>United States District Court for the District of Maryland Northern Division<br>Civil No: ELH-09-CV-2738 |
| 12-21-12 | Cynthia Walters | Bryan J. Donnelly, Individually, and as Administrator ad Prosequendum of the Estate of Maureen Donnelly, and Josephine Quale, Individually vs Chrysler LLC etal<br>In the Superior Court of New Jersey Law Division-Middlesex County.<br>Docket No. MID-L-3234-08. |

| 1-31-13 | Chris Glover | William Bruner, Individually and as Personal Representative of Estate of Penny Louis Bruner and William Bruner, Plaintiff v. Key Safety System, Inc., et al. Civil Action No. 09C-16647-5 |
|---------|--------------|---------------------------------------------------------------|
| 2-1-13 | Mike Thomson | Forest Walker v. Li Liang v. Ford Motor Company District Court Boulder County Case Number 2011CV912 |
| 2-12-13 | Labarron Boone | Althea Harkness, Administrix of the Estate of Hilton Harkness, Deceased, and as Wife of Hilton Harkness, Deceased, Plaintiff, v. Navistar, Inc.: et al., Defendants. In the Circuit Court for Montgomery County, Alabama Civil Action No. CV-2011-901653 |
| 2-28-13 | Greg Allen | Mark Silver and Laura Silver, Individually and as Next Friends and Parents of Leslie "Elle" Silver, Plaintiffs v. Bad Boy Enterprises, LLC and Bad Boy Buggies, Inc. and Textron, United District Court for the Middle District of Georgia, Columbia Division, Civil Action No. 4-12-CV-5 |
| 3-7-13 | Craig Sico | Raul Segovia, Individually and For and on Behalf of All Those Entitled to Recover for the Death of Consuelo Segovia Under the Texas Wrongful Death and Survival Acts and Irma Segovia, Plaintiffs v. Ford Motor Company and Helen Guzman, In the County Court, Nueces County, Texas, Civil Action No. 2011CCV602271 |
| 4-5-13 | James Sweetser | Mariah Alexander, a single person; Kimberly Alexander and Dale Alexander, parents of Mariah Alexander, Plaintiffs, vs. Kubota Tractor Company, et al, In the Superior Court of Washington in and for Spokane County, No. 10-02-04-4704-7 |
| 4-15-13 | Chris Johns | Veronica Alfaro, Guardian of the Person and Estate of Pedro Lopez, an Incapacitated Person v. Currier Carpet Co., Inc., Geneva Multi-Family Services, Inc., and Geneva Multi-Family Exchange VII, LLC; In the Probate Court No. 3 of Harris County, Texas, Cause No. 398429-401 |
| 4-16-13 | Shalimar Wallis | Roberto Guerra, Plaintiff, vs. Toyota Motor Corporation, Toyota Motor Sales, USA, INC., and Natatajan Senthil Kumar, Defendants, In the District Court of Cameron County, Texas, Cause No. 2011-DCL-4878-A |
| 5-21-13 | Bruce Pfaff | Joseph Murphy and Patricia Murphy, Plaintiffs vs. Mancari Chrysler Plymouth, Defendants, In the Circuit Court of Cook County, Illinois |
| 6-10-13 | Mike Gill | Don Verdina and Kelly Verdina et al v. Jennifer Benson; General Motors; and Takata Seat Belts, Inc. |
| 6-21-13 | Hunter Craft | Ricardo Ramirez, Sr., Individually and as Representative of the Estate of Noemi Ramirez, Deceased, Ricardo Ramirez, Jr. and Deyanira Ramirez, Plaintiffs, vs. Ford Motor Company, Defendant, In the United States District Court for the Southern District of Texas, Laredo Division, Civil Action No. 5:12-CV-194 |
| 6-24-13 | Graham Esdale | Tammy R. Nobles et al. v. Bestway System, Inc., et al. In the Circuit Court of Montgomery County, Alabama, 03-CV-2012-901062.00 |

| | | |
|---|---|---|
| 6-25-13 | Scott Krist | Christopher Bowling vs. Madison Apartment Group, L.P. and Multifamily Burke Regency Associates, Inc., In the District Court of Harris County, Texas 234th Judicial District, Cause No. 2011-60938 |
| 7-2-13 | Chad Lucas | Cheryl Diffley, individually and as Executrix of the Estate of Barbara Helton, Jeannette Cluck, Michelle Kimerlin, James Elton, Christie Mull, individually and as Administrator of the Estate of Patricia Helton and Ashley Reichart, Plaintiffs, vs. Michael Sprowl and General Motors, LLC, Defendants, In the District Court of Wyandotte County, Kansas, Case No. 12CV12, Division No. 2 |
| 7-16-13 | Brian McManus | Bart Michaels, Plaintiff, vs. Myra Nash Johnson, Associates in Clinical Psychology, P.C., James Eckland, Rediehs Freight Lines, and Midwest Freight Company, Defendants, In the Circuit Court of Cook County, Illinois, No. 09-L-8975 |
| 8-15-13 | Gil Gilmore | Otties William Brewer, Jr. as Parent of and Adminstrator of the Estate of Otties William Brewer, III, deceased, Plaintiffs vs. Thomas Built Buses, Inc. et al, Defendants, In the Circuit Court of Choctaw County, Alabama, Civil Action File No. CV-2012-90001 |
| 9-20-13 | Robert Wilhite | Tracy Urban v. William D. Van Slyke, in the District Court, Denver, Colorado, State of Colorado, Case No. 2012CV7643 |
| 10-15-13 | Patt Ardis | Catherine F. Vetrano, Individually and as Fiduciary of the Estate of Neal Vetrano, v. Key Safety Systems, Inc., Key Safety Restraint Systems, Robert Buick, Inc., Robert Delmonte, and Lynne Delmonte, Superior Court, J.D. of Stamford/Norwalk at Stamford, D.N. FST-CV-12-6012155-S |
| 10-17-13 | Michael Gill | Jennette Maxwell, Plaintiff, vs. Hong Jin Crown Corporation, HJC America, Inc.; Castle Sales Company, Inc., and Motorcycle Riding School, Inc., Defendants, In the Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 2009 L 006794 |
| 10-22-13 | Ray Johnson | Steven Fitzgerald, Individually and as Guardian of Joann Reid Fitzgerald, Plaintiff, vs. Richard James Pellettiere and Interstate Brands Corp., Defendants and Third Party Plaintiffs, vs. Chrysler Group LLC, Third Party Defendants and Fourth Party Plaintiffs, vs. Lear Corporation, Fourth Party Defendants, In the Circuit Court for Prince Georges County, Case No. CAL 11-08775 |
| 10-28-13 | David Gaspari | Daniel Dobson, Individually and as Personal Representative of the Estate of William Dobson, Deceased, Plaintiffs, vs. Renee Wade, Individually, and Christopher Wade, Individually, Defendants, In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, Florida, Case No. 562011CA003227 |
| 11-4-13 | Mitchell Kinner | Gregory Kurt Havens, Plaintiff, v. Kubota Tractor Corporation and Kubota Manufacturing of America Corporation, et al, Defendants, Commonwealth of Kentucky, Morgan Circuit, Civil Action No. 09-CI-00020 |

