# EXHIBIT F

---------- Forwarded message ----------
From: **Charles McGathy** <gmaxdude@gmail.com>
Date: Fri, Jul 30, 2010 at 3:49 PM
Subject: FW: GMAX Crusader -- crash damage
To: Joe Mooney <joem@marshalldistributing.com>, Marshall Roger <roger@marshalldistributing.com>, darren <dy_exe@hotmail.com>, Chuck Herman <chuck@marshalldistributing.com>, Rod Sherman <custserv@marshalldistributing.com>


FYI


*Charles S. McGathy*

**GMAX**

Director: Product Development & Marketing

Phone: 919-270-4354

Fax: 989-883-9325

email: gmaxdude@gmail.com




**From:** Jason Harper [mailto:jasonharper321@msn.com]
**Sent:** Friday, July 23, 2010 5:46 PM
**To:** gmaxdude@gmail.com
**Subject:** RE: GMAX Crusader -- crash damage


Hi Charles,

Thank you very much for you prompt reply and even more so for your kind offer to swap my damaged helmet for a new one, which is very much appreciated!  As a result of your offer I took an additional step to add my story to the WebBikeWorld review 'owners

comments' section which I think you'll be happy with.

If memory serves, I purchased my 68S, size Large, from [Motorcycle Superstore](#).  For a replacement, a white/red/black GM68 MAX would be great, and again, really appreciated.

The address on my previous email is the correct address for shipping.

Thanks again!  Consider me a GMax ambassador!

Sincerely,

Jason Harper

1325 Arch Lane

Huntington Beach, CA  92648

From: [gmaxdude@gmail.com](mailto:gmaxdude@gmail.com)
To: [jasonharper321@msn.com](mailto:jasonharper321@msn.com)
Subject: GMAX Crusader -- crash damage
Date: Thu, 22 Jul 2010 22:15:11 -0400

Hi Jason,

First of all, I would like to introduce myself. My name is Charles McGathy and I am a Director with GMAX Helmets.  Thank-You for sharing your survival story and pictures of your GMAX 68 helmet misfortune.

There is a lot of things we put into our helmets. That being - fit, function, fashion, and first and foremost – safety. I find it extremely personally rewarding that our safety efforts at GMAX has provided you serious injury and life saving protection through our award winning GM68 helmet.

I would love to get your helmet back from you for analysis. In return for sharing your story, and sending us your helmet, I would like to send you a new helmet in its place. And of course, this helmet would be free to you.  Just let me know your size and GMAX helmet color/graphic choice.

I will arrange to have UPS pickup  the helmet from you at a location of your convenience.  Is the address you listed below the address I should arrange for the pickup?

Just curious, but where did you purchase your GMAX helmet?

Happy Riding, and THANK-YOU for your business!

Charles

## *Charles S. McGathy*

**GMAX**

Director: Product Development & Marketing

email: gmaxdude@gmail.com

**From:** Jason Harper [mailto:jasonharper321@msn.com]
**Sent:** Wednesday, July 21, 2010 7:48 PM
**To:** custserv@marshalldistributing.com; sales@gammasales.com; sburnam@wps-inc.com
**Subject:** GMax Crusader -- crash damage

*I was not sure who to send this note to, but was able to find some email addresses online at http://www.gmaxhelmet.com and am hopeful that this message will reach the right person(s).*

To who it may concern:

I have been very happy with the fit and comfort of my GMax Crusader helmet for almost two years now, but unfortunately I put it to the test in a crash last Sunday.

I am sending this note to simply show you pictures of the damaged helmet so that perhaps this may aid the designers with future models.  To be absolutely clear, I sustained <u>no</u> damage to my head or face, so from that perspective the helmet did it's job and protected me, which I am obviously very happy about.

No surprise that the venting system broke off, but the shell was totally intact and even the visor stayed in place (and still ratchets).

If you believe that further study of my damaged helmet would assist GMax with future designs, I will be happy to send it to you (I am making this same offer to the manufacturers of suit, boots and gloves I was wearing in the crash).

Otherwise, as stated, I sustained no head/skull damage/injury in the crash, so 'thanks' for making a great product!

Sincerely,

Jason Harper

1325 Arch Lane

Huntington Beach, CA  92648  USA

jasonharper321@msn.com

From: **Charles McGathy** <gmaxdude@gmail.com>
Date: Wed, Apr 21, 2010 at 10:17 AM
Subject: GMAX 68
To: "'Steve Bayne '"@webhost3.airadvantage.net

Hi Steven,


First of all, I would like to introduce myself. My name is Charles McGathy and I am a Director with GMAX
Helmets.  Thank-You for sharing your survival story and pictures of your GMAX 68 helmet misfortune.


There is a lot of things we put into our helmets. That being - fit, function, fashion, and first and foremost –
safety. I find it extremely personally rewarding that our safety efforts at GMAX has provided you life saving
protection through our award winning GM68 helmet.


Glad to hear you are climbing back-in-the-saddle again.  Just to share a very ironic story with you, I just
received a very similar crash survival success story as yours from a GMAX customer in North Carolina. His
name is Steve, and he was wearing the same color GM68 helmet. No truck involved in his case though.


Just curious, where did you purchase your GMAX helmet at?


Happy Riding, and THANK-YOU for your business!


Charles


***Charles S. McGathy***

**GMAX**

Director: Product Development & Marketing

email: gmaxdude@gmail.com

**From:** Steve Bayne [mailto:kc5fky@yahoo.com]
**Sent:** Tuesday, April 20, 2010 9:12 PM
**To:** custserv@marshalldistributing.com; custserv@marshalldistributing.com
**Subject:**


Just wanted to say thanks for making such a great product!  I was wearing a Gmax 68s when i was taged by a truck coming into my lane, my helment rode down 20 feet of curb,the Doctor said if i'd had a half helment that i would have been killed.I just today bought my replacement helment another Gmax 68. ihave attched pictures of the helment, please feel to use the pictures to show the great quality of your helments .



Thank you from myself and faimly



Steven m Bayne