# EXHIBIT G

**From:** rueb24@hotmail.com [mailto:rueb24@hotmail.com]
**Sent:** Thursday, May 15, 2008 8:32 PM
**To:** darren yang; Howard Yang; Charlene; elaine yang; huanping1203; Arron Yang
**Cc:** Shawn Burnam; Craig Shoemaker; Barry Beech; dan nowlan; mike shean; Dave Luana; Roger Marshall; chuck; John (Jack) Ramsay; John \Jack\ Ramsay
**Subject:** product up-dates: Dist. comments

Hi Darren, attached are  dist. comments on  product up-dates etc. Please note I will soon be sending the more detailed product development form for #001 - 45s, #002 - 54s, #003 - 11s (dual sport) # 004 - 78s and #005 - 66s.
Regards,
Rueben.

<u>**GMAX:  Up-Dates**</u> Feb. 28, 2008 / April 2, 2008 / April 21, 2008 **/ May 15, 2008**

<u>Please note the dist. replies are from Apr. 21 or earlier.</u>

<span style="color:red">**GAMMA REPLY IN RED:**</span>

<span style="color:green">**MARSHALL REPLY IN GREEN:**</span>

<span style="color:blue">**WPS REPLY IN BLUE:**</span>

1. **Flip Tint shields final samples received May 15th on new 68s Rebels with the new Nylon cover washer and lubrication on the flip ratchet seem good.**
   <span style="color:red">**AS OF APRIL 11, 2008 STILL NOT RIGHT.**</span>
   <span style="color:green">**STILL NEED TO CONFIRM FINAL SAMPLES.**</span>

2. Outer tint flip shields: Do we add them to motorcycle as an accessory only?  Do we add them to some models for production?  If yes which models and when? Or do as an accessory only?
   **NOTE AS OF MAY 15TH THE FLIP LENS IS WORKING MUCH BETTER.**
   <span style="color:red">**NEED TO GET IT RIGHT ON SNOW FIRST, THEN I WOULD CONSIDER PRODUCTION IN 2009 WITH MODEL UPGRADES.**</span>
   <span style="color:green">**SOME PRODUCTION HELMETS LIKE THE 17SPC & 68S FOR THE 08 FALL SEASON.**</span>
   <span style="color:blue">**I BELIEVE ACCESSORY ONLY FOR NOW.**</span>

3. Keep Platinum series helmets as is and have the flip tint as an accessory or remove the tinted shield from Platinum series and add in flip tint?
   <span style="color:red">**SELL AS AN ACCESSORY ONLY UNTIL MODEL UP-GRADE.**</span>
   <span style="color:green">**REMOVE TINTED SHIELD AND ADD THE FLIP TINT KIT.**</span>
   <span style="color:blue">**THE VALUE OF THE EXTRA SHIELD IN THE PLATINUM SERIES IS IMPORTANT. I BELIEVE WE SHOULD NOT CHANGE THIS. USE THE FLIP TINT AS AN ACCESSORY.**</span>

4. Current price for Flip tint shield added to a helmet in production for snow is 80nt.
   <span style="color:green">**OK ALSO ADD COLOURS LIKE ROSE/BLUE/SILVER.**</span>
   <span style="color:blue">**OK.**</span>

5. Current price for the flip tint as an accessory including new single lens shield with hole in to work with flip tint lens is **229nt #980083. 9NT ADDED FOR GMAX GREASE TUBE.**

Case: Broaden                                                                 GMAX000384

**6.** Photochromatic shields by Wikki:  **Added  as accessory, production is now underway.**

<span style="color:red">YES, DONE</span>

<span style="color:green">YES, ADD COLOURS LIKE ROSE/BLUE/SILVER</span>

<span style="color:blue">YES-REVIEWING SAMPLES</span>

See Attached Wiki/GMAX pages. **DIST. REVIEWING SAMPLES.  PO'S DONE.**

7.  17s:

**D/L shield completed by May 15th samples being sent a.s.a.p.**

**Flip tint shields completed but not working with d/l shield!**

**Add flip tint lens as accessory for 17s motorcycle, yes or no?**

<span style="color:red">NO.</span>

<span style="color:green">YES.</span>

<span style="color:blue">NO</span>

**MAKE THE 17S SHIELD EASIER TO REMOVE, STILL TOOOO DIFFICULT!!**

 Start ordering date_____?

