# EXHIBIT H

1  ROGER MARSHALL

2  IN THE UNITED STATES DISTRICT COURT

3  FOR THE NORTHERN DISTRICT OF GEORGIA

4  ATLANTA DIVISION

5  GLENNEISHA JONES as Guardian

6  and Conservator for COREY

7  BROADEN, and GLENNEISHA JONES,

8  individually, as the Spouse of

9  COREY BROADEN,

10              Plaintiffs,

11     vs.                    Case No. 15-cv-00083-WBH

12  GMAX, LLC., 4162 DOERR ROAD,

13  INC., d/b/a MARSHALL

14  DISTRIBUTING, INC., AN YNG

15  ENTERPRISE CO., LTD., and

16  BRIANA J. BLACKMON,

17              Defendant.

18  _____

19     The 30(b)(6) Videotaped Deposition of ROGER MARSHALL

20     as Corporate Representative of Marshall Distributing,

21     Taken at 840 West Long Lake Road, Suite 150,

22     Troy, Michigan, Wednesday, June 24, 2015.

23

24     Job No. 94729

25     Before Kathy Adkins, CSR-4697, CRR, RMR, RPR, B.A.

1  ROGER MARSHALL

2  Q. Is Marshall paying GMAX something?

3  A. 12 percent commission on top of this.

4  Q. 12 percent of what?

5  A. Of this invoice amount is paid to GMAX as a
6  commission.

7  Q. Okay. So if -- let me just dumb it down. If a helmet
8  cost a hundred bucks, or -- or Marshall pays An Yng a
9  hundred bucks for it, they pay Marshall, I mean they
10  pay GMAX another 12 bucks?

11 A. Yes.

12 Q. Why does Marshall pay GMAX?

13 A. To cover the cost of product liability and
14  Mr. McMurter's, or McGathy or whichever one's employed
15  at the time, their wages.

16 Q. Have you had any different -- we already talked in
17  your capacity with GMAX about conversations with An
18  Yng, just to make sure I didn't miss anything, have
19  you had any conversations in your role with Marshall
20  Distributing with An Yng about this lawsuit or other
21  than sending them materials?

22 A. No.

23 Q. That you've already told me in another capacity?

24 A. No.

25 Q. I just want to make sure I'm not missing something