# EXHIBIT I

**GMAX/ANYNG TAIWAN PRODUCTION/PRODUCT MEETING: REVIEW**
(revised Oct. 23/06)

1. PRODUCTION DISUSSION, REVIEW ALL ISSUES, CURRENT SITUATION AND FUTURE. SCHEDULING FROM FACTORY. "MORE PRODUCTION" SEE NEW SCHEDULE. DIST. WILL CONTINUE TO ORDER ON A REGULAR BASIS. DIST. WILL ORDER LESS HELMET MODELS PER CONTAINER AND TRY WHEN POSSIBLE TO MIX GRAPHIC AND SOLID MODELS.
2. QUALITY CONTROL ISSUES. REVIEWED, FACTORY TO ADD CHIN STRAP Q.C. PERSON AND INSPECTION STICKER. LABOUR CHARGES WILL BE MADE BY THE DIST. TO ANYNG (GMAX) WHERE APPLICAPLE IN SUCH CASES WHERE THE SAME PROBLEM OCCOURS MULTIPLE TIMES. DIST. WILL CONTINUE TO SUBMIT MONTLY REPORTS ON PROBLEMS FOR THE FACTORY TO REVIEW.
Chin Strap Q.C. system is officially start on Oct. 23rd. All helmets now have this new QC sticker inside the helmet.
3. PROBLEM REPORTS: REVIEW. ELAINE WILL NOW COORDINATE REPLIES WITH GMAX.
Elain is now back to Taiwan. She will be reviewing all these problem report from now on.
4. WARRANTY ISSUES: EACH DIST. SEE # 2.
5. INSURANCE LIABALITY ISSUES. REVIEWED.
6. GMAX LOGO CHANGE? NEW DESIGNS WILL BE WELCOMED FOR REVIEW FOR FUTURE DISCUSSION AND CONSIDERATION.

7. 5X: Discontinue? NO- KEEP FOR NOW.
8. 15X: Discontinue? YES-DISCONTINUE.

9. 17S – SPC: Review new colours, Wing-Yellow, Wing –Titanium, Wing-Gold, Wing-Blue. OK. POSSIBLE GLOSS FINISH FOR DERK-AUG? Please let us know if you need sample of gloss derk asap.
10. 17S - SPC: Review new styro/comfort liner and sizing. OK, SIZING DONE. CHEEK PADS TO HAVE BLACK RIVETS USED UNDERNEATH AND BE MODIFIED FOR BETTER FIT AGAINST THE SHELL.
We are ordering the black rivet now, as soon as we receive them, we will send sample to you.
11. 17S - SPC: Review new front top vent. OK.
12. 17S - SPC: Review new peak and peak bag. OK.

Exhibit 5
Marshall
Kathy Adkins
Date 6-24-15

13. 17S - SPC: Final price. 622 NT SOLID, 637 NT SOLID METALLIC, 672 NT FLAT GRAPHIC, INCLUDES ADDITIONAL PLATINUM TINT SHIELD WITH SHIELD BAG, HELMET BAG AND PEAK AND PEAK BAG. OK.
14. 17S - SPC: Confirm final weight. XL WITH PEAK-1238 GRAMS. (1349 WITH SHIELD.)
15. 17S – SPC: Review air flow chart. WILL SOON BE COMPLETED AND EMAILED TO DIST.
16. 17S – SPC: Review possible graphics. TOO LATE FOR ANY PRODUCTION THIS SPRING. MAYBE AUG. RELEASE, TO BE DISCUSSED. (DERK GLOSS FINISH?)
17. Review Difficulty removing shield. SHOW ADDED ILLUSTRATION ON 17S SHIELD REMOVAL INSTRUCTIONS.
18. REVIEW SHIELD LIFTING TOO EASILY SOMETIMES WHILE DRIVING AT SPEED. RATCHET DETENT POSITIONS NOT ALWAYS LINING UP! FACTORY IS WORKING ON IMMEDIATE IMPROVEMENT! Pending......
19. REVIEW ADDING ADDITONAL DERK COLOURS. SEE # 16.

20. DROP 34X/Y. AGREED

21. **35S FULL DRESSED**: View and discuss adding 17S Touring colours, Black, Flat Black, Pearl White Metallic, **Candy Red Metallic**, Wine Red Metallic, **Dark Silver Metallic, Titanium Metallic, Yellow Metallic, Gold Metallic, Blue Metallic.** (The above bold items would be new colours for 35S Full Dressed?) NOT YET AS PRODUCTION IS THE MAIN CONCERN! REVIEW AGAIN, MAYBE ALSO ADD GLOSS DERK.

