# EXHIBIT J

*May 28/07*

GMAX PRODUCT MEETING REVIEW (May 14-15, 2007)     May 17, 2007.

1. **68S: HELMET AND GRAPHIC ARE ACCEPTED WITH SOME INTERIOR WORK AND OTHER SMALL ITEMS TO BE DONE STILL.** We are fixing this now
   Ok good we wait for the sample. **i will send you finial sample when everything is done.**

2. **68S: PRICE FOR THE 68S GRAPHIC HELMET TO BE 970 NT WITH THE L.E.D. AND BATTERIES, IMPROVED INTERIOR AND INTERIOR MATERIALS POSSIBLY USING COOLMAX AS ONE OF THE MATERIALS. SAMPLES HAVE BEEN SENT INDICATING THE CHEEK PAD AND CURTAIN STYLE WE LIKED. THERE WILL ALSO BE A CHIN CURTAIN THAT IS VENTED FOR MOTORCYCLE AND SOLID CHIN CURTAIN FOR SNOW AND THE HELMET WILL BE IN A FABRIC BAG LIKE THE PLATINUM HELMET BAG.**

3. **68S: THE L.E.D. IS PREFERRED TO HAVE THREE MODES AS LISTED BELOW, YOU WILL NOTE THAT THE SEPARATE LEFT AND RIGHT FLASHING IS TO BE REMOVED.**
   **MODES: 1. STEADY ON, 2. SLOW FLASH BOTH SIDES SAME TIME, 3. FAST FLASH BOTH SIDES SAME TIME.** I don't think we can do #3, you can take off the original of 3th but if you want to do what you want to be, it must rewrite the program and we must pay 50,000 NT, if you really want to change that program then Gmax must pay by you own.
   As per our discussion last night you are going to check on removing the left/right flashing so there is "on" mode, "both sides flash together" mode and "off" mode. You also said you would check to see if there are any other programs available we might like that do not require re-writing the program. **I am still checking with LED guy and see what we can change with out change any program.**

4. **68S: L.E.D. SCREWS RUSTED AFTER EXPOSURE TO WATER. WE SHOULD HAVE A BETTER QUALITY SCREW THAT DOES NOT RUST; ALSO IT WOULD BE ADVISABLE TO HAVE THE L.E.D. SEALED BETTER. ON THE BRIEF TESTS WE HAVE DID WATER CAN AFFECT IT BUT THE L.E.D. DOES SEEM TO WORK AGAIN SOON AFTER EXPOSURE TO WATER.** We can find better quality of the screw, but I don't know which way you guys are testing the L.E.D with water, please test it when it is raining or snowing, that is the real test and we will believe the result.
   We have tested it by spraying water on it from the hose like a rain shower and also put the LED in a glass of water. **Sorry Rueben, I think you can not test them like put it in a glass of water, it will be a short circuit when you test every electrics, but on other way you tested by spraying water and what happened?** — *went out after awhile and came back on.*

5. **68S: WHAT WILL BE THE WARRANTY POLICY FOR THE L.E.D.?** I don't think there is any warranty policy.
   Again as discussed last night you are checking into this as there must be a warranty or replacement policy. **Can you make the warranty policy then we will discuss what we can do in your policy. I have to see what your policy is and what is possible or not.**

6. **68S: WE WILL BE CHECKING WITH DOT REGARDING THE L.E.D. LIGHT AND IF THERE IS TO BE A LENS APPROVAL. Please check for us if there is to be a lens approval. Thanks**

Exhibit 6
Marshall
Kathy Adkins
Date 6-24-15

Case: Broaden                                                                GMAX000152

7. 68S: MARSHALL HAS CHECKED WITH UPS AND CUSTOMS AND THERE IS NO PROBLEM WITH THE BATTERIES COMING TO USA AND BEING SHIPPED. GAMMA IS CHECKING WITH THEIR BROKER FOR CANADA. AS WELL AS WPS. Thanks, then you mean there is no problem for shipping a helmet with L.E.D??
Apparently not, we are still waiting to hear from WPS and Gamma. ok
**I will wait for your good news**

