# EXHIBIT K

**From:** John Ramsay [mailto:ramsayj@hotmail.com]
**Sent:** Wednesday, February 13, 2008 7:11 AM
**To:** darren
**Subject:** Re: Future of Gmax

See below

----- Original Message -----
**From:** darren
**To:** John Ramsay
**Sent:** February-12-08 11:51 PM
**Subject:** Re: Future of Gmax

Hi Jack:
I totally agree your timetable for everything. we must have enough time to do our new model or everything. we always rush and rush to finish everything. If we don't make it on time once, it will like 46x new graphics problem in 2007. that will hurt our production, Anyng and Gmax will both effect sales. Yes Darren I agree with you, the new 46X graphics should have been finalized 12 months ago. If these new graphics were finalized last March 07, dist could have start ordering Apr/May 2007 and started to ship by Aug 01/07 and dist have in warehouse by Sept/Oct etc and production would not have to slow down. Now Anyng had to rush, miss production and mess up the first few months of 2008 or maybe all of 2008. We have talked about a new visor/mouth vent/interior update for over 1 year and still today, "NOTHING". Now dist have 3 new graphics that are very late and no updates.

Darren we must sit down, discuss all future projects and put time tables to everything. We must look out 1-2-3 years and make plans. We add dates to these projects and we must stick by these target dates or schedules.

1. the most important thing is graphics design for every models, we must keep designing our new graphics. I agree Darren, by the time a new graphic comes on the market, we must be working and finalizing the next graphic change.
A good example is the snow graphics that we just finished, all Gamma salesmen agreed they were OK, but not great, we need "very great" graphics for all our helmets, good graphics really don't cost anymore then fair graphics, but would sell in larger quantities. We need to start within 30-60 days on our following year snow graphics, finalize by July/Aug, and give Anyng 60+ days to make graphics. Have various colour combinations here by end of Oct/08, finalize colours and have final catalogue samples Dec 01/08 and ship salesmen samples by container by end of Dec/08.
This is just an example of one project.

Case: Broaden                                                                                          GMAX000351

*We are so far behind right now, we must sit down discuss every model and project and establish a schedule and follow this schedule.*

2. *the new model sketch, before we develop our new model we must sketch the rough design as soon as we can. we always rush and rush to develop new model.*

*I think after discuss all features, do a price estimate (retail price target), then we can start with sketches etc and have all involved choose the path to follow and then go to the next step that might be rough RP mock up, then approve and on to the next stage.*

3. *please discuss more in Gmax groups. Gmax must come up an idea or only one concept and pass to Anyng. we don't want to see there are different directions from Gmax and we don't know which one we must follow.*

*anyway, Jack thank you for giving us your opinion. if you have any good idea to us please let me know.*
*I will get input from all Gmax people, put a report on paper, bring to Taiwan and discuss.*
*I will send a questionnaire to all Gmax people and all dist, and have everyone's input and do a summary. It will be by model and future projects.*
Darren
*Jack*

---

*From:* [John Ramsay](#)
*Sent:* Monday, February 11, 2008 3:12 AM
*To:* [Darren Yang](#) ; [Howard Yang](#)
*Subject:* Future of Gmax

*Darren and Howard, so much is lost in communication between Anyng and Gmax. We all need to become much more organized and start thinking about future and expanded products on a more timely basis.*

*A good example of this is the snow helmets Gamma just received a few days ago. These helmets or graphic samples should have been finalized 4-6 months ago, not 1-2 weeks before the Gamma salesmen start to show and sell to dealers. Very few of the samples are perfectly correct and are 100% ready to show dealers. Here are some examples:*
*1/ the 17S did not come with D/L shield, and the 17S samples all have the wrong interiors. They have the wrong comfort liner, all last year for size Large and bigger, these helmets should have used the 48S style comfort liner, but even the new samples came with the wrong comfort liners. The salesmen try on these samples, and again poor fit. Also the outer tint ratchet shield is not completely finished.*

*2/ 37X, same problem as the 17S with wrong comfort liner. When I asked all the salesmen if they liked the graphic on the new 37X, about 100% of the sales people said, "NO". The 37X sells to younger sport type snow riders, these riders like bold, more aggressive graphics. Our answer to the salesmen was, it was the "best" of all the graphics we had. It was left to long, not enough input from all concerned and time ran out, so this "so so" graphic was picked.*

*3/ 44S, outer tint ratchet shield not finished and graphic not liked by salesmen.*

*4/ 48S, outer tint shield not finished.*

Case: Broaden

GMAX000352

5/ 68S, outer tint shield, and we only had pictures of new snow graphic.

