# EXHIBIT L

**From:** <rueb24@hotmail.com>
**To:** "Mike Shean" <mshean@gammasales.com>; "jack ramsay" <ramsayj@hotmail.com>; "John \Jack\ Ramsay" <jramsay@rogers.com>; "Roger Marshall" <roger@marshalldistributing.com>; "craig shoemaker" <cshoemaker@wps-inc.com>; "Rueben McMurter" <rueb24@hotmail.com>; "Arron Yang" <anyng@hotmail.com>
**Date:** April-19-07 11:24 PM
**Subject:** Fw: 68S

----- Original Message -----
**From:** John (Jack) Ramsay
**To:** ArronYang ; Darren Yang ; HowardYang ; RuebenMcmurter
**Sent:** Friday, March 23, 2007 8:06 AM
**Subject:** 68S

Just a quick note, I will do a detailed email maybe tomorrow morning on the 68S.

Yes it is a completely new look for Gmax and Anyng. I do not want to be to negative but there are many points that must improved or changed.

Just remember this is a new helmet with new ideas and new high quality features and finish. We have a chance to make a statement, but I am sorry in it's "now" state , it is not high quality or features. Yes I do not especially like the top venting and most of the interior.

To me the interior cheek pads and rear curtain area is no better then the 5 year old, 8X... Now is the time to make a statement just like the 46X, but right now in it's present condition, we have missed the mark completely.

Just remember Anyng is making the helmet, selling it to Gmax BUT the distributors are the ones who must accept it and sell it.

Sure Gmax can accept the helmet in any condition but then the 3 distributors must buy it, Gmax does not sell the helmets to the dealers, the dist sell them. If Gmax presents the 68S helmet to the dist and IF the DIST refuse to buy it, it is not a Gmax decision, it is a dist decision and we have no control over the dist.

If you ask Rueben right now, if the dist accept, I am afraid the answer is NO, There are dozens of points that must be addressed and changes made if we Gmax want the dist to buy... Remember Gmax is not buying it, the dist are accepting it or refusing it...

I really don't like the top vent, I don't like the cheek pad design, I don't like the lack of a rear curtain. I don't like the front lower vent, or the front side vents.. If you turn your head while riding the air can come directly into these vents and freeze the face... impossible to use for snowmobiling or very cold days... 0c to +10c, it would be to cold if a rider turns his head....

We have a chance to make a statement like the 46X in mx, but just having a huge top vent does not make a great helmet.

But I know I sound negative, but I am not, I just want a street helmet to be as good as the 46X mx helmet, then we will have a winner... Sorry   Jack....  more tomorrow...

19/04/2007

Case: Broaden                                                                                                                  GMAX000372