# EXHIBIT M

**GMAX PRODUCT AGENDA: FLORIDA SEPT. 2008-09-25**

1. REVIEW HELMET GRAPHIC SCHEDULE WITH EACH MODEL.

2. **11S**:

3. **17S**: ADD FLIP TINT TEXT FOR CATALOGUES ETC.

4. **27S** PRICE INCREASE 2009 SHIPMENTS. **820 NT.** INCLUDES BIG PEAK, SHIELD AND SMALL BLACK PEAK.
   27S WEB-BIKE WORLD REVIEW.

5. 35S: COMMENTS.

6. **36X/Y** DISCONTINUE?

7. **37X**: USE CURRENT GRAPHIC FOR 2ND YEAR?

8. **38S/39Y**: ADD OPTIONAL FLIP TINT TEXT FOR MOTORCYCLE.
   NEW SIERRA MOTORCYCLE GRAPHIC: WHITE SHELLS.
   USE CURRENT GRAPHIC FOR 2ND YEAR IN SNOW?

9. **44S**: ADD OPTIONAL FLIP TINT TEXT FOR MOTORCYCLE
   USE CURRENT SNOW GRAPHIC FOR 2ND YEAR?

10. **45S** ADD CARBON TO GRAPHIC LIST?
    REVIEW AND DISCUSS ALL GRAPHIC COMBINATIONS, DELETIONS AND ADDITIONS, OTHER OPTIONAL GRAPHIC IDEAS, RETRO ETC.
    REVIEW AND DISCUSS NAKED AND PEAK FEATURES, CHIN STRAP COVERED, INTERIOR MATERIALS, AND SCREW ON PEAK, ETC.
    DISCUSS TARGET PRICE.

11. **46X**: REVIEW POSSIBLE GRAPHICS.
    DISCUSS NEW FEATURES: MOUTH VENT, PEAK, INTERIOR MATERIALS AND INTERIOR DESIGN CHANGE. COLOURED VENT SCREENS. EYEPORT RUBBER WITH GMAX ON AS ORIGIANLLY DESIGNED. COLOURED EYEPORT RUBBERS ETC.
    DISCUSS CHANGING INNER FRONT FOAM TO EPS (STYRRO) WEIGHT (+60-70 GRAMS) AND PRICE INCREASE. (40-50NT)
    DISCUSS GRAPHIC INTRODUCTION DATE. PRODUCTION BEGIN DATE-ORDERING DATE!

Case: Broaden

GMAX000395

12. **46Y**: SAME AS 46X.
    DO WE NEED NEW KIDS GRAPHIC?

13. 48S: REVIEW POSSIBLE NEW MOTORCYCLE GRAPHICS:
    INTRODUCTION DATE FOR NEW GRAPHIC?
    ADD OPTIONAL FLIP TINT TEXT FOR MOTORCYCLE.
    USE CURRENT SNOW GRAPHIC FOR 2ND YEAR?

14. 54S: ANYNG IS COMPLETING CAD CAM FILES.

15. 55S: REVIEW MOCK-UP.
    REVIEW GRAPHIC COMBINATIONS.
    REVIEW HELMET FEATURES.
    REVIEW NAKED AND PEAK OPTIONS. VENTING?
    DISCUSS TARGET PRICE.

16. 58S: LEAVE SAME?

17. 68S: REVIEW GRAPHICS AND CONFIRM PINK SELECTIONS, ONE OR TWO PINKS AND GLOSS OR FLAT OR BOTH.
    REVISED 68S? DIFFERENT REAR VENT GRILL AND VENTS ETC? UP-DATE INTERIOR MATERIALS?
    USE CURRENT SNOW GRAPHICS FOR 2ND YEAR? USE SOME OF THE NEW MOTORCYCLE GRAPHICS FOR SNOW?

18. DOT HELMET: MAKE A SIMPLIER 68S?

19. PURCHASE ORDERS IN EXCEL OR HAVE EACH MODEL TOTALED SEPARATLY?

20. INCREASE PART NUMBER SIZE ON NEW PHOTO LABELS. (ANYNG IS CHECKING INTO)

21. WIKI SHIELDS:

22. CARDO/GMAX BLUE TOOTH:

23. REVIEW REVISED MANUAL:

24. PROMOTE VARIOUS OPTIONAL SHIELDS FOR OUR HELMETS WITH POP TAGS ON OR WITH THE HELMET BOX.

25. BIG GMAX STICKERS: