# EXHIBIT N

---------- Forwarded message ----------
From: **Charles McGathy** <gmaxdude@gmail.com>
Date: Wed, Apr 6, 2011 at 5:52 PM
Subject: GMAX Factory Meeting March 2011 notes
To: Craig Shoemaker <cshoemaker@wps-inc.com>, MShean@gammasales.com, Roger Marshall <roger@marshalldistributing.com>, DNowlan@gammasales.com, Dave Luana <dave@marshalldistributing.com>, Shawn Burnam <sburnam@wps-inc.com>, Barry Beech <bbeech@wps-inc.com>, MHawrylo@gammasales.com, Chuck Herman <chuck@marshalldistributing.com>, Joe Mooney <joem@marshalldistributing.com>
Cc: "G-MAX - Darren (E-mail)" <dy_exe@hotmail.com>

All - here are our GMAX meeting notes. I will also be sending some pictures tomorrow in a separate email due to the email size


Thanks

Charles

Exhibit 7
Marshall
Kathy Adkins
Date 6-24-15

GMAX Factory Meeting:

March 29 & 30th

Attendee's:

- Factory representation:
    - Darren, along with his mother and father, and Linda.
- GMAX representation:
    - Charles M., Craig S., Mike S., Dan N., & Dave L.

The biggest issue covered at the meeting is the Factory's delays. All Distributors expressed deep frustration with the delays that are costing them in sales and dealer confidence in being a good supplier. The Distributors reported they have seen in up-shift in consumer needs and the factory is putting them in a bad situation to capture those sales. It was expressed the factory needs to hit the "go" button now! Every order that is in the system is critical; no orders are in there just to have items on order. The factory needs to start producing 14 orders a month (vs. their current capacity of 9 orders) - yesterday. It was shared that the Distributors foresee a full capacity order period for the next 12 to 18 months.

It was also expressed that the quick fall in the market in 2009 (leading to factory slow down and lay-offs) was unprecedented and never seen before in the industry. With that said, there have been valuable lessons learned in how to "throttle-back" orders vs. a sharp "stop-all" orders that had happened in the past.

Darren expressed the biggest problem has been getting an adequate workforce and getting them efficient (quickly). The lack of efficiency is in the graphic application department, which is the source of the main bottlenecks. Darren advised there has been some success in getting back some of their workers they laid off at the end of 2009 since the Chinese New Year. They need to continue to add employees. The learning curve of the new employees continues to take time. Some of the things the factory is putting into place to increase outputs are:

- Additional workers

- New areas in the factory being converted to additional graphic application areas that once where vacant storage areas.
- Overtime and working weekends
- New employee incentives for producing more pieces than the factory averages
- Heaters by the graphic applicators to speed the drying process when applying the water decals
- Employee bonus to any employee that recommends a friend to hire
- Future - Automation: Darren and father are investigating automated painting booths

After the factory tour there was some questions that arose and were discussed:

- Looks like a lot of complete/built SOL helmets in inventory on racks throughout the factory, is that causing GMAX delays as well? Darren's reply. ." . .*No, the reason is that we store/warehouse the helmets for our domestic market here and we pull helmets for dealer orders much like you (Distributors) do in your warehouses when your dealers order. Also, our SOL production volumes have stayed the same the last couple of years at 35,000-40,000 helmets a year.*
- Looks like some of the graphic areas were just working on SOL helmets. With the factory so far behind on GMAX orders, why are not all of the graphic departments working on GMAX helmets? Darren's reply. . *"The workers on the SOL graphics are the new employees that we are training. We want to train them on the SOL helmets because if they make mistakes and the product is defective, it would be on SOL vs. GMAX.* Upon Darren's reply, it was suggested to Darren that since every helmet is important to get GMAX orders on time; to put the new workers on GMAX helmets right away and have the Managers/Leaders for the graphics department workers 100% inspect their work. Slow/low new worker volume is better than no volume vs. waiting until they're 100% efficient.
- GMAX also suggested that maybe an assembly line could be set up at the new factory for some of the basic current helmets.

It was also asked, and discussed, what GMAX could do to help the factory. Here are a couple of key points/actions.

- Every 6 months each Distributor will supply a 12 month forecast vs. waiting to year end to do a once a year forecast. By doing so, this will allow for better factory planning and any adjustments.

