# EXHIBIT O

**From:** rueb24@hotmail.com [mailto:rueb24@hotmail.com]
**Sent:** Monday, May 26, 2008 6:46 PM
**To:** Shawn Burnam; Craig Shoemaker; Barry Beech; dan nowlan; mike shean; Roger Marshall; Dave Luana; John (Jack) Ramsay; John \Jack\ Ramsay; Arron Yang; Rueben McMurter
**Cc:** darren yang; Howard Yang; elaine yang; Charlene; huanping1203
**Subject:** Product Updates & agenda list for Taiwan meeting

Hi there, here is the product up-dates list for the Taiwan meetings, we will use it as a guide along with the Product development forms. Please bring a copy with you. If you have anything to add please let me know so I can add it in. I will be on my way to Korea on Wed. am.
Regards,
Rueben.

Case: Broaden

GMAX000373

**GMAX: Up-Dates   MAY26, 2008**

Please note the dist. replies are from Apr. 21 or earlier.

**GAMMA REPLY IN RED:**

**MARSHALL REPLY IN GREEN:**

**WPS REPLY IN BLUE:**

**Darren reply in brown: (ANYNG MAY 21/08)**

1. **Flip Tint shield final samples received May 15th on new 68s Rebels with the new Nylon cover washer and lubrication on the flip ratchet seem good.**
   **AS OF APRIL 11, 2008 STILL NOT RIGHT.**
   **STILL NEED TO CONFIRM FINAL SAMPLES.**
   **RUEBEN CONFIRMED THE FINIAL SAMPLES.-snowmobile**

2. Outer tint flip shields: Do we add them to motorcycle as an accessory only?  Do we add them to some models for production?  If yes which models and when? Or do as an accessory only?
   **NOTE AS OF MAY 15TH THE FLIP LENS IS WORKING MUCH BETTER.**

   **MOTORCYCLE: USE FLIP TINT ON THE FOLLOWING MODELS? YES/NO**
   17s: ON HELMET - YES_____ NO_____ AS ACCESSORY ONLY _____ START DATE_____
   38s: ON HELMET - YES_____ NO_____ AS ACCESSORY ONLY_____ START DATE_____
   39y: ON HELMET - YES_____NO _____ AS ACCESSORY ONLY_____ START DATE_____
   44s: ON HELMET - YES_____NO_____AS ACCESSORY ONLY_____ START DATE_____
   48s: ON HELMET - YES_____NO_____AS ACCESSORY ONLY_____ START DATE_____
   58s: ON HELMET - YES_____NO_____AS ACCESSORY ONLY_____ START DATE_____
   68s: ON HELMET – YES_____ NO_____AS ACCESSORY ONLY_____START DATE_____

   **NEED TO GET IT RIGHT ON SNOW FIRST, THEN I WOULD CONSIDER PRODUCTION IN 2009 WITH MODEL UPGRADES.**
   **SOME PRODUCTION HELMETS LIKE THE 17SPC & 68S FOR THE 08 FALL SEASON.**
   **I BELIEVE ACCESSORY ONLY FOR NOW.**
   **Some productions models.**

3. Keep Platinum series helmets as is and have the flip tint as an accessory or remove the tinted shield from Platinum series and add in flip tint?

Case: Broaden                                                                                       GMAX000374

**SELL AS AN ACCESSORY ONLY UNTIL MODEL UP-GRADE.**
**REMOVE TINTED SHIELD AND ADD THE FLIP TINT KIT.**
**THE VALUE OF THE EXTRA SHIELD IN THE PLATINUM SERIES IS IMPORTANT. I BELIEVE WE SHOULD NOT CHANGE THIS. USE THE FLIP TINT AS AN ACCESSORY.**

**Maybe we can try both way, we can have platinum series and whatever series for the flip tint.**

4. Current price for Flip tint shield added to a helmet in production for snow is 80nt.
   **OK ALSO ADD COLOURS LIKE ROSE/BLUE/SILVER.**
   **OK.**
   **ok**

