# EXHIBIT P

**From:** rueb24@hotmail.com [mailto:rueb24@hotmail.com]
**Sent:** Wednesday, March 05, 2008 10:28 AM
**To:** Dave Luana; dan nowlan
**Cc:** Craig Shoemaker; Roger Marshall; mike shean; John (Jack) Ramsay; Arron Yang; Shawn Burnam; Rueben McMurter; Barry Beech
**Subject:** up-dates / project comments

Hi Dave & Dan attached are comments from Shawn at WPS on the up-date projects list I sent out. Please add any comments or questions or ideas you may have so we can plan. I cannot go to Taiwan next week but jack is going anyway so if we can have some consensus before he goes the factory will be receptive.
Trusting to soon hear from you,
Regards,
Rueben.

Case: Broaden                                                                 GMAX000367

| | |
|---|---|
| **From:** | Shawn Burnam <IMCEAEX-_O=WESTERN+20POWER+20SPORTS+20INC_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=SBURNAM@wps-inc.com> |
| **Sent:** | Tuesday, March 04, 2008 9:28 AM |
| **To:** | rueb24@hotmail.com |
| **Subject:** | SORRY THIS TOOK SO LONG..... |
| **Attachments:** | Updates Feb. 28, 2008-3.doc |

Shawn Burnam /// Western Power Sports inc. | Brand Manager
 P: 208.376.8400 x 3219 | F: 208.319.3050 | E: sburnam@wps-inc.com | w: www.wps-inc.com

GMAX:  Up-Dates Feb. 28, 2008

1. Flip Tint shields still being improved.   Completion by April 1st, 2008?

2. Outer tint flip shields: Do we add them to motorcycle as an accessory only?  Do we add them to some models for production?  If yes which models and when? Or do as an accessory only?  I believe accessory only for now.

3. Keep Platinum series helmets as is and have the flip tint as an accessory or remove the tinted shield from Platinum series and add in flip tint?  The value of the extra shield in the platinum series is important.  I believe we should not change this.  Use the flip tint as an accessory.

4. Current price for Flip tint shield added to a helmet in production for snow is 80nt.
   OK.

5. Current price for the flip tint as an accessory including new single lens shield with hole in to work with flip tint lens is 220nt #980083

6. Photochromatic shields by Wikki:  Add as accessory?
   GMAX samples to be supplied mid. April. (Anyng sending to China for processing and China sending to Distributors.)  THIS NEEDS MORE DISCUSSION.  I WOULD LIKE TO TRY MY SAMPLE AND REVIEW IT THEN.

7. 17s:
   D/L shield completed by April 1st 2008?
   Flip tint shields completed.
   Add flip tint lens as accessory for 17s motorcycle, yes or no?  Start ordering date_____?   NO
   Add Flip tint to 17s helmets for production. Yes or no? Start ordering date_____? YES
   Pricing with flip tint lens on the helmet + 80nt? Remove tint shield from Platinum box?   17 IS THE ONLY HELMET I BELIEVE COULD DROP THE TINT SHIELD AND COME WITH THE FLIP TINT.
   **Add Scalla Q2 communications?** Pre-installed in the helmet at the factory or the helmet set up to easily install Scalla, styro modified at the factory  and shell hole with plug?
   Scalla was sent helmets (17s/44s/68s) and is making samples for presentation, date to be confirmed.   LET'S CHECK HOW SAMPLES COME OUT AND PRICING THEN DISCUSS BUT I AM EXCITED!

8. 27s: yes or no for North America? Anyng has given a new price of 770 NT without big visor and 820 NT with.  VERDIDCT IS STILL OUT……..

9. 35S:
   Confirm new graphics by March 14th, 2008
   Introduction of new graphics, July-Aug 2008?
   Start ordering new graphics, April, 2008_____?  Shipments July 2008.

THIS WOULD WORK FOR US.

10. 35S: Platinum?
    Features? Full Dressed, speaker pockets in curtain, invisible zipper when curtain not attached, Improved venting SPC styro and removable interior, small shield attachment ?  Any other suggestions?

11. 36x:
    Continue or discontinue?

12. 36Y:
    Continue or discontinue?

13. 37x:

14. 38s: use new snow Sierra graphic with white shells for motorcycle? Introduce July/Aug. 2008.
    OK
    Add new limited hot graphic? Introduce July/Aug, 2008? I DON'T BELIEVE THIS HELMET NEEDS A "HOT" GRAPHIC CHOICE.
    Sierra working on new graphic choices for selection.
    Anyng working on improved inner jaw plastic or rubber and snap attachments for breath guard and chin curtains.

15. 39y: same as 38s comment above except inner jaw on 39y and snaps for breath guard and chin curtain are good.

16. 44s:
    Anyng improving shield/eyeport/jaw seal to reduce wind noise and cold air etc.
    Anyng improving lower front vent seal and function.
    Anyng working on improved inner jaw plastic or rubber and snap attachments for breath guard and chin curtains.

17. 46X:
    YF designing new graphics. Introduction July/Aug 2009?  LET'S SEE PHOTO'S…
    Anyng doing cad cam of new mouth vent. Introduction June/July/Aug 2009?
    New peak design still to be confirmed.  WOULD LIKE TO SEE THIS VERY SOON!
    Leaf Camo price quote and sample to be supplied by Anyng.  Gamma has asked for 46x Leaf Camo.

18. 46Y:

Same as 46x?

19. 48s:
    New motorcycle graphic for July/Aug 2009 or Indy?  LET'S SEE SOME PHOTO'S.

20. 54s Modular: See separate email regarding possible features etc. Main question being is this a dedicated snow helmet first to compete with BRP that should not fog as requested by Gamma and maybe a motorcycle helmet also  or a motorcycle helmet that can also be an open face touring helmet and maybe a snow helmet too? Should these be two different projects for two different markets? Can a great motorcycle helmet make a great snow helmet and vice versa?  I THINK WE CAN MAKE A SNOW HELMET WORK FOR MOTORCYCLE EASIER THAN MOTORCYCLE FOR SNOW.

21. 58s: ?  WE NEED A NEW SNELL HELMET!

22. 66x:
    Snell 2010 MX helmet, Carbon/Kevlar
    Target Price 56.00 usd? (Jan. Meeting)  WOULD LIKE TO SEE THIS.  I THINK PRICING NEEDS TO BE CLOSER TO $50 USD.

23. 68s:
    YF designing new graphic selections. Introduction date?
    Add Rebel graphic to motorcycle graphics? Introduction date? NEW GRAPHIC INTRO INDY 2009? DO NOT ADD REBEL GRAPHIC TO MOTORCYCLE
    Add speaker pockets, price increase? NO
    Anyng making improved plugs for front inner side vents.

24. 78s:
    Snell 2010 full face helmet. Carbon/Kevlar.
    Target price 56.00 usd? (Jan meeting)
    Interesting new full face helmets, AGV - GP TECH & Bell - Star! The new Bell is a plastic helmet with Snell.  MUST HAVE… SAME AS ABOVE.  TARGET PRICE NEEDS TO GET CLOSER TO $50 USD.

25. Dual Sport full face helmet: Do we want a model like this? Arai XD and new Shoei Hornet.
    Features:?  YES, SHORT, LOW VISOR, REMOVABLE LINER, SINGLE AND DUAL LENS AVAILABLE

26. Shields will have new warning " If tinted daytime use only"

27. Picture labels for helmet boxes being worked on. Start date to be confirmed.