# EXHIBIT Q

**From:** Charles McGathy [mailto:gmaxdude@gmail.com]
**Sent:** Wednesday, December 23, 2009 9:41 AM
**To:** dnowlan@gammasales.com; 'Dave Luana'; Max Steffens
**Cc:** roger@marshalldistributing.com; mshean@gammasales.com; Craig Shoemaker; 'John Ramsay'; 'Joe Mooney'; Barry Beech
**Subject:** GMAX -Rear vent/light cover

Hi Guys,

As discussed in Taiwan, here is the final design on the rear vent/light piece I have worked on with Darren.  As can see, you just remove the two screws out of the rear light, remove the light, and put this new cover in its place.

I will get you a GMAX part number for this piece ASAP.

Thanks!

Charles

**Charles S. McGathy**
**GMAX**
Director: Product Development & Marketing
Phone: 919-270-4354
Fax: 989-883-9325
email: gmaxdude@gmail.com

---

**From:** darren [mailto:dy_exe@hotmail.com]
**Sent:** Wednesday, December 16, 2009 10:01 PM
**To:** Charles
**Subject:** Fw: 忠給圖 led 燈罩 改通風

From: 忠
Sent: Wednesday, November 04, 2009 2:48 PM
To: darren 中埼 ; Howard 中和
Subject: 忠給圖 led 燈罩 改通風

Case: Broaden                                                            GMAX000360