# EXHIBIT R

# SAFETY DEFECT/NONCOMPLIANCE NOTICES
# RECEIVED DURING JANUARY 2016
*Published February 23, 2016*

## CHILD SEATS:

Britax Child Safety, Inc. (Britax) is recalling certain B-Safe 35 child seats, models E9LU65M, E9LU65P, E9LU63F, E9LU66R, E9LS63F and EXLU65M, B-Safe 35 Elite child seats, models E9LS55T, E9LS56P, E9LS55U, E9LS66C and E9LS65U, and B-Safe 35 Travel Systems, models S914900, S915400, S915200, S921900 and S01635200, manufactured October 1, 2014, to July 1, 2015.  The affected child restraints have handles that may develop cracks in, under, and around, the carry handle grip.  The cracks may lead to the handle fracturing and the seat falling while being carried. If the seat falls, there is an increased risk of injury to the infant in the child restraint. Britax will notify all registered owners, and will ship them a remedy kit that includes a carry handle reinforcing bracket, free of charge.  The recall began on January 21, 2016.  Owners may contact Britax customer service at 1-800-683-2045 or  Britax.Recall@Britax.com.  Please Note: This does not affect the safety performance of the seat when used in a motor vehicle. It is safe for consumers to continue to use their car seat when secured in a vehicle or on a stroller. The car seat should not be lifted or carried by the carry handle until the remedy kit has been installed.

16C-001

## EQUIPMENT:

Wells Vehicle Electronics, L.P. (Wells) is recalling certain Brake Light switches, sold as Airtex part number 1S5010, Advantech part number 5T9, Duralast part number CR4854, Valucraft part number CR4854VC, Carquest ECC "Blue" part number 53-54425, and Carquest Rig "Red" part number 58220, manufactured April 2, 2015, to September 18, 2015.  The affected brake light switches may not illuminate the brake lights, or disengage the cruise control.  If the switch does not illuminate brake lights, other drivers may not know that the vehicle is slowing.  If the brake light switch does not cancel cruise control, the vehicle may unexpectedly maintain its speed.  Either condition can increase the risk of a crash. Wells will notify owners, and distributors will replace the brake light switch, free of charge.  The recall is expected to begin in January 2016.  Owners may contact Wells customer service at 1-920-922-5900.

16E-001

Pilkington North America, Inc. (Pilkington) is recalling certain replacement windshields, model FW04026 GTY, manufactured November 23, 2015, to December 16, 2015 for use in Mazda CX-5 vehicles that are equipped with the Smart City Brake Support system.  The affected windshields have a bracket mounted on the inside to hold a laser sensor or LIDAR device for the Smart City Brake Support system.  These brackets were improperly affixed with only tape instead of tape and urethane and therefore may loosen. If the bracket loosens or detaches from the windshield, the safety features of the Smart City Brake Support system may be disabled and therefore increase the risk of a crash. Pilkington will contact the wholesalers and retailers that purchased the windshields to try to identify the affected customers.  The affected windshields will be replaced, free of charge.  This recall is expected to begin during February 12, 2016.  Owners may contact Pilkington at 1-844-278-7230.

16E-002

GMAX Helmet LLC (GMAX) is recalling certain GM78 Fullface helmets, size medium, manufactured January 1, 2012, to December 30, 2014.  The affected helmets may not adequately protect a user in the event of a crash.  As such, these helmets fail to comply with the requirements of Federal Motor Vehicle Safety Standard

(FMVSS) number 218, "Motorcycle Helmets." An individuals head may not be fully protected when wearing this helmet, increasing the risk of injury in the event of a crash. The remedy for this recall is still under development. The manufacturer has not yet provided a notification schedule.  Owners may contact GMAX customer service at 1-208-376-8400.

**16E-003**

Meritor, Inc. (Meritor) is recalling certain Trailer Axle Assemblies, part number HTQ4671LH8846.  The affected axle assemblies are equipped with certain Haldex Life Seal Type 30/30 Long Stroke Air Brake Actuators.  These axles may experience brake drag due to an improperly seated diaphragm in the brake chamber. Brake drag may result in a wheel end fire. Meritor will notify their affected vehicle manufacturing customers, and their dealers will remove and replace the Haldex Life Seal Type 30/30 long stroke actuators with Haldex Gold Seal Type 30/30 long stroke actuators, free of charge.  The recall is expected to begin in February 2016.  Owners may contact Meritor customer service at 1-248-435-1725 or Haldex customer service at 1-800-752-2501.

**16E-004**

Takata Corporation (Takata) is recalling certain PSDI-5 air bag inflators manufactured from start of production (January 1, 2003), through production impacting up through model year 2014 vehicles, assembled as part of the driver-side frontal air bag modules in certain Audi, BMW, Honda, Mercedes-Benz, Saab, Toyota and Volkswagen vehicles.  These inflators, used as original or replacement equipment during service, may rupture from exposure to persistent conditions of high absolute humidity and/or due to manufacturing variability. In the event of a crash necessitating deployment of the driver's frontal air bag, the inflator could rupture with metal fragments striking the vehicle occupants potentially resulting in serious injury or death. Takata will be working with vehicle manufacturers to identify into which vehicles the affected inflators were installed either as original or replacement equipment during service.  As this work progresses, numerous vehicle recalls will likely be announced by the impacted vehicle manufacturers.  NHTSA will supply this information as soon as possible. NOTE: Toyota has already launched a recall campaign to address their vehicles under recall number 15V-284. Additionally, inflators installed as part of a prior recall remedy are not affected by this recall.

