# EXHIBIT S



Head Protection Research Laboratory
6409 Alondra Blvd.
Paramount, California 90723
(562) 529-3295
manager@hprl.org


ACCREDITED

# SAFETY COMPLIANCE TESTING FOR
# FMVSS NO. 218 - MOTORCYCLE HELMETS

## LABORATORY TEST REPORT

**Client:** GMAX
**Model:** GM69S
**Size:** Small

**Report Number:** 023-11-021
**Report Date:** 1 August 2012
**Test Date:** 26 September 2011

### Prepared For:

Charles S. McGathy
GMAX
655 VOLTZ CT
SEBEWAING, MI 48759
(919) 270-4354

**Test Technician:** _____  **8/7/12**
Sergio E. Marquez  Date

**Technical Director:** _____  **8/7/12**
Hugh H. Hurt, III, PhD  Date

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

Case: Broaden

GMAX000230

# TABLE OF CONTENTS

| | | |
|---|---|---|
| **Section 1** | Purpose Of Compliance Test | 03 |
| **Section 2** | Compliance Test Data Summary | 05 |
| **Section 3** | Test Data | 09 |
| **Appendix A** | Interpretations or Deviations From FMVSS 218 | 18 |
| **Appendix B** | Test Equipment List and Calibration Information | 20 |
| **Appendix C** | Helmet Photographs | 23 |

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

**Case: Broaden**

**GMAX000231**

# SECTION 1

# PURPOSE OF COMPLIANCE TEST

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

**Case: Broaden**

**GMAX000232**

# PURPOSE OF COMPLIANCE TEST

**PURPOSE & DESCRIPTION:**    The purpose of the test was to determine if the production motorcycle helmets supplied by:

## GMAX

met the requirements of Federal Motor Vehicle Safety Standard Number 218 - Motorcycle Helmets.

**TEST PROCEDURE:**    The test procedure specified by TP-218-06.

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

Case: Broaden

GMAX000233

# SECTION 2

# COMPLIANCE TEST DATA SUMMARY

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

Case: Broaden

GMAX000234

# TEST DATA SUMMARY

## DATA SHEET 1

REPORT NO.:  023-11-021                     TEST DATE:  26 September 2011

HELMET BRAND NAME:                          **GMAX**

HELMET MODEL DESIGNATION:                   **GM69S**

HELMET MANUFACTURER:                        **ANYNG CO., LTD.**

HELMET SIZE:                                **Small**

HELMET COVERAGE:    Partial - _____        Full - _____        Complete Facial-  X

HELMET POSITIONING INDEX:                   **35mm**

SHELL MATERIAL:                             **ABS**

LINER MATERIAL:                             **Expanded Polystyrene**

BUCKLE DESCRIPTION:                         **Metallic Double D rings**

HELMET ARRIVAL DATE:                        **8/30/11**

HELMET ARRIVAL CONDITION:                   **As would be sold**

| HELMET | A<br>Ambient | B<br>Low Temp | C<br>High Temp | D<br>Water Immersed |
|---|---|---|---|---|
| SHELL COLOR/PATTERN | Black/ Glossy | Black/ Glossy | Black/ Glossy | Black/ Glossy |
| WEIGHT (grams) | 1430 | 1420 | 1430 | 1430 |
| MONTH & YEAR OF MANUFACTURE | AUG 2011 | AUG 2011 | AUG 2011 | AUG 2011 |

COMMENTS:

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

Case: Broaden                                          GMAX000235

# TEST DATA SUMMARY

## DATA SHEET 2

REPORT NO.: 023-11-021             TEST DATE: 26 September 2011

| HELMET | A | B | C | D | |
|---|---|---|---|---|---|
| TEST | AMBIENT | LOW TEMP | HIGH TEMP | WATER IMMERSED | COMMENTS |
| IMPACT | PASS | PASS | PASS | PASS | |
| PENETRATION | PASS | PASS | PASS | PASS | |
| RETENTION | PASS | PASS | PASS | PASS | |

| TEST | PASS | FAIL |
|---|---|---|
| PERIPHERAL VISION | PASS | |
| PROJECTIONS | PASS | |
| LABELING | PASS | |

COMMENTS:

HPRL received 5 helmets for testing; 4 were chosen at random.
These 4 helmets were tested and these 4 helmets passed successfully. Test results are
detailed in this test report

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*
ACCREDITED

Case: Broaden                                    GMAX000236

# TEST DATA SUMMARY

## DATA SHEET 3

## SELECTION OF APPROPRIATE HEADFORM

REPORT NO.:  023-11-021  TEST DATE:  26 September 2011

Paragraph S6.1 - If the helmet size designation falls into more than one of three size ranges, it shall be tested on each appropriate headform. Consult with the COTR before beginning the test.

| HELMET SIZE DESIGNATION | HEADFORM SIZE |
|---|---|
| Less than or equal to 6-3/4 (European Size 54) | SMALL |
| Greater than 6-3/4, but less than or equal to 7-1/2 (European Size 60) | MEDIUM |
| Greater than 7-1/2 (European 60) | LARGE |

COMMENTS:

CONDITIONING FOR TESTING -- Paragraph S6.4 -- The protective headgear shall be conditioned for not less than 12 hours, in the specified environmental condition shown below, prior to test.

| Ambient Temperature | 21°C ± 6°C  (70°F ± 10°F); 40% to 60% Relative Humidity |
|---|---|
| Low Temperature | -10°C +8°C , -0°C (14°F, + 14°F, - 0°F) |
| High Temperature | 50°C + 0°C, -4°C (122°F, + 0°F, - 8°F) |
| Water Immersion | 25°C ± 6°C (77°F + 10°F) |

The maximum time during which the protective headgear may be out of the conditioning environment shall not exceed 4 minutes.  It must then be returned to the conditioning environment for a minimum of 3 minutes for each minute or portion of a minute in excess of 4 minutes out of the conditioning environment or 12 hours, whichever is less, prior to resumption to testing.

COMMENTS:

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*
ACCREDITED

Case: Broaden  GMAX000237

# SECTION 3

# TEST DATA

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

**Case: Broaden**

GMAX000238

# TEST DATA

## DATA SHEET 4

### IMPACT ATTENUATION
### SYSTEMS CHECK

REPORT NO.:  023-11-021       TEST DATE:  26 September 2011

Paragraph S5.1 and S7.1

| ANVIL | VELOCITY |
|---|---|
| Hemispherical | 5.20 m/s (+0 m/s, -0.4 m,/s) |
| Flat | 6.0 m/s (+0 m/s, -0.4 m/s) |

| Ambient Temperature | Relative Humidity (%) |
|---|---|
| 20°C (68°F) | 41% |
| Headform Size SMALL (DOT A) | Drop Assembly Weight 3.5 kg |

| SYSTEMS CHECK | TRIAL DROP | DROP HEIGHT (m) | VEL. (m/s) | Peak G's | DWELL TIME (ms) 150 G's | DWELL TIME (ms) 200 G's | TEST RECORD | GROUP NO. |
|---|---|---|---|---|---|---|---|---|
| PRE-TEST | 1 | 1.15 | 4.70 | 412.3 | 2.6 | 2.2 | Pre-1 | |
| | 2 | 1.15 | 4.70 | 410.7 | 2.6 | 2.2 | Pre-2 | |
| | 3 | 1.15 | 4.69 | 411.2 | 2.6 | 2.1 | Pre-3 | |
| PRETEST AVERAGE | | | | 411.4 | | | | |
| POST TEST | 1 | 1.15 | 4.67 | 405.2 | 2.6 | 2.2 | Post-1 | |
| | 2 | 1.15 | 4.67 | 403.8 | 2.6 | 2.2 | Post-2 | |
| | 3 | 1.15 | 4.72 | 408.0 | 2.6 | 2.2 | Post-3 | |
| POST TEST AVERAGE | | | | 405.7 | | | | |
| DIFFERENCE BETWEEN PRETEST AND POSTTEST AVERAGES | | | | 5.7 | PEAK G | DIFFERENCE NOT TO EXCEED 40 G's | | |