| 11-5-13 | John Ramsey | Aureliana Martinez, Individually, and as representative of the Estate of Otilio Ramirez, Carlos Ramirez, Individually, and as Next Friend of Omar Ramirez, a minor, Emily Ramirez, a minor, and Carlos Emir Ramirez, et al., Plaintiffs, v. Goodyear Tire and Rubber Company; Ford Motor Company; and Latino Tire Shop, Defendants, In the District Court of Dallas County, Texas, 95th Judicial District, Cause No. DC-12-07666 |
| --- | --- | --- |
| 12-9-13 | Ben Fields | Mary Tarango, Individually and as Surviving Spouse of Manuel Gaston Tarango, Deceased, Marissa Tarango, Gaston Mateo Tarango, as Surviving Parent of Manuel Gaston Tarango, Deceased, Plaintiffs, vs. Ford Motor Company, Delphi Automotive Systems, LLC, a/k/a Delphi Auto Systems, et al, Defendants, In the District Court of Reeves County, Texas, 143rd Judicial District, No. 12-07-20190-CVR |
| 1-8-14 | James Lowe | Julio Melgar and Lilian Melgar, Plaintiffs, vs. Chrysler LLC, DaimlerChrysler Corporation, DaimlerChrysler Company LLC, Desmond Butler, Does 1 through 10 and Roe Corporations 11-20, inclusive, Defendants, District Court, Clark County, Nevada, Case No. A565284 |
| 1-13-14 | Chris Spagnoli and Randy Barnhardt | Lea Arrellano, individually; Kara Nossardi, individually; Rebecca Osborne, individually; Ann Drucker, individually; Karen Drucker, individually; et al, Plaintiffs, vs. Lisa Vogel, individually; We Want the Music Company dba WWTMC; Cooper Tire & Rubber Company; Ford Motor Company, and Does 1 through 100, Defendants, In the Superior Court of the State of California, For the County of Alameda, Case No: RG10521181 |
| 2-19-14 | David Brose | Charles Taff and Randie Taff, as parents and next friends of Jacob Taff, Plaintiffs, vs. Knife River Midwest, LLC, In the Iowa District Court for Polk County, Case No. CL 121221 |
| 2-25-14 | Tom Culmo | Deborah Van Coevering, as Personal Representative of the Estate of John Bradley Van Coevering, Plaintiff, vs. Clark Equipment Company, a foreign corporation, d/b/a Melroe Company; and Frank H. Poe, Inc. d/b/a Poes Rentals, a dissolved Florida Corporation; and Poes Rentals of Kendall, LLC, a Florida Limited Liability Company, Defendants, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 12-32204 CA 04 |
| 3-11-14 | Bruce Petway | Jon Hurst and Barbara Hurst, as parents and next friends of Natalie Jean Hurst, Deceased, Plaintiffs, v. Mazda Motor Corporation, In the Circuit Court of Jefferson County, Alabama, Bessemer Division, CV-2012-900498 |
| 3-12-14 | Collen Clark | Jose Castro and Eufrasia Castro, Plaintiffs, vs. Ford Motor Company, In the District Court of Nueces County, Texas, 117th Judicial District, No. 2012DCV-4496-B |
| 4-1-14 | Matt Brooker | Jeffrey Pfeiffer, et al, Plaintiff v. Missouri Highway & Transportation Commission, et al, Defendants, In the Circuit Court of Adair County, Missouri, Case No. 09AR-CV00760 |