<span style="color:green">SEPT.</span>

Add Flip tint to 17s helmets for production. Yes or no?

<span style="color:red">YES WHEN MODEL CHANGES AND ONLY IF WE GET THE FLIP SHIELD FIXED, CANNOT BE DONE WITH SAMPLES RECEIVED SO FAR. (APRIL 11, 2008)</span>

<span style="color:green">YES.</span>

<span style="color:blue">YES.</span>

Start ordering date_____?

<span style="color:red">WHEN MODEL CHANGES AND ONLY IF FLIP SHIELD FIXED.</span>

<span style="color:green">SEPT.</span>

Make new 17s helmet motorcycle part numbers with flip tint.

Pricing with flip tint lens on the helmet + 80nt? Remove tint shield from Platinum box?

<span style="color:green">YES.</span>

<span style="color:blue">17S IS THE ONLY HELMET I BELIEVE COULD DROP THE TINT SHIELD AND COME WITH FLIP TINT.</span>

**Add Scalla Q2 communications?** Pre-installed in the helmet at the factory or the helmet  set up to easily install Scalla, styro modified at the factory  and shell hole with plug?

Scalla was sent helmets (17s/44s/68s) and is making samples for presentation, date to be confirmed.

<span style="color:red">SHOULD BE ACCESSORY ONLY.</span>

<span style="color:green">WAITING FOR ANYNG'S INFORMATION.</span>

<span style="color:blue">LET'S CHECK HOW THE SAMPLES COME OUT AND PRICING AND THEN DISCUSS.</span>

 17s .Youth:

<span style="color:green">WE TOOK TIME TO TALK ABOUT THE 17S, SALES VOLUME AND THE MARKET IN GENERAL. WE ARE NOT INTERESTED IN A YOUTH 17S. THE VOLUME FOR US WOULD NOT WARRANT</span>

**CARRYING THAT STYLE OF HELMET FOR YOUTH OR VERY SMALL ADULTS.**
**KATHY/ROGER/CHUCK/DAVE.**
**WPS IS NOT INTERESTED IN CARRYING THE 17Y YOUTH HELMET. WE DON'T BELIEVE THE VOLUME WOULD BE THERE TO SUPPORT IT.**

8. **27s**: yes or no for North America? Anyng has given a new price of 770 NT without big visor and 820 NT with.
**STILL LOOKING FOR MARKET.**
**NO, WRONG STYRO'S AND STYLING (SHELL SHAPE) FOR MARSHALL'S, BUT IF IT FIT GOOD MAYBE SOLID COLOURS WOULD WORK.**
**VERDICT IS STILL OUT.**

9. **35S:**
APRIL 21ST STILL FINALIZING GRAPHICS,  IST POSSIBLE SHIPMENT DATE SEPT. 2008
**SEE GRAPHICS ON HELMETS AT JUNE TAIWAN MEETING OR SOONER.**
**CHANGE INTERIOR DESIGN?**
**CHANGE TO REMOVABLE INTERIOR?**
**CHANGE TO SPC STYLE STYRO? WILL DELAY.**
**CHANGE TO GREY STYRO?**
Introduction of new graphics,_____2008?
**Start ordering new graphics, JUNE 2008,_____?  Shipments  SEPT. 2008.**
**DEADLINE ALREADY PASSED...TRY AND INTRODUCE IN 09 M/C CATALOGUE JAN/09.**
**Marshall graphic picks so far: 35 Full - F3A, F3B, F3 PINK, 35S NAKED – E4 SHADOW COLOURS BLACK, RED, BLUE. NOW ALSO LIKING NEW SKULL/FLAME M1.**
**WORKS FOR WPS.**