22. 35S - SPC: Discuss 35S SPC that would have venting improvements similar to the 17S - SPC, styro channels /comfort liner venting or see # 23 next. MAYBE, REQUIRES FUTURE DISCUSSION AND RESEARCH WITH FACTORY.

23. 45S - SPC Touring/Cruiser: Instead of 35S SPC above discuss a new ½ helmet based on improved shell/styro and comfort liner venting with added top rear vents, lightweight, narrow shell design, and removable curtain with improved materials. Provide or have optional short 3-snap visor. REQUIRES FUTURE DISCUSSION AND RESEARCH WITH FACTORY.

24. View optional 3-snap short visors that could fit 2S/5S/35S etc. Price 65NT. THE SHIELD STYLE WAS NOT WELL ACCEPTED BY DIST. NEED MORE SAMPLES OF DIFFERENT STYLES TO REVIEW.

Case: Broaden                                                               GMAX000145

25. **37X**: View new electric shield with mold modification for electric connector. Price: 23.80 1ST INJECTION SAMPLES WEEK OF OCT. 23/06, TRY FOR LIMITED 2006 PRODUCTION. 2007 ORDER DATE TO SOON BE CONFIRMED. Mold is back with modification today and we are waiting to get some shield inject within this week.

26. **37X**: View improved new top front vents. Start date, snow samples Mar. 2007? OK, STARTS WITH PI 536, 17S SPC & 37X SPC.

27. **37X**: Discuss doing styro/comfort liner venting improvements like 17S - SPC. OK, STARTS WITH PI 536, 17S SPC & 37X SPC. NEW COMFORT LINER/ CHEEK PAD PART #s TO BE SUPPLIED.

28. **37X**: Put GMAX logo on shell and peak? When used with shield only there is no GMAX logo. OK, YES THE GMAX LOGO WILL BE ON BOTH THE SHELL AND PEAK.

29. **37X**: ADD GLOSS DERKS?

30. **ANYNG DOUBLE LENS**: Requires further seasonal testing, we need more samples for each dist. to test. Fits: 38s/39y/48s/58s and we could possibly have ones for 44s and 17S. **To do electric in this style would require a bump like we are doing for the 37x D/L electric.** ANYNG WILL PROCEED A.S.A.P. WITH STD D/L AND ELECTRIC D/L FOR 38/39/48/58 AND 44S.

31. **ANYNG DOUBLE LENS**: Price-150 NT. (FROM M.C. SHIELD MOLD) SUPPLY TINT, AMBER AND HIGH DEFINITION SAMPLES FOR BOTH REGULAR D/L AND ELECTRIC.

32. **38S**: Review possible new snow graphics. N.A. YET.

33. **39Y**: Discuss adding Monster/Lizard graphic for snow and M.C., view graphic photo on 39Y. YES AGREED, TC-1-2-4-14.

34. **44S**: Review new snow graphic. 44S RULER GRAPHIC, FILM TO BE MADE A.S.A.P. AND FINAL COLOUR COMBINATIONS TO BE CONFIRMED.

35. **44S**: Discuss adding additional Derk colours for Motorcycle. TOO LATE FOR M.C. ORDERS TO BE SHIPPED ON TIME FOR THIS YEAR.

36. 44S: Discuss possible jaw modifications/design for m.c. MAYBE LATER.

37. 44S: View improved new top front vents. Start date, snow samples Mar. 2007? YES CONFIRMED. What is this?

38. 44S: Discuss doing styro/comfort liner venting improvements like the 17S – SPC. YES, FOR 44S SNOW SAMPLES AND SNOW PRODUCTION. NEED SIZING SAMPLES ETC. A.S.A.P.

39. 14S: Review new snow graphic. N.A YET.  Scream

40. 46X: Review possible problem areas, rubber Eyeport molding adhesion, and lower plastic molding fit on the two larger shells. SHELL MOLD WAS MODIFIED FOR IMPROVED LOWER MOLDING FIT. PRE-GLUING SOLVENT IS USED TO IMPROVE GLUING ADHESION OF EYEPORT RUBBER. 

41. 46X: Discuss having GMAX logo on rubber Eyeport molding as originally planned. STILL TO BE DISCUSSED!

42. 46X: View Skull graphic. YES DESIGN IS CONFIRMED, SKULL WITH GLASSES, SAMPLES TO BE MADE A.S.A.P. WITH BOTH GLOSS AND FLAT FINISH FOR FINAL CONFIRMATION. (NEED TO SUPPLY FACTORY HIGH RES. DISC.) ORDER DATE TO BE CONFIRMED A.S.A.P.