8. 68S: INSTRUCTION BOOKLET. FOR THE 68S AND ALL GMAX HELMETS THERE WILL BE AN IMPROVED INSTRUCTION AND WARNING BOOKLET TO OUTLINE REPLACEMENT AFTER IMPACT AND 5 YEARS OF AGE. LEGAL REPRESENTAION SHOULD REVIEW A DRAFT FIRST. Do we have to redo the instruction booklet for the 68s?
YES. **Please send me what your want to write in the instruction booklet for 68s, then I will print out and put them on helmet.**

9. 68S: L.E.D. PATENT INFORMATION SHOULD BE ON A HANG TAG WITH THE HELMET AND MAYBE EVEN ON THE LENS OF THE L.E.D.? PATENT # ETC. we will ask the patent # and let you know. Please note that we want to use the LED patent as an advertising item, use a hang tag on the LED and the patent. **There is our application # 11/709091**  So Patent Pending

10. 68S: L.E.D. NON-ACTIVATION SYSTEM FOR THE BATTERIES. THERE NEEDS TO BE A WAY SO THE L.E.D. BATTERIES ARE NOT ACTIVATED UNTIL THE FINAL CONSUMER IS READY TO START USING IT. SOMETING IN THE BUTTON OR A REMOVAL TAB THAT CAN EASILY BE REMOVED TO ACTIVATE THE L.E.D. BATTERIES? If the batteries are activated to removal then on the other hand it means batteries are easy to jump out.
Again as per our conversation last night I think you now understand what this means and you are checking into it. **Yes I got your point, we can do like Zox, put EPS on top of LED switch, but it cost us 10NT or more. I don't think there will be a problem you afraid. Our QC will check every helmet and test the LED, if there have any problem we will change another LED, also our packing worker will check the LED on or off, if there is on they will turn it off. Please don't worry about this problem.**

Protective Styro over LED Switch

11. 68S: TOP REAR VENT, THE GROUP PREFERS THE MORE RECESSED TOP REAR EXHAUST VENT (CHEESE GRADER) AS LAST PROVIDED. Do you mean the exhaust vent I sent to Mike.
YES, we had it at our meeting. **We already modified this mold.**

12. 68S: SLIDING OPEN/CLOSE SECTION OF THE TOP VENTS, I BELIEVE THIS HAS BEEN DONE SINCE THE LAST SAMPLES WE HAVE SEEN BUT JUST TO BE SURE THESE NEED TO BE **MATT FINISH**. Ok it is been fixed to matt already
Ok good, we will check on the new sample.
**Sending you soon**

13. 68S: TOP VENT OPEN CLOSE TABS, WE ARE NOTICING ON THE SPC VENTS (17S/44S/48S) AND ON SOME OF THE 68S VENTS THAT THE OPEN / CLOSE TABS ARE SOMETIMES TOO LOOSE AND RATTLE. ON THE 68S SAMPLES IT SEEMED TO BE MOSTLY THE BIG CENTER VENT TAB THAT IS LOOSE. I CAN IMAGINE THIS WILL BE HARD TO CONTROL BECASUE WE ARE NOW NOTICING ON THE 68S THAT THE TABS DO LEAVE MARKS ON THE SHELL FROM OPENING AND CLOSING. ANYWAY IT WOULD BE GOOD IF THE OPEN/CLOSE TABS DID NOT RATTLE. they are fixing right now. need

Ok good, please let us know when you can show us corrected ones.
**Sending you final sample when everything done.**

14. **68S: COLOUR COMBINATIONS, AS MENTIONED IN OUR CHAT LAST NIGHT AND ON ANOTHER EMAIL WE WOULD LIKE TO KNOW ABOUT THE POSSIBILITY OF HAVING A WHITE EYEPORT RUBBER, WHITE AIR DEFLECTOR AND WHITE RATCHET PLATES WITH WHITE SCREWS FOR THE WHITE SHELL HELMETS?** Sorry I was not there and I ask my father can we do the white colour, then the answer is we have a problem to do that.