Don't get me wrong Darren, I am not blaming Anyng in anyway, these are all 100% Gmax problems, we were not organized, we did not allow enough time for Anyng to create the products and we did not communicate with all the people involved with Gmax. Our communication is suffering and even to a point, it is lost.

This is not an Anyng problem, it is a Gmax problem.

Darren 12 months ago Gmax should have presented Anyng with drawings etc of a new visor and mouth vent for the 46XY and even ideas for a updated interior. Even today we don't have anything and no communication between Gmax people regarding the next 46XY.

Darren for any new product to come out a year from now, we have to finalize these products right now. Just start and work backwards, if a dist is to have a new product in their warehouse right now, lets do a timetable.

We must allow 6-8 weeks for ocean, overland freight, and 2 weeks for stocking in warehouse etc. Therefore to be save, 2 months is needed from your ship date. on any current helmet model, Anyng needs 4-5 months to produce. On a new products to get up to speed in production, Anyng needs and extra month. Add up the time and it could equal close to 8 months from from today.
Add 2-3 months for catalogue and salesmen samples and this is now 10 months. Then we must allow time for graphics and small changes and acceptance by Gmax and you now have one year.

Take it 46XY, if Anyng received drawings of a new visor / mouth vent today, it would take Anyng time to do a RP mock up, send to Gmax, get acceptance etc, if NO problems, this will take 60+ days just for RP. If any changes and there are always changes, add another 30 days. TOTAL time at least 3 months. Now it will take 2-3 months for moulds etc., then well all this is going on Anyng and Gmax must finalize the graphics and interior changes, allow another 30-60 days.
Now to get final samples here for approval by all with graphics, the time now might be 6-8 months minimum. Now there are 4 shell sizes and if we have 2-3 graphics, it will take Anyng another 2 months to have "EVERYTHING" ready to produce. Now add production time (4+ months), and shipping time etc as shown above (2 months). Add it all up and it is 14 to 16 months before these new 46XY helmets are in dealerships.

Simply put, if Anyng had the drawings "today" for a new mouth vent, visor and interior changes, dealers would have them on their shelves, maybe by May 15, 2009 but probably by July 15, 2009.
Again you would need the final drawings by tomorrow for this to be 100% accurate.

Now take new models like the 54S, Dual Sport etc, time will be longer.

We need a schedule of priorities, timelines etc for the next 2-3 years, if we are going to get ahead of things.

Case: Broaden                                                                                                   GMAX000353

*We need a 35S Platinum (I have been suggesting for 18 months), or an entirely new 35S style. Personally I suggest using the 35S Large shell and make it into a Platinum for all sizes, with new interior SPC style, with new upgraded neck curtain and a detachable shield, (simple but effective). I suggest 2-3 new graphics for the 35S Platinum and even Naked etc and even a new series of graphics for the existing 35S.*

*I have other suggestions, but I would like to sit down with Anyng in Taiwan, talk about the future and projects, and then present ideas and drawings to the dist etc. We need to start somewhere.*

*Same for the 54S, we need a wish list for the 54S as a snow helmets and a wish list as a m/c helmet. Then decide if we can combine all in one helmet.*

*Same for a dual sport helmet, have Gmax present Anyng with ideas (for N/A market) and Anyng develop these ideas.*

*We need to find markets for the 27S and 17/27S youth and introduce these helmets for these exact markets. Darren it is no use sending a 27S to all dist with graphics/colour combos that don't suit our markets and sizing or styro problems. We have no idea of pricing or anything, just a helmet sample.*

*Again we need to sit down and discuss all projects, time tables etc and even "realistic" pricing.*

*Darren I am not a fool, I understand costs of materials (OIL) are increasing etc. We need to be fair to you and ALL CONCERNED, we need to talk, don't be afraid about talking about costs or production schedules or problems etc.*

*We just need to communicate and now.*

*Have a good New Years and when you get back to work, lets discuss..*

*Jack*

Case: Broaden　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GMAX000354