- It was also discussed that if the factory is behind because of the graphics department, it is most likely that other departments are not being 100% productive. It was discussed, and agreed to, that the factory could also be working in parallel on solid colored basic helmets (2, 35, 45, 55, . .) as graphic helmets are being built. The factory is onboard with this suggestion and feels this will work. Each Distributor agreed to identify (by the week of April 4th) orders they have in the systems that contain only solid colored helmets. These identified orders will be "cued" to be built in conjunction when the factory is building graphic orders. A couple of key things to make it properly work:
    - The factory must follow the Production Schedule on graphic orders. The seasonality of orders must be met. In reference to the 2012 snow season now approaching. These order times must be met.
    - No more busted and mixed orders. Orders should be filled exactly as placed, or as close as possible. Recent shipments have a lot of mixed PI's on them and it is hard to manage.
    - By mixing in the solid colored orders. They should not delay any other Distributors orders. Factory shipments must remain fair to all.
    - Solid orders to rotate in by alternating Distributor to Distributor. Again fair and equal access.
    - In the USA market, Marshall and WPS must receive any new helmet offerings order fulfillments at approximately the same time. Again, equal access to the factory. (note : Darren has been doing this with the 76 and now with the

67. However, it has been discovered that the new 54 cycles were shipped over a month apart between WPS and Marshall –Darren to explain)

- Second order of business was to discuss current helmet concerns.
  - 54 Snow –
    - Darren showed us the new seal which is bigger and seals better. The new seal is also composed of a softer more pliable rubber. This new rubber seal will conform to the helmet better. Darren also advised the new rubber will still stay pliable in all temperature ranges.
    - Vents – Darren is working on modifying the vent molds. The reason for the modification is to make the vents tolerance tighter. The current vents do not seal well, and are prone to opening up (by themselves) under normal rider use. The 2012 snow helmets will have a new solid vent cover in place in the upper front vent area. This change is due to complaints of snow/moisture getting to the inner flip shield and cold air getting to the riders forehead. All vents and the top slider for the inner shield will have a textured finish to match the current side vents (this will be a running change).
    - New interior vent(s) cover – Due to customer complaints that there was too much venting, thus allowing cold air to reach the wear's head, a new cover will be installed at the factory that will cover the vent channels on the front crown portion of the helmet. (The rear vent channels will remain unchanged to allow for moisture wicking in the helmet.) This cover will be applied directly to the interior side of the styro. The material is wind resistant and thin, thus not causing any size changes to the helmet. The material has a low adhesion backing that can be easily removed by customers without damaging the styro. Charles to build a part number for this vent covering as well.

- Mold break-off tabs on the snow shields – There has been some reported issues the shield area seal being damaged by the little tabs that are left on the shield during the molding process. Darren is modifying the molds to correct this issue. It should also be noted that Gamma has had some reported cases of the top edge of the inner lens, of the double lens shields, catching the top shield/helmet seal when raised. Thus, leading to some shields being delaminated. Darren advised the new softer material on the seal should help correct this as well. New inner shield designs were also discussed.
- There is also a new top slider (for the inner shield) design in production that is more robust to not only seal better, but to also address the issues we have seen with the original design failures where the slider connects to the inner shield.

37 – Issue is that the helmet is running a whole size too small across the entire size range. Dan Nowlan pointed out the 37 fit much better when the old orange color interiors were in the helmet. One of the things Darren is exploring/investigating is why the 17's are not seeing the same issue. The 17's and 37 use the same shell mold and styro's and liners. The 17's seem to be fitting correctly. Maybe when the jaw mold is added to the shell, it may be squeezing the shell in – Charles question to Darren??? Darren to follow-up with a solution. Also, the factory is working on a solution for the complaint of the rear snaps on the liner coming unsnapped too easily when the helmet is put on.

17 – In snow configuration – Dan Nowlan reviewed and approved the new location of the electric shield cord port on the electric shields for the 17. It was also discussed to make the top helmet seal out of the same new material as going into production on the 54. The reason for the seal change is to resolve the issue of the shields opening too hard (binding on the top shield seal).

76 – Reviewed a mock-up/prototype of a newly designed breath guard. The design looks good with some slight fit modifications. Darren to supply production quality samples for final review.

Next order of business was the 2012 snow helmet review.