5. Current price for the flip tint as an accessory including new single lens shield with hole in to work with flip tint lens is **229nt #980083. 9NT ADDED FOR GMAX GREASE TUBE.**
   **Ok**

6. Photochromatic shields by Wikki: **Added as accessory, production is now underway.**
   **YES, DONE**
   **YES, ADD COLOURS LIKE ROSE/BLUE/SILVER**
   **YES-REVIEWING SAMPLES**
   See Attached Wiki/GMAX pages. **DIST. REVIEWING SAMPLES. PO'S DONE.**
   **Done**

7. 17s:
   **D/L shield completed by May 15th samples being sent a.s.a.p.**
   **Flip tint shields completed but not working with D/L shield!**

   **Add flip tint lens as accessory for 17s motorcycle, yes or no?**
   **NO.**
   **YES.**
   **NO**
   **For productions is better**

   **MAKE THE 17S SHIELD EASIER TO REMOVE, STILL TOOOO DIFFICULT!!**
   **We can not make it too easy to remove, that will have the safety problem.**
   **NEEDS TO BE DISCUSSED! SEE PICTURES OF MODIFICATIONS AND TEST**
   Start ordering date_____?
   **SEPT.**

   Add Flip tint to 17s helmets for production. Yes or no?

**YES WHEN MODEL CHANGES AND ONLY IF WE GET THE FLIP SHIELD FIXED, CANNOT BE DONE WITH SAMPLES RECEIVED SO FAR. (APRIL 11, 2008)**

**YES.**

**YES.**

**yes**

Start ordering date_____?

**WHEN MODEL CHANGES AND ONLY IF FLIP SHIELD FIXED.**

**SEPT.**

Make new 17s helmet motorcycle part numbers with flip tint.
Pricing with flip tint lens on the helmet + 80nt? Remove tint shield from Platinum box?

**YES.**

**17S IS THE ONLY HELMET I BELIEVE COULD DROP THE TINT SHIELD AND COME WITH FLIP TINT.**

**Yes**

**17S: Add Scalla Q2 communications?** Pre-installed in the helmet at the factory or the helmet set up to easily install Scalla, styro modified at the factory and shell hole with plug?
Scalla was sent helmets (17s/44s/68s) and is making samples for presentation, date to be confirmed.

**SHOULD BE ACCESSORY ONLY.**

**WAITING FOR ANYNG'S INFORMATION.**

**LET'S CHECK HOW THE SAMPLES COME OUT AND PRICING AND THEN DISCUSS.**

**17s .Youth:**

**WE TOOK TIME TO TALK ABOUT THE 17S, SALES VOLUME AND THE MARKET IN GENERAL. WE ARE NOT INTERESTED IN A YOUTH 17S. THE VOLUME FOR US WOULD NOT WARRANT CARRYING THAT STYLE OF HELMET FOR YOUTH OR VERY SMALL ADULTS. KATHY/ROGER/CHUCK/DAVE.**

**WPS IS NOT INTERESTED IN CARRYING THE 17Y YOUTH HELMET. WE DON'T BELIEVE THE VOLUME WOULD BE THERE TO SUPPORT IT.**

**I will make some samples for our meeting and we can discuss this again in the meeting**

8. **27s**: yes or no for North America? Anyng has given a new price of 770 NT without big visor and 820 NT with.

   **STILL LOOKING FOR MARKET.**

   **NO, WRONG STYRO'S AND STYLING (SHELL SHAPE) FOR MARSHALL'S, BUT IF IT FIT GOOD MAYBE SOLID COLOURS WOULD WORK.**

   **VERDICT IS STILL OUT.**

**I will make some samples for our meeting and we can discuss this again in the meeting**

9. 35S: ALSO REVIEW HARLEY HALF HELMET AND NOTES.
   APRIL 21ST STILL FINALIZING GRAPHICS, IST POSSIBLE SHIPMENT DATE SEPT. 2008
   SEE GRAPHICS ON HELMETS AT JUNE TAIWAN MEETING OR SOONER.
   CHANGE INTERIOR DESIGN?
   CHANGE TO REMOVABLE INTERIOR?
   **I done the removable interior, you can see that in the meeting**