**16E-005**

Takata Corporation (Takata) is recalling certain SDI driver-side air bag inflators manufactured from start of production (January 1, 2002) through production impacting up through model year 2014 vehicles, and assembled as part of the driver-side frontal air bag modules in certain Audi, Ford, Mazda, Sprinter and Volkswagen vehicles.  These inflators, used as original or replacement equipment during service, may rupture from exposure to persistent conditions of high absolute humidity and/or due to manufacturing variability. In the event of a crash necessitating deployment of the driver's frontal air bag, the inflator could rupture with metal fragments striking the vehicle occupants potentially resulting in serious injury or death. Takata will be working with vehicle manufacturers to identify into which vehicles the affected inflators were installed either as original or replacement equipment during service.  As this work progresses, numerous vehicle recalls will likely be announced by the impacted vehicle manufacturers.  NHTSA will supply this information as soon as possible. NOTE: Ford has already launched a recall campaign to remedy their affected vehicles under recall number 16V-036.

**16E-006**

Continental Automotive Systems, Inc. (Continental) is recalling certain Air Bag Control Units (ABCU) manufactured January 1, 2006, to December 31, 2010. The affected units have a power supply component that may corrode and result in the failure of the ABCU. If the air bag control unit fails, safety systems such as seat belt pretensioners and air bags may not deploy in the event of a crash, increasing the risk of occupant injury. Additionally, in some vehicles, the air bags may inadvertently deploy, increasing the risk of a crash. Continental will notify the vehicle manufacturers that installed the air bag control units into vehicles. The affected vehicle manufacturers will file recalls for these vehicles and notify their customers and replace the air bag control units. The manufacturer has not yet provided a notification schedule.

**16E-007**

## TIRES:

None during January 2016.

## VEHICLES:

Halcore Group, Inc. (Halcore) is recalling certain model year 2006-2013 American Emergency Vehicles (AEV) Ambulance Wheelchair Vans manufactured January 2, 2006 to March 15, 2013, equipped with certain model S2005, S2010, S5005, S5010, S5505, and S5510 wheelchair lifts manufactured by Ricon Corporation. The affected lifts are equipped with folding link arms that may have pivot holes that are too big, allowing the bearings to move out of position. If the bearings move out of position, the stowed platform may have excessive movement resulting in failure of the platform mounting. This failure could cause the wheel chair lift platform to fall out of the vehicle when the doors are opened, increasing the risk of injury for the lift operator. Halcore will notify the owners, and Ricon dealers will inspect the link arms for damage or for displaced bearings. The platform will be inspected for cracks. Any damaged parts will be replaced, free of charge. The recall began on January 13, 2016. Owners may contact Ricon Customer Service at 1-800-322-2884 or AEV customer service at 1-800-374-9749. Halcore's number for this recall is 15E-068.

**16V-001**

HME, Inc. (HME) is recalling one 2015 SFO fire service chassis vehicle manufactured on July 31, 2015 and equipped with a drive axle manufactured by Marmon-Herrington. The affected axle may have hex nuts on the flange yoke that may not have been properly tightened. If the hex nuts are not tightened to specification, the driveshaft may disconnect from the drive axle, resulting in a loss of propulsion and increasing the risk of a crash. HME will notify the owner, and a dealer will inspect the torque and if necessary tighten the bolts, free of charge. The recall is expected to begin during February 2016. Owners may contact HME customer service at 1-616-534-1463.

**16V-002**

Foretravel, Inc. (Foretravel) is recalling certain model year 2008 Nimbus motorhomes manufactured July 9, 2007, to March 25, 2008. The affected vehicles are equipped with certain Lippert-brand Coachstep Double Electric Steps. These steps use a bolt to attach the fan gear assembly to the steps. This bolt may fracture allowing the fan gear to disengage from the steps. As a result, the steps may not remain in the expected position and may be unstable. Unstable entry and exit steps increase the risk of injury. Foretravel will notify owners and dealers will install a retainer bracket to reinforce the operating mechanism, free of charge. The recall began on February 20, 2016. Owners may contact Foretravel customer service at 1-936-564-8367, or Lippert customer service at 1-574-537-8900.

**16V-003**

Bluecar SAS (Bluecar) is recalling certain model year 2016 Bluecar hybrid-electric vehicles manufactured June 7, 2015, to September 11, 2015. The affected vehicles have a gear shift lever that may break preventing the car from maintaining the intended gear position. If the gear shift lever breaks, the vehicle may become immobilized, increasing the risk of a crash. Bluecar has notified the one purchaser of the affected vehicles and the remedy of replacing the gear shift with a newly designed gear lever has begun, free of charge.

**16V-004**

Transportation Collaborative, Inc. (Transportation Collaborative) is recalling certain model year 2015 Trans Tech Bus Student Safety Transporter, Student Transporter Aero, and Roadstar school buses manufactured May 1, 2015, to November 15, 2015, equipped with certain Transpec T6000, T6100, and T7000 series school bus stop arms. The affected stop arms have a reflective decal that may peel loose from the stop arm. As such, these stop arms fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 131, "School Bus Pedestrian Safety Devices." Without a reflective decal, the stop arms would have reduced visibility to other drivers, increasing the risk of a crash. Transportation Collaborative will notify owners, and dealers will replace the stop arm blade assembly, free of charge. The recall began on January 27, 2016. Owners may contact Transportation Collaborative customer service at 1-845-988-0419 or the manufacturer of the stop arms at 1-800-951-7867. Transportation Collaborative's number for this recall is 15E-090.

**16V-005**

Blue Bird Body Company (Blue Bird) is recalling certain model year 2016-2017 All American school buses manufactured May 18, 2015, to November 9, 2015, and Vision school buses manufactured May 8, 2015, to October 27, 2015, equipped with certain Transpec T6000, T6100, and T7000 series school bus stop arms. The affected stop arms have a reflective decal that may peel loose from the stop arm. As such, these stop arms fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 131, "School Bus Pedestrian Safety Devices." Without a reflective decal, the stop arms would have reduced visibility to other drivers, increasing the risk of a crash. Blue Bird will notify owners, and dealers will replace the stop arm blade assembly, free of charge. The recall began on January 28, 2016. Owners may contact Blue Bird customer service at 1-478-822-2242 or the manufacturer of the stop arms at 1-800-951-7867. Blue Birds number for this recall is R16YK-SB.