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

Case: Broaden      GMAX000239

# TEST DATA

## DATA SHEET 4
### (continued)
### IMPACT ATTENUATION

| HELMET DESIG-NATION | HELMET CONDITION | Helmet Type | Impact Location (+/- 45 degrees) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Complete | Left Front | | Right Rear | | Right Front | | Left Rear | |
| | | Impact Hit | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| 1A | AMBIENT | ANVIL | HEMI | | HEMI | | FLAT | | FLAT | |
| | | TEST RECORD NO. | 1 | 2 | 9 | 10 | 17 | 18 | 25 | 26 |
| | | PEAK G | 112 | 115 | 132 | 149 | 170 | 198 | 181 | 212 |
| | | ms @ 150 g | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 | 2.9 | 1.7 | 2.3 |
| | | ms @ 200 g | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 |
| | | VEL. m/s | 5.00 | 5.00 | 5.04 | 5.03 | 5.88 | 5.87 | 5.85 | 5.87 |
| 2B | LOW TEMP | ANVIL | HEMI | | HEMI | | FLAT | | FLAT | |
| | | TEST RECORD NO. | 3 | 4 | 11 | 12 | 19 | 20 | 27 | 28 |
| | | PEAK G | 107 | 111 | 139 | 146 | 168 | 184 | 176 | 214 |
| | | ms @ 150 g | 0.0 | 0.0 | 0.0 | 0.0 | 2.1 | 2.7 | 2.2 | 1.7 |
| | | ms @ 200 g | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 |
| | | VEL. m/s | 5.01 | 5.01 | 5.03 | 5.03 | 5.87 | 5.87 | 5.85 | 5.87 |
| 3C | HIGH TEMP | ANVIL | HEMI | | HEMI | | FLAT | | FLAT | |
| | | TEST RECORD NO. | 5 | 6 | 13 | 14 | 21 | 22 | 29 | 30 |
| | | PEAK G | 107 | 113 | 138 | 152 | 160 | 188 | 184 | 208 |
| | | ms @ 150 g | 0.0 | 0.0 | 0.0 | 0.2 | 1.6 | 2.8 | 2.3 | 2.5 |
| | | ms @ 200 g | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 |
| | | VEL. m/s | 5.01 | 5.01 | 5.04 | 5.03 | 5.88 | 5.88 | 5.85 | 5.87 |
| 4D | WATER IMMERSED | ANVIL | HEMI | | HEMI | | FLAT | | FLAT | |
| | | TEST RECORD NO. | 7 | 8 | 15 | 16 | 23 | 24 | 31 | 32 |
| | | PEAK G | 92 | 108 | 98 | 109 | 161 | 193 | 129 | 136 |
| | | ms @ 150 g | 0.0 | 0.0 | 0.0 | 0.0 | 1.6 | 2.3 | 0.0 | 0.0 |
| | | ms @ 200 g | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | VEL. m/s | 5.01 | 5.01 | 5.03 | 5.04 | 5.87 | 5.87 | 5.85 | 5.84 |

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

Case: Broaden                                                    GMAX000240

# TEST DATA

## DATA SHEET 5

## PENETRATION

REPORT NO.: __023-11-021__          TEST DATE: __9 October 2011__

Paragraph S5.2 and S7.2

WEIGHT OF STRIKER:          3 kg, + 0.00 kg, - 0.029 kg

POINT OF STRIKER:          Radius = 0.5 mm, included angle of 60°, + 1.0°, - 0.0°, hardness minimum of 60 Rockwell "C" Scale and a cone height of not less than 3.81 cm.