| 4-8-14 | David Bright | Fred J. Heger, et al. Plaintiffs v. Abdul Malik Khan, et al., Defendants, In the Court of Common Please, Franklin County, Ohio, Case No. 11CV013465 |
|---|---|---|
| 4-22-14 | Tracy Houck/Ron Riggle | Cody Cormier and Cindy Comeaux, Personally and on Behalf of their Minor Son, Hayden Cormier, Plaintiffs, v. Tammy Threatts, Individually and on Behalf of her Minor Son, Joshua Threatts, and Allstate Insurance Company, Fifteenth Judicial District, Parish of Acadia, State of Louisiana, Docket No. 2009-10199 |
| 5-9-14 | Tracy Houck/Ron Riggle | Sunday Brumfield, Individually and as Tutrix of the Minors, Shane Brumfield and Dalton Brumfield, versus Dana Shell, Ford Motor Company, Mississippi Farm Bureau Casualty Insurance Company, City of Baker and City of Baton Rouge, 20th Judicial District Court for the Parish of East Feliciana, Division B, Docket no. 39, 092 |
| 6-25-14 | Shalimar Wallis/Guy Watts | Kathy Bruno, Individually, as Surviving Spouse of Michael Bruno, and as Personal Representative of the Estate of Michael Bruno, Anne Bruno, as Surviving Daughter of Michael Bruno, and Nina Bruno, as Surviving Mother of Michael Bruno, and Desiree Sierra, Plaintiffs, vs. Michelin North America, Inc., Discount Tire Company, Inc., Landstar System, Inc., Hyundai Translead et al, In the Superior Court of the State of Arizona, in and for the County of Maricopa, No. CV2013-094384 |
| 7-11-14 | Joseph Ritch | Edith A. Brooks vs. Mazda Motor Company of Japan, 12th Judicial District Court, Parish of Avoyelles, State of Louisiana, No. 99-6631 |
| 8-6-14 | Bob Langdon | Evan Sleight and Robynlee Sleight, Plaintiffs, vs. Ford Motor Company, Rockaway Car Center, Inc., Tim Lamont Whiteside, and Rusty's Car Service, LLC, Defendants, Second District Court- Ogden, Weber County, State of Utah, Case No. 110905721 |
| 8-14-14 | Labarron Boone | Tara Sallee et al v. Ford Motor Company, In the Circuit Court for Montgomery County, Alabama, 03-CV-2012-901515 |
| 9-3-14 | Reagan Sahadi | Bobby Dale Clark and Judy Clark v. Joey Groce, In the Circuit Court At Law No. 1, Nueces County, Texas, Cause No. 2011-CCV-61088-1 |
| 10-16-14 | Tom Willingham | Natalie Bacho and Stephen Bacho, as Surviving Parents of A.B., a deceased minor, Plaintiffs, vs. Rough Country LLC f/k/a Heckethorn Products, Inc. d/b/a Rough Country Suspension Systems and/or Rough Country, Defendant, Civil Action File No. 3:14-CV-40-TCB,, In the United States District Court, Northern District of Georgia, Newnan Division |
| 10-20-14 | Justin Hill | Rachel Barnes, Formerly Known as Rachel White and Daniel Barnes, Individually and as Next Friend of C.A.B., S.L.B. and N.R.B., , Plaintiffs, vs. Uvalde Concrete LLC, Defendant, In the District Court for Zavala, Texas, 365th Judicial District, Cause No. 13-03-12963-ZCVAJA |

| 11-17-14 | Jeff Wigington | Maria De Carmen Perez, et al v. Navistar, Inc., et al., Webb County, Texas, 49th Judicial District; Case No. 2013CVT000886D1 |
|---|---|---|
| 12-12-14 | Brad Kuhlman | Ricardo Dominguez, Both Individually and as Representative of the Estate of Cameron Kay Dominguez, Deceased, a Minor, and Juri Heiser, Individually, as Representative of the Estate of Cameron Kay Dominguez, Deceased, a Minor, and as Next Friend of Elijah Don Arp, a Minor, and Juan Angel Dominguez, Plaintiffs, vs. General Motors, LLC and Angel Amesquita, Defendants, In the 192nd Judicial District Court, Dallas County, Texas, Cause No. DC-11-009945 |
| 12-16-14 | Frank Wilson | Ryan T. McCormick, Individually, as administrator of the Estate of Celeste M. McCormick, and as Personal Representative, Plaintiff, vs. Brandon Ray Sellers, et al, Defendants, In the Circuit Court for Butler County, Alabama |
| 12-19-14 | Mike Gill | Jennette Maxwell, Plaintiff, vs. Hong Jin Crown Corporation, HJC America, Inc.; Castle Sales Company, Inc., and Motorcycle Riding School, Inc., Defendants, In the Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 2009 L 006794 |
| 1-6-15 | Keith Fletcher | Jennifer Comstock, Individually and as Representative of the Estate of Sarah Bethany Comstock, v. Wilbon, Inc. d/b/a West Bar & Grill, Hartmann Building Specialities, Ltd., John C. Clanan, Jr., and Chris Bennefield, In the District Court of Jefferson County, Texas, 60th Judicial District, Cause No. B194-828 |
| 1-15-15 | Jeff Blackwell | Beatriz Santamaria et al v. Volunteer Trucking, Inc. et al, In the Circuit Court of Dekalb County, Alabama, 28-CV-2010-00041.00 |
| 1-26-15 | Kent Emison | Larry Dane Plymell and Madolyn Plymell, Plaintiffs, v. Trophyline, LLC, Trophyline, Inc., Roscoe Van Ausdoll, d/b/a The Bow Doctor Archery Shop, Defendant/Third-Party Plaintiff, v. Anson Sutherland, Third-Party Defendant |
| 1-28-15 | Ron Hill | Nancy and Jeff Polakiewciz, Individually, and as the next friends and Guardians for Joseph R. Polakiewicz, Plaintiffs, vs. Tennessee Collision Repair, Inc., Defendant, In the Circuit Court for Blount County, Tennessee at Maryville, Tennessee, No. L17655 |
| 2-3-15 | Keith Lapeze | Juan Mares v. Juan Gerardo Ramirez, et al, 171st Judicial District Court of El Paso County, Texas, Cause No. 2013DCV3242 |
| 2-13-15 | David Bright | Gerri Hall, Individually and as Heir and Personal Representative of Kerrybeth Hall, Deceased, et al vs. The Goodyear Tire & Rubber Company, et al, In the District Court 24th Judicial District, Calhoun County, Texas, Cause No. 11-8-1416 |