10. **35S: Platinum?  (45s NEW ½ HELMET?) INNER FLIP LENS!**
**SEE PRODUCT DEVELOPMENT FORM #001**
Features? Full Dressed, speaker pockets in curtain, invisible zipper when curtain not attached, Improved venting SPC styro and removable interior, small shield attachment?  Any other suggestions? HARLEY HELMET SENT TO ANYNG.
**Target Price:_____?**
**NEW DELUXE INTERIOR, BETTER GRAPHIC SELECTION, SUGGEST LOOK AT HARLEY HELMET GRAPHIC.**
**ONLY INNER FLIP LENS IF SHELL STAYS THE SAME SIZE.**

11. 36x:
Continue or discontinue?
**DISCONTINUE.**
**NEED LOWER PRICES.**
**CONTINUE…..  LOWER PRICE NEEDED**

12. 36Y:

Continue or discontinue?

**DISCONTINUE.**

**NEED LOWER PRICES.**

**CONTINUE…..  LOWER PRICE NEEDED**

**13.** 37x: To get new 27s Peak screws. Starting with PI #  TBA. **OK.**

14. 38s: use new snow Sierra graphic with white shells for motorcycle? Introduce July/Aug. 2008.

**NO.**

**YES.**

**YES.**

**NEW SIERRA MOTORCYCLE 38S PART #S BEING SUPPLIED TC1B-2B-3B-4B.**

Add new limited hot graphic? Introduce July/Aug, 2008?

**NO.**

**YES.**

**NO. I DON'T BELIEVE THIS HELMET NEEDS A "HOT" NEW GRAPHIC CHOICE.**

Sierra working on new graphic choices for selection. **OK.**

Anyng working on improved inner jaw plastic or rubber and snap attachments for breath guard and chin curtains.

**ANYNG CHANGED THE PLASTIC TO A SOFTER MATERIAL FOR NEXT PRODUCTION, I HAVE ASKED FOR IMPROVED SNAPS BUT NOT RESULTS YET.**

**DARREN WE NEED PI CHANGE DATE, FIRST SNOW PRODUCTION?**

**WHEN WILL CHANGES HAPPEN?** SNOW PRODUCTION.

15. 39y: same as 38s comment above except inner jaw on 39y and snaps for breath guard and chin curtain are good.

**WHEN WILL CHANGES HAPPEN?**

**REDUCE PRICE: NO CYCLE MARKET FOR 39Y, ONLY FOR SNOW.**

16. 44s:

Anyng improving shield/eyeport/jaw seal to reduce wind noise and cold air etc.

Anyng improving lower front vent seal and function.

Anyng working on improved inner jaw plastic or rubber and snap attachments for breath guard and chin curtains. **ANYNG CHANGING THE INNER JAW PLASTIC TO A SOFTER MATERIAL, SO FAR NO IMPROVEMENT ON THE SNAPS.**

**STARTING WITH SNOW PRODUCTION, DARREN TO CONFIRM?**

17. 46X:

   YF designing new graphics. Introduction July/Aug 2009?

   **OK.**

   **YES.**

   **OK, SEE GRAPHICS.**

   ANYNG MAKING NEW MOUTH VENT.  Introduction June/July/Aug 2009**? DESIGN SENT TO ALL.**

   **OK.**

   **OK.**

   **OK.**


   New peak design still to be confirmed, DESIGNER WORKING ON IN USA AND TAIWAN.

   **LIKE TO SEE SOON.**

   **Interior improvements, changes to be discussed.**

   Leaf Camo price: 945 nt. (Gamma has asked for 46x Leaf Camo, part #s supplied.)

   **OK, ON ORDER NOW.**


18. 46Y:

   Same as 46x?

   **OK.**

19. 48s:

   New motorcycle graphic for  Indy 2009? USA , TAIWAN AND YF DESIGNERS WORKING ON GRAPHICS.

   **LETS SEE GRAPHIC.**

   **YES.**

   **LET'S SEE SOME PHOTO'S.**

20. 54s Modular: SEE PRODUCT DEVELOPMENT FORM # 002.

   See separate email regarding possible features etc. Main question being is this a dedicated snow helmet first to compete with BRP that should not fog as requested by Gamma and maybe a motorcycle helmet also or a motorcycle helmet that can also be an open face touring helmet and maybe a snow helmet too? Should these be two different projects for two different markets? Can a great motorcycle helmet make a great snow helmet and vice versa?