43. 46Y: View Monster/Lizard graphic and colour combinations. TC-1 red, TC-2 blue, TC-4 yellow, TC-6 k-orange, TC-12 silver metallic, TC-14 pink, TC-18 Titanium. OK, LOOKS GREAT-TC-1-2-4-14-18.

44. 46Y: View skull graphic. OK-SEE #42.

45. 48S – SPC: View new top vent, and styro/comfort liner venting improvements.VENTS & COMFORT LINER OK BUT STYRO NOT YET COMPLETED FOR FINAL SIZING!

46. 48S: Review possible new inner chin bar rubber for reduced weight. Review lower plastic molding exposure in the inner chin bar. Thicker EVA? CONTINUE TO USE CURRENT RUBBER CHIN BAR UNTIL LOWER MOLDING EDGE AND NEW EVA THICKNESS IS RESOLVED. USE NEW SPC COMFORT LINER DESIGN AND STYRO.

47. **48S**: Review cheek pad installation and appearance with new style chin bar-rivets showing and gap. STILL USING CURRENT RUBBER CHIN BAR SO CHEEK PADS ARE OK. IF CHANGING TO NEW STYLE EVA SEE NOTE # 10 ON 17S SPC CHEEK PADS.

48. **48S SPC**: Review sizing samples. STYRO NOT READY YET.

49. **48S**: Discuss additional shell sizes? Adult/Youth? (MAKING NEW DOT FULL FACE 68S WITH 2 SHELLS.)

50. **48S – SPC**: View new Xcellerator graphic and possible colour combinations, TC-1-2-3-4-5-8-12. Add additional colour to graphic. GRAPHIC DESIGN DID NOT WORK OUT GOOD WHEN PRODUCED ON THE HELMET. NEW GRAPHIC TO BE WORKED ON. DUE TO PRODUCTION AND TIME THE CURRENT 48S GRAPHIC WILL BE USED A LITTLE LONGER. <u>ADD NEW GLOSS DERK TC-12, PHOTO'S AND PART #s TO BE SUPPLIED A.S.A.P.</u>  Done 0ct 26/06

51. Review Touring colour samples and possible addition of Touring colours? NOT FOR NOW.

52. **56X**: Discuss future plan. See 66x note below.

53. **56X**: Change visor and mouth vent designs? Remove orange interior, do new graphic? Date: AUG. 2007 RELEASE TO BE DISCUSSED.

54. **66X**: Dressed up Snell version of 46X. Progress Up-date from Anyng. New shell material, new stryo density, possible new peak & new mouth vent? UN-LIKELY TO MEET SNELL REQUIREMENTS, THERFORE FORGET ABOUT IT! ANYNG DOES NOT SEEM TOO INTERESTED IN SNELL HELMETS.

55. **58S**: Discuss future plan. Add new top vents? Review Canadian Tire and ICON helmets. Additional cost & weight increase with big vents. STAYS THE SAME FOR NOW.

56. **58S**: Improve shield gap? N.A.

57. **58S**: View new graphic. CONTINUE WITH STAR A LITTLE LONGER.

58. All flat finish models: Improve flat finish? FACTORY IS WORKING ON IMPROVED UV EQUIPMENT.

59. Box packaging: Stop box burn with foam on top of all models? BUBBLE WRAP TO BE ADDED ON TOP OF ALL MODELS. EXCEPT PLATINUM SERIES WITH GOOD BAG.

60. I.D # on 44s shields. (was agreed to do last year) WILL DO FOR ALL SHIELDS, PART #s FOR THE SHIELDS TO BE SUPPLIED TO ANYNG.

61. D/L shield orders by Dec. 1, 2006.



62. GMAX SIGNS: Do more as supplied before? (Cardboard type) WPS-JON BLAND HAS SAMPLE OF NEW SIGN FOR ALL IF WANTED.

63. 68S: NEW FULL FACE DOT HELMET TO BE DEVELOPED. DESIGN WORK TO BE DONE A.S.A.P. MOCK-UP SHELL BACK TO NORTH AMERICA FOR DESIGN WORK. PRODUCTION TARGET MAY 2007, WEIGHT 1400 GRAMS, PRICE TARGET 720-800 NT, RETAIL USA 89.95, CANADA 119.95, LOTS AND LOTS OF VENTING, IMPROVED SHIELD RATCHET WITH 1ST STOP SMALLER OPENING, INTERIOR MATERIAL? NOTE KEEP BREATH GUARD SNAPS AWAY FORM CENTRE AS MUCH AS POSSIBLE.