    That would be disappointing to us as it was thought to be a good new idea for a street helmet, help set it apart from other brands. With competition from China like ZOX we need to try and do all the little things to be special! Anyway please discuss this some more; after all we do have a white eyeport rubber on the 46X.

15. **68S: LISTED BELOW ARE SOME OF THE CURRENT COLOUR COMBINATIONS WE LIKE AND A FEW ADDITIONAL ONES WE WOUILD LIKE TO SEE FROM ANYNG BEFORE MAKING A FINAL DECISION.**

    1. **WHITE SHELL WITH BLUE GRAPHIC. (CURRENT)**
       I will send you this sample soon.
       Ok good.

    2. **WHITE SHELL WITH RED GRAPHIC. NEW-GRAPHIC COLOUR NEEDS TO BE TC-1 SHELL COLOUR RED NOT ORANGE.**
       The red graphic is red shells color, not orange color. Please take a look carefully.
       If you need a white shell with tc1 graphic.I will send it to you soon.
       Yes please. As discussed with Howard last night the ones we have here are Orange and not red. For the white shell the dist. Want red. For the dark shell below Orange.

    3. **WHITE SHELL WITH GREEN. (CURRENT)**
       I will send this sample to you soon

    4. **WHITE SHELL WITH PINK. NEW PINK WATER DECAL. GLOSS.**
       Does pink color as pink shell colors? If yes. there are two pink colors,for example , the blue graphic has two different kind of blue on graphic. Dark blue and light blue. So if you want use pink colors on decal, you have to give us panton colors. One is light pink , one is dark pink. We don't' know how to figure out pink colors as you need.
       As discussed last night the lighter part of the water decal before the black shadow is put on top would be our regular pink that we use now, then the other pink would be a darker pink as it would have the darker shadow on it. Now as you said it is a different colour then yes it would be a darker pink and if you want to send me a Pantone list to check then that is ok.

    5. **WHITE SHELL WITH PINK. NEW PINK WATER DECAL. FLAT.**
       Does pink color as pink shell colors? If yes. there are two pink colors,for example , the blue graphic has two different kind of blue on graphic. Dark blue and light blue. So if you want use pink colors on decal, you have to give us panton colors. One is light pink , one is dark pink. We don't' know how to figure out pink color as you need.
       Same as # 4 only has flat finish. (Improved flat finish?)

    6. **DARKER SILVER SHELL WITH YELLOW. (CURRENT)**
       I will send you this sample to you soon

*TC-6*

Ok good.
7. **DARKER SILVER SHELL WITH ORANGE. (CURRENT)**
Tc1 red is red shells color, not orange. If you need this sample I will send it to you soon
AGAIN THE SAMPLES WE HAVE HERE ARE MORE ORANGE THAN RED AND FOR THE DARKER SILVER SHELL WE LIKE THE CURRENT ORANGE COLOUR YOU SENT SO WE CALL IT TC-6 ORANGE FOR REFERENCE NOW.

*TC-18*

8. **DARKER SILVER SHELL WITH TITANIUM WATER DECAL AND BLACK CROSS. GLOSS. NEW.**
What do you mean titanium water decal, I have to point out the exactly color for printing workers.so please give us the panton color.
AS DISCUSSED LAST NIGHT THE WATER DECAL COLOUR OF THE MAIN LIGHTER SECTION IS THE CURRENT TITANIUM COLOUR WE NOW USE AND THE DARKER SECTION WITH THE SHADOW ON TOP IS DARKER TITANIUM. IF YOU WANT A PANTONE COLOUR MATCH THE CURRENT TITANIUM WE NOW USE. AGAIN WE WORK ON THIS BUT I NEED YOUR PANTONE LIST.

*TC-18*

9. **DARKER SILVER SHELL WITH TITANIUM WATER DECAL AND BLACK CROSS. FLAT. NEW.**
What do you mean titanium water decal, I have to point out the exactly color for printing workers.so please give us the panton color
SAME AS # 8 ABOVE.

*TC-18*

10. **DARKER SILVER SHELL WITH TITANIUM WATER DECAL AND WHITE CROSS. NEW.**
What do you mean titanium water decal, I have to point out the exactly color for printing workers.so please give us the panton color
SAME AS ABOVE BUT WHITE CROSS / SCRIPT INSTEAD OF BLACK.