- 54 – Throttle graphic – only one new color added – Flat Darker silver - approved
- 44 - IGNITE – all colors look correct and approved for production
- 48 – Shattered – all colors approved for production
- 76 – IGNITE – color approved for production
- 46Y – IGNITE – needed slight adjustment to match 76 color in the jaw area (green fade)
- 39Y – IGNITE – Darren adjusted the color when we were at the factory and reviewed the new decal with us – approved for production
- 39Y – Kritter – approved all colors for production
- 38 – Nitrous – all colors approved for production
- All the new 2012 Snow samples are at the photographers. Darren said the images should be uploaded to the FTP site on Friday April 8th.
- WPS and Marshall to discuss how the 76 and 46 is to be configured in the US market (with or without breath guard).

Next order of business was upcoming new helmets and new graphics

Keep in mind: When reviewing the below information, some of the roll-out dates have been moved to help the factory catch-up with current product orders.

- New 11s dual sport helmet- We saw the new helmet complete for the first time.
    - The helmet was well received and the over-all interior and exterior looked great. Even though some of the vents were from the first injection test (some slight tweaking to the molds are needed to tighten up the vents) the helmet looks like it is finally on the right track.

- The shield flips up nicely into the visor and is completely out of the line of sight in the raised position. This is an advantage over some of the competitor's helmets. The shield can also be configured in a D/L and electric shield options, while still retaining the fully raised position as the single lens configuration.
- Sizing:
  - The fit was a little tight in the jaw area. Darren is modifying the lateral styro's behind the cheek pads to improve room and comfort
  - One shell size
  - Three styro sizes
  - Adult helmet sizes XSMALL – XXL
- Color and Graphic offerings:
  - Solid colors – front vent will be painted to match the shell colors
    - Titanium
    - Flat Black
    - Gloss Black
    - High Vis. Yellow
  - Graphic colors: EDGE is the graphic name
    - White shell with silver graphics
    - Black shell with silver graphics
- Pricing:
  - Solids – 860 nt
  - Graphic – 960 nt
- Introduction date:
  - INDY 2012 or when available
  - Still needs to be sent for DOT cert.
- 68 next generation with new designed vent top – less the LED light feature
  - New vent top design was seen from production tooling. Design was approved to go to production.

- Graphic will be the Crusader 2 which was approved less the orange colored stripe that was in all color configurations
- Distributors are also allowing Darren to pick an additional graphic offering
- Pricing – 900 nt.
- INDY 2012 Intro.
- Additional 2012 Indy Intro's
  - 46X & Y – Shredder graphic
  - 48 Shattered motorcycle and possible second graphic TBD
  - 27 – TBD graphic (WPS is in the process of choosing)
- 2012 Fall Introduction
  - 78 cycle and snow – "Fire Starter" and 'Blizzard' graphics
  - 76 dirt – "Star" and "Maze" graphic
  - 46Y - "Critter 2"
- Next order of business was to tour the new composite factory
  - Saw firsthand the equipment the factory has invested in for mold making and composite manufacturing.
  - Also reviewed new concept cad designs of the future helmet designs
    - New 39Y – design was well received and also advised the factory to keep the new shell size slim and light
      - New 39Y concept to share the 54 shield
    - New half helmet design – New concept features tool-less flip shield and visor removal.
      - GMAX advised the factory that the helmet side profile must remain slim and would like to see a RP mock-up of this helmet to determine any additional suggestions and to also see how the shell looks when the visor is removed.
    - Next generation GM2
      - New design has received well.
      - Must not be higher priced then current helmet

- - Reviewed a complete 3D model of future composite motocross helmet. The 3D model was machined out of Styrofoam.
- Other business items
    - Distributors asked to build part numbers for replacement helmet box (to have on hand for damaged boxes in distributor inventory). This will be in the GMAX sales binders.
    - Charles handed out the new GMAX Sales Manuals a.k.a. GMAX binders during the meeting. Charles will be updating the binders from suggestions at the factory meeting, and will ship them out to each Distributor the week of April 11.
    - INDY – only note here is that the 2012 booth space will now be 20X40'. WPS to supply inventory for GMAX booth in 2012.
    - Next GMAX meetings:
        - November 2011 in Florida – Darren to attend
        - Indy 2012 Darren to attend
        - April 1st (approx.) 2012 – GMAX Factory meeting in Taiwan.

Conclusion – Charles to continue to work closely with the factory to manage through the factory delays. Again, the goal as we manage to quicker factory delivery times and catch-up, is to maintain the schedule that is fair and equal to all parties.