   CHANGE TO SPC STYLE STYRO? WILL DELAY.
   **That will increase our cost and not helpful**
   CHANGE TO GREY STYRO?
   **That will increase our cost and not helpful**
   Introduction of new graphics, _____2008? **You can see the new graphic in the meeting**
   Start ordering new graphics, JUNE 2008, _____? Shipments SEPT. 2008.
   DEADLINE ALREADY PASSED...TRY AND INTRODUCE IN 09 M/C CATALOGUE JAN/09.
   Marshall graphic picks so far: 35 Full - F3A, F3B, F3 PINK, 35S NAKED – E4 SHADOW COLOURS BLACK, RED, BLUE. NOW ALSO LIKING NEW SKULL/FLAME M1.
   WORKS FOR WPS.

10. 35S: Platinum? (<u>45s NEW ½ HELMET</u>?) INNER FLIP LENS!
    <u>SEE PRODUCT DEVELOPMENT FORM #001</u>
    Features? Full Dressed, speaker pockets in curtain, invisible zipper when curtain not attached, Improved venting SPC styro and removable interior, small shield attachment? Any other suggestions? HARLEY HELMET SENT TO ANYNG.
    Target Price:_____?
    NEW DELUXE INTERIOR, BETTER GRAPHIC SELECTION, SUGGEST LOOK AT HARLEY HELMET GRAPHIC.
    ONLY INNER FLIP LENS IF SHELL STAYS THE SAME SIZE.
    **We must discuss this again in the meeting**
    *35S: IMPROVE CHIN STRAP DESIGN? ON THE "Y" STRAP THE FRONT STRAP IS NO ALWAYS TIGHT WHEN THE CHIN STRAP IS DONE UP AND THIS ALLOWS THE FRONT OF THE HELMET TO LIFT FURTHER UP ON YOUR HEAD. MAYBE THIS STRAP SHOULD BE ADJUSTABLE ALSO OR A NEW BETTER DESIGN USED?*

11. 36x:
    Continue or discontinue?
    **DISCONTINUE.**
    **NEED LOWER PRICES.**
    **CONTINUE….. LOWER PRICE NEEDED**

12. 36Y:
    Continue or discontinue?
    **DISCONTINUE.**
    **NEED LOWER PRICES.**
    **CONTINUE….. LOWER PRICE NEEDED**

13. **37x:** To get new 27s Peak screws. Starting with PI # TBA. **OK.**
    **We changed the screws already. We start at PI 706, or earlier sorry I don't remember, but PI 706 is for sure.**

14. 38s: use new snow Sierra graphic with white shells for motorcycle? Introduce July/Aug. 2008.
    **NO.**
    **YES.**
    **YES.**
    **NEW SIERRA MOTORCYCLE 38S PART #S BEING SUPPLIED TC1B-2B-4B-5-14.**

    Add new limited hot graphic? Introduce July/Aug, 2008?
    **NO.**
    **YES.**
    **NO. I DON'T BELIEVE THIS HELMET NEEDS A "HOT" NEW GRAPHIC CHOICE.**
    **Sierra is not start the graphic design yet, he is too busy to arrange graphics for us to pick. He still need time to make it.**
    Sierra working on new graphic choices for selection. **OK.**
    Anyng working on improved inner jaw plastic or rubber and snap attachments for breath guard and chin curtains.
    **ANYNG CHANGED THE PLASTIC TO A SOFTER MATERIAL FOR NEXT PRODUCTION, I HAVE ASKED FOR IMPROVED SNAPS BUT NO RESULTS YET.**
    <u>**DARREN WE NEED PI CHANGE DATE, FIRST SNOW PRODUCTION?**</u>
    **First snow production will have new inner plastic.**
    **WHEN WILL CHANGES HAPPEN? SNOW PRODUCTION.**

15. 39y: same as 38s comment above except inner jaw on 39y and snaps for breath guard and chin curtain are good.
    **WHEN WILL CHANGES HAPPEN?**

<span style="color:green">**REDUCE PRICE: NO CYCLE MARKET FOR 39Y, ONLY FOR SNOW.**</span>

16. 44s:

    Anyng improving shield/eyeport/jaw seal to reduce wind noise and cold air etc.