**16V-006**

Gulf Stream Coach, Inc. (Gulf Stream) is recalling certain model year 2008-2011 Caribbean, Yellowstone and

Independence, 2008-2009 Crescendo, Sun Voyager, and Toy Hauler, 2008 Sun Sport, 2008-2010 Tour Master, 2010 B Touring Cruiser, 2010-2011 Conquest, 2009-2010 Conquest Super C and Super Nova, 2009 Endura and Gladiator motor homes manufactured August 1, 2007 to September 30, 2010.  The affected vehicles are equipped with Lippert-brand Coachstep Double and Triple Electric Steps. The bolt that attaches the fan gear assembly to the steps may fracture allowing the fan gear to disengage from the steps.  As a result, the steps may not remain in the expected position and may be unstable. Unstable entry and exit steps increase the risk of injury. Gulf Stream will notify owners, and dealers will install a retainer bracket to reinforce the operating mechanism, free of charge.  The manufacturer has not yet provided a notification schedule.  Owners may contact Gulf Stream customer service at 1-800-289-8787.  Gulf Stream's number for this recall is CS070116.

**16V-007**

Newmar Corporation (Newmar) is recalling certain model year 2008-2014 Bay Star, Dutch Star, and Ventana, 2012-2014 Bay Star Sport and Ventana VL, 2008-2015 Canyon Star, 2009-2010 Dutch Aire and 2008 Kountry Star motorhomes manufactured May 29, 2007, to January 14, 2015, and equipped with certain Coachstep Double and Triple Electric Steps manufactured by Lippert Components.  The bolt that attaches the fan gear assembly to the steps may fracture allowing the fan gear to disengage from the steps.  As a result, the steps may not remain in the expected position and may be unstable. Unstable entry and exit steps increase the risk of injury. Newmar will notify owners, and dealers will install a retainer bracket to reinforce the operating mechanism, free of charge.  The recall is expected to begin March 18, 2016.  Owners may contact Newmar customer service at 1-574-773-7791 or Lippert Customer service at 574-537-8900.  Newmar's number for this recall is 15E 078.

**16V-008**

Turtle Top is recalling certain model year 2006-2014 Odyssey, 2008-2009 and 2011 Odyssey LT, 2007-2008 and 2010-2012 Odyssey XL, 2008 and 2012 Terra Transport and 2007-2008 and 2013 Van Terra vehicles equipped with certain model S2005, S2010, S5005, S5010, S5505, and S5510 wheelchair lifts manufactured by Ricon.  The affected lifts are equipped with folding link arms that may have pivot holes that are too big, allowing the bearings to move out of position. If the bearings move out of position, the stowed platform may have excessive movement resulting in failure of the platform mounting.  This failure could cause the wheel chair lift platform to fall out of the vehicle when the doors are opened, increasing the risk of injury for the lift operator. Turtle Top will notify owners, and dealers will inspect the link arms for damage or for displaced bearings.  The platform will be inspected for cracks.  Any damaged parts will be replaced, free of charge. The recall is expected to begin during February 2016.  Owners may contact Turtle Top customer service at 1-574-831-4340, or Ricon customer service at 1-800-322-2884.

**16V-009**

Champion Bus, Inc. (Champion) is recalling certain model year 2009-2015 Crusader, Stacked Rail, and CTS RE vehicles manufactured April 5, 2010, to October 14, 2015, equipped with Recaro Ergo-M Commercial Bus Driver Seats.  The affected seats have J-Brackets that may be missing welds which could allow the seat belt anchorage assembly to separate from the J-Bracket.  If the seatbelt anchorage assembly separates from the J-Bracket, the bus driver may not be properly restrained in the event of a crash increasing their risk of injury.  Champion will notify owners, and dealers will inspect the seats to determine if welds are missing.  Any J-Bracket

that is missing welds will be removed and replaced, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Champion customer service at 1-810-724-6474, or Johnson Controls (manufacturer of Recaro seats) customer service at 1-248-484-3203.

**16V-010**

Gillig LLC (Gillig) is recalling certain model year 2010-2015 Low Floor transit buses manufactured April 1, 2010 to October 30, 2015, equipped with Recaro Ergo-M Commercial Bus Driver Seats. The affected seats have J-Brackets that may be missing welds which could allow the seat belt anchorage assembly to separate from the J-Bracket. If the seatbelt anchorage assembly separates from the J-Bracket, the bus driver may not be properly restrained in the event of a crash increasing their risk of injury. Gillig will notify the owners, and dealers will inspect the seats to determine if welds are missing. Any J-Bracket that is missing welds will be removed and replaced, free of charge. The recall is expected to begin on March 11, 2016. Owners may contact Gillig customer service at 1-800-735-1500.

**16V-011**

Eldorado National-California , Inc. (Eldorado) is recalling certain model year 2010-2015 Axess and EZRM, 2011-2015 XHF, and 2014-2016 Arrivo vehicles equipped with certain Recaro Ergo-M Commercial Bus Driver Seats. The affected seats have J-Brackets that may be missing welds which could allow the seat belt anchorage assembly to separate from the J-Bracket. If the seatbelt anchorage assembly separates from the J-Bracket, the bus driver may not be properly restrained in the event of a crash increasing their risk of injury. Eldorado will notify owners, and dealers will inspect the seats to determine if welds are missing. Any J-Bracket that is missing welds will be removed and replaced, free of charge. The recall began on February 8, 2016. Owners may contact Eldorado customer service at 1-909-591-9557.