HEIGHT OF FALL:          300 cm, + 0.0 cm, - 3.05 cm, measured from the tip of the striker point to the outer surface of the mounted protective headgear.

FAILURE CRITERION:          When tested, the protective headgear shall be failed if the striker has made an indentation in the headform.

| TEST | HELMET | PASS | FAIL | CONDITIONS |
|------|--------|------|------|------------|
| 1 | A | PASS | | AMBIENT |
| 2 | A | PASS | | AMBIENT |
| 3 | B | PASS | | LOW TEMPERATURE |
| 4 | B | PASS | | LOW TEMPERATURE |
| 5 | C | PASS | | HIGH TEMPERATURE |
| 6 | C | PASS | | HIGH TEMPERATURE |
| 7 | D | PASS | | WATER IMMERSED |
| 8 | D | PASS | | WATER IMMERSED |

COMMENTS:

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

Case: Broaden                                                    GMAX000241

# TEST DATA

## DATA SHEET 6

## RETENTION SYSTEM

REPORT NO.: __023-11-021__          TEST DATE: __10 October 2011__

Paragraph S5.3 and S7.3

AMBIENT TEMPERATURE: __20°C (68°F)__          AMBIENT HUMIDITY: __43%__

REQUIREMENTS:

| READING | APPLIED LOAD |
|---------|--------------|
| INITIAL | 22.7 kg, + 4.54 kg, - 0 kg |
| FINAL | 136 kg, + 0 kg, - 4.5 kg |

ELONGATION NOT TO EXCEED 2.54 cm AFTER LOAD INCREASE

| HELMET | CONDITIONS | INITIAL READING (cm) | FINAL READING (cm) | ELONGATION (cm) |
|--------|-----------|----------------------|--------------------|-----------------| 
| A | AMBIENT | 27.22 | 28.75 | 1.52 |
| B | LOW TEMPERATURE | 26.52 | 27.88 | 1.37 |
| C | HIGH TEMPERATURE | 25.65 | 27.34 | 1.69 |
| D | WATER IMMERSED | 27.00 | 28.49 | 1.49 |

PERIPHERAL VISION - Paragraph S5.4 - Helmet shall provide a minimum peripheral vision of 105° to each side of the mid-sagittal plane. The brow opening shall be at least 2.54 cm above all points in the basic plane that are within the angles of peripheral vision.

| | REQUIREMENTS | TEST RESULTS |
|---|--------------|--------------|
| DEGREE EACH SIDE M.S. PLANE | > 105° | > 105° |
| BROW OPENING | > 2.54 cm | > 2.54 cm |

COMMENTS:

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

Case: Broaden                    GMAX000242

# TEST DATA

## DATA SHEET 6
## (continued)
## RETENTION SYSTEM





*Head Protection Research Laboratory*
*GMAX, Report # 023-1-1-021*
*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST*
*CUSTOMER*

Case: Broaden

GMAX000243

# TEST DATA

## DATA SHEET 7

## PROJECTIONS

REPORT NO.: __023-11-021__          TEST DATE: __26 September 2011__

Paragraph S5.5 - REQUIREMENTS

| PROJECTION TYPE | REQUIRMENT |
|---|---|
| INTERNAL RIGID | None |
| EXTERNAL RIGID | Operational, shall not protrude more than 5 mm |

TEST RESULTS:

| PROJECTION TYPE | PRESENT? (Y/N) | HEIGHT (mm) |
|---|---|---|
| INTERNAL | N | N/A |
| EXTERNAL | Y | < 5mm |

COMMENTS:

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

Case: Broaden                                    GMAX000244

# TEST DATA

## DATA SHEET 8

## LABELING

REPORT NO.: __023-11-021__                    TEST DATE: __26 September 2011__

Paragraph S5.6.1 - Each helmet shall be labeled permanently and legibly, in a manner such that the label(s) can be read easily without removing padding or any other permanent part, with the following:

|  |  | **PASS** | **FAIL** |
|---|---|---|---|
| (a) | Manufacturer's name or identification | PASS | |
| (b) | Precise model designation | PASS | |
| (c) | Size | PASS | |
| (d) | Month and year of manufacture<br>This may be spelled out (e.g., June 1974) or expressed in numerals (6/74) | PASS | |
| (e) | The symbol DOT, | PASS | |

constituting the manufacturer's certification that the helmet conforms to the applicable Federal Motor Vehicle Safety Standards. This symbol shall appear on the outer surface, in a color that contrasts with the background, in letters at least 1 cm high, centered laterally with the horizontal centerline of the symbol located a minimum of 2.9 cm and a maximum of 3.5 cm from the bottom edge of the posterior portion of the helmet.

(f)  Instruction to the purchaser as follows:

| | | | |
|---|---|---|---|
| (1) | "Shell and liner constructed of (identify type(s) of materials)." | PASS | |
| (2) | "Helmet can be seriously damaged by some common substances without damage being visible to the user." | PASS | |
| (3) | "Apply only the following: (Recommended cleaning agents, paints, adhesives, etc., as appropriate." | PASS | |

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

**Case: Broaden**                    **GMAX000245**

# TEST DATA

### DATA SHEET 8
### (continued)
### LABELING

| | | | |
|---|---|---|---|
| (4) | "Make no modifications." | PASS | |
| | "Fasten helmet securely." | PASS | |
| | "If helmet experiences a severe blow, return it to the manufacturer for inspection, or destroy it and replace it." | PASS | |

COMMENTS:

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

Case: Broaden

GMAX000246

# APPENDIX A

# INTERPRETATIONS OR DEVIATIONS FROM FMVSS No. 218

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

**Case: Broaden**

**GMAX000247**

Impact velocities for attenuation tests in FMVSS No. 218 are specified in Section S7.1.4. (12.6.4) Test impact velocities are allowed the following variations:

|  |  | Flat Anvil 6.00 m/s | Hemi Anvil 5.20 m/s |
|---|---|---|---|
| Upper limit | (+0 m/s) | 6.00 m/s | 5.20 m/s |
| HPRL Target | (-0.2 m/s) | 5.80 m/s | 5.00 m/s |
| Lower limit | (-0.4 m/s) | 5.60 m/s | 4.80 m/s |

Using the HPRL Target impact velocities the qualifying responses meet the standard requirements within the specified allowances.

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

Case: Broaden

GMAX000248

# APPENDIX B

# TEST EQUIPMENT LIST AND CALIBRATION INFORMATION

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

**Case: Broaden**

GMAX000249

# Test Equipment Requiring Dimensional Checks

| Item Number | Description | Manufacturer | Model | Serial Number | Last Check | Next Check | Dimensional Check by |
|---|---|---|---|---|---|---|---|
| 1a | Headform | Controlled Casting | DOT A | 10 | Jul-11 | Jul-12 | HPRL |
| 1b | Headform | - | DOT A | A | Jul-11 | Jul-12 | HPRL |
| 2a | Headform | Controlled Casting | DOT C | 1026 | Jul-11 | Jul-12 | HPRL |
| 2b | Headform | MTS KIA | DOT C | MR | Jul-11 | Jul-12 | HPRL |
| 2c | Headform | MTS KIA | DOT C | TW | Jul-11 | Jul-12 | HPRL |
| 3a | Headform | Controlled Casting | DOT D | 1012 | Jul-11 | Jul-12 | HPRL |
| 5 | Flat Anvil | - | - | - | Jul-11 | Jul-12 | HPRL |
| 6 | Hemi Anvil | - | - | - | Jul-11 | Jul-12 | HPRL |
| 7a | Penetrator Tip | Pilar | DOT | 2 | May-11 | May-12 | Stork |
| 7b | Penetrator Complete | - | - | - | Jul-11 | Jul-12 | HPRL |
| 8 | Roller Holder | - | - | - | Jul-11 | Jul-12 | HPRL |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