| 2-25-15 | Alex Fiol | Laura Rigney, Plaintiff, vs. James Valentine, and YRC, Inc. Defendants, In the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, Civil Division, Case No. 2012-CA-005595 |
|---------|-----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 2-26-15 | Winston Briggs | Brian Marin, Plaintiff, vs. Charles Schroen, Defendant, In the State Court of Gwinnett County, State of Georgia, Civil Action No. 13-C-01478-S1 |
| 2-27-15 | Jeff Harris | Abu Kalan and Cho Mal, Plaintiffs, v. Win Tun, Otis William Evans, Jr., and Chrysler Group, LLC, f/k/a New Carco Acquisition, LLC, Defendants, In the State Court of Dekalb County, State of Georgia, Civil Action No. 13A47322-7 |
| 3-12-15 | Alex Gillian | Kenneth Lee vs. Mitsubishi Motors Corporation, Case Number 2013 CA000289, Circuit Court of the First Judicial Circuit in and for Escambia County, Florida |
| 3-25-15 | Kevin Liles | Megan Phelps, Individually as Executrix/Administratix of the Estate of Ronald Phelps, and as Natural Tutrix of Trenton Phelps, Plaintiffs, vs. Daimler Trucks North America, LLC d/b/a Freightliner Trucks, Defendants, United States District Court Eastern District of Louisiana, Case no. 2:13-CV-06685 |
| 4-9-15 | Joe Dunn | Jesse Rivera, Individually and as Next Friend of Jesse Rivera, Jr., and for Patrick Rivera, Minor Children and Kathy Rivera, Plaintiffs, vs. Gloria Cordova; Audi AG; Audi of America, LLC; Volkswagen AG; Volkswagen Group of America; Faurecia Autositze, Defendants, In the District Court for the 73rd Judicial District, Bexar County, Texas |
| 4-20-15 | Chad Lucas | Megan and Jacob McKellips, Plaintiffs, v. Kumho Tire USA, Inc., and Kumho Tire Co., Inc., Defendants, In the United States District Court for the District of Kansas at Kansas City, Case No. 13-cv2392 JTM/TJJ |
| 4-21-15 | Daneil Dutko | Oralia Rodriguez, Individually, and as next friend of Carlos Cerezo, Xavier Cezero, Aliyha Cerezo, and Linette Cerezo, a deceased minor and on behalf of the estate of Linette Cerezo, a deceased minor, and Analee Williford, Individually and as next friend of Brandi Flores, Plaintiffs, vs. Toyota Motor Corporation, Toyota Motor Sales, USA, Inc. Toyota Motor Manufacturing North America, Inc. and Samuel Sampson, Defendants, In the District Court of Val Verde County, Texas, 63rd Judicial District, Cause No. 30959 |
| 4-22-15 | Ray Bodiford | Steven Newbern and Claudia Newbern, Plaintiffs, vs. Ford Motor Company and Stephen Ronald McGee, Defendants, In the Court of Common Pleas for the Ninth Judicial Circuit, C/A No. 2013-CP-10-2928 |

| | | |
|---|---|---|
| 5-7-15 | Brandon Steffey | Frances Lopez, Individually, and as personal representative of the Estates of Joe Antonio Salas-Castro, Jayden Joshua Salas, and Joe Anthony Salas, and as next friend of Jazlynn Nicole Salas, Plaintiffs, vs. Federal Express Corporation, FedEx Ground Package System, Inc., E & S Transfer, Inc. and Enrique Alvaraez, Defendants, In the District Court, 200th Judicial District, Travis County, Texas, Cause No. D-1-GN-14-000959 |
| 5-18-15 | Mitchell Machowicz | Estate of Alexis Resto by Jesus Resto the Administrator of the Estate of Alexis Resto and Jesus Resto Individually, Plaintiff, vs. City of Passaic, County of Passaic, State of New Jersey, et al., Superior Court of New Jersey Law Division: Passaic County Docket No. PAS-L-1541-13 |
| 5-26-15 | Tom Willingham | Sharon J. Allen, as Executor of the Estate of Terry D. Allen, Deceased, Plaintiff, vs. Ford Motor Company, et al, In the Circuit Court of Lauderdale County, Alabama, Civil Action No. 41-CV-2012-900110 |
| 5-27-15 | Keith Lapeze | Sergio Saladana v. Julio Arredondo-Rodriguez, et al, In the 332nd Judicial District Court of Hidalgo County, Texas |
| 6-15-15 | Ronnie Crosby | Richard Hayes, Plaintiff, v. Toyota Motor Sales USA, Inc., Toyota Motor Corporation, Neil Johnson Buick-GMC, Inc., and Jacqueline Hayes, Defendants, State of South Carolina, County of Georgetown, In the Court of Common Pleas, Case No. 2013-CP-22-00883 |
| 6-16-15 | David White | Robert Mathers, individually, Plaintiff, vs. Bridgestone America's Tire Operations, a foreign company which is the successor to Bridgestone/Firestone North American Tire, LLC, and Westside Tire Ser Inc., a Florida Corporation, Defendants, In the Circuit Court of the Second Judicial Circuit in and for Wakulla County, Florida, Case no. 652013CA000392CAAXMX |

| 6-30-15 | Daniel Defeo | Lynette Young, Plaintiff, vs. Toyota Motor Corporation, Toyota Motor Sales, USA, Inc., and Jose Zarate, Defendants, In the Circuit Court of Saint Louis County, State of Missouri, Cause No. 13SL-CC02275, Division No. 10 |
|---|---|---|
| 7-17-15 | James Lowe | Margaret Scholan, as Guardian for Meta Scholan and Bailey Scholan, Plaintiffs, vs. Toyota Motor Corporation, a Foreign Corporation, Toyota Motor Sales USA, a Foreign Corporation, and Daytona BR-GD, Inc. d/b/a Daytona Toyota, a Florida Corporation, Defendant, In the Circuit Court of the Seventh Judicial Circuit, In and For Volusia County, Florida, Case Number 2013-31068-CICI- Division 31 |
| 7-23-15 | Tad Griffin | Lonnie Morgan, as Personal Representative of the Estate of Chelsea Morgan, deceased; and Dyamond Denise Asbury, individually, Plaintiffs, v. Jay's Tires, LLC, a Florida limited liability corporation; Chrysler Group, LLC, a foreign corporation, Chrysler Group Carco, LLC, a foreign corporation; The Goodyear Tire & Rubber Company, a foreign corporation; and Goodyear Canada, Inc., a foreign corporation, Defendants, In the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida, Case No. 01-2013-CA-001798 |
| 7-27-15 | Hunter Craft | Sandra Zapata, individually and as representative of the Estate of Jesus Zapata, Deceased, and as next friend of said Zapata, a minor child, and Emily Zapata, a minor child, Victor Zapata, Maria Zapata, and Juan Zapata, individually, Plaintiffs, vs. Noel Suchil, O-Tex Pumping, LLC, and Nikie Vargas, as representative of the Estate of Feliz Vargas, deceased, Trican Well Service, LP and Leeco Properties, Inc., Defendants, In the District Court of Ector County, Texas, 358th Judicial District, Cause No. D-134-309 |
| 8-18-15 | Rip Andrews | Alicia Swinney Cooper, et al, Plaintiff, vs. Ford Motor Company, et al, Defendants, In the Circuit Court of Colbert County, Alabama, Civil Action No: CV2013-900290 |
| 8-19-15 | Jim Hada | Latarshia Bruce, on behalf of the estate of her husband, Lee Vern Murphy, Plaintiff, vs. P & U Carriers, Inc., P & U Transport, Inc.; Esosa Omorgie, Deceased, by and through the administrator of his estate, Keith Morris; Francine Sanders Omorgie, Early Environmental Contracting, LLC, and Jeffrey Coleman, Defendants, In the General Court of Justice, Superior Court Division, File No. 2013-CVS-763 |