   **WE WOULD LIKE A GREAT SNOW HELMET, THEN IF IT CAN BE USED IN M/C GREAT..BUT FOCUS SHOULD BE SNOW.**

   **PRICE: 199.95 WITH DIFFERENT JAWS FOR CYCLE AND SNOW HELMET, BETTER VENTING AND MAYBE A SMALLER LED LIGHT.**

**I THINK WE CAN MAKE A SNOW HELMET WORK FOR MOTORCYCLE EASIER THAN MOTORCYCLE FOR SNOW.**

21. 58s: ?
    **NEED A NEW HELMET.**
    **SLOW SALES MAYBE NOT WORTH PRODUCTION.**
    **WE NEED A NEW SNELL HELMET!**

22. **66x: SEE PRODUCT DEVELOPMENT FORM # 005**
    Snell 2010 MX helmet, Carbon/Kevlar
    Target Price 56.00 usd? (Jan. Meeting)
    Features: Project # 005
    **NEEDS TO BE GREAT!!**
    **HOLD.**
    **WOULD LIKE TO SEE THIS. TARGET PRICE NEEDS TO BE CLOSER TO 50.00 USD.**

23. 68s:
    **NEW REBEL GRAPHIC FOR MOTOCYCLE COMPLETE, TC1-2-19.**
    YF designing new graphic selections. Introduction date?
    **FALL.**
    Add Rebel graphic to motorcycle graphics? Introduction date, **CAN ORDER NOW!**
    **YES: JAN 2009 INTRO.**
    **YES: FALL INTRO.**
    **NO: NEW GRAPHIC INTRO. INDY 2009?**

    Add speaker pockets, price increase?
    **YES.**
    **YES.**
    **YES.**

    **FLIP TINT LENS: ON THE 68S HELMET OR AS AN ACCESSORY?**
    **NEW ADJUSTED PRICE, PLATINUM WITH FLIP TINT INSTALLED AND FULL SIZE TINT SHIELD INCLUDED OR REMOVE FULL SIZE TINT SHIELD?**

    Anyng making improved plugs for front inner side vents.

24. **78s: SEE PRODUCT DEVELOPMENT FORM  #004**
    Snell 2010 full face helmet. Carbon/Kevlar.
    Target price 56.00 usd? (Jan meeting)
    Interesting new full face helmets, AGV - GP TECH & Bell - Star! is Snell.
    Features: Project # 004

**NEEDS TO BE GREAT!!!**
**HOLD.**
**WOULD LIKE TO SEE THIS. TARGET PRICE NEEDS TO BE CLOSER TO 50.00 USD.**

25. Dual Sport 11s Full Face helmet:  SEE PRODUCT DEVELOPMENT FORM # 003.
    Do we want a model like this? Arai XD and new Shoei Hornet.
    Features:?
    **WOULD TAKE IT BUT VERY LIMITED SALES.**
    **SMALL MARKET.**


    **YES, SHORT LOW VISOR, REMOVABLE LINER, SINGLE AND DUAL LENS AVAILABLE.**

26. Shields will have new warning **" If tinted daytime use only"**

27. Picture labels for helmet boxes being worked on. Start date to be confirmed.

Hi Darren following are some more notes from our dist. meeting. I know we discussed some of these already but I want to list it all for everybody and for your review.

1. 17S Flip tint lens: The dist. will put the flip lens on the snow D/L 17s, 44s, 48s and 68s helmets. The decision to use the flip tint on production motorcycle helmets will be made soon after we have final samples.

2. All tinted shields including the flip tint need to have molded in the shields "DAYTIME USE ONLY".

3. Flip tint lens needs to be completed and work to satisfaction as I am sure you will do, however the dist. are hoping to have it operate much like the Nolan sample we sent you with some ratchet and closer to the shell when lifted, anyway please be sure to compare ours to the Nolan. We realize that what you sent us is not complete however there is still time before production (snow helmet production might not be until May or June at the earliest) to do everything, however we do need some working samples completed now to test in snow conditions, I believe you felt that you will be sending them to me and all the dist. later this week. Please be sure to send these out as it is very important we use the flip tint lens on the helmets especially the full face and 17s a.s.a.p. in the snow.