*TC-15*

11. **DARKER SILVER SHELL WITH WHITE WATER DECAL AND BLACK CROSS. NEW.**
Pleaes give us the panton color.
OK, WHITE AND BLACK, ANYWAY SEND YOUR PANTONE LIST.

*YF#0*

16. **48S SPC: REDUCED PRICE TO COMPETE BETTER AND INCREASE SALES? TARGET IS 680NT GRAPHIC NON-PLATINUM?** Sorry we can not reduce any price for 48s, even non-platinum

17. **48S SPC: BITE GRAPHIC & YF GRAPHIC COLOUR COMBINATIONS STILL BEING FINALIZED AFTER NEW SAMPLES RECEIVED. TOTAL COLOUR COMBINATIONS TO BE REDUCED.**

   1. **BITE GRAPHIC: TC-1 RED SHELL WITH YELLOW ACCENT. WAITING FOR SAMPLE TO CONFIRM, YES OR NO.**
   I will send it to you soon.
   I HAVE IT HERE ALREADY.
   2. **BITE GRAPHIC: TC-4 YELLOW SHELL WITH RED ACCENT.**
   I will send it to you soon
   OK GOOD.       *TC-15*
   3. **BITE GRAPHIC: TC-11 WHITE SHELL WITH RED ACCENT.**
   I will send it to you soon

OK GOOD.

4. BITE GRAPHIC: TC-19 DARKER SILVER SHELL WITH RED ACCENT. GLOSS

   I will send it to you soon

   OK GOOD.

5. YF GRAPHIC: TC-1 RED SHELL WITH BLACK / SILVER WATER DECAL. WAITING FOR SAMPLE TO CONFIRM YES OR NO.

   I will send it to you soon

   OK GOOD.

6. YF GRAPHIC: TC-2 WHITE SHELL WITH BLUE/RED WATER DECAL.

   I will send it to you soon.

   OK GOOD.

7. YF GRAPHIC: TC-4 YELLOW SHELL WITH BLACK/SILVER WATER DECAL. WAITING FOR SAMPLE TO CONFIRM YES OR NO.

   I will send it to you soon.

   OK GOOD.

8. YF GRAPHIC: TC-5 WHITE SHELL WITH BLACK/SILVER WATER DECAL.

9. YF GRAPHIC: TC-1 WHITE SHELL WITH RED/SILVER WATER DECAL. WAITNG FOR SAMPLE TO CONFIRM YES OR NO.    *RED*

   I will send it to you soon.

   OK GOOD.

10. YF GRAPHIC: TC-4 WHITE SHELL WITH YELLOW/SILVER WATER DECAL. WAITING FOR SAMPLE TO CONFIRM YES OR NO.

    I will send it to you soon.

    OK GOOD.

18. 56X: SNELL PROBLEM FOR SMALL SHELL, WE NEED DISCUSSION FROM THE FACTORY ON THE CURRENT STATUS OF THE 56X AND THEIR PLANS ABOUT SNELL. GMAX DOES STILL WANT TO HAVE SNELL HELMETS. WHAT IS ANYNG PLAN FOR 2010 SNELL FOR BOTH 56X AND 58S? my father plan not doing snell because we can see how many helmet you guys sell for both 56x and 58s last year, I check the total and see 56x is 4324 and 58s is 1986 units and there are just total 6310 for both 56x and 58s, then we always pay the test fee again and again, so you must know factory is not earning any money for the snell helmet. If you guys are selling more snell helmet then we can discuss it.

19. 56X: DO NEW GRAPHIC AND CHANGE INTERIOR COLOUR A.S.A.P.? again, we don't want to lose money on it anymore.

20. 58S: NEW GRAPHICS TO BE ADDED A.S.A.P. VENOM IN BLACK/SILVER ONLY AND DRAGON GRAPHIC.

I need to get 58S venom graphic disc asap,b/c we film guys is new .we have to spend 4 weeks to finish a graphic.
DISC WAS SENT TODAY WITH ZOX AND 46X CRACKED HELMETS.