    Anyng improving lower front vent seal and function.

    Anyng working on improved inner jaw plastic or rubber and snap attachments for breath guard and chin curtains. **ANYNG CHANGING THE INNER JAW PLASTIC TO A SOFTER MATERIAL, SO FAR NO IMPROVEMENT ON THE SNAPS.**

    **STARTING WITH SNOW PRODUCTION, DARREN TO CONFIRM?**

    <span style="color:brown">**First snow production will have new inner plastic.**</span>

    _LOWER PRICE FOR NEXT YEAR SNOW & MOTORCYCLE 44S?_

17. 46X:

    YF designing new graphics. Introduction July/Aug 2009?

    <span style="color:red">**OK.**</span>

    <span style="color:green">**YES.**</span>

    <span style="color:blue">**OK, SEE GRAPHICS.**</span>

    ANYNG MAKING NEW MOUTH VENT. Introduction June/July/Aug 2009**? DESIGN SENT TO ALL.**

    <span style="color:red">**OK.**</span>

    <span style="color:green">**OK.**</span>

    <span style="color:blue">**OK.**</span>

    <span style="color:brown">**Discuss this again in the meeting: _IT SHOULD BE WELL UNDERWAY ALREADY!_**</span>

    New peak design still to be confirmed, DESIGNER WORKING ON IN USA AND TAIWAN.

    <span style="color:blue">**LIKE TO SEE SOON.**</span>

    <span style="color:brown">**Sierra is still working on that.**</span>

    **Improvements, changes to be discussed, INTERIOR COLOURS, STITCHING, PADDING, COLOURED SCREENS, EYEPORT RUBBER COLOURS ETC.**

    Leaf Camo price: 945 nt. (Gamma has asked for 46x Leaf Camo, part #s supplied.)

    <span style="color:red">**OK, ON ORDER NOW.**</span>

18. 46Y:

    Same as 46x?

    <span style="color:green">**OK.**</span>

19. 48s:

    New motorcycle graphic for Indy 2009 OR JUNE 2009? INTRODUCTION DATE_____
     USA, TAIWAN AND YF DESIGNERS WORKING ON GRAPHICS.
    **<span style="color:red">LETS SEE GRAPHIC.</span>**
    **<span style="color:green">YES.</span>**
    **<span style="color:blue">LET'S SEE SOME PHOTO'S.</span>**

    **<span style="color:brown">yes</span>**

20. 54s Modular*: **SEE PRODUCT DEVELOPMENT FORM # 002.***

    See separate email regarding possible features etc. Main question being is this a dedicated snow helmet first to compete with BRP that should not fog as requested by Gamma and maybe a motorcycle helmet also or a motorcycle helmet that can also be an open face touring helmet and maybe a snow helmet too? Should these be two different projects for two different markets? Can a great motorcycle helmet make a great snow helmet and vice versa?
    **<span style="color:red">WE WOULD LIKE A GREAT SNOW HELMET, THEN IF IT CAN BE USED IN M/C GREAT..BUT FOCUS SHOULD BE SNOW.</span>**
    **<span style="color:green">PRICE: 199.95 WITH DIFFERENT JAWS FOR CYCLE AND SNOW HELMET, BETTER VENTING AND MAYBE A SMALLER LED LIGHT.</span>**
    **<span style="color:blue">I THINK WE CAN MAKE A SNOW HELMET WORK FOR MOTORCYCLE EASIER THAN MOTORCYCLE FOR SNOW.</span>**