**16V-012**

Jet Company, Inc. (Jet) is recalling certain model year 2014 Grain dry bulk trailers manufactured November 1, 2013, to February 14, 2014, equipped with certain CBX series Trailer Suspension Systems. The affected trailer suspensions have pivot bolts that may fail. Failure of the pivot bolts may cause the suspension and attached axle to separate from the trailer that it was connected to, increasing the risk of a crash. Jet will notify owners, and service centers will replace the defective pivot bolts with new pivot bolts, free of charge. The recall began February 4, 2016. Owners may contact Jet customer service at 1-515-332-3117, or SAF-Holland customer service at 1-888-396-6501.

**16V-013**

Supreme Corporation (Supreme) is recalling certain model year 2008-2014 Azure Hybrid, Candidate, Senator, Senator HD, Senator II, President, President S2, Sentinel, and Trolley shuttle buses manufactured May 9, 2008, to August 9, 2014, equipped with certain model S2005, S2010, S5005, S5010, S5505, and S5510 wheelchair lifts manufactured by Ricon. The affected lifts are equipped with folding link arms that may have pivot holes that are too big, allowing the bearings to move out of position. If the bearings move out of position, the stowed platform may have excessive movement resulting in failure of the platform mounting. This failure could cause the wheel chair lift platform to fall out of the vehicle when the doors are opened, increasing the risk of injury for the lift operator. Supreme will notify owners, and dealers will inspect the link arms for damage or for displaced

bearings. The platform will be inspected for cracks. Any damaged parts will be replaced, free of charge. The recall is expected to begin March 10, 2016. Owners may contact Supreme customer service at 1-800-642-4889, or Ricon customer service at 1-800-322-2884. Note: These buses and wheelchair lifts were subject to a similar recall in 2014. All vehicles that received that recall remedy are still affected by this recall as well.

**16V-014**

Forest River, Inc. (Forest River) is recalling certain model year 2016 Coachmen Cross Country vehicles manufactured May 26, 2015, to December 2, 2015. The affected vehicles may experience the front tire coming into contact with the full fill guard causing loss of vehicle control. If the tire contacts the fuel fill guard causing the tire to deflate, it can cause loss of vehicle control increasing the risk of a vehicle crash. Forest River will notify owners, and dealers will install a new fuel fill guard, free of charge. The recall is expected to begin March 10, 2016. Owners may contact Forest River customer service at 1-800-348-7440. Forest River's number for this recall is 310-01112016-0126.

**16V-015**

Forest River, Inc. (Forest River) is recalling certain model year 2015-2016 Starcraft Quest, and XL school buses manufactured June 1, 2015, to November 1, 2015, equipped with certain Transpec T6000, T6100, and T7000 series school bus stop arms. The affected stop arms have a reflective decal that may peel loose from the stop arm. As such, these stop arms fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 131, "School Bus Pedestrian Safety Devices." Without a reflective decal, the stop arms would have reduced visibility to other drivers, increasing the risk of a crash. Forest River will notify owners, and their dealers will replace the stop arm blade assembly, free of charge. The recall began on February 4, 2016. Owners may contact Forest River customer service at 1-800-348-7440 or the manufacturer of the stop arms at 1-800-951-7867. Forest River's number for this recall is 5-12222015-0125.

**16V-016**

Daimler Buses North America (DBNA) is recalling certain model year 2010-2012 Orion VII transit buses manufactured April 5, 2010, to October 31, 2012, equipped with certain Recaro Ergo-M Commercial Bus Driver Seats. The affected seats have J-Brackets that may be missing welds which could allow the seat belt anchorage assembly to separate from the J-Bracket. If the seatbelt anchorage assembly separates from the J-Bracket, the bus driver may not be properly restrained in the event of a crash, increasing their risk of injury. DBNA will notify owners, and dealers will inspect the seats to determine if welds are missing. Any J-Bracket that is missing welds will be removed and replaced, free of charge. The recall is expected to begin March 1, 2016. Owners may contact DBNA customer service at 1-905-403-1111.

**16V-017**

Suzuki Motor of America, Inc. (Suzuki) is recalling certain model year 2008-2012 AN400, AN400A, DL1000, GSX1300R, 2008-2009 GSF1250S and GSF1250SA, 2008 GSX1300BK and GSX1300BKA, 2008-2010 GSX650F, GSX-R600, GSX-R750, VLR1800, VLR1800T, and 2009-2010 SFV650 and VZ1500 motorcycles. Due to a problem with the circuit board for the regulator/rectifier power module, the motorcycle may not sufficiently charge the battery and the motorcycle may stall. If the engine stalls while riding, there would be an increased risk of a crash. Suzuki will notify owners, and dealers will replace the regulator/rectifier, free of

charge. The recall is expected to begin March 4, 2016. Owners may contact Suzuki customer service at 1-800-444-5077. Suzuki's number for this recall is 2A56 to 2A64.

**16V-018**

Western Trailer Company (Western) is recalling certain model year 2015-2016 Chip B-Train trailers manufactured December 29, 2014, to February 26, 2015, equipped with certain Haldex Life Seal Type 30/30 Long Stroke Air Brake Actuators. The affected vehicles may experience brake drag due to an improperly seated diaphragm in the brake chamber. Brake drag may result in a wheel end fire. Western has notified the affected owners and the brake chambers have already been replaced, free of charge. Owners may contact Western customer service at 1-888-344-2539.