**Case: Broaden**

**GMAX000250**

| Item Number | Description | Manufacturer | Model | Serial Number | Last Calibration | Next Calibration | Calibrated by |
|---|---|---|---|---|---|---|---|
| 1 | Scale | OHAUS | ES6R | 06649366ML | Feb. 2011 | Jan. 2012 | METTLER TOLEDO |
| 2 | Environmental Data Recorder | Brainchild | VR06 | VR-013872 | May 2011 | May 2012 | usCalibrations |
| 2a | Thermocouple | Omega | HSTC-TT-T-24S-72 | A | May 2011 | May 2012 | usCalibrations |
| 2b | Thermocouple | Omega | HSTC-TT-T-24S-72 | B | May 2011 | May 2012 | usCalibrations |
| 2c | Thermocouple | Omega | HSTC-TT-T-24S-72 | C | May 2011 | May 2012 | usCalibrations |
| 2d | Thermocouple | Omega | HSTC-TT-T-24S-72 | D | May 2011 | May 2012 | usCalibrations |
| 2e | Humidity Sensor | Omega | HX92AV | 1012149 | May 2011 | May 2012 | usCalibrations |
| 2g | Brainchild Observer II Software[1] | Brainchild | V2.37 | None | Mar. 2011 | Mar. 2012 | HPRL |
| 3 | Data Acquisition Computer | HPRL | monorail | None | Jan. 2011 | Jan. 2012 | Precision Labs |
| 3a | Helmet Testing Program[2] | Biokinetics | V3.0 | None | Jan. 2011 | Jan. 2012 | Precision Labs |
| 3b | Data Acquisition Card | National Instruments | AT MIO 16L 9 | None | Jan. 2011 | Jan. 2012 | Precision Labs |
| 5 | Monorail Velocimeter | Cadex | HV HyNTGCase | NTG20080416-2 | Mar. 2011 | Jan. 2012 | HPRL |
| 6 | Power Supply | Endevco | 109 | AT49 | Jan. 2011 | Jan. 2012 | Precision Labs |
| 7 | Charge Amplifier | Endevco | 104 | AW14 | Jan. 2011 | Jan. 2012 | Precision Labs |
| 7a | Analog Filter | Endevco | (Built into 104) | None | Jan. 2011 | Jan. 2012 | Precision Labs |
| 9 | Monorail Accelerometer | Endevco | 7701A-50 | ABRT6 | Jan. 2011 | Jan. 2012 | Precision Labs |
| 10 | Retention System Test Device | Technical Associated Services | TAS44 | 20522-01 | Mar. 2011 | Jan. 2012 | Technical Associated Services |
| 10a | Load Cell | NIKKL. | NS-1K | W79144 | Mar. 2011 | Jan. 2012 | Technical Associated Services |

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*



**Case: Broaden**

**GMAX000251**

# APPENDIX C

# HELMET PHOTOGRAPHS

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

Case: Broaden

GMAX000252



Image 1: Front Left View



Image 2: Rear View

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

**Case: Broaden**

**GMAX000253**



Image 3: Interior View



Image 4:  Penetration Test Locations

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*

ACCREDITED

**Case: Broaden**

**GMAX000254**



Image 5: Helmet Labels

*THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE*
*EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.*



ACCREDITED

Case: Broaden

GMAX000255



Image 8: Setup for Retention System Test



Image 7: Setup for Penetration Test



Image 6: Setup for Impact Attenuation Test



*Head Protection Research Laboratory*
*GMAX, Report # 023-11-021*
THIS REPORT IS NOT TO BE REPRODUCED IN WHOLE OR IN PART WITHOUT THE EXPRESSED WRITTEN CONSENT OF HPRL OR THE ORIGINATING TEST CUSTOMER.

**Case: Broaden**

GMAX000256