| | | |
|---|---|---|
| 8-27-15 | Douglas Allison | Caprecia Jefferson, Individually and as Personal Representative of the Estate of Harry Louis Jefferson, Jr. and Harry Louis Jefferson, Sr., Plaintiffs, v. International Truck and Engine Corp. F/K/A Navistar, Inc; Delphi Automotive Systems, LLC; Gra-Mag Grammer, Inc.; Magna International of America, Inc.; and Anderson Columbia, Co., Inc., Defendants, In the United States District Court for the Southern District of Texas Corpus Christi Division, Civil Action No. 2:14-CV-00320 |
| 9-4-15 | Hunter Craft | Jorge Aguilar, Individually and as Next Friend of Maria De Lourdes Aguilar, Incapacitated, vs. Ford Motor Company and Maria Rosa Matias, In the District Court of Hidalgo County, Texas, 398th Judicial District |
| 9-17-15 | Bryan Comer | Wanda Williams, individually and as guardian and conservator for John Robert Williams, Jr., incapacitated, Plaintiff, v. Manitowoc Cranes, LLC, Defendant, Civil Action No. 1:14-CV-383 HSO-JCG |
| 9-21-15 | Bruce Petway | Ashley Frazier, et al, Plaintiffs, vs. Cachitta Cook Agee, et al, Defendants, In the Circuit Court of Jefferson County, Alabama, Birmingham Division, Civil Action No. CV-14-901154 |
| 9-28-15 | Graham Esdale | Florence Drew, Plaintiff, v. General Motors LLC, and King Cadillac Buick, GMC, Inc., Defendants, In the Court of Common Pleas, Civil Action No. 2013-CP-16-0645 |
| 11-12-15 | Rick Morrison | Connie Dobson and Melvin Dobson vs. American Reliable Insurance Company, Mid-South Farms, Inc., Brent Self, Hartford Accident and Insurance Indemnity Company, Danny Martin and Metropolitan Property and Casualty Insurance Company, Chrysler Group, LLC, and Johnson Controls, Inc., State of Louisiana, Parish of Morehouse, Fourth Judicial District Court, No. 2013-454 |

| | | |
|---|---|---|
| 11-19-15 | Manuel Maltos | Daniel Raygoza and San Martin Garza vs. M-Trucking LLC and Denis Pajazetovic, In the United States District Court for the Southern District of Texas, Laredo Division, Civil Action No. 5:15-CV-00052 |
| 11-23-15 | Patrick Ardis | Christopher Von Koschembahr as Fiduciary of the Estate of Brandon Von Koschembahr v. Ford Motor Company, Miller Automobile Corporation d/b/a Lincoln-Mercury Darien, Superior Court, J.D. of Stamford/Norwalk at Stamford |
| 12-2-15 | Joe Cloud | Alexias Henry Clark, Personal Rep, vs. Sean Michael Ready et al, In the Circuit Court of Madison County, Alabama, 47-CV-2014-901900.00 |
| 1-28-16 | Jeremiah Lowe | Helen Dunmore, an individual; Brionna Samuels, an individial; Sarah Dunmore, an individual; Tatiana Dunmore, through her Guardian Ad Litem Helen Dumore; Tommy Dunmore through his Guardian Ad Litem Helen Dumore; and Jeremiah Dunmore, through his Guardian Ad Litem Helen Dumore, Plaintiffs, vs. State of California; County of Los Angeles, et al, Defendants, Superior Court of the State of California for the County of Los Angeles, No. BC518470 |
| 2-25-16 | Manuel Campano | Melquisidec Gomez-Reyes, Claimant, vs. Abor-Nomics Tree Service, Employer, and California Insurance Co., Insurer, In the State Board of Worker's Compensation State of Georgia, Claim No. 2015-018896 |
| 3-17-16 | Joe Ritch | Angela L. Stafford, et vire, vs. Carrie A. Skinner, Progressive Security Insurance Company, Ray Hyde Pain & Body Works, and U.S. Agencies Casualty Insurance Company, 12th Judicial District Court, Parish of Avoyelles, State of Louisiana |

| 3-29-16 | Henry Blackmon | Greysol Jneth Martinez Hernandez, Individually and as Next Friend of Brayon DeLeon v. Ford Motor Company, et al; Cause No. 2013CVT001200 D1, in the 49th Judicial District Court of Webb County, Texas |
| 4-20-16 | Scott Krist | Eric Anderson, Individually and as next friend of Jackson Anderson, a minor v. Service Transport Company, SASOL North America, Inc., Nederland Tank Wash, Inc. and Janice Staggs, In the District Court of Jefferson County, Texas, 172nd Judicial District, Cause No. E195079 |
| 4-29-16 | Shane Langston | Melissa Eckert Miller, individually and on behalf of Tyler Eckert, Layton Miller, and Carter Miller, minors, and on behalf of all wrongful death beneficiaries of Logan Eckert, deceased, Plaintiffs, vs. Dustin Johnson, Geico General Insurance Company, Nationwide Property and Casualty Insurance Company, Ford Motor Company, and Joe Does #-10, Cause no. 2013-00262, In the Circuit Court of Jackson County, Mississippi |
| 5-5-16 | John Scofield | Amy Lacey, individually, and as personal representative of the Estate of Herman Lacey under the Texas Wrongful Death and Survival Acts, and Danielle Murdock, and Megan Castillo under the Texas Wrongful Death Act, Plaintiffs, vs. BMW of North America, LLC (f/k/a BMW of North America, Inc.) and Ramon Espinal, Defendants, In the District Court Montgomery, Texas, 284th Judicial District, Cause No. 13-05-05-05692-CV |
| 5-11-16 | Joe Ritch | Madison Garraway vs. Jamee Raye Allen and Ford Motor Company, 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, Case No. 631,668, Section 24 |