4. Please also note that it is important that the dist. salesman samples for snow pre-booking have flip tint lens in late Feb. and for Indy be as complete as possible also as these are the pieces that the dealers will base their pre-season orders on! This is very important to show a good product.

5. 17s/44s/48s/68s with flip tint lens, we need to have included with these helmets **screws** that go into the hole thru the shield when the flip tint lens is not used. The two screws should be in a bag in the box; they could be included in the bag with the owner's manual and flip tint shield removal/installation instructions.

6. I will be making up additional part numbers today for all the D/L shields that will have holes for the flip tint lens and for the new ratchet plates.

7. We need to confirm that you will send the necessary pieces for flip tint lens and parts to be included with the electric shield conversion kit to Revival when you send them the frames for electric shields. I will have to make up a part number for these parts so you can invoice the dist.

8. 27s/27y: The dist. still do not see a market for this helmet however the factory will send them all completed samples to review again so they can see the different configurations possible of shield, peak, shield only, peak only etc. The dist. can show the samples at Indy for a response.

9. 27y: This would be the smaller 17s when it has only the shield or peak on however it does have a different appearance than the 17s. I did compare the sizing to the XS 17s and the 17s xs is a nicer fit. Jack made the same comment on the XXL styro for 27s as well, in fact Jack did not like the fit on XXL styro of the 27s at all.

10. DUAL PURPOSE HELMET: The dist. WPS and Gamma indicated some interest in a dual purpose helmet similar to the Arai XD and new Shoei DS based on the lightweight features of the 46x. DOT only. We will do some more research on this, please do not start anything yet.

11. 35s: The dist. are still interested in having the inner sun lens on a 35s helmet similar to the Scorpion sample we sent you. During out last day there in Oct. Your dad thought he had an easy way to do this that would allow the shell to remain the same size?

12. 35s: New graphic options coming soon.

13. 37x: You have already supplied us a picture of a new screw you are doing for the 37X Peak, having it slotted will be a big help for removal and tightening. Please be careful not to tighten the screws so much at the factory as we have had recent problems of the current screws being too tight as we damage them trying to remove them. It will be great to have the new screws in the new 37x Storm. I just had an email from Marshall asking if it is possible to have GMAX in the screw head?

14. 37x sizing: running change to 48s style interior on PI 692.

15. 38s: Change to different breath guard and chin curtain snaps. The current plastic ones are either breaking or breaking the inner chin bar plastic. Change inner chin bar plastic and snaps?

16. Do a Limited edgy motorcycle graphic for Aug.  release, limit colours to black/silver combination and maybe black/silver/pink combination, and possible one other multi colour combinations, total of two helmets or maximum three helmets.

17. 44s Snow: Use flip tint lens.

18. 44s: Please consider if there is any way to improve the breath guard/chin curtain snaps so they do not break. Both the snaps break or sometimes worse yet the inner plastic breaks. This is a weakness of this helmet we wish was improved!

19. 44s: Please note the Orange for this helmet only is the new orange as the sample.

20. 44s: Shield seal is being improved.

21. 48s Snow: Use flip tint lens.

22. 68s Snow: Use flip tint lens.

23. 68s Snow Colours: New graphic C04B-Silvers/blacks (Revised REBEL without the word Rebel) Crusader TC14 Pink  and Dragon TC5 Black (From current motorcycle production)

24. 68s Solid Colours: Flat darker silver.

25. 68s vent hole plugs: Currently you are sending foam plugs in the battery bag for the front lower side vents and that is good to reduce the air getting in. There is some question about having foam plugs for inside the shell on top of the head to reduce cold spots form the vents, we will let you know if this is required as we are not agreed yet.

26. 68s Batteries: If the new stick on washer prevents the batteries form being activated then great no problem, however if not then we will have to think about other solutions such as leaving the batteries out.

27. Please remember to send the smaller LED and battery sample.

28. D/L protective cover is fine.

29. The 3D logo's you send would look with GMAX on them, they do probably need to have a planned recessed location on the helmet for their use.