Case: Broaden                                                                                           GMAX000156

I got them today, Thanks

46X: A NEW GRAPHIC IS BEING WORKED ON TO GO INTO PRODUCTION THIS FALL FOR RELEASE EARLY IN 2008. THE ADDITIONAL SKULL COLOURS WILL CONTINUE WITH THE VENTER BEING PHASED OUT. A NEW INTERIOR SHOULD BE DONE NOW FOR THE 46X WHEN THE NEW GRAPHIC IS RELEASED. ORDERS FROM THE DIST. WILL HAVE TO START FOR THE NEW GRAPHIC BY APPROX. AUG. 6TH IN ORDER TO BEGIN SHIPMENTS NOV. 6TH IN ORDER TO BUILD ENOUGH INVENTORIES FOR EARLY 2008 RELEASE.

I think you need to ask YF to sell you dragon #12 design.
AS DISCUSSED LAST NIGHT IF YOU ARE ALREADY BUYING # 11 THEN I THINK THAT WE LIKE IT JUST FINE, I WILL CHECK WITH THE GROUP TOMORROW AS JACK WAS THINKING THIS WOULD BE A GOOD ADDITIONAL GRAPHIC FOR THE 68S. ANYWAY I WILL CONFIRM EITHER WAY LATER.

21. 46XP: AN IMPROVED 46X WITH NEW PEAK, FRONT MOUTH VENT, COLOURED SCREENS, DIFFERENT GRAPHIC, SCREWS, IMPROVED INTERIOR, COOLMAX? LOGO ON EYEPORT RUBBER, ETC. TO BE DONE A.S.A.P. ALL INPUT WELCOME A.S.A.P. you must understand we open 4 shell mold and we are not get the mold money back yet, you are saying you want to create new Peak, mouth vent, screws, I don't think we can not do it for you. We know Gmax and 3 dist gaining benefit right away but factory is just benefit back the mold money for now and maybe next few months. If you guys really want to create new stuff then you must pay by you own and the mold is under Gmax's name, we are not give any money back when you sell more helmet. It is just like 17s Peak. 

ACTUALLY WE NEED TO START TO PREPARE NOW TO PROTECT THE FUTURE OF THE 46X! YOU CAN BE SURE OTHER COMPANIES ARE COPYING THE GOOD POINTS OF T HE 46X NOW.

**I think you already read my opinion in another email, yes we need to prepare now, please send me the new design when you have them. Thanks**

22. 17S SPC: WORK ON POSSIBLE GRAPHIC.
    We are working new 17s graphic by YF design
    OK GOOD, CAN YOU SHOW US THE SKETCHES?
23. 35S: WORK ON MULTIPLE GRAPHICS.
    When you send us the graphic disc, we will do it right away
24. 35S SHORT CHIN STRAPS: WAITING FOR FACTORY RESPONSE! Sending you today

25. NEW MODEL: OPEN FACE/SHIELD WITH BIG VENT?
    ANY COMMENTS? **Yes, we are starting to draw 3D sketch**

26. NEW MODEL: 44S SNOW WITH 37X STYLE FLIP JAW. SEE CKX PHOTO'S.

DID YOU LOOK AT THE PHOTO'S WE SENT YOU? ANY COMMENTS?
**Please, send me again I think you did sent to my outlook not messenger**

27. NEW MODEL: 44S WITH NEW STYLE MOTOCYCLE FLIP JAW.
    ANY COMMENTS? **Please send me again**

28. NEW MODEL: NEW ½ HELMET, CRUISER/TOURING?
    ANY COMMENTS? **You can have to design first then we can discuss on OCT.**

29. DIST. TO WORK NOW ON NEXT YEAR FORECASTS STARTING FOR JAN. 2008 OR SOONER IF CHANGES NECESSARY.

30. TAIWAN FACTORY MEETING WITH GMAX/ANYNG AND WINNING SALESMAN OCT. 2-3, 2007
    IS THIS DATE CONFIRMED FOR YOU?
    **Will you change this date to another, if you guys already set the meeting date then we are very welcome for you guys come on Oct. 2-3, 2007**