    **<span style="color:brown">Let's discuss this in the meeting</span>**

21. 58s: ?
    **<span style="color:red">NEED A NEW HELMET.</span>**
    **<span style="color:green">SLOW SALES MAYBE NOT WORTH PRODUCTION.</span>**
    **<span style="color:blue">WE NEED A NEW SNELL HELMET!</span>**

    **<span style="color:brown">Make a topic for meeting</span>**

22. 66x*:  SEE PRODUCT DEVELOPMENT FORM # 005*
    Snell 2010 MX helmet, Carbon/Kevlar
    Target Price 56.00 usd? (Jan. Meeting)
    Features: Project # 005
    **<span style="color:red">NEEDS TO BE GREAT!!</span>**
    **<span style="color:green">HOLD.</span>**
    **<span style="color:blue">WOULD LIKE TO SEE THIS. TARGET PRICE NEEDS TO BE CLOSER TO 50.00 USD.</span>**

    **<span style="color:brown">Gmax must give us a better price to make this, as you know the shell price is around 26 US</span>**

23. 68s:
    **NEW REBEL GRAPHIC FOR MOTOCYCLE COMPLETE, TC1-2-19.**
    YF designing new graphic selections. Introduction date?
    **FALL.**
    Add Rebel graphic to motorcycle graphics? Introduction date, **CAN ORDER NOW!**
    **YES: JAN 2009 INTRO.**
    **YES: FALL INTRO.**
    **NO: NEW GRAPHIC INTRO. INDY 2009?**
    **We have new graphic to show in the meeting**

    Add speaker pockets, price increase?
    **YES.**
    **YES.**
    **YES.**
    **Discuss this in the meeting**
    **FLIP TINT LENS: ON THE 68S HELMET OR AS AN ACCESSORY?**
    **NEW ADJUSTED PRICE, PLATINUM WITH FLIP TINT INSTALLED AND FULL SIZE TINT SHIELD INCLUDED OR REMOVE FULL SIZE TINT SHIELD?**

    Anyng making improved plugs for front inner side vents.

    **REVIEW 68S SIZING AND CHEEK PAD SHAPE.**
    **USE BLACK LENS ON BACK FOR PRODUCTION INSTEAD OF RED?**
    **IMPROVE CHIN CLEARANCE AT INNER RUBBER ON CHIN BAR. Chin hits on some people.**


24. 78s: **SEE PRODUCT DEVELOPMENT FORM #004**
    Snell 2010 full face helmet. Carbon/Kevlar.
    Target price 56.00 usd? (Jan meeting)
    Interesting new full face helmets, AGV - GP TECH & Bell - Star! is Snell.
    Features: Project # 004
    **NEEDS TO BE GREAT!!!**
    **HOLD.**
    **WOULD LIKE TO SEE THIS. TARGET PRICE NEEDS TO BE CLOSER TO 50.00 USD.**
    **Better price needed**

25. Dual Sport 11s Full Face helmet:  **SEE PRODUCT DEVELOPMENT FORM # 003.**
    Do we want a model like this? Arai XD and new Shoei Hornet.
    Features:?
    **WOULD TAKE IT BUT VERY LIMITED SALES.**
    **SMALL MARKET.**

**YES, SHORT LOW VISOR, REMOVABLE LINER, SINGLE AND DUAL LENS AVAILABLE.**

**Discuss this in the meeting**

26. Shields will have new warning " **If tinted daytime use only**"

    **done**

27. Picture labels for helmet boxes being worked on. Start date to be confirmed.
    **STARTED**

28. Helmet box warning.

29. Flip tint accessory instructions.

30. Flip tint grease tube.

31. NORTH AMERICA DOT TEST REPORTS? ANYNG WAS SUPPOSED TO BE DOING THIS ON A REGULAR BASIS FOR ALL MODELS!

32. CARDO SAMPLES.

33. SALESMAN REPAIRS KITS, SECREWS ETC. ETC.

34. REVISED SHIELD REMOVAL/INSTALLATION INSTRUCTIONS.

35. REVISED D/L SHIELD PROTECTION COVER.