**16V-019**

Motor Coach Industries (MCI) is recalling certain model year 2011-2013 and 2015 J4500 coaches manufactured November 18, 2011, to July 10, 2015, 2011-2012 and 2014-2015 D4000 coaches manufactured manufactured September 24, 2010, to September 5, 2015, 2011-2013 and 2015-2016 D4005 coaches manufactured January 17, 2011, to November 23, 2015, 2012-2014 and 2016 D4000ISTV coaches manufactured July 18, 2012, to December 2, 2015, 2010-2016 D4500 coaches manufactured April 15, 2010, to December 18, 2015 and 2011-2016 D4505 coaches manufactured December 15, 2010, to December 4, 2015. The affected buses are equipped with certain Recaro Ergo-M Commercial Bus Driver Seats that have J-Brackets that may be missing welds which could allow the seat belt anchorage assembly to separate from the J-Bracket. If the seatbelt anchorage assembly separates from the J-Bracket, the bus driver may not be properly restrained in the event of a crash increasing their risk of injury. MCI will notify owners and dealers will inspect the seats and determined if welds are missing. Any J-Bracket that is missing welds will be removed and replaced, free of charge. The recall is expected to begin in February 2016. Owners may contact MCI at 1-800-241-2947. MCI's number for this recall is SB 431.

**16V-020**

Setra of North America (Setra) is recalling certain model year 2011-2012 S417TC buses manufactured August 2, 2010, to October 3, 2011, and 2012 Setra S407CC buses manufactured August 2, 2010, to July 4, 2011, and equipped with certain Recaro Ergo-M Commercial Bus Driver Seats. The affected seats have J-Brackets that may be missing welds which could allow the seat belt anchorage assembly to separate from the J-Bracket. If the seatbelt anchorage assembly separates from the J-Bracket, the bus driver may not be properly restrained in the event of a crash increasing their risk of injury. Setra will notify owners, and the seats will be inspected to determine if any welds are missing. Any J-Bracket that is missing welds will be removed and replaced, free of charge. The recall is expected to begin March 1, 2016. Owners may contact Setra customer service at 1-800-241-2947 or Recaro customer service at 1-248-484-3203. Setra's number for this recall is 91.10U10086A.

**16V-022**

Altec Industries (Altec) is recalling certain model year 2010-2015 AH75, AH85, and AH100 Aerial Devices manufactured January 10, 2008, to December 31, 2015. The affected units have a hydraulic pressure control valve that may allow the aerial device to move even when not told to do so. An aerial device that moves unexpectedly increases the risk of injury to the operator. Altec will notify owners, and dealers will replace the

hydraulic pressure control valves, free of charge.  The recall is expected to begin during February 2016.  Owners may contact Altec customer service at 1-205-991-7733.

**16V-023**

Rosenbauer Motors (Rosenbauer) is recalling certain model year 2014-2015 Commander fire truck cabs and chassis manufactured December 31, 2013, to December 31, 2015, and equipped with certain Independent Front Suspension (IFS) assemblies manufactured by Reyco Granning.  The affected assemblies may have loose ball joints which could separate causing a loss of steering control. A loss of steering control increases the risk of a crash. Rosenbauer has notified the affected owners and has repaired all of the vehicles by reworking the ball joint, free of charge.  Notification began on September 2, 2015.  Owners may contact Rosenbauer customer service at 1-651-462-1000.  Rosenbauer's number for this recall is TSB 01-009-15.

**16V-024**

Vanguard National Trailer Corporation (Vanguard) is recalling certain model year 2014-2015 Dry Freight Van Trailers manufactured November 22, 2013, to November 12, 2014, equipped with certain Haldex Life Seal Type 30/30 Long Stroke Air Brake Actuators.  The affected vehicles may experience brake drag due to an improperly seated diaphragm in the brake chamber. Brake drag may result in a wheel end fire.. Vanguard will notify owners, and dealers will replace the actuators, free of charge.  The recall began on January 29, 2016. Owners may contact Vanguard customer service at 1-888-253-3008.  Vanguard's number for this recall is 15E-017.

**16V-025**

Winnebago Industries, Inc. (Winnebago) is recalling certain model year 2015-2016 Winnebago Travato, Trend, and Itasca Viva! motor homes manufactured February 27, 2015, to January 6, 2016.  The affected vehicles have an ignition switch that may experience an intermittent loss of electrical contact. An intermittent loss of contact can result in a vehicle stall and/or a partial or complete loss of the air bags, anti-lock brakes, electronic stability control and/or instrument panel cluster.  Loss of functionality of these systems may increase the risk of crash and/or increase the risk of injury in the event of a crash. FCA US (Chrysler), manufacturer of the motorhome chassis, will notify owners, and Chrysler dealers will replace the ignition switch contact holder block, free of charge.  Owners were sent interim notices in January 2016.  Owners will receive a second notice when remedy parts become available.  Owners may contact Chrysler customer service at 1-800-853-1403 or Winnebago customer service at 1-641-585-3535.

**16V-026**

Rosenbauer Motors (Rosenbauer) is recalling certain model year 2015 Commander fire trucks manufactured July 28, 2014, to July 22, 2015, and equipped with drive axles manufactured by Marmon-Herrington.  The affected axles may have hex nuts on the flange yoke that may not have been properly tightened. If the hex nuts are not tightened to specification, the driveshaft may disconnect from the drive axle, resulting in a loss of propulsion and increasing the risk of a crash. Rosenbauer notified the owners, and dealers will check the hex nut for proper torque, tightening as necessary, free of charge.  The recall began on February 4, 2016.  Owners may contact Rosenbauer customer service at 1-651-462-1000.

**16V-027**

# SAFETY DEFECT/NONCOMPLIANCE NOTICES
# RECEIVED DURING JANUARY 2016
*Published February 23, 2016*

Autocar, LLC (Autocar) is recalling certain model year 2013-2016 Xpeditor vehicles manufactured August 15, 2012, to January 5, 2016. The affected vehicles are configured with dual-drive, right-hand-stand-up cabs. In these vehicles, the locking cotter pin on the brake pedal mounting bracket may not be fully engaged, allowing the brake pedal to detach. If the brake pedal detaches, there would be an increased the risk of a crash. Autocar will notify owners, and dealers will correct the installation of, or install, the cotter pin, free of charge. The recall is expected to begin March 16, 2016. Owners may contact Autocar customer service at 1-765-489-5499. Autocar's number for this recall is ACX-1601.