| 6-8-16 | Harris Feldman | The Estate of Martin Yudko, Bryan Yudko, as Administrator of the Estate of Martin Yudko and Ana Yudko, Bryan Yudko individually and Jennifer Zisa, Plaintiffs, vs. Community Medical Center et al., Superior Court of New Jersey Law Division, Essex County Docket No. ESX-L-8042-13 |
|---|---|---|
| 6-9-16 | Graham Esdale | Kathleen Brown, Individually and as Next of Kin to James Brown, deceased, Plaintiff v. Ford Motor Company; Davis-Moore Auto Group, Inc., Defendants, In the District Court of Kay County, State of Oklahoma, Case No. CJ-14-60-PC |
| 6-16-16 | Don Slavik | Terry Herbert, by and through her daughter Jacqueline Lee Dadgarkiana, as Conservator of the Person and Estate of Terry Lynn Herbert, Plaintiff, vs. Ford Motor Company, a Delaware Corporation, Takata Corporation, et al, Superior Court of the State of California, County of San Bernardino, San Bernardino Justice Center, Case No. CIV DS1415915 |
| 6-20-16 | Labarron Boone | Jacqueline Wright, as Dependent and Next Friend of Jerry Albritton, Deceased; Knichi Hatcher, as the Dependent Daughter of Jerry Albritton, Deceased; and Jerry Hatcher, as the Dependent Son of Jerry Albritton, Deceased; Plaintiffs, v. Merritt Equipment Co.; et al., Defendants, In the Circuit Court for Lowndes County, Alabama, Civil Action No. 45-CV-2013-900091.00 |
| 7-6-16 | Kit Belt | Loretta Carter, an incapacitated adult, by and through her spouse and next of friend, Donald Carter, and Donald Carter, individually, Plaintiffs, vs. Billy Hudson, et al. Defendants, in the Circuit Court of Tallapoosa County, Alabama (Alexander City Division), Civil Action No. 70-CV-2013-900086 |
| 7-25-16 | Tom Easterly | Kala Rogers, Individually, and on behalf of Minor Children Donovin Allen Rogers and Trey Ellis Rogers, and Marcus Williams, verses FCCI Insurance Company, Inc., Wall Timber, Inc., and Steven Carter, Number 633, 471 Division 24, 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana |

| 8-8-16 | Collen Clark | Danielle Washington vs. Trinity Industries, Inc. & Trinity Highway Products, In the United State District Court for the Eastern District of Texas Marshall Division |
|--------|--------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 8-16-16 | Jason Hoelscher | Porfirio Garcia, Individually, As Personal Representative of Beatriz Garcia, Deceased, and As Next Friend of David Garcia, Alex Garcia, and Jessica Garcia v. Ford Motor Company, et al, In the 107th Judicial District Court of Cameron County, Texas, Cause No. 2012-DCL-5269 |
| 8-18-16 | Dan Defeo | Gayle Robbins, Plaintiff, vs. Ford Motor Company, Defendant. United States District Court Eastern District of Missouri, Eastern Division, Case No. 415CV01360 |
| 8-23-16 | Mike Davis | Michael Roberts, Individually, As Co-Personal Representative for the Estate of Billy Mike Roberts, Deceased, and as Co-Personal Representative for the Estate of Billy Jean Roberts, et al., Plaintiffs vs. The Braun Corporation; Brasher-Gunn, Inc.; Alamo Mobility, Inc.., et al, In the District Court of Travis County, Texas, 98th Judicial District, Case No. D-1-GN-15-000149 |
| 8-25-16 | Joe Ritch | Bobbie Jean Dunbar vs. Bryan L. Albert; Nissan Motor Company, LTD; Nissan North America, Inc; and the State of Louisiana Through the Department of Transportation and Development, 18th Judicial District for the Parish of Iberville, State of Louisiana, No. 74747, Division "C" |
| 8-26-16 | Joel Simon | Gerald Dodgen and Lauren Bernard, in Their Individual Capacities, and As Heirs and Co-Representatives of the Estate of Kathryn M. Dodgen, v. PJ Trailers Manufacturing, Inc., In the District Court of Harris County, Texas 165th Judicial District, Cause No. 2015-49754 |

| | | |
|---|---|---|
| 9-27-16 | Matthew Blackmon | Benjamin Lipton, et al, Plaintiffs, vs. Mountain Creek Resort, Inc., et al, Defendants, United States District Court, District of New Jersey, Civil Action No. 13-4866 (KM) |
| 10-4-16 | Andrew Bryman | Micaela Louise Bensko and Donald Bensko, Plaintiffs, vs. Ford Motor Company; Airport Marina Ford; Power Ford Valencia; and Does 1 through 100, Inclusive, Defendants, Superior Court of the State of California, County of Los Angeles, Central District, Case No. BC525737 |
| 10-10-16 | Craig Neidenthal | Jerry Easterling, Plaintiff, v. Ford Motor Company, Defendant, In the United States District Court for the Nothern District of Alabama Southern Division, Case No. 2:14-cv-02352-JEP |
| 10-25-16 | Patrick Ardis | Christopher Von Koschembahr as Fiduciary of the Estate of Brandon Von Koschembahr v. Ford Motor Company, Miller Automobile Corporation d/b/a Lincoln-Mercury Darien, Superior Court, J.D. of Stamford/Norwalk at Stamford |
| 10-27-16 | Jeff Wigington | Donna Gurrola, Individually, and as Representative of the Estate of Anacleto Gonzalez Gurrola, Deceased, et al., Plaintiffs, Benny Ray Allison, Individually, Rayme Denise Allision Individually, et al., Interventors, and Lisa Stewart Allison, Individually, et al., Intervenor, vs. General Motors, LLC, Halcore Group, Inc. et al., Defendants, In the District Court of 51st Judicial District, Sterling County, Texas, Cause No. 2539 |
| 11-14-16 | Andrew Schendel | Austin Hendrickson, Plaintiffs, vs. Jaqueline Abbee, et al., Defendants, In the District Court of Johnson County, Kansas, No. 2015-CV-001012, Division 2, K.S.A. Chapter 60 |