30. New modular concept helmet from Jack, Gamma and Marshall thought it worth looking into as a inexpensive helmet to maybe replace the 14X, WPS not really interested but all are interested in possibility of "Cartridge" type lens  inserts for this or other new model helmets. My concerns are

the final price after all mold considerations are calculated. Waiting for Anyng comments before anything progresses.

31. 54s: New mock-up 54s, Everybody likes the improved jaw ratchet design for bringing the jaw back in at the top when fully open. The design must allow for the breath guard to stay in.

32. As discussed earlier we have to be careful about the customer thinking the helmet looks like it would be cold, therefore we have to be careful about venting appearance and the vents should be all new vents as discussed.

33. We will have to have more discussion on design shapes etc, for sure the dist. have expressed that they want to have the inner flip lens and that the 54s should be a unique looking helmet to out do the BRP helmet. I will send another email dedicated to the 54s. For sure we need to work on some rough sketches and the feature list as lightweight will be a consideration versus features and anti-fogging will be very important factor as it is on the BRP helmet.

34. Snell 2010 Carbon/Kevlar target price quote: 56.00 usd. Of course the price all depends on weight and materials used. Anyway that is the target price from the dist.

35. Picture label on box, we all read your reply today and still wonder at 5nt, did you subtract the price of the current label. What is your final price per helmet so we can finalize this one way or another?

36. Photochromatic shields: I sent you a copy of the price list FOB China not including the price of the raw shield from Anyng and freight to and fro. I will be talking again to the supplier about sending him some shields for our helmets.  Does you shield supplier know anything about this?

37. Patents, I know you are currently checking into the patent claims for LED by another mfg. Please let us know the results and also the results of the BRP patents as pertains to us.

38. The dist. talked about wanting a quick release for the chin strap something like on the Nolan chin strap but more on the side to make it more comfortable.

39. Blue tooth options were discussed for new helmets to have it incorporated in the shell.

40. Progress on the new 46x mouth vent design and peak? The mouth vent was confirmed some time ago but the peak still needs confirmation.


More later, but I wanted to get this to you now,
Regards,
Rueben.

**From:** rueb24@hotmail.com [mailto:rueb24@hotmail.com]
**Sent:** Tuesday, April 29, 2008 11:46 PM
**To:** darren yang; elaine yang; huanping1203; Charlene; Arron Yang
**Cc:** Shawn Burnam; Barry Beech; Craig Shoemaker; Roger Marshall; Dave Luana; rod sherman; dan nowlan; mike shean
**Subject:** GMAX-WARRANTY-PROBLEM-REPORT-# 70 April 30, 2008.xls

Hi Darren please see attached as discussed. I trust you are looking into this. As you said Jack had tried on the 68s production helmets in Taiwan last month and they apparently were ok but I had some complaints today and also Jack had on one today at a dealership that was not right. Please check into this and I we will check some dist. inventory today also.
Regards,
Rueben.

Case: Broaden                                            GMAX000363

**WARRANTY OR POTENTIAL PROBLEM WORKSHEET**

**DATE REPORTED:** Apr. 30, 2008     **AUTHOR:** Rueben  McMurter

**BULLETIN #**    70

**DESCRIPTION OF PROBLEM**

| | |
|---|---|
| Apr. 30/08 | We are getting reports of bad fitting 68s. The cheek pads are not coming around under the jaw bone enough. |
| | Apparently it feels like the helmet is riding up too high on your head. |
| | The cheek pads are angling up instead of down so they can under your |
| | jaw. I would guess the cloth material is being pull too tight against the foam |
| | when it is sewed and its pulling the foam up the wrong way, or the fo foam is too short |

**ACTIVITY**                                      **DESCRIPTION**

| DATE | Apr. 30/08 | Reported to Anyng |
|------|-----------|-------------------|
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |

**SOLUTION**                                      **DESCRIPTION**

| DATE | | |
|------|---|---|
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |

**FINAL RESULTS**                                 **DESCRIPTION**

| DATE | | |
|------|---|---|
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |

Case: Broaden                                     GMAX000364