**16V-028**

Nissan North America, Inc. (Nissan) is recalling certain model year 2013-2015 Nissan Altima vehicles manufactured March 6, 2012, to December 31, 2014. In the affected vehicles, the secondary hood latch may bind and remain in the unlatched position when the hood is closed. If the primary latch is inadvertently released and the secondary latch is not engaged, the hood could unexpectedly open while driving, increasing the risk of a vehicle crash. These vehicles were previously included in recalls 14V-565 and 15V-116, however the previous remedy plan may not have been performed consistently to remove the safety risk. To correct this issue, Nissan will re-notify all affected owners and dealers will replace the hood latch with a new one, free of charge. The recall is expected to begin in mid-February. Owners may contact Nissan customer service at 1-800-647-7261. Note: This recall supersedes recalls 14V-565 and 15V-116.

**16V-029**

Navistar, Inc. (Navistar) is recalling certain model year 2016-2017 IC CE school buses manufactured May 4, 2015, to December 15, 2015, and 2016 IC RE school buses manufactured July 17, 2015, to December 15, 2015, and equipped with certain Transpec T6000, T6100, and T7000 series school bus stop arms. The affected stop arms have a reflective decal that may peel loose from the stop arm. As such, these stop arms fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 131, "School Bus Pedestrian Safety Devices." Without a reflective decal, the stop arms would have reduced visibility to other drivers, increasing the risk of a crash. Navistar will notify owners, and dealers will replace the stop arm blade assembly, free of charge. The recall is expected to begin March 22, 2016. Owners may contact Navistar customer service at 1-331-332-1590, or Specialty customer service at 1-800-951-7867. Navistar's number for this recall is 16501.

**16V-030**

Collins Bus Corporation (Collins) is recalling certain model year 2015 DE416, DE416WR, DE500, DE516, DE516WR, DH400, DH416, DH416WR, DH500, DH516, SH400, SL400, TH400, and TL400 school buses manufactured May 1, 2015, to December 21, 2015, equipped with certain Transpec T6000, T6100, and T7000 series school bus stop arms. The affected stop arms have a reflective decal that may peel loose from the stop arm. As such, these stop arms fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 131, "School Bus Pedestrian Safety Devices." Without a reflective decal, the stop arms would have reduced visibility to other drivers, increasing the risk of a crash. Collins will notify owners, and the stop arm blade assemblies will be replaced, free of charge. The recall is expected to begin during February 2016. Owners may contact Collins customer service at 1-800-533-1850, or Transpec customer service at 1-800-951-7867.

# SAFETY DEFECT/NONCOMPLIANCE NOTICES
# RECEIVED DURING JANUARY 2016
*Published February 23, 2016*

**16V-031**

Evergreen Recreational Vehicles, LLC (Evergreen) is recalling certain model year 2013-2015 Amped and Amped Reactor recreational vehicles manufactured June 1, 2013, to August 31, 2015. In the affected vehicles, the generator and generator pump may shift during transit, and as a result, carbon monoxide from the generator may fill the passenger cabin when the generator is running. If carbon monoxide enters the cabin, occupants are at an increased risk of injury. Evergreen will notify owners, and dealers will inspect the vehicles and correct the generator installation, as necessary, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Evergreen customer service at 1-574-825-4298.

**16V-032**

Vintage Trailers Ltd. (Vintage) is recalling certain model year 2009-2016 Intimidator, Aero, Outlaw, Bandit, and Crystal SS trailers manufactured May 9, 2008, to September 23, 2015. The affected trailers may have a Federal Identification Sticker with the incorrect 5,200 pounds when the correct GAWR should be 5,080 pounds. Thus, these vehicles fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) No. 120, "Wheels and Rims- Other than Passenger Cars." If the operator overloads the trailer passed the 15,200 pound weight limit, it can cause loss of vehicle control, increasing the risk of a crash. Vintage will notify owners, and dealers will apply a new corrected Federal Identification label, free of charge. The recall is expected to begin during February 2016. Owners may contact Vintage customer service at 1-800-233-5455.

**16V-033**

Volkswagen Group of America, Inc. (Volkswagen) is recalling certain model year 2011-2015 Touareg Hybrid vehicles manufactured March 20, 2010, to April 11, 2015. The hybrid battery tray may not drain water sufficiently. If water collects in the hybrid battery tray, it may cause an electrical short in the high voltage battery. An electrical short in the high voltage battery increases the risk of a fire. Volkswagen will notify owners, and dealers will install a fitted drain valve to allow water to drain properly, free of charge. The recall is expected to begin in late February 2016. Owners may contact Volkswagen customer service at 1-800-893-5298. Volkswagen's number for this 53B8.

**16V-035**

Ford Motor Company (Ford) is recalling certain model year 2004-2006 Ranger vehicles manufactured March 24, 2003, to May 4, 2006. Upon deployment of the driver side frontal air bag, excessive internal pressure may cause the inflator to rupture. In the event of a crash necessitating deployment of the driver's frontal air bag, the inflator could rupture with metal fragments striking the vehicle occupants potentially resulting in serious injury or death. Ford will notify owners, and dealers will replace the air bag inflators, free of charge. The recall is expected to begin March 7, 2016. Owners may contact Ford customer service at 1-866-436-7332. Ford's number for this recall is 16S03. Note: This recall supersedes 14V-343 and only applies to Rangers manufactured in North America.

**16V-036**

Altec Industries Inc. (Altec) is recalling certain model year 2015 Effer 440 and 470 Knuckle Boom Cranes manufactured January 1, 2015, to December 31, 2015. The affected cranes have pedestals that may crack in

the welded area. The cracks may lead to pedestal separation and the crane falling, increasing the risk of injury. Altec will notify owners and dealers will inspect the pedestal for cracked welds and will replace the mounting bolts for the rotation bearing. The recall is expected to begin on February 26, 2016. Owners may contact Altec customer service at 1-800-860-0183. Altec's number for this recall is CSN 629.