| | | |
|---|---|---|
| 11-16-16 | Rick Morrison | Hannah La Shae Black, Plaintiff, vs. General Motors, LLC., et al., Defendants, In the Circuit Court of Lauderdale, Alabama, CV-2014-900130 |
| 11-22-16 | Tom Willingham | Mary Ann Huie, et al., Plaintiffs, vs. Ford Motor Company, et al., Defendant, In the Circuit Court of Jefferson County, Alabama, Civil Action No. CV-2015-903154 |
| 11-29-16 | Dan Defeo | Steven W. Taber and Renee Taber, Plaintiffs vs. Ford Motor Company, Defendant, In the United States District Court, Western District of Missouri, Case No. 4:16-cv-0162-SWH |

## TRIAL TESTIMONY

| | | |
|---|---|---|
| 05-19-11 | James E. Carter | Phillip B. Blanchard and Kay Blanchard, plaintiffs vs. Ford Motor Company and Johnny Edward Wellons, II, Defendants, In the Superior Court of Richmond County State of Georgia Civil Action File No. 2002-RCCV-591 |
| 06-16-11 | George Finkbohner | Tonya Leann Leytham, Administratrix and Personal Representative of the Estate of Tiffany Stabler, Deceased, and as Mother and Next Friend of Tiffany Stabler Deceased v. Kia Motors of America, Inc. In the Circuit Court for Mobile County, Alabama. No. CV-06-2263. |
| 07-27-11 | David Sawyer | Dawn Russell, Individually and as surviving spouse of and administrator of the Estate of Paul Russell, deceased, v. Michael T. Smith, as Administrator for the Estate of Vinson W. Levy, deceased, James W. Howland, and Central Fire Protection, Inc., In the State Court of Gwinnett County, State of Georgia. No. 10C-00889-4. |
| 09-26-11 | Ronny Crosby | Laura Riley, as Personal Representative of the Estate of Benjamin Riley v. Ford Motor Company and Andrew Marshall Carter, II. In the Court of Common Pleas, County of Bamberg, State of South Carolina. No. 2008-CP-05-235. |

| | | |
|---|---|---|
| 12-01-11 | Jim Strickland | Frank A. Linxwiler, et al. v. City of Memphis, Bridgers Coaches, Inc., d/b/a Taylor Made Ambulance, and Ferno-Washington, Inc. In the Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis. No. CT-001243-06 Div. 2. |
| 12-07-11 | Richard Hay | Amanda and Dwayne Maddox v. Nissan Motor Company, Ltd. et al In the Commonwealth of Kentucky, 28th Judicial Circuit Lincoln Circuit Court, Division No. 1 No 2010-CI-00082. |
| 01-19-12 (Video for Trial) | Mike Clawson/ Keith Vance | Randle Cameron vs. American Guarantee Liability Insurance Company, a New York Company. In the District Court of El Paso County, Colorado. No. 10CV1706. |
| 01-24-12 | Hank Didier | Michael Joseph Scott Corbett, vs.ARCTIC CAT, a foreign corporation, et al. MORGAN TANNING, INC., vs. ARCTIC CAT INC. In the Circuit Court of the Eighth Judicial Circuit, In and For Alachua County, Florida. No.  01-2009-CA-000501  Division No.: K |
| 02-23/24-12 | William G. Neumann, Jr. | Ashley Cartwright v. American Honda Motor Co., nc. In the U.S. District Court for the Eastern District of Texas, Lufkin Division. No.  9:09-cv-205. |
| 03-21-12 | Michael Thomson | Amy Bullock, as an individual, as the next of kin and personal representative of Jeffrey Bullock, deceased, and as Parent and Next Friend of Adam Bullock, Chelsea Bullock, and Melissa Bullock, and Domino's Pizza, LLC v. Freightliner, LLC and Penske Truck Leasing Company, L.P. In the U.S. District Court for the District of Colorado. No.  1:08-cv-00491-PAB-MEH. |
| 3-11/12-13 | Michael Thomson | Forrest Walker, Plaintiff, v. Li Liang and Ford Motor Company, District Court, Boulder County, State of Colorado, Civil Action No. 11CV912 |
| 4-3-13 | Hank Didier | Michael Joseph Scott Corbett, Plaintiff, v. Artic Cat, Inc., a Foreign Corporation, Defendant, In the Circuit Court of the 3rd Judicial Circuit in and for Hamilton County, Florida, Case No. 2011CA40 |
| 6-7-13 | Terry McCartney | Jennifer Cully, Plaintiff, v. Stacy Kapner-Lerch, Defendant, Supreme Court of the State of New Yori, County of Nassau |
| 7-11-13 | Dan Defeo | Janie Elder, Surviving mother of Jackie Honea, Plaintiff   vs. Sunl Group, Inc. et al., In the Circuit Court of Ripley County, Missouri, No. 09RI-CV0088 |
| 8-23-13 | Labarron Boone | Althea Harkness, Administratix of the Estate of Hilton Harkness, Deceased, Plaintiff, v. Navistar, Inc. et al, CV-2011-901653, In the Circuit Court for Montgomery |