**16V-037**

New Flyer Industries, Ltd. (New Flyer) is recalling certain model year 2015 New Flyer MD30, 2012 C35LFR, 2010-2011 D35LFR, NABI 35LFW, 2011 D40LFR, 2010-2012 D60LFR and NABI 31LFW, 2010 C40LF, DE35LF, D40LF, DE40LFA, DE60LFA, GE35LFR and GE40LF, 2009 DE60LF and GE40LFR, 2010-2013 C40LFR, DE60LFR, NABI 416 and NABI 60BRT, 2010-2015 XD35, XDE40, NABI 40LFW and 42BRT, 2011-2015 XD40 and XN40, 2013-2015 XD60, XDE60 and XN35, 2010-2014 XDE35, 2013 XE40, 2012-2015 XN60, equipped with certain Recaro Ergo-M Commercial Bus Driver Seats. The affected seats have J-Brackets that may be missing welds which could allow the seat belt anchorage assembly to separate from the J-Bracket. If the seatbelt anchorage assembly separates from the J-Bracket, the bus driver may not be properly restrained in the event of a crash, increasing their risk of injury. New Flyer will notify owners instructing them to inspect their seats for missing welds. Recaro will supply replacement anchorage brackets and cover the labor to replace them if any welds are missing, free of charge. The recall began on February 4, 2016. Owners may contact New Flyer customer service at 1-204-224-6706, or Recaro customer service at 1-800-873-2276. New Flyer's number for this recall is R16-001.

**16V-038**

ShowHauler Trucks, Inc. (ShowHauler) is recalling certain model year 2007-2011 Motorhomes, Garage units, and Toterhomes manufactured June 1, 2007, to April 13, 2011. The affected vehicles are equipped with certain Lippert-brand Coachstep Double and Triple Electric Steps. These steps use a bolt to attach the fan gear assembly to the steps. This bolt may fracture allowing the fan gear to disengage from the steps. As a result, the steps may not remain in the expected position and may be unstable. Unstable entry and exit steps increase the risk of injury. ShowHauler will notify owners and dealers will install a retainer bracket to reinforce the operating mechanism, free of charge. The recall is expected to begin in February 2016. Owners may contact ShowHauler customer service at 1-574-825-6764.

**16V-039**

Terex South Dakota, Inc. (Terex) is recalling certain model year 2011-2015 SCM48, SCM50, and SCM55 aerial devices manufactured August 24, 2011, to November 5, 2015. The affected vehicles have a leveling cylinder linkage that can be forced past its intended stop position, causing damage to, and failure of, the leveling system. If the leveling system fails, the aerial platform may tilt, increasing the risk of injury to the user or those nearby. Terex will notify owners, and dealers will install a stop to prevent excessive cylinder linkage movement, free of charge. The recall is expected to begin in February 2016. Owners may contact Terex customer service at 1-800-982-8975. Terex's number for this recall is SN627.

**16V-040**

# SAFETY DEFECT/NONCOMPLIANCE NOTICES
# RECEIVED DURING JANUARY 2016
*Published February 23, 2016*

Newmar Corporation (Newmar) is recalling certain model year 2016 Ventana, and Dutch Star vehicles manufactured March 19, 2015, to January 21, 2016 on Freightliner chassis. The affected vehicles have an "Incomplete Vehicle Label" that incorrectly lists the maximum front tire inflation level to be 130 pounds per square inch (psi), when the correct level is 120 psi. If the tire is overinflated due to the incorrect label, the tire may unexpectedly fail, increasing the risk of a crash. Newmar will notify owners, and Freightliner will provide a corrected label, free of charge. The recall is expected to begin on March 26, 2016. Owners may contact Newmar customer service at 1-574-773-7791.

**16V-041**

Bluecar SAS (Bluecar) is recalling certain model year 2016 Bluecar vehicles manufactured June 7, 2015, to December 15, 2015. The power train software of the affected vehicles may shut down power to the car after certain driving conditions such as high acceleration with immediate release of the accelerator, or harsh braking action. If the vehicle loses power, it can increase the risk of a crash. Bluecar notified the owner of the fleet of vehicles, and all affected vehicles have received corrected power train software, free of charge. The recall was completed on December 23, 2015. Bluecar's number for this recall is Software Shut Off.

**16V-042**

FCA US LLC (Chrysler) is recalling certain model year 2011-2016 Dodge Charger vehicles manufactured August 23, 2010, to January 7, 2016. When an affected vehicle is lifted using the supplied tire jack without chocking the wheels, the vehicle's body-side sill may give causing the tire jack to fail and the car to fall. A car that falls unexpectedly increases the risk of injury. Chrysler will notify owners, and dealers will provide owners with wheel chocks, free of charge. Parts are not currently available. Owners will be sent an interim notification by early April 2016. A second letter will be mailed when the tire chocks are available. Owners may contact Chrysler customer service at 1-800-853-1403. Chrysler's number for this recall is S03.

**16V-043**

FCA US LLC (Chrysler) is recalling certain model year 2015-2016 Chrysler Town and Country, and 2014-2015 Dodge Grand Caravan vehicles manufactured August 16, 2014, to December 5, 2015. The windshield on the affected vehicles may have been installed using expired urethane primer, allowing the windshield to become displaced in the event of a crash. As such, these vehicles fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 212, "Windshield Mounting." If the windshield dislodges during a crash, there is an increased risk of occupant injury. Chrysler will notify owners, and dealers will replace the windshield, free of charge. The recall is expected to begin on March 4, 2016. Owners may contact Chrysler customer service at 1-800-853-1403. Chrysler's number for this recall is S02.