| | | |
|---|---|---|
| | | County, Alabama |
| 11-20-13 | Chris Glover | William Bruner, Individually and as Personal Representative of Estate of Penny Louis Bruner and William Bruner, Plaintiff v. Key Safety System, Inc., et al. Civil Action No. 09C-16647-5 |
| 1-30-14 | Raymond Johnson | Steven Fitzgerald, Individually and as Guardian of Joann Reid Fitzgerald, Plaintiff, vs. Richard James Pelletiere and Interstate Brands Corp., Defendants and Third Party Plaintiffs, vs. Chrysler Group LLC, Third Party Defendants and Fourth Party Plaintiffs, vs. Lear Corporation, Fourth Party Defendants, In the Circuit Court for Prince Georges County, Case No. CAL 11-08775 |
| 2-5-14 | Ben Fields | Mary Tarango, Individually and as Surviving Spouse of Manuel Gaston Tarango, Deceased, Marissa Tarango, Gaston Mateo Tarango, as Surviving Parent of Manuel Gaston Tarango, Deceased, Plaintiffs, vs. Ford Motor Company, Delphi Automotive Systems, LLC, a/k/a Delphi Auto Systems, et al, Defendants, In the District Court of Reeves County, Texas, 143rd Judicial District, No. 12-07-20190-CVR |
| 9-3-14 | Reagan Sahadi | Bobby Dale Clark and Judy Clark v. Joey Groce, In the Circuit Court At Law No. 1, Nueces County, Texas, Cause No. 2011-CCV-61088-1 |
| 10-1-14 | Bruce Petway | Jon Hurst and Barbara Hurst, as parents and next friends of Natalie Jean Hurst, Deceased, Plaintiffs, v. Mazda Motor Corporation, In the Circuit Court of Jefferson County, Alabama, Bessemer Division, CV-2012-900498 |
| 1-30-15 | Mike Gill | Jennette Maxwell, Plaintiff, vs. Hong Jin Crown Corporation, HJC America, Inc.; Castle Sales Company, Inc., and Motorcycle Riding School, Inc., Defendants, In the Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 2009 L 006794 |
| 4-16-15 | Alex Fiol | Laura Rigney, Plaintiff, vs. James Valentine, and YRC, Inc. Defendants, In the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, Civil Division, Case No. 2012-CA-005595 |
| 6-4-15 | Tracy Houck | Sunday Brumfield, Individually and as Tutrix of the Minors, Shane Brumfield and Dalton Brumfield, versus Dana Shell, Ford Motor Company, Mississippi Farm Bureau Casualty Insurance Company, City of Baker and City of Baton Rouge, 20th Judicial District Court for the Parish of East Feliciana, Division B, Docket no. 39, 092 |
| 8-12-15 | Winston Briggs | Brian Marin, Plaintiff, vs. Charles Schroen, Defendant, In the State Court of Gwinnett County, State of Georgia, Civil Action No. 13-C-01478-S1 |

| 10-27-15 | James Lowe | Margaret Scholan, as Guardian for Meta Scholan and Bailey Scholan, Plaintiffs, vs. Toyota Motor Corporation, a Foreign Corporation, Toyota Motor Sales USA, a Foreign Corporation, and Daytona BR-GD, Inc. d/b/a Daytona Toyota, a Florida Corporation, Defendant, In the Circuit Court of the Seventh Judicial Circuit, In and For Volusia County, Florida, Case Number 2013-31068-CICI- Division 31 |
|---|---|---|
| 1-29-16 | Ed Nevin | Lawrence Brown, Plaintiff, vs. Joe Ted Lewis and Does 1 to 20, Defendants, Superior Court of the State of California, County of Santa Clara, Unlimited Jurisdiction, Case No. 113CV250900 |
| 2-2-16 | Mitchell Makowicz | Estate of Alexis Resto by Jesus Resto, the Administrator of the Estate of Alexis Resto and Jesus Resto, Individually, Plaintiff, vs. City of Passaic, Defendants, Superior Court of New Jersey, Law Division, Passaic County, Docket No. PAS-L-1541-13 |
| 2-16-16, 2-17-16 | Joe Dunn | Jesse Rivera, Individually and as Next Friend of Jesse Rivera, Jr., and for Patrick Rivera, Minor Children and Kathy Rivera, Plaintiffs, vs. Gloria Cordova; Audi AG; Audi of America, LLC; Volkswagen AG; Volkswagen Group of America; Faurecia Autositze, Defendants, In the District Court for the 73rd Judicial District, Bexar County, Texas |
| 3-11-16 | Manuel Campano | Melquisidec Gomez-Reyes, Claimant, vs. Abor-Nomics Tree Service, Employer, and California Insurance Co., Insurer, In the State Board of Worker's Compensation State of Georgia, Claim No. 2015-018896 |
| 3-23-16 | Jeremiah Lowe | Helen Dunmore, an individual; Brionna Samuels, an individial; Sarah Dunmore, an individual; Tatiana Dunmore, through her Guardian Ad Litem Helen Dumore; Tommy Dunmore through his Guardian Ad Litem Helen Dumore; and Jeremiah Dunmore, through his Guardian Ad Litem Helen Dumore, Plaintiffs, vs. State of California; County of Los Angeles, et al, Defendants, Superior Court of the State of California for the County of Los Angeles, No. BC518470 |
| 9-14-16 | Ray Bodiford | Steven Newbern and Claudia Newbern, Plaintiffs, vs. Ford Motor Company and Stephen Ronald McGee, Defendants, In the Court of Common Pleas for the Ninth Judicial Circuit, C/A No. 2013-CP-10-2928 |
| 9-28-16 | Mario DeLaGarza | Elie Boukheir, Plaintiff, v. Andrew Benjamin Wolan, Defendants, In the District Court, Fort Bend County, Texas, 240th Judicial District |
| 10-11-16 | Desi Thobias | Wanda Williams, individually and as guardian and conservator for John Robert Williams, Jr., incapacitated, Plaintiff, v. Manitowoc Cranes, LLC, Defendant, Civil Action No. 1:14-CV-383 HSO-JCG |
| 11-10-16 | Ron Hill | Nancy and Jeff Polakiewciz, Individually, and as the next friends and Guardians for Joseph R. Polakiewicz, Plaintiffs, vs. Tennessee Collision Repair, Inc., Defendant, In the Circuit Court for Blount County, |

| | | Tennessee at Maryville, Tennessee, No. L17655 |
|---|---|---|
| | | |