**16V-044**

Volkswagen Group of America, Inc. (Volkswagen) is recalling certain model year 2015 Volkswagen Tiguan vehicles manufactured January 15, 2015, to January 21, 2015, and 2015 Audi Q5 vehicles manufactured January 13, 2015, to February 3, 2015. The affected vehicles are equipped with driver and front seat passenger seat-mounted air bag inflators that may rupture in the event of a crash. In the event of a crash necessitating deployment of a seat-mounted air bag, the inflator could rupture with metal fragments striking the driver or other occupants resulting in serious injury or death. Volkswagen will notify owners, and dealers will replace the side air

bag modules, free of charge.  The manufacturer has not yet provided a notification schedule.  Owners may contact Audi customer service at 1-800-822-2834 or Volkswagen customer service at 1-800-893-5298.  Volkswagen's number for this recall is 69M1 (for Audi) and 69L9 (for VW).

**16V-045**

Ford Motor Company (Ford) is recalling certain model year 2016 E-350 and E-450 vehicles manufactured November 3, 2014, to December 10, 2015 and equipped with a 6.8L engine and an optional trailer brake controller.  The trailer braking system may fail, increasing the distance needed to stop the vehicle. If the vehicle unexpectedly needs an extended braking distance, there would be an increased risk of a crash. Ford will notify owners, and dealers will reprogram the powertrain control module, free of charge.  The recall began on February 15, 2016.  Owners may contact Ford customer service at 1-866-436-7332.  Ford's number for this recall is 16S01.  Note: This recall supersedes 15V-710.  Any vehicle previously repaired under 15V-710 will need to be repaired again.

**16V-046**

FCA US LLC (Chrysler) is recalling certain model year 2009 Dodge Journey vehicles manufactured December 31, 2007, to August 31, 2008, 2008-2009 Dodge Grand Caravan and Chrysler Town and Country vehicles manufactured June 18, 2007, to August 31, 2008, and 2009 Volkswagen Routan vehicles manufactured August 11, 2008, to August 31, 2008.  In the affected vehicles, the air bag control units may corrode and fail. If the air bag control unit fails, the air bags may not deploy in the event of a crash, increasing the risk of occupant injury. Additionally, the air bags may inadvertently deploy, increasing the risk of a crash. Chrysler will notify owners, and dealers will replace the air bag control unit, free of charge.  The manufacturer has not yet provided a notification schedule.  Owners may contact Chrysler customer service at 1-800-853-1403.  Chrysler's number for this recall is S07.

**16V-047**

Mazda North American Operations (Mazda) is recalling certain model year 2004-2006 B-Series trucks manufactured April 17, 2003, to May 2, 2006.  Upon deployment of the driver side frontal air bag, excessive internal pressure may cause the inflator to rupture. In the event of a crash necessitating deployment of the driver's frontal air bag, the inflator could rupture with metal fragments striking the vehicle occupants potentially resulting in serious injury or death. Mazda will notify owners, and dealers will replace the driver side frontal air bag inflators, free of charge.  The recall is expected to begin March 25, 2016.  Owners may contact Mazda customer service at 1-800-222-5500.  Mazda's number for this recall is 9116A.

**16V-048**

Volkswagen Group of America, Inc. (Volkswagen) is recalling certain model year 2016 Beetle Convertible vehicles manufactured June 18, 2015, to November 9, 2015 and equipped with 18-inch wheels. The affected vehicles may have incorrect sidewall height ratio information on the tire placard.  As such, these vehicles fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 110, "Tire Selection and Rims." If the tires are replaced using a smaller diameter tire, it can cause incorrect readings of the speedometer. Inaccurate speedometer readings may increase the risk of a crash. Volkswagen will notify owners, and dealers will install a corrected tire placard, free of charge. The recall is expected to begin in February 2016.

Owners may contact Volkswagen customer service at 1-800-893-5298. Volkswagen's number for this recall is 01B3.

**16V-049**

Stoughton Trailers, LLC (Stoughton) is recalling certain 2009 to 2010 Grain Hopper trailers manufactured December 17, 2007 to December 1, 2009. The affected trailers have a incorrectly positioned panel to the trailer structure that may separate and allow cargo to spill on to the ground. Panel separation could eventually compromise the structure and lead to failure. This could result in a loss of cargo, increasing the risk of a crash. The remedy for this recall campaign is still under development. The manufacturer has not yet provided a notification schedule. Owners may contact Stoughton customer service at 1-608-873-2555.

Stoughton Trailers, LLC (Stoughton) is recalling certain 2009-2010 Grain Hopper trailers manufactured December 17, 2007, to December 1, 2009. The affected trailers may have an incorrectly positioned panel in the hopper assembly or the lower part of the cargo area of the trailer. The incorrectly positioned panel may separate, allowing the cargo to spill onto the roadway. Additionally, the trailer could have a major structural failure. Either scenario increases the risk of a crash. Stoughton will notify owners and dealers will reinforce the hopper connections, as necessary, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Stoughton customer service at 1-608-873-2555.

**16V-050**

C & B Quality Trailer Works, Inc. (C & B) is recalling certain model year 2015-2016 Horse Trailers manufactured October 6, 2014, to June 29, 2015, equipped with 3500lb-capacity torsion model axles, part numbers B-7100A, B-7110A, HT-35XL, T35545EB, T35545I, T35550EB, T35550HB, T35550I, T35655EB and T35655I, manufactured by Henderson Wheel. The weld that secures the torsion arm assembly may fail allowing the tire, wheel, hub, and torsion arm to separate from the trailer. A separation of the torsion arm can result in a reduction in vehicle stability, increasing the risk of a crash. C & B will notify owners, and the axle manufacturer will supply a replacement axle free of charge and cover the labor costs needed to replace it. The recall is expected to begin in February 2016. Owners may contact C & B customer service at 1-208-455-2768